# EXHIBIT E

00001
1           IN THE CIRCUIT COURT OF THE
            11TH JUDICIAL CIRCUIT, IN AND
2           FOR MIAMI-DADE COUNTY, FLORIDA

3           GENERAL JURISDICTION DIVISION

4           CASE NO. 04-14009 CA 31

5  BANCO ESPIRITO SANTO INTERNATIONAL,
   LTD, ESB FINANCE, LTD and BANCO
6  ESPIRITO SANTO S.A. (Nassau Branch),
            Plaintiffs,

7  vs.

8  BDO SEIDMAN, LLP and BDO INTERNATIONAL
   B.V.,
9           Defendants.
   _____/
10 BDO SEIDMAN, LLP,
            Third-Party Plaintiff,

11 vs.

12 VICTOR BALESTRA, BERNARD MOLLET,
   JOAQUIN GARNECHO, PIERRE TREZZINI,
13 EDUARDO ORLANSKY, HECTOR ORLANSKY,
   R. PETER STANHAM, DOMINICK PARLAPIANO,
14 CARLOS E. MENDEZ, ARIADNA PUERTO,
   and OTTO AMBROSIANI,
15          Third-Party Defendants.
   _____/
16

17          Berger Singerman
            200 South Biscayne Boulevard
18          Suite 1000
            Miami, Florida
19          Wednesday, November 29, 2006
            9:40 a.m.
20
    V I D E O T A P E D   D E P O S I T I O N
21
                  O F
22
    C A R L O S   M E N D E Z
23

24
            Taken pursuant to Notice,
25          on behalf of the Plaintiffs.

**MENDEZ, CARLOS 11/29/06**                    **Page 1**

00002
1                   APPEARANCES:

2
                    SULLIVAN & CROMWELL, by
3                   STEVEN W. THOMAS, ESQUIRE
                          and
4                   MARK FORRESTER, ESQUIRE
                    on behalf of the Plaintiffs

5

6                   GREENBERG TRAURIG, by
                    ADAM D. COLE, ESQUIRE
7                         and
                    ALVAREZ ARMAS & BORRON, by
8                   ARTURO ALVAREZ, ESQUIRE
                    on behalf of Defendant BDO Seidman, LLP

9

10                  BROAD and CASSEL, by
                    MARK F. RAYMOND, ESQUIRE
11                  on behalf of Defendant BDO International

12

                    RICHMAN GREER WEIL BRUMBAUGH
13                  MIRABITO & CHRISTENSEN, by
                    MELISSA FERNANDEZ, ATTORNEY-AT-LAW
14                  on behalf of Victor Balestra, Bernard Mollet,
                    Joaquin Garnecho and Pierre Trezzini

15

16                  ALSO PRESENT:

17                  THOMAS CHARRON, Videographer

18                       I N D E X

19 Witness          Direct  Cross  Redirect  Recross
    CARLOS MENDEZ
20  By Mr. Thomas        4        --
    By Mr. Cole                  103        --
21
                EXHIBITS MARKED FOR IDENTIFICATION
22
    Number  1.............................Page  40
23  Number  2.............................Page  64
    Number  3.............................Page  73
24  Number  4.............................Page  86
    Number  5.............................Page  86
25  Number  6.............................Page  91
    Number  7.............................Page  93

**MENDEZ, CARLOS 11/29/06**                    **Page 2**

00003

1          THE VIDEOGRAPHER:  Today is

2   November 29, 2006 and the time is approximately

3   9:38 a.m.  We're at 200 South Biscayne Boulevard

4   to videotape the deposition of Carlos Mendez

5   in the case styled Banco Espirito Santo

6   International vs. BDO Seidman, Case No.:

7   04-14009.

8          The court reporter is Margaret Franzen

9   with Ouellette & Mauldin.

10          My name is Tom Charron with Custom

11   Video.

12          Counsel now please state their

13   appearance for the record.

14          MR. THOMAS:  Steven Thomas for

15   plaintiffs.  With me is my colleague,

16   Mark Forrester.

17          MS. FERNANDEZ:  Melissa Fernandez of

18   Richman Greer on behalf of third-party

19   defendants, Victor Balestra, Bernard Mollet,

20   Pierre Trezzini and Joaquin Garnecho.

21          MR. COLE:  Adam Cole from Greenberg

22   Traurig representing BDO Seidman.

23          MR. RAYMOND:  Mark Raymond, Broad and

24   Cassel, representing BDO International.

25          MR. ALVAREZ:  Arturo Alvarez, Alvarez

**MENDEZ, CARLOS 11/29/06**                          **Page 3**

00004

1   Armas & Borron, representing BDO Seidman.

2          THE VIDEOGRAPHER:  The court reporter

3   will now swear in the witness.

4   THEREUPON:

5          CARLOS MENDEZ,

6   after having been first duly sworn, was examined and

7   testified as follows:

8          DIRECT EXAMINATION

9   BY MR. THOMAS:

10     Q    Good morning, Mr. Mendez.

11     A    Good morning, Mr. Thomas.

12     Q    Mr. Mendez, have you ever been convicted of

13  a crime?

14     A    Yes, I have.

15     Q    What crime have you been convicted of?

16     A    I was convicted of compare -- conspiracy to

17  commit bank fraud, wire fraud, convicted of bank

18  fraud and wire fraud, as well.

19     Q    Were you convicted after a trial?

20     A    No, I was convicted in -- I pled guilty

21  before, you know, the trial early on right after I

22  was indicted.

23     Q    Have you taken responsibility for the

24  crimes you committed?

25     A    Yes, sir.

**MENDEZ, CARLOS 11/29/06**                    **Page 4**

00099
1    Q    Okay.

2    A    I remember that you approached ---

3    Q    Saying hello, but we didn't have a

4  substantive conversation?

5    A    You approached me and Mr. McGuirk were

6  together and I -- it was -- yes, and I -- I didn't

7  know who you were.

8    Q    Okay.

9    A    And I admit I saw you in the courtroom,

10  although I wasn't really focusing on everyone that

11  was in the courtroom, but I didn't know who you were.

12    Q    When did -- when did we, you and I, meet

13  yesterday?

14    A    In the morning, like mid-morning.

15    Q    Was there anyone else present when you and

16  I met yesterday?

17    A    Yeah, Mark Forrester.

18    Q    When we met -- I'm sorry, you stated that

19  we met yesterday mid-morning.  How long did we meet

20  yesterday?

21    A    Well, we met until -- I mean with

22  interruptions and obviously phone calls and lunch,

23  but I left the office at 5:00, at 5:00 p.m.

24    Q    What did you and I discuss yesterday?

25    A    Well, pretty much your questioning of today

**MENDEZ, CARLOS 11/29/06**          **Page 99**

00100

1  with -- in a more summarized fashion.

2     Q    Were we more summarized yesterday?

3     A    Yesterday.

4     Q    Okay.  Do you recall anything else we

5  discussed yesterday?

6     A    Well, you -- you asked me specifically to,

7  you know, to say the truth, to tell the truth, to

8  bring the truth to -- to the deposition.

9     Q    Did you tell the truth today?

10    A    Yes, I did tell the truth, yes.

11    Q    Why are you appearing here to testify?

12    A    Well, I -- I have -- I have an obligation

13  to be here, but also I have a -- a personal desire to

14  be here.  I -- I -- I feel that, you know, I

15  contributed a lot to damage the bank and to cause

16  this huge loss and the least I can do is -- is to

17  bring, you know, a recollection of -- of the facts

18  and events in a truthful and accurate manner to the

19  best of my ability and I mean, I do have a legal

20  obligation, but I do -- I -- I like to say that I

21  also have a moral obligation. I mean, if that worked

22  it's, you know, allowed after everything that

23  happened.

24    Q    Mr. Mendez, did you participate in stealing

25  $170 million from Espirito Santo?

**MENDEZ, CARLOS 11/29/06**                    **Page 100**

00101
1    A    Yes.

2        MR. COLE:  Objection to form.

3  BY MR. THOMAS:

4    Q    What happened to the money?

5    A    The money to -- I mean, to the best of my

6  understanding and obviously going through, you know,

7  running this business over the years, the money

8  went -- was invested to different clients and these

9  were money losing operations and we kept pouring more

10  money, trying to, you know, overturn those adverse,

11  you know, conditions of these companies, but it

12  was -- it was never impossible, it became -- I mean,

13  absolutely impossible and the money was -- was -- it

14  was lost.

15    Q    Mr. Mendez, who else participated in this

16  crime?

17    A    Well, as it's -- as it is publicly known,

18  there are a number of individuals that were indicted

19  and later convicted.  Everyone that was indicted, one

20  way or the other were committed -- convicted.  Some

21  pled guilty before -- didn't go to trial, some --

22  other people went to trial and were con -- convicted

23  at trial.

24        From Bankest side or within Bankest,

25  rather, the chairman of the company Eduardo Orlansky;

**MENDEZ, CARLOS 11/29/06**                **Page 101**

00102

1  the executive vice-president, Hector Orlansky; the

2  senior vice-president, Peter Stanham; the senior

3  vice-president, Dominick Parlapiano; then our

4  computer consultant Otto Ambrosiani; and

5  vice-president Ariadna Puerta and -- and -- and --

6  and naturally, me.

7         Then there were two outsiders, I mean, or

8  non-E.S. Bankest employees that were also indicted,

9  one was president of Joy Athletic, Jeff Barnhill, and

10  the -- the other one was the president of StrataSys,

11  Howard Kantor.

12     Q   Did Mr. Kantor and Mr. Barnhill plead

13  guilty to crimes?

14     A   Yes, they did.

15     Q   Did you testify in the criminal trial

16  against the Orlanskys, Mr. Stanham and Ms. Puerta?

17     A   Yes, I did.

18     Q   How many days did you testify in the

19  criminal trial?

20     A   I -- it was counted 22, 23 days.

21     Q   Mr. Mendez, was anybody from Espirito Santo

22  indicted for this crime?

23     A   No, no, not to my knowledge, no.

24     Q   Mr. Mendez, was anyone from Espirito Santo

25  aware of the fraud at BRFFC or E.S. Bankest?

**MENDEZ, CARLOS 11/29/06**          **Page 102**

00103
1         MR. COLE:  Objection to form.

2         THE WITNESS:  No.  Not to my knowledge,

3  no.

4         MR. THOMAS:  Why don't we take a break.

5         MR. COLE:  Sure.

6         (Thereupon, a brief recess was taken, after

7  which the following proceedings were had:)

8         THE VIDEOGRAPHER:  We're back on the

9  record.

10  BY MR. THOMAS:

11     Q    Mr. Mendez, are you familiar with the or

12  were you familiar with the record keeping practices

13  at BRFFC?

14     A    Yes.

15     Q    Mr. Mendez, were you familiar with the

16  record keeping practices at E.S. Bankest?

17     A    Yes.

18         MR. THOMAS:  Thank you, Mr. Mendez.

19              CROSS-EXAMINATION

20  BY MR. COLE:

21     Q    Mr. Mendez, your started out your testimony

22  today answering questions about your conviction for

23  bank fraud and conspiracy and wire fraud and

24  conspiracy.

25         I want to start with that, if that's okay?

**MENDEZ, CARLOS 11/29/06**               **Page 103**

00116

1  Freeman.

2  BY MR. COLE:

3     Q    And did you have -- did you advise

4  Mr. Freeman that there had been a fraud at Bankest

5  during that meeting?

6     A    Yes, yes.

7     Q    And --

8     A    Yes.

9     Q    -- had Mr. Freeman already discovered the

10  fraud --

11        MR. THOMAS:  Objection to the form.

12  BY MR. COLE:

13     Q    -- to your knowledge by the time you told

14  him?

15        MR. THOMAS:  Objection to the form.

16        THE WITNESS:  Again, I don't want to

17  speculate, but for what he talked to me about, it

18  looked very clearly that he already knew.

19  BY MR. COLE:

20     Q    All right.  Were you aware that your lawyer

21  had spoken to Mr. Freeman prior to your meeting?

22     A    Yes, yes.

23        MR. THOMAS:  Object to the form.

24        THE WITNESS:  Yes.

25  BY MR. COLE:

**MENDEZ, CARLOS 11/29/06**              **Page 116**

00117

1    Q    What is ---

2         MR. THOMAS:  I don't mean to interrupt

3    you, but he doesn't have counsel here, so you

4    might just want to be careful --

5         MR. COLE:  I understand.

6         MR. THOMAS:  -- not to invade his

7    privilege.

8         MR. COLE:  I understand.

9    BY MR. COLE:

10   Q    I'm not asking you about what your counsel

11   told you, okay, I'm just asking about what you

12   understood communications were with Mr. Freeman.

13   A    No, I don't -- I don't know.

14   Q    Okay.  Now, you testified earlier today

15   about the different types of documents, different

16   types of checks that were created.  Let's start out

17   there.

18        I believe you said that -- let's -- let's

19   have a -- let me ask a broader question.  As part of

20   the fraud, isn't it a fact that you assisted or, in

21   fact, created false documents at Bankest?

22   A    There were -- there were checks created,

23   yes.

24   Q    And there were also false invoices?

25   A    False invoices, as well, yes.

**MENDEZ, CARLOS 11/29/06**            **Page 117**

00118

1    Q   And -- and you also -- there was also false

2  insurance documents; is that right?

3        MR. THOMAS:  Objection to the form.

4        THE WITNESS:  There were also -- there

5  was also a false -- yes, report from the

6  insurance company.

7  BY MR. COLE:

8    Q   Okay.  Tell me -- tell me how the insurance

9  company report was falsified.

10   A   The -- a document that would list all

11  the -- what they call name coverages, it was -- it

12  was adulterated, you know.  You know, the -- the

13  coverages that correspond to certain customers.

14   Q   Okay.  So the document would list -- have a

15  list of customers; correct?

16   A   Customers, right.

17   Q   And then it would have an amount of

18  insurance next to it; correct?

19   A   That's -- that is correct.

20   Q   How -- how was the document adulterated?

21   A   It was, as I understand, I didn't

22  basically -- I mean, I didn't work on that, you know,

23  alteration, but it was word processed.

24   Q   So somebody, to your knowledge -- who --

25  who is the person who -- who word processed the

**MENDEZ, CARLOS 11/29/06**              **Page 118**

00119

1  insurance document?

2      A    For the most part, it was Ariadna Puerta

3  under, you know, instructions of Dominick Parlapiano.

4      Q    What was the reason the insurance company

5  document was adulterated?

6      A    To show an aggregate coverage as it was

7  required by -- I mean to show, certainly, auditors,

8  right.

9      Q    So the insurance -- the fake insurance

10  document was provided to the auditors to try to fool

11  the auditors; is that right?

12      A    It was -- it was provided to the auditors,

13  you know, to, you know, to match what had been

14  reported in our financial statements.

15      Q    Okay, and when you say it was word

16  processed, was the insurance document something that

17  was kept in a computer file?

18      A    The -- that particular document that it

19  was -- that it was -- I mean, yeah, that particular

20  document was kept in a computer file, absolutely,

21  yes, yes.  It was scanned in a computer.

22      Q    Okay, and then somebody would pull it up --

23  Ariadna Puerta would pull it up and change the

24  numbers when needed; is that right?

25      A    That was done, to my knowledge, once.

**MENDEZ, CARLOS 11/29/06**          **Page 119**

00120

1    Q    Okay, and that was a document that was

2   requested by the auditors; is that right?

3    A    Yes.

4    Q    And it was provided to the auditors;

5   correct?

6    A    Yes.

7    Q    And you didn't tell BDO, any auditor at BDO

8   that it was a fake document, did you?

9    A    I did not.

10    Q    Now, with respect to invoices, how were

11   invoices manufactured?

12    A    Invoices for -- in the case of Joy, the way

13   they -- they were manufactured by, you know, by Joy.

14   In the case of invoices by StrataSys, were

15   manufactured by StrataSys.  In the cases of invoices

16   of E&A, those were manufactured by Dominick

17   Parlapiano and they were word processed.

18    Q    Let's just take one of those -- each of

19   those -- each of those separately.  With respect to

20   invoices that were manufactured by Joy, I gather what

21   happened was that somebody would contact -- somebody

22   would contact Joy to create a false invoice; is that

23   right?

24    A    Yes.

25    Q    Who was the person who typically contacted

**MENDEZ, CARLOS 11/29/06**                    **Page 120**

00121

1 Joy to create a false invoice?

2    A    Dominick would be the person that spoke to

3 Jeff Barnhill.

4    Q    So the person on the Joy side would be

5 typically Jeff Barnhill?

6    A    Jeff Barnhill, yes.

7    Q    And is it your understanding, sir, that

8 Jeff Barnhill was the person who assisted in

9 manufacturing false invoices for Joy throughout the

10 entire period of time that E.S. Bankest was in

11 existence?

12        MR. THOMAS:  Objection to the form.

13        THE WITNESS:  Yeah.  The -- the

14 assistance is obviously a very broad term and he

15 definitely had knowledge.

16 BY MR. COLE:

17    Q    And how do you -- how do you know he had

18 knowledge?

19    A    Huh?

20    Q    How do you know Jeff Barnhill had

21 knowledge?

22    A    Because I was told that every time invoices

23 need to be created, he -- he was -- he was told, he

24 was informed.

25    Q    Now, during the audit process, was any

**MENDEZ, CARLOS 11/29/06**            **Page 121**

00122

1  representative of Joy -- withdrawn.

2         During the audits that BDO conducted, did

3  Joy provide a representative to help you create

4  documents for BDO?

5    A   Yes.

6    Q   What was the name of that representative?

7    A   Her name is Dinora Feables.

8    Q   And this is -- this is a person who came

9  into the office of E.S. Bankest; correct?

10   A   For a period of time, yes, yes.

11   Q   And it was during the audit period; right?

12   A   Right, but what I'm saying, it was -- it

13  was -- she didn't -- she didn't work at Bankest every

14  single year, it was towards the end, the last two

15  years or so.

16   Q   But the times that she did come into

17  Bankest, she was able to help create Joy documents on

18  the premises of E.S. Bankest; correct?

19   A   Yes.

20   Q   And those Joy documents that Ms. Feables

21  created were then delivered to the auditors for the

22  auditors' work?

23        MR. THOMAS:  Objection to the form.

24  BY MR. COLE:

25   Q   Is that right?

**MENDEZ, CARLOS 11/29/06**                    **Page 122**

00123

1    A    Some of those documents were used in the --

2    for the package, the package delivered to -- packages

3    delivered to -- to the auditors.

4    Q    Okay.  Let's talk about those packages for

5    a second.  We'll just talk about Joy packages.

6        The packages that you're referring to are

7    packages of information relating to accounts

8    receivable that were chosen to be tested; correct?

9    A    Yes.

10    Q    BDO didn't look at every single account

11    receivable, did it?

12    A    No.

13    Q    It just tested a sample; correct?

14    A    Yeah, I think that's according to -- yeah,

15    exactly, that's exactly what -- yes.

16    Q    And among -- every year among the sample

17    would be Joy accounts receivable to your knowledge --

18    A    Yes.

19    Q    -- correct?

20        And to prepare for that sampling, you would

21    prepare these folders, isn't that right, filled with

22    information?

23    A    Right, the folders would contain the

24    replies to, you know, the documentation requested by

25    BDO for that specific invoice or -- and -- and the

**MENDEZ, CARLOS 11/29/06**              **Page 123**

00124

1  transaction that took place in relation to that

2  particular invoice.

3     Q    Okay, and to create that folder, if it was

4  a fake invoice you'd have to create the invoice;

5  correct?

6     A   Yes.

7     Q    And that's something that can be done by

8  Ms. Feables for -- for -- with respect to Joy; right?

9     A   Yes.

10    Q    Or would be delivered by Mr. Barnhill;

11  correct?

12    A   Yes.  Early on, yes, they were -- they

13  would come from -- from Joy directly, yes.

14    Q    Then there would be a check; correct?

15    A   If it was an invoice that had been paid,

16  that the main selection of invoices, some were

17  slow-standing, some had already been paid.  If it was

18  for a paid invoice, yes, we would get, you know,

19  exactly what BDO requested.

20    Q    Okay, and with respect to paid invoices one

21  of the pieces of paper would be a check; correct?

22        MR. THOMAS:  Objection to form.

23        THE WITNESS:  Check from?

24  BY MR. COLE:

25    Q    One of the pieces of information that was

**MENDEZ, CARLOS 11/29/06**                    **Page 124**

00125
1  in the file for a paid invoice --

2      A   Yes.

3      Q   -- a paid fake invoice --

4      A   Yes.

5      Q   -- would be a check; is that right?

6          MR. THOMAS:  Objection to the form.

7          THE WITNESS:  Yes, but my question is,

8  you referred to a check from what company?

9  BY MR. COLE:

10     Q   Well, I'm going to ask you that.  What

11 company would you create a check for?

12     A   Well, in the case -- I mean, there would be

13 a check of Bankest Capital in payment of that -- a

14 copy of the check of Bankest Capital in paying that

15 invoice and it would be a fake Joy check in payment

16 of, you know, Joy to Bankest Capital for that

17 particular invoice.

18     Q   Okay.  So if I understand, there would be

19 two checks, one from Bankest Capital; correct?

20     A   That is correct.

21     Q   And that would be a real check; correct?

22     A   No, it was a fake check from Joy to

23 Bankest.

24     Q   All right.  Let me -- let me start over.

25 There'd be a -- a Joy check, correct, in that file;

**MENDEZ, CARLOS 11/29/06**                    **Page 125**

00126

1  correct?

2      A    A Joy fake check --

3      Q    Right.

4      A    -- in that file, yes.

5      Q    And that Joy fake check was something that

6  was provided by Mr. Barnhill?

7      A    Yes, yes, Mr. Barnhill provided the blank

8  signed checks to Bankest and later the check was

9  typed.

10     Q    And did Mr. Barnhill continue to provide

11  that check, blank checks throughout the entire period

12  between 1998, when Bankest was created, E.S. Bankest

13  was created, and the time it -- it fell apart?

14     A    Yes.

15     Q    Then there would be in that file a check

16  from Bankest Capital to E.S. Bankest; correct?

17     A    Yes.

18     Q    And that's a check that was also created as

19  part of the audit process; correct?

20     A    No, it was created in the normal course of

21  business.

22     Q    And that would be a check that -- that

23  would show a deposit into E.S. Bankest's account?

24     A    Correct.

25     Q    All right.  Now, with respect to StrataSys,

**MENDEZ, CARLOS 11/29/06**            **Page 126**

00127

1 there were fake checks, as well; right?

2    A  Yes.

3    Q  How were the fake checks created for

4 StrataSys' accounts receivable?

5    A  Yeah, the -- the fake checks of StrataSys

6 were, I would say -- I don't know what percentage,

7 but I worked on -- on -- on a number of those checks

8 personally, I prepared them.

9    Q  So you're the person who prepared fake

10 StrataSys checks; correct?

11    A  I did, I prepared, yes, some of StrataSys

12 fake checks, yes.

13    Q  And were fake -- fake check stock provided

14 by Mr. Kantor?

15    A  No.

16    Q  Was it provided by Arnie Girnun?

17    A  No.

18    Q  Was Arnie Girnun knowledgeable about the

19 fraud?

20      MR. THOMAS:  Objection to the form.

21      THE WITNESS:  I don't know.

22 BY MR. COLE:

23    Q  Okay.  Now, the fake check stock for

24 StrataSys was something that you purchased yourself;

25 right?

**MENDEZ, CARLOS 11/29/06**                     **Page 127**

00128

1    A    Yes, I did -- I did purchase those checks,

2  yes.

3    Q    Explain to the jury how you -- how you

4  purchased StrataSys check stock.

5    A    I was asked by Dominick Parlapiano to -- to

6  purchase checks for StrataSys and I used a service

7  of -- of a company called Intuit, so that I did the

8  purchase online.

9    Q    And after you got the check stock, how did

10  you create the fake checks?

11    A    Using the -- the Quick Books software

12  package.

13    Q    So with respect to files that you provided

14  to BDO that con -- that related to a StrataSys

15  invoice, those files would -- would contain an

16  invoice; correct?

17    A    Yes.

18    Q    And when it was a fake invoice, who created

19  the fake invoice?

20    A    In what case?

21    Q    In -- in StrataSys.

22    A    Sorry.

23    Q    We're just talking about StrataSys right

24  now.

25    A    Well, my understanding, invoices came

**MENDEZ, CARLOS 11/29/06**            **Page 128**

00129

1  from -- from StrataSys, but I -- I did not create

2  them.

3    Q   Okay.  So, in other words -- but -- but I

4  think you've answered my question.  It wasn't -- the

5  StrataSys invoices weren't created on site at

6  Bankest, is that your ---

7    A   No, I never -- no.

8      MR. THOMAS:  Objection to the form.

9      THE WITNESS:  I -- no, I -- no.  No, I

10  never seen any StrataSys invoices being created

11  on site.

12  BY MR. COLE:

13    Q   The invoice -- the fake StrataSys invoices

14  were created -- were received from StrataSys, fair?

15    A   That's my understanding.

16    Q   Okay, and in that file there would be a

17  fake StrataSys check for a paid fake StrataSys

18  invoice; correct?

19    A   Yes.

20    Q   And that was one of the fake -- fake checks

21  that you created; correct?

22    A   I'm sorry, say that again.

23    Q   The fake StrataSys check --

24    A   Right.

25    Q   -- would be something that you created,

**MENDEZ, CARLOS 11/29/06**        **Page 129**

00130

1 you --

2 A   Yes.

3 Q   -- Carlos Mendez created?

4 A   Yes.

5 Q   And would the -- would the money flow

6 through Bankest Capital when it came to StrataSys?

7      MR. THOMAS:  Objection to the form.

8      THE WITNESS:  No, StrataSys was an

9 E.S. Bankest account.

10 BY MR. COLE:

11 Q   Okay.  So in -- in -- in the file that you

12 provided for BDO with respect to a fake StrataSys

13 check, there would be the StrataSys -- fake StrataSys

14 check, fake StrataSys invoice and any other document?

15 A   Possibly a remittance advice or -- but I

16 can't remember exactly.

17 Q   Now, during that time period where

18 StrataSys was a client of E.S. Bankest, was any money

19 delivered to StrataSys, advanced to StrataSys?

20 A   Sure.

21 Q   And how was -- what was the process by

22 which money was advanced to StrataSys?

23      MR. THOMAS:  Objection to the form.

24      THE WITNESS:  It was under a factoring

25 arrangement.

**MENDEZ, CARLOS 11/29/06**                **Page 130**

00131

1  BY MR. COLE:

2     Q    My question was unclear.  Let me -- let me

3  rephrase my question.

4          Was money delivered to StrataSys through a

5  wire or by check?

6     A    The -- I've seen both -- both.

7     Q    Do you recall during this time period that

8  money was being sent to StrataSys that at the same

9  time or shortly thereafter there'd be a check, a

10  StrataSys check deposited in the Bankest account?

11    A    Yes.

12    Q    Tell me the mechanics of how that worked.

13         MR. THOMAS:  Objection to the form.

14         THE WITNESS:  Bankest -- E.S. Bankest

15  would fund StrataSys as a factoring advance and

16  StrataSys will write a check to E.S. Bankest in

17  payment of fake invoices that we -- that we

18  carried in our books.

19  BY MR. COLE:

20    Q    And how often -- how often did that

21  transaction occur?

22    A    Several times, but ---

23    Q    It was almost daily, wasn't it?

24         MR. THOMAS:  Objection to the form.

25         THE WITNESS:  Depends on the period,

**MENDEZ, CARLOS 11/29/06**                    **Page 131**

00132

1  depends -- depends on what period.  There were

2  periods of -- of -- there was a lot of activity

3  and there were periods there was no activity.

4  BY MR. COLE:

5    Q   For StrataSys?

6    A   For StrataSys.

7    Q   Okay, and what was the reason to create

8  that transaction whereby money would be sent to

9  StrataSys and at the same time deposited into a

10  Bankest account?

11      MR. THOMAS:  Objection to the form.

12      THE WITNESS:  To -- to show performance

13  of the invoice, meaning to show that -- that --

14  in our records to show that invoice, it was paid,

15  it was -- it was collected.

16  BY MR. COLE:

17    Q   At the end of the month -- did E.S. Bankest

18  receive a bank statement every -- after every month?

19    A   Yes, yes, yes, absolutely.

20    Q   And were the transactions with StrataSys

21  that you just described reflected in the bank

22  statements?

23    A   Yes.

24    Q   And did you notice them reflected in the

25  bank statement?

**MENDEZ, CARLOS 11/29/06**                    **Page 132**

00133

1        MR. THOMAS:  Objection to the form.

2        MR. COLE:  Well, let me withdraw, let

3   me -- let me -- let me start over.

4   BY MR. COLE:

5      Q    When Bankest received the bank statement,

6   was one of your responsibilities to review the bank

7   statement?

8      A    No, it was not one of my responsibilities,

9   but I -- but I know that the bank statement came

10   every month, absolutely.

11      Q    Okay, and did you ever review the bank

12   statements?

13      A    I look at them, yes.  I look at the bank

14   statements.

15      Q    And in your review of the bank statements,

16   did you ever notice the transactions that relate --

17   that you just described relating to StrataSys?

18      A    Yes, but it doesn't -- it doesn't detail

19   what it is.  I mean, it's part of a -- of a daily

20   deposit or part -- part of a daily advance that could

21   be, you know, for different parties.

22      Q    Now -- I'm sorry.

23      A    Yeah, there could be a deposit that it

24   includes the StrataSys check, but it has also, you

25   know, other E.S. Bankest clients or, rather,

**MENDEZ, CARLOS 11/29/06**                    **Page 133**

00134

1  customers' checks in the same deposit.

2    Q   Now, during -- in this transaction that ---

3    A   So -- so what -- what I'm trying to say is

4  it's not easily recognizable.

5    Q   Okay.

6    A   I mean, you cannot say, oh, look at what's

7  going on with StrataSys.

8    Q   Okay.  Well, you could if you had the

9  StrataSys check; right?

10       MR. THOMAS:  Objection to the form.

11  BY MR. COLE:

12    Q   If you -- if you understood the StrataSys

13  check, you could take a look at it; correct?

14       MR. THOMAS:  Objection to the form.

15       THE WITNESS:  If I -- I'm sorry, I

16  don't -- I didn't understand.  If I had the ---

17       MR. COLE:  Okay.  I'll withdraw the

18  question.

19  BY MR. COLE:

20    Q   Now, with respect to the transaction with

21  StrataSys that we were just discussing --

22    A   Yes.

23    Q   -- isn't it correct that one of the

24  purposes of the transaction with StrataSys was to

25  create an appearance of legitimacy in collections?

**MENDEZ, CARLOS 11/29/06**          **Page 134**

00135

1    A    Yes, it was -- I mean, like I said, to show

2    performance of invoice.

3    Q    And that was to help extend the fraud out;

4    isn't that right?

5        MR. THOMAS:  Objection to the form.

6        MR. COLE:  Well, let me withdraw the

7    question and ask it a different way.

8    BY MR. COLE:

9    Q    It was to help make the fraud look real;

10    isn't that right?

11    A    To make the invoice, you know, perform,

12    that it was -- it was an invoice, that it got paid.

13    Q    And it was also to show that a third party

14    was providing money to pay off the invoice; right?

15    A    Again, to show that the invoice was paid,

16    that was -- that was the purpose.

17    Q    But it was to show that the invoice was

18    paid by a third party, a non-Bankest entity; correct?

19    A    Right, by -- by -- by StrataSys in this

20    case.

21    Q    Correct.

22    A    That's why we got the checks from

23    StrataSys.

24    Q    Okay.  Now, did you -- did Bankest engage

25    in the same types of transactions with -- with E&A?

**MENDEZ, CARLOS 11/29/06**                    **Page 135**

00136

1    A    It was -- it was a sort of similar type of

2  transaction, with the exception that E&A was a

3  Bankest Capital client.

4    Q    Now, with respect to E&A, you said that

5  there were fake checks, as well; correct?

6    A    In E&A were -- were fake checks, as well.

7    Q    And did you obtain the fake checks in the

8  same way as you obtained fake checks for StrataSys?

9    A    Yes.

10    Q    So for E&A you went to this company In --

11  was it Intuit?

12    A    Intuit.

13    Q    Right, and you ordered fake check stock for

14  E&A; is that right?

15    A    That is correct.

16    Q    And then you used that fake check stock to

17  show collections.  When BDO came in you gave BDO the

18  fake E&A check; correct?

19    A    If it was an invoice that showed paid in

20  our records, that fake check would, you know, would

21  support the corresponding payment.

22    Q    So when -- when you created folders

23  relating to an E&A invoice, a fake E&A invoice --

24    A    Yes.

25    Q    -- who created the invoice?

**MENDEZ, CARLOS 11/29/06**                     **Page 136**

00137

1      A    Dominick Parlapiano for the most part, for

2  what I -- I know.  I don't think E&A -- again, I

3  don't want to speculate, but the invoices for the

4  most part that I've seen, fake invoices were created

5  by -- by Dominick.

6      Q    So in that file there'd be the fake invoice

7  and you knew it was fake; correct?

8      A    For those that were fake I knew it was

9  fake --

10     Q    Okay.

11     A    -- yes.

12     Q    And you would create the check; correct?

13     A    Yes.

14     Q    And you knew the -- the check was fake;

15 right?

16     A    I knew the check was fake, yes.

17     Q    Okay, and what about the -- the remittance,

18 was the remittance fake, too?

19     A    Yes, because it related to that -- to -- to

20 that payment that didn't exist.

21     Q    So in the files there'd be also the files

22 for a paid Joy invoice, a paid StrataSys invoice or a

23 paid E&A invoice, there'd also be a fake remittance,

24 as well; is that right?

25        MR. THOMAS:  Objection to the form.


**MENDEZ, CARLOS 11/29/06**              **Page 137**

00138

1        THE WITNESS:  Mostly for -- for, as I

2   recall, for E&A there were remittance advices.  I

3   don't -- I'm not so sure about -- I don't -- I

4   don't remember too well in -- on -- on the case

5   of StrataSys or Joy.

6   BY MR. COLE:

7        Q   How about deposit slips, were there deposit

8   slips in those files?

9        A   No.

10       Q   Okay.  Did -- did -- did BDO ever ask you

11   to see a deposit slip?

12       A   No.

13       Q   Okay.  Now ---

14       MR. THOMAS:  What -- what was your

15   answer?

16       THE WITNESS:  That -- no.

17   BY MR. COLE:

18       Q   Now, you said -- we talked about fake

19   invoices, fake checks, fake remittance advice and

20   fake insurance companies -- fake insurance documents.

21       Were any other documents created that were

22   fake?

23       A   Or document, in the case of insurance.

24       Q   Insurance document.  Okay.  Were any other

25   fake documents created to help perpetuate the fraud?

**MENDEZ, CARLOS 11/29/06**            **Page 138**

00139
1        MR. THOMAS:  Objection to the form.

2        THE WITNESS:  Not that I remember.

3    Those were, for the most part, the documents

4    needed.

5    BY MR. COLE:

6        Q    And you learned that those were the

7    documents needed during the course of your experience

8    in auditing with BDO; correct?

9        A    I'm sorry.

10       Q    I'll -- I'll --

11       A    Yes.

12       Q    -- rephrase it.

13       A    Yes.

14       Q    You learned that the documents that -- that

15   were created, the fake documents that were created,

16   you understood BDO would need as part of its audit;

17   correct?

18       A    Yes, yes, that's ---

19       Q    There were also fake minutes created;

20   right?

21       A    Yes, that is correct.

22       Q    And those minutes were provided to BDO, as

23   well?

24       A    They were provided to BDO, as well, yes.

25       Q    Now, were fake minutes provided to the

**MENDEZ, CARLOS 11/29/06**                    **Page 139**

00140

1  board of directors?

2      A    No, not to my knowledge.  I mean, again, I

3  didn't participate in the board meetings, but -- but

4  the -- the -- the minutes were in relation to a

5  meeting that was held, you know, the earlier

6  meetings, so ---

7      Q    And those minutes were contained in the

8  board packet that was provided to the various board

9  members; correct?

10      A    Yes.

11      Q    And that board packet was delivered to the

12  four Espirito Santo representatives, as well;

13  correct?

14      A    Yes.

15      Q    And within that board packet was a set of

16  financial statements; right?

17      A    Yes.

18      Q    Month end financials; right?

19      A    Interim financials, yes.

20      Q    And then there was also the prior -- prior

21  meeting's minutes; correct?

22      A    Yes, yes.

23      Q    And there was an aging report, as well;

24  correct?

25      A    Yes.

**MENDEZ, CARLOS 11/29/06**                    **Page 140**

00141

1    Q    Now, you said that there was -- there were

2  fake -- fake minutes created for BDO as part of the

3  audit process.

4         What types of information were removed from

5  the minutes and then -- before given to BDO?

6         MR. THOMAS:  Objection to the form.

7         THE WITNESS:  Yeah.

8  BY MR. COLE:

9    Q    Do you understand my question?

10   A    Yes.

11   Q    Well, let me rephrase it so that maybe I

12  can deal ---

13   A    Yeah, you might want to rephrase it.

14   Q    -- deal with the question --

15   A    Yes.

16   Q    -- with the objection.

17        Do you have an understanding as to who

18  revised the minutes before being provided to --

19  before they were being provided to BDO?

20   A    Yes.

21   Q    Who was the person who revised the minutes

22  before they were provided to BDO?

23   A    Dominick Parlapiano.

24   Q    And did you have an understanding as to

25  what information was being removed from the minutes

**MENDEZ, CARLOS 11/29/06**            **Page 141**

00142

1  before being provided to BDO in general?

2     A   To an extent, but again, and I think I

3  answered that question before, I -- I knew of the

4  adulteration of the minutes or doctoring of the

5  minutes, but I -- I didn't know in detail what it was

6  removed from the -- the, you know, the true minutes

7  for purpose of the auditors.  But probably some

8  discussions with respect to past due accounts and

9  concerns that had been raised by -- by the board, by

10  the manager, by the -- by the mangers that -- that --

11  the Espirito Santo mangers.

12     Q   Uh-huh, and why -- why did Dominick want to

13  remove the concerns that were raised by

14  Espirito Santo mangers from the minutes before

15  providing them to BDO?

16        MR. THOMAS:  Objection to the form.

17        THE WITNESS:  Because, you know, those

18  issues that were removed could -- could have

19  been, you know, some -- somewhat, you know,

20  present a call for attention from the auditors,

21  but ---

22  BY MR. COLE:

23     Q   By the way, you said before that the -- I

24  believe you said before that the Espirito Santo

25  representatives on the Bankest board of mangers would

**MENDEZ, CARLOS 11/29/06**          **Page 142**

00143

1  have a copy of the actual minutes; is that right?

2    A    That is correct.

3    Q    And with respect to the bank statements,

4  who would have copies of the bank statements, to your

5  knowledge --

6        MR. THOMAS:  Objection to the form.

7  BY MR. COLE:

8    Q    -- of E.S. Bankest?

9        MR. THOMAS:  Objection to the form.

10       THE WITNESS:  The bank statements?

11 BY MR. COLE:

12   Q    Uh-huh.

13   A    Well, the -- the -- the company obviously

14 had -- had the originals and -- and -- and -- and

15 copies.  I don't -- I don't know who -- who else

16 could have copies, I mean.

17   Q    Well, where did you understand the company,

18 Bankest, received the bank statements from?

19   A    From -- from the bank.

20   Q    Okay, and was -- were BCC's bank accounts

21 at the bank, as well?

22   A    Yes.

23   Q    Okay.

24   A    Up to until the sale of the company, yes.

25   Q    All right, and -- and in -- in that

**MENDEZ, CARLOS 11/29/06**                    **Page 143**

00144

1  instance, BCC would receive bank statements, as well?

2      A    BCC would receive the -- the -- yes, bank

3  statements, as well.

4      Q    And where would BCC receive bank statements

5  from?

6      A    From the bank.

7      Q    And were any of Bankest's clients a

8  customer of the bank?

9      A    They were clients that had accounts at the

10  bank.

11      Q    All right, and which clients were they, to

12  your knowledge?

13      A    I know that, for instance, Joy had for a

14  very short period of time.  They didn't bank with

15  Espirito Santo, the account that I knew.  I'm not

16  sure whether the smaller clients, I mean, not -- I'm

17  going to call them not fraud clients, some of the

18  smaller accounts had accounts at Espirito Santo.

19      Q    And did you have an understanding that

20  United Container had an account at Espirito Santo?

21      A    Yes.

22      Q    All right.  By the way, with

23  United Container, did Bankest engage in this -- in

24  these circle type transactions where -- that we've

25  talked about with respect to StrataSys before, where

**MENDEZ, CARLOS 11/29/06**                    **Page 144**

00145

1  there'd be a deposit and then an immediate

2  withdraw -- return?

3       MR. THOMAS:  Objection to the form.

4       THE WITNESS:  Not to my knowledge.

5  BY MR. COLE:

6    Q    All right.  Did United Container pay

7  Bankest invoices directly?

8    A    My understanding is that there were

9  payments made directly by United Container to -- to

10  E.S. Bankest.

11    Q    Did United Container provide Bankest any

12  false documents?

13    A    I don't know.

14    Q    During the audit -- during BDO's audit, do

15  you recall creating any checks to put in the folders

16  relating to customers of United Container?

17    A    No.

18    Q    Now -- one moment.

19       Other than Mr. Kantor and Mr. Barnhill,

20  were there any other people that you were aware of

21  that assisted in the fraud at Bankest that were not

22  Bankest employees?

23       MR. THOMAS:  Objection to the form.

24       THE WITNESS:  I -- I mentioned the name

25  of Dinora Feables, but she was acting as a -- you

**MENDEZ, CARLOS 11/29/06**          **Page 145**

00146

1  know, she was an employee of Joy Athletic and

2  she -- she was following Barnhill's instructions.

3  BY MR. COLE:

4      Q   Okay.  Besides Ms. Feables, do you remember

5  anybody else?

6          MR. THOMAS:  Objection to form.

7          THE WITNESS:  Out -- outside Bankest?

8  BY MR. COLE:

9      Q   Correct.

10     A   No.

11     Q   Now, inside Bankest, other than the

12  individuals who were ultimately indicted, did anybody

13  else inside Bankest know about the fraud?

14     A   Not to my knowledge.

15         MR. THOMAS:  Objection to the form.

16  BY MR. COLE:

17     Q   Okay.  Did Ms. Strudwick know about the

18  fraud?

19         MR. THOMAS:  Objection to the form.

20         THE WITNESS:  Not to my knowledge.

21  BY MR. COLE:

22     Q   Now, did Ms. Strudwick in any -- in any way

23  help create documents that were used to perpetrate

24  the fraud?

25     A   Not to my knowledge.

**MENDEZ, CARLOS 11/29/06**          **Page 146**

00147

1    Q    Is it fair to say that -- that in

2  perpetrating the fraud, most of the upper management

3  of E.S. Bankest was involved?

4        MR. THOMAS:  Objection to the form.

5        THE WITNESS:  Yeah, the -- I think I

6  named one by one, so you know, I mean, the

7  position of each one.

8  BY MR. COLE:

9    Q    All right, and there was also -- there were

10  third parties that were not Bankest employees that

11  were involved in the fraud; correct?

12        MR. THOMAS:  Objection to the form.

13        THE WITNESS:  Yeah, I name them, as

14  well.

15  BY MR. COLE:

16    Q    And there were fake documents; correct?

17    A    Yes.

18        MR. THOMAS:  Objection to form.

19  BY MR. COLE:

20    Q    And the fake documents were both

21  manufactured inside Bankest and they were provided by

22  outside sources; correct?

23        MR. THOMAS:  Objection to the form.

24        THE WITNESS:  As I discussed, yes.

25  BY MR. COLE:

**MENDEZ, CARLOS 11/29/06**          **Page 147**

00148

1    Q    And at no time did you tell BDO or any

2    other auditor that the information that you were

3    providing to them was false; correct?

4    A    I did not tell BDO.

5    Q    Now, there was a time period early on where

6    Bankest Capital had an employee by the name of

7    Rifkin, do you remember that?

8    A    Yes.

9    Q    Who was Mr. Rifkin?

10    A    Yeah, actually I don't know if he was an

11    employee, but Mr. Rifkin came to -- to Bankest

12    through Terry Germello, another employee of Bankest,

13    and, you know, he worked at Bankest for -- for a

14    number of months, I don't -- I don't think it was

15    even a year, you know, to -- to assist us in -- in

16    developing business for the company.

17    Q    And was Mr. Rifkin ultimately terminated

18    from Bankest?

19    A    I don't know if he was -- I mean, I

20    would -- I would say, yes, but -- but, I mean, he --

21    he never came back.  There was a, you know, some sort

22    of difference with -- with the Orlanskys, fallout

23    with the Orlanskys and ---

24    Q    Do you have an understanding as to what the

25    basis for the fallout was?

**MENDEZ, CARLOS 11/29/06**                    **Page 148**

00149

1    A    To an extent.

2    Q    Tell me what you understood the reason for

3    the fallout between the Orlanskys and Rifkin.

4        MR. THOMAS:  Objection to the form.

5        THE WITNESS:  Well, Rifkin -- and again

6    this is -- this is my understanding -- kept some

7    inventory or removed some inventory of mostly

8    apparel from a client's warehouse to another

9    location of his control, you know, as -- you

10   know, I guess with the purpose of collecting

11   money that he felt like he was owed by -- by the

12   Orlanskys.

13   BY MR. COLE:

14   Q    Do you have an understanding that

15   Mr. Rifkin had a relationship with Mr. Barnhill?

16       MR. THOMAS:  Objection to the form.

17       THE WITNESS:  The only relationship

18   that I know was the factoring relationship.

19   BY MR. COLE:

20   Q    And did you have an understanding that

21   during the time period that Mr. Rifkin was an

22   employee at Bankest, that he obtained false invoices

23   from Mr. Barnhill?

24       MR. THOMAS:  Objection to the form.

25       THE WITNESS:  No.

**MENDEZ, CARLOS 11/29/06**              **Page 149**

00150

1  BY MR. COLE:

2    Q    When was the first time Mr. Barnhill, to

3  your knowledge, provided a false invoice to Bankest

4  Capital?

5    A    Well, there were invoices that we knew that

6  were not -- that we knew -- when I say, "we," I refer

7  to the company as Bankest, and certainly I did know,

8  Mr. Orlansky know, Dominick know, invoices that were

9  not collectible, that were not good invoices that we

10  were carrying in our portfolio in 1995.

11    Q    Now, you said before that you never asked

12  for any shipping documents, remember that?

13        MR. THOMAS:  Objection to the form.

14        THE WITNESS:  From?

15  BY MR. COLE:

16    Q    From -- from Joy.

17    A    For -- for BDO's audits?

18    Q    Correct.

19    A    I -- I -- yeah, I don't remember getting

20  shipping documents or -- or -- or -- or -- or

21  providing -- I just don't remember.  I can -- can

22  speak for the -- for the last few years, I don't

23  think there were shipping documents.

24    Q    All right.  Now, but it's fair to say, sir,

25  that when -- when BDO needed a document that you

**MENDEZ, CARLOS 11/29/06**                    **Page 150**

00151

1  didn't have, people at Bankest figured out a way to

2  manufacture the document; isn't that right?

3        MR. THOMAS:  Objection to the form.

4        THE WITNESS:  We -- we pretty much

5  could anticipate what BDO was going to request.

6  BY MR. COLE:

7      Q    And then when they requested it, you -- you

8  manufactured the document; right?

9      A    They -- they --

10        MR. THOMAS:  Objection to the form.

11        THE WITNESS:  -- BDO, you know, set a

12  standard, pretty much, certainly after the

13  Ramon Rivera incident and they -- they had a very

14  limited request for documents.

15  BY MR. COLE:

16      Q    Okay, and with respect to the request for

17  documents, you were able to come up with ways through

18  templates on computers, through third-party sources

19  of checks, through collusion with third parties to

20  manufacture documents; correct?

21        MR. THOMAS:  Objection to the form.

22        THE WITNESS:  Yeah, we -- we provided

23  the documents that BDO requested.

24  BY MR. COLE:

25      Q    Right, and isn't it a fact, sir, that if

**MENDEZ, CARLOS 11/29/06**                    **Page 151**

00152

1  BDO requested shipping documents, given the success

2  that the people at Bankest had in the past, you could

3  have figured out a way to manufacture shipping

4  documents, as well; correct?

5        MR. THOMAS:  Objection to the form.

6        THE WITNESS:  I don't know, possibly.

7  BY MR. COLE:

8    Q    All right.

9    A    But they, you know, they -- they had to

10  make the request and -- and I don't remember,

11  probably there were requests, but I do not remember.

12    Q    All right.  Now, all these -- all these --

13  all these manufacture -- all these -- withdrawn.

14        All these attempts to manufacture documents

15  were all part of a -- a scheme to keep everyone from

16  discovering the fraud; isn't that right?

17    A    Who do you mean everyone?

18    Q    Well, you manufactured documents to prevent

19  the bank from discovering fraud; right?

20    A    For the bank to --

21    Q    Yeah.

22    A    -- discover the fraud?

23    Q    Yeah.

24    A    I'm sorry, I'm sorry, I'm sorry.

25    Q    You manufactured fake documents --

**MENDEZ, CARLOS 11/29/06**                    **Page 152**

00153

1  A  Yes.

2  Q  -- to prevent the bank from discovering the

3  fraud; right?

4  MR. THOMAS:  Objection to the form.

5  THE WITNESS:  It was for the purpose

6  of -- of -- of -- of, you know, of meeting the

7  auditors' request, you know.  There was -- there

8  was a need for -- for an audited financial

9  statement.

10  BY MR. COLE:

11  Q  Isn't it a fact, sir, that you created fake

12  documents to be provided to the bank, as well?

13  MR. THOMAS:  Objection to the form.

14  THE WITNESS:  I -- I'm -- I'm not sure

15  exactly what you're -- what you're referring to.

16  BY MR. COLE:

17  Q  You created aging reports; correct?

18  A  There -- there were -- yes, there were

19  within the monthly package to the board there were --

20  Q  There were ---

21  A  -- there were --

22  Q  There were ---

23  A  -- there were aging reports.

24  Q  And the aging reports were --

25  A  Were ---

**MENDEZ, CARLOS 11/29/06**                    **Page 153**

00154

1    Q   -- fake; right?

2    A   Were -- were -- there were misstatements.

3    Q   Okay, and they were provided to the bank;

4    correct?

5    A   They were provided to -- to -- to the

6    board -- to the board of -- of the company, yes.

7    Q   Okay, and there were fake documents that

8    were created for anybody else who needed them, who

9    was examining or looking over Bankest; correct?

10       MR. THOMAS:  Objection to the form.

11       THE WITNESS:  Well, the -- the only

12   entity that would look at Bankest, you know, in

13   detail was -- were the auditors.

14   BY MR. COLE:

15       Q   So your understanding was that although the

16   bank -- the bank appointed four members of the board

17   of mangers, their job was not to review anything --

18       MR. THOMAS:  Objection to the form.

19   BY MR. COLE:

20       Q   -- and look at -- look at Bankest?

21       MR. THOMAS:  Objection to the form.

22       THE WITNESS:  They -- their, you know,

23   documents, you know, could be looked at, but --

24   but the -- the board relied heavily -- entirely

25   on the work of the auditors and certainly the

**MENDEZ, CARLOS 11/29/06**                    **Page 154**

00155

1  Espirito Santo board members relied heavily in

2  its operating partner --

3  BY MR. COLE:

4    Q    Now ---

5    A    -- or entirely.

6    Q    Okay.  Did you actually attend the board

7  meetings?

8    A    No.

9    Q    So when you testify as to what may have

10  happened at those board meetings or what the bank was

11  relying on, you don't have firsthand knowledge, do

12  you?

13    A    No, other than -- than from conversations

14  that I held with our board members --

15    Q    Uh-huh.

16    A    -- or by attempts reading the minutes.

17    Q    Now, as far as the four bank board members,

18  did you ever communicate with them directly?

19    A    No.  Regularly, absolutely not.

20    Q    Okay.  Did you ever see -- ever talk to

21  Mr. Balestra about anything?

22    A    I'm sorry?

23    Q    Did you ever talk to Mr. Balestra at all

24  about anything?

25    A    Yes.  I mean, yes, I mean, we're in the

**MENDEZ, CARLOS 11/29/06**              **Page 155**

00210

1  to BDO. You were successful in lying to BDO, as

2  well; correct?

3     A   No, I -- I -- I think I complied with all

4  BDO's requests and when it came that time that BDO

5  was very close through Ramon Rivera to uncover what

6  was going on, that honestly I -- I thought that that

7  was the end.

8     Q   And then over the next four years you

9  continued to lie to BDO; right?

10     A   We continued complying with their requests.

11     Q   And every request was responded to or most

12  requests were responded to with a lie, correct?

13        MR. THOMAS: Objection to the form.

14  BY MR. COLE:

15     Q   I mean, you're not sitting here and saying

16  you didn't lie to BDO, did you -- are you? Are you

17  saying you were being truthful with BDO?

18     A   No, I'm saying that we -- we gave BDO what

19  they requested --

20     Q   Did BDO request --

21     A   -- and some of those ---

22     Q   -- false information?

23        MR. THOMAS: Can you let him -- let him

24  finish his answer?

25  BY MR. COLE:

**MENDEZ, CARLOS 11/29/06**         **Page 210**

00211

1    Q    Did BDO ever request false information?

2        MR. THOMAS:  Objection to the form.

3        THE WITNESS:  Well, some of the

4  information that was given to -- to BDO, it

5  was -- it was fake, yes.

6  BY MR. COLE:

7    Q    Right.

8    A    Yes, yes.

9    Q    And did they actually -- do you ever

10  remember seeing a request, hey, can you give us some

11  fake information?  BDO never asked for fake

12  information, did it?

13    A    No, they never asked me for fake

14  information.

15    Q    But you provided ---

16    A    But ---

17    Q    I'm sorry.  Go ahead, finish.

18    A    But the information that -- that BDO

19  requested, in my opinion, it was -- it was ---

20    Q    Well, I'm not asking about your opinion.

21        MR. THOMAS:  Let him finish.

22        MR. COLE:  Wait, wait, wait, wait,

23  wait, wait.

24        MR. THOMAS:  You cut him off when you

25  don't like it.

**MENDEZ, CARLOS 11/29/06**                **Page 211**

00212

1      MR. COLE:  No, wait, wait, wait, wait.

2      MR. THOMAS:  Let him finish his answer.

3 Carlos, Mr. Mendez, you have a right to finish

4 your answer.  If you want to finish your answer,

5 do so.

6      THE WITNESS:  It was very limited in --

7 in terms of -- of completing all the tests that

8 they were -- you know, that -- all the tests

9 that -- that they were supposed to, you know, to

10 do to -- to -- to be able to certify our

11 portfolio of receivables.

12      Yes, I gave false documents to BDO.

13 BY MR. COLE:

14    Q   You never told BDO that it was being

15 defrauded, did you?

16    A   No, I never -- I never told BDO it was

17 being defrauded.

18    Q   Now, is it fair to say that you were a

19 pretty good liar when it came to BDO, too?

20      MR. THOMAS:  Objection to form.

21 BY MR. COLE:

22    Q   You were a successful liar when it came to

23 BDO?

24    A   Well, I don't know what to be a good liar

25 or bad liar is.  What I know is that BDO never

**MENDEZ, CARLOS 11/29/06**        **Page 212**

00213

1  detected fraud because certainly they didn't want to

2  do what they had to do as Ramon Rivera once demanded

3  from us.

4      Q   My -- my question, sir, is:  Do you

5  consider yourself a good liar?  I mean, there were a

6  lot of people that you spoke to and provided

7  information to other than BDO that didn't detect the

8  fraud either; correct?

9      A   Like who?

10        MR. THOMAS:  Objection to the form.

11 BY MR. COLE:

12     Q   Did PWC detect the fraud?

13     A   They had no way to detect the fraud because

14 they didn't audit the company.

15     Q   Okay, but they didn't detect the fraud;

16 correct?

17     A   Because they didn't audit the company.

18     Q   So the answer is no, they didn't detect the

19 fraud; right?

20     A   No, they didn't detect the fraud

21 because ---

22     Q   Okay.  Did the bank detect the fraud?

23     A   No, because the bank was not either running

24 the business or being intimate in the operation of

25 the business and it relied entirely in the -- in

**MENDEZ, CARLOS 11/29/06**                    **Page 213**

00214

1   the -- in the -- in the -- in the financial -- in the

2   audited financial statements.

3      Q    So you're saying the bank didn't rely on

4   any representations being made by you?

5          MR. THOMAS:  Objection to the form.

6          THE WITNESS:  They -- they relied on

7   representations made by the officers of

8   E.S. Bankest, but -- but every time, like I just

9   told you, a situation, you know, of -- of concern

10  or questioning, then they had arose -- I mean,

11  arose -- I mean, arose by -- by -- by the bank,

12  Bankest, the officers of Bankest, namely Hector,

13  Eduardo, and -- and Dominick Parlapiano, would

14  always, you know, bring up the fact that we're

15  being -- that we were an audited company.

16  BY MR. COLE:

17     Q    My question is very simple, okay?  I

18  understand what your answer is with respect to BDO.

19  My question is:  The bank never detected fraud,

20  correct, yes or no?

21     A    They didn't know it was a fraud, no.

22     Q    Okay.

23     A    They never detected fraud.

24     Q    PWC came in and did some kind of procedure.

25  PWC never detected a fraud; correct?

**MENDEZ, CARLOS 11/29/06**                    **Page 214**