# EXHIBIT J

**FIRST AMENDMENT**
to that certain

**SCHEDULE B-1**
of that certain

**COLLECTION FACTORING AGREEMENT**
(the "Factoring Agreement")

by and between

**STRATASYS GROUP LLC / STRATASYS EQUIPMENT LLC**
(the "Company")

and

**E.S. BANKEST, LLC**
("Bankest")

Dated: November 28, 2000

---

WHEREAS, the Company, Bankest and Anthony E. Ronconi, an individual, as Guarantor of the Company's Obligation to Bankest pursuant to the Factoring Agreement, have entered into said Factoring Agreement, inclusive of Schedule B-1 to said Factoring Agreement (Attachment #1 hereof);

The parties hereto hereby agree to this Amendment, modification and revision to said Schedule B-1, as follows:

1. Paragraph numbered 1, states that the Guarantor's tendering of his Company Shares shall not in any way be construed to be satisfaction of the Guarantors Guaranteed Obligation, as defined in the related Performance Guaranty Agreement;

Bankest hereby agrees to accept all of the Guarantor's Company's Shares, representing all of said Guarantor's equity interest in the Company, as of April 30, 2000, said Guarantor owning 21% of the Company's Shares and said equity interest in the Company, as of April 30, 2000; in full satisfaction of the Guarantor's Guaranteed Obligation(s) as defined in the related Guarantor's Performance Guaranty Agreement.

Without otherwise amending, modifying or revising the terms of the Factoring Agreement, including Schedule B-1 thereof, or the Guarantor's Performance Guaranty Agreement;

the parties hereto sign in Agreement hereof:

this 28th day of November, 2000

For: StrataSys Group LLC / StrataSys Equipment LLC
(the "Company")

_____          _____
Howard Cantor, President                  Arnie Gimun, Secretary

For: Anthony E. Ronconi
("Guarantor")

_____
Anthony E. Ronconi, an individual

For: E.S. Bankest, LLC
("Bankest")

_____
Dominick Parlapiano, Senior Vice President, Manager

Page 1 of 1

ES-STR-001122