# EXHIBIT K



**ORDERED in the Southern District of Florida on August 31, 2006.**

Robert A. Mark, Chief Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Miami Division**

*In re:* CASE NO. 03-19745-BKC-RAM

JOY ATHLETIC, INC., Chapter 7

Debtor.
_____________________________/

**AGREED ORDER ON TRUSTEE'S OBJECTION TO CLAIM NOS. 259 AND 275 FILED BY LEWIS B. FREEMAN, RECEIVER OF BANKEST CAPITAL CORPORATION, ES BANKEST, LC, BANKEST RECEIVABLES USA, LLC and BANKEST FINANCE, LLC**

**THIS MATTER** came before the court upon the Trustee's Objection to Claim Nos. 259 and 275 filed by Lewis B. Freeman, Receiver Of Bankest Capital Corporation, ES Bankest, LC, Bankest Receivables USA, LLC And Bankest Finance, LLC ("Freeman"), and the Court, having noted the agreement of the parties, including Lewis B. Freeman, Banco Espirito Santo International, Ltd., as assignee of Bankest Receivables USA LLC's claim and Soneet Kapila, Trustee for Bankest Capital Corporation, as more fully set forth below, noting the representation

of the Trustee that no additional monies, other than avoidable transfer recoveries and bank interest, have come into the Estate since this Court's July 6, 2004 Order (C.P. # 313) and finding good cause to approve same, does

**ORDER AND ADJUDGE** as follows:

1. Claim No. 259 filed by Freeman is stricken in its entirety.

2. Claim No. 275 filed by Freeman shall be allowed as an unsecured nonpriority claim in an amount to be determined, except as modified herein. This Order shall not impact or adjudicate any secured interests of E.S. Bankest, L.C. or Bankest Capital Corporation in any other non-avoidance action recoveries collected in the future, including but no limited to any monies recovered from Wal-Mart or Sam's Club.

3. Soneet Kapila, Trustee for Bankest Capital Corporation, shall have the right to file a response to the Trustee's Objection to Claim No. 275 in the event funds are collected in the future and available for distribution.

4. This Order is without prejudice to, and does not constitute an adjudication as to, whether Bankest Capital Corporation or E.S. Bankest, L.C. would be entitled to a distribution, if any, are made to unsecured creditors.

###

**SUBMITTED BY:**
Eugenia Chu, Esq.
Attorney for Alan L. Goldberg, Trustee
201 So. Biscayne Blvd., 17th Floor
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
E-Mail: echu@kpkb.com

Copy to: Eugenia Chu, Esq. [Attorney Chu is directed to serve a copy of this Order upon all interested parties.]

FORM B10 (Official Form 10) (4/01) as revised as local form 61 (12/01), USBC, SDFL.

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA

PROOF OF CLAIM

(Name of Debtors)

**JOY ATHLETIC, INC.,**

Case Number

**03-19745-BKC-RAM**

IMPORTANT: BAR CODED CLAIM FORM CAN ONLY BE USED BY THE ABOVE-NAMED CREDITOR IN THE ABOVE-NAMED CASE

THIS SPACE IS FOR COURT USE ONLY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):

**Lewis B. Freeman, not individually, but as the duly appointed and acting receiver of Bankest Capital Corporation, Bankest Receivables USA, LLC and Bankest Finance, LLC**

Name and Addresses Where Notices Should be Sent:

David C. Cimo, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
3600 Bank of America Tower
100 SE 2nd Street
Miami, FL 33131
Tel: (305) 349-2300; Fax: (305) 349-2310

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor: N/A

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated

**1. Basis for Claim**

- ☐ Goods sold
- ☐ Services performed
- ■ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)

☐ Wages, salaries and compensations (fill out below)
Your SS# ____-____-____
Unpaid compensation for services performed from ____________ (date) to ____________ (date)

**2. Date debt was incurred: 10/96 - petition date**

**3. If court judgment, date obtained: N/A**

**4. Total Amount of Claim at Time Case Filed: $ 109,779,628.64** (see attached Exhibit A for summary of account)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

■ Check this box if claim included interest or other charges in addition to the principal amount of the claim. Attach itemized statement

**5. Secured Claim.**

■ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral
☐ Real Estate ☐ Motor Vehicle
■ Other (factored receivables) *

Value of Collateral: $ unknown

Amount of arrearage and other charges at the time the case was filed included in secured claim, if any: $__________

* This claim will be deemed an unsecured claim to the extent the value of the collateral is less than the amount of the claim

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim Amount entitled to priority $________
Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier) - 11 U.S.C. § 507(a)(3).

☐ Contributions to an employee benefit plan - U.S.C. § 507(a)(4).

☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).

☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §§ 507(a)(__).

**Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach legible copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Supporting documents should not exceed 5 pages See reverse for instructions).

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. Research and/or copy charges will apply for future copy requests of claims.

THIS SPACE IS FOR COURT USE ONLY

Date: 11/26/03

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

By: David C. Cimo, Esq., as attorney and agent for Claimant

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**File claim with: bankruptcy clerk's office where judge assigned to case is chambered.**

**EXHIBIT A – ATTACHMENT TO PROOF OF CLAIM FILED LEWIS B. FREEMAN, NOT INDIVIDUALLY, BUT AS THE DULY APPOINTED AND ACTING RECEIVER OF BANKEST CAPITAL CORPORATION, BANKEST RECEIVABLES USA, LLC AND BANKEST FINANCE, LLC IN CASE NO. 03-19745-BKC-RAM**

## I. Summary of Documents Supporting Claim

Because of the five-page attachment limitation for proof of claims filed in this District, the documents supporting the claim are not attached. However, the following constitutes a summary of the pertinent documents that relate to the claim:

| |
|---|
| 04/06/92 UCC-1 Financing Statement<br>File No. 920000067931 |
| 08/08/92 Security Agreement Between Bankest Capital Corp. and Joy Silkscreen Products, Inc. |
| 08/08/92 Performance Guarantee Between Steven H. Zimmerman, Joy Silkscreen Products, Inc. and Bankest Capital Corp. |
| 08/10/92 Collection Factoring Agreement Between Bankest Capital Corp. and Joy Silkscreen Products Inc |
| 09/30/92 Amendment to Factoring Agreement Between Bankest Capital Corp. and Joy Silkscreen Products, Inc |
| 03/25/96 UCC-3 Statement of Change<br>File No. 960000062611 (Re: Company Name Change) |
| 03/25/96 UCC-1 Financing Statement<br>File No. 960000062610 |
| 05/29/01 UCC-1 Financing Statement<br>File No. 200100117560 |
| 05/27/03 UCC Financing Statement Amendment to Initial UCC-1 Financing Statement<br>File No. 200100117560 |

## II. Summary of Account and Amounts Due and Owing

Attached hereto is a summary of the account and all amounts due and owing to the Claimant as of the petition date:

## III. Requests for Additional Information Supporting Claims

For more detail regarding the nature and extent of the claims asserted herein, upon request undersigned counsel will make available for inspection and/or copying all documents that evidence the claims that are the subject matter of this proof of claim.

**Bankest Capital Corporation**
**Joy Athletic**
**Loan Balance Rollforward - Summary**

| | Total | Cash Transactions | Accruals |
|---|---|---|---|
| **Balance as of Sept 30, 1996** | **4,744,146.00** | | |
| Returned Checks - From Joy Customers | 223,352.25 | 223,352.25 | |
| Cash Receipts - Collection of A/R | (155,842,215.59) | (155,842,215.59) | |
| Factor Fees | 1,767,123.26 | | 1,767,123.26 |
| Cash Advance - Pmt From Reserve Account | 216,360,394.33 | 216,360,394.33 | |
| Fee Guarantee | 520.00 | | 520.00 |
| Cash Advance - Payment on Behalf of Joy | 460,591.16 | 460,591.16 | |
| Other Adjustments | 11,239,121.35 | | 11,239,121.35 |
| Interest | 31,454,368.35 | | 31,454,368.35 |
| **Balance as of close on Sept 8, 2003** | **110,407,401.11** | 61,202,122.15 | 44,461,132.96 |
| Cash Receipts - Post-Petition 9/9/03 to 10/14/03 | (627,772.47) | (627,772.47) | |
| **Balance as of October 14, 2003** | **109,779,628.64** | 60,574,349.68 | 44,461,132.96 |

**NOTE: No post-petition interest or fees have been accrued by Bankest.**

**Bankest Capital Corporation**
**Joy Athletic**
**Loan Balance Rollforward by Month**

| Month | | Year | Beginning Balance | Returned Checks | Cash Receipts | Factors Fees | Payment From Reserve Account | Fee Guarantee | Payment on Behalf of Joy | Other | Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Joy Athletic Accounts Receivable Loan Balance | | | | | | | | | |
| | | | 4,744,146.00 | 223,352.25 | 156,469,988.06 | 1,767,123.26 | 216,360,394.33 | 520.00 | 460,591.16 | 11,239,121.35 | 31,454,368.35 | 109,779,628.64 |

Advances per the Joy Athletic Inc. Amendment to Factor Agreement, dated September 30, 1996:

| | | |
|---|---|---|
| Advances | 9,111,186.00 | (ref p1 para C) |
| Additional Advance | 681,090.00 | (ref p2 para 1.03) |
| Conversion to Preferred Stock | (5,048,130.00) | (ref p2 para 1.04) |
| Beginning Balance - Loan to Joy Athletic | 4,744,146.00 | |

| Month | | Year | Beginning Balance | Returned Checks | Cash Receipts | Factors Fees | Payment From Reserve Account | Fee Guarantee | Payment on Behalf of Joy | Other | Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October | 10 | 1996 | 4,744,146.00 | - | 799,187.70 | 43,558.18 | 1,103,489.43 | - | 210.50 | 647,338.24 | 99,440.42 | 5,838,995.07 |
| November | 11 | 1996 | 5,838,995.07 | 296.40 | 815,269.91 | 40,431.72 | 1,098,873.90 | - | 35,454.00 | (4,362.15) | 101,024.44 | 6,295,443.47 |
| December | 12 | 1996 | 6,295,443.47 | - | 729,922.85 | 34,284.55 | 884,900.00 | - | - | 97,357.40 | 107,988.59 | 6,690,051.16 |
| January | 1 | 1997 | 6,690,051.16 | 1,260.00 | 589,269.27 | 47,437.99 | 1,029,398.39 | - | - | (18,487.32) | 112,015.19 | 7,272,406.14 |
| Febraury | 2 | 1997 | 7,272,406.14 | 5,749.56 | 576,236.70 | 39,172.44 | 985,000.00 | - | 149.63 | (214.14) | 106,482.73 | 7,832,509.66 |
| March | 3 | 1997 | 7,832,509.66 | 5,749.56 | 796,334.19 | 43,708.88 | 1,167,000.00 | 500.00 | 171,989.32 | 5,054.60 | 125,298.69 | 8,555,476.52 |
| April | 4 | 1997 | 8,555,476.52 | - | 610,290.99 | 9,275.52 | 1,434,000.00 | - | - | 630.00 | 131,421.43 | 9,520,512.48 |
| May | 5 | 1997 | 9,520,512.48 | - | 774,858.29 | 8,574.92 | 1,054,104.99 | - | 396.00 | 126,648.82 | 137,655.12 | 10,073,234.04 |
| June | 6 | 1997 | 10,073,234.04 | 299.00 | 1,195,581.10 | 5,761.48 | 1,400,000.00 | - | 8.00 | 187,912.22 | 106,653.22 | 10,578,286.86 |
| July | 7 | 1997 | 10,578,286.86 | 558.77 | 1,263,976.33 | 477.11 | 1,571,753.80 | - | 93.88 | 11,995.72 | 154,701.69 | 11,053,891.50 |
| August | 8 | 1997 | 11,053,891.50 | - | 1,836,708.25 | 4,778.38 | 1,312,000.00 | - | - | 11,279.18 | 156,275.02 | 10,701,515.83 |
| September | 9 | 1997 | 10,701,515.83 | 324.36 | 850,375.88 | 6,890.01 | 1,445,253.09 | - | 18,290.48 | 11,696.64 | 151,329.31 | 11,484,923.84 |
| October | 10 | 1997 | 11,484,923.84 | - | 96,984.59 | 109.75 | 1,578,000.00 | - | 217.10 | 19,834.59 | 164,132.23 | 13,150,252.92 |
| November | 11 | 1997 | 13,150,252.92 | - | 1,139,377.51 | 7,914.22 | 1,100,600.00 | - | - | 22,644.31 | 165,246.28 | 13,307,280.22 |
| December | 12 | 1997 | 13,307,280.22 | 2,118.56 | 1,472,828.16 | 2,208.33 | 1,660,516.55 | - | 103.98 | 25,118.17 | 171,247.38 | 13,695,765.03 |
| January | 1 | 1998 | 13,695,765.03 | 19,225.79 | 1,082,690.41 | 10.27 | 1,873,708.38 | - | - | 9,613.42 | 184,135.69 | 14,499,768.17 |
| Febraury | 2 | 1998 | 14,499,768.17 | 712.95 | 735,060.62 | 30.29 | 1,650,863.95 | - | 466.63 | 40,447.96 | 168,680.71 | 15,625,910.04 |
| March | 3 | 1998 | 15,625,910.04 | 2,058.00 | 1,261,135.40 | - | 1,999,339.34 | - | - | 76,979.97 | 203,086.37 | 16,646,238.32 |
| April | 4 | 1998 | 16,646,238.32 | 1,785.76 | 1,566,607.50 | 59.13 | 1,865,488.33 | - | - | 102,536.57 | 204,624.33 | 17,254,124.94 |
| May | 5 | 1998 | 17,254,124.94 | 773.72 | 980,589.21 | 6.01 | 1,591,909.10 | - | - | 46,586.25 | 219,628.43 | 18,132,439.24 |
| June | 6 | 1998 | 18,132,439.24 | - | 905,449.56 | - | 2,075,000.00 | - | - | 16,920.06 | 214,208.53 | 19,533,118.27 |
| July | 7 | 1998 | 19,533,118.27 | 6,512.00 | 1,286,349.35 | 1,854.24 | 1,789,000.00 | - | 437.74 | 10,746.03 | 233,986.13 | 20,289,305.06 |
| August | 8 | 1998 | 20,289,305.06 | 2,000.00 | 1,604,420.04 | - | 2,146,855.52 | - | - | 22,417.63 | 241,919.63 | 21,098,077.80 |
| September | 9 | 1998 | 21,098,077.80 | - | 813,029.05 | - | 2,994,000.00 | - | - | 15,112.73 | 249,354.94 | 23,543,516.42 |
| October | 10 | 1998 | 23,543,516.42 | - | 1,916,958.25 | 6,501.19 | 2,858,252.00 | - | - | 41,030.36 | 269,769.08 | 24,800,110.80 |
| November | 11 | 1998 | 24,800,110.80 | - | 2,056,458.87 | 45,461.71 | 2,759,000.00 | - | - | 84,006.14 | 285,775.08 | 25,917,894.86 |
| December | 12 | 1998 | 25,917,894.86 | 904.00 | 3,506,640.54 | 3,349.52 | 2,585,186.80 | - | - | 3,137.00 | 272,608.94 | 25,276,440.58 |
| January | 1 | 1999 | 25,276,440.58 | 28.76 | 1,419,694.70 | 6,184.48 | 2,536,000.00 | - | - | 17,584.71 | 285,592.11 | 26,701,935.94 |
| Febrauy | 2 | 1999 | 26,701,935.94 | - | 2,864,328.30 | 18,241.59 | 2,287,000.00 | - | - | 1,126,334.83 | 269,230.89 | 27,538,414.95 |
| March | 3 | 1999 | 27,538,414.95 | - | 1,719,293.04 | 27,195.00 | 2,544,000.00 | - | - | 101,220.74 | 305,357.26 | 28,796,894.91 |
| April | 4 | 1999 | 28,796,894.91 | - | 2,088,199.47 | 16,012.16 | 2,315,948.00 | - | - | 74,473.95 | 306,524.91 | 29,421,654.46 |
| May | 5 | 1999 | 29,421,654.46 | 1,000.00 | 1,745,212.50 | 8,368.29 | 2,255,866.78 | - | - | 82,717.80 | 323,640.50 | 30,348,035.33 |
| June | 6 | 1999 | 30,348,035.33 | 1,872.00 | 2,005,627.96 | - | 2,175,000.00 | - | - | 60,182.25 | 318,694.29 | 30,897,955.91 |
| July | 7 | 1999 | 30,897,955.91 | - | 1,837,939.29 | - | 1,886,202.64 | - | - | 128,728.80 | 332,839.86 | 31,407,787.92 |
| August | 8 | 1999 | 31,407,787.92 | - | 1,899,907.80 | 3,125.09 | 2,794,911.88 | - | - | 5,485.72 | 342,849.70 | 32,554,252.51 |
| September | 9 | 1999 | 32,554,252.51 | - | 2,684,872.33 | 16,886.25 | 2,346,301.90 | - | 7,816.30 | 1,199.34 | 354,098.54 | 32,595,684.51 |
| October | 10 | 1999 | 32,595,684.51 | - | 989,166.30 | 522.78 | 2,716,409.17 | - | - | 210,723.41 | 373,008.10 | 34,907,181.68 |
| November | 11 | 1999 | 34,907,181.68 | - | 3,073,049.91 | 3,119.87 | 3,871,569.00 | - | - | 14,312.03 | 381,828.81 | 36,104,961.48 |
| December | 12 | 1999 | 36,104,961.48 | 4,195.83 | 2,352,034.38 | 76.60 | 3,831,853.20 | - | 3,174.50 | 4,520.81 | 420,536.34 | 38,017,284.38 |
| January | 1 | 2000 | 38,017,284.38 | - | 1,298,055.60 | 2,849.59 | 2,664,391.99 | - | - | 7,443.54 | 436,225.12 | 39,830,139.02 |
| Febraury | 2 | 2000 | 39,830,139.02 | 37,888.63 | 1,707,317.24 | 95,494.79 | 2,758,043.05 | - | - | 14,848.75 | 422,970.46 | 41,452,067.47 |
| March | 3 | 2000 | 41,452,067.47 | 9,951.38 | 2,223,580.58 | 1,613.99 | 3,025,055.12 | - | - | 18,258.70 | 464,647.72 | 42,746,013.80 |
| April | 4 | 2000 | 42,746,013.80 | - | 3,247,590.58 | - | 1,899,291.92 | - | - | 121,803.06 | 454,108.93 | 41,973,627.13 |
| May | 5 | 2000 | 41,973,627.13 | - | 1,207,205.50 | - | 2,190,688.18 | - | 13.00 | 3,192.64 | 490,922.51 | 43,451,237.96 |
| June | 6 | 2000 | 43,451,237.96 | - | 2,134,349.37 | - | 2,073,000.00 | - | - | 1,152.30 | 502,437.90 | 43,893,478.79 |

**Bankest Capital Corporation**
**Joy Athletic**
**Loan Balance Rollforward by Month**

Joy Athletic Accounts Receivable Loan Balance

| | Month | Year | Beginning Balance | Returned Checks | Cash Receipts | Factors Fees | Payment From Reserve Account | Fee Guarantee | Payment on Behalf of Joy | Other | Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 4,744,146.00 | 223,352.25 | 156,469,988.06 | 1,767,123.26 | 216,360,394.33 | 520.00 | 460,591.16 | 11,239,121.35 | 31,454,368.35 | 109,779,628.64 |
| July | 7 | 2000 | 43,893,478.79 | - | 1,797,462.47 | - | 2,603,813.36 | - | - | 11,249.73 | 447,208.52 | 45,158,287.93 |
| August | 8 | 2000 | 45,158,287.93 | - | 2,664,641.85 | - | 3,536,085.69 | - | 30.48 | 27,425.58 | 466,438.03 | 46,523,625.86 |
| September | 9 | 2000 | 46,523,625.86 | - | 3,050,410.77 | - | 3,062,057.32 | - | - | 3,555.10 | 454,379.73 | 46,993,207.24 |
| October | 10 | 2000 | 46,993,207.24 | - | 2,119,657.23 | 472.50 | 3,194,050.28 | - | - | 4,384.52 | 476,282.75 | 48,548,540.07 |
| November | 11 | 2000 | 48,548,540.07 | - | 2,592,577.70 | 2,407.02 | 2,479,186.97 | - | - | 14,459.94 | 473,162.81 | 48,925,179.11 |
| December | 12 | 2000 | 48,925,179.11 | - | 1,921,021.21 | 55,078.99 | 2,510,179.79 | - | - | 1,590,472.18 | 493,052.36 | 51,652,939.22 |
| January | 1 | 2001 | 51,652,939.22 | - | 2,361,826.85 | 94,191.92 | 2,826,000.00 | - | 9,089.50 | - | 513,941.40 | 52,534,335.19 |
| Febraury | 2 | 2001 | 52,534,335.19 | - | 1,558,675.31 | 34,419.48 | 2,087,985.50 | - | - | 3,500,000.00 | 479,362.80 | 57,077,427.66 |
| March | 3 | 2001 | 57,077,427.66 | - | 2,128,929.37 | 17,428.64 | 2,929,010.50 | - | 4,714.20 | - | 568,034.30 | 58,467,685.93 |
| April | 4 | 2001 | 58,467,685.93 | - | 1,669,312.82 | 16,162.09 | 2,434,000.00 | - | - | - | 557,394.66 | 59,805,929.86 |
| May | 5 | 2001 | 59,805,929.86 | - | 1,423,284.61 | 11,720.54 | 2,679,000.00 | - | - | - | 478,708.13 | 61,552,073.92 |
| June | 6 | 2001 | 61,552,073.92 | - | 829,920.57 | 13,616.23 | 2,149,000.00 | - | - | - | 447,968.26 | 63,332,737.84 |
| July | 7 | 2001 | 63,332,737.84 | - | 1,246,258.80 | 20,889.75 | 1,970,000.00 | - | - | - | 472,416.42 | 64,549,785.21 |
| August | 8 | 2001 | 64,549,785.21 | - | 1,310,627.32 | 29,763.04 | 3,397,000.00 | - | - | (2,712,927.91) | 454,524.03 | 64,407,517.05 |
| September | 9 | 2001 | 64,407,517.05 | - | 1,176,976.51 | 52,218.74 | 3,657,000.00 | - | - | - | 441,234.92 | 67,380,994.20 |
| October | 10 | 2001 | 67,380,994.20 | - | 2,307,407.43 | 102,809.81 | 6,698,000.00 | - | 2,875.00 | - | 581,023.38 | 72,458,295.06 |
| November | 11 | 2001 | 72,458,295.06 | - | 6,441,567.75 | 41,474.47 | 4,953,000.00 | - | - | 1,173,769.11 | 581,290.24 | 72,766,261.13 |
| December | 12 | 2001 | 72,766,261.13 | - | 1,883,711.74 | 19,240.96 | 3,196,000.00 | - | - | 4,020,569.32 | 607,405.57 | 78,725,765.24 |
| January | 1 | 2002 | 78,725,765.24 | - | 1,349,952.45 | 12,208.95 | 2,459,609.33 | - | - | - | 628,714.12 | 80,476,345.19 |
| Febraury | 2 | 2002 | 80,476,345.19 | 217.69 | 1,221,960.74 | 22,977.56 | 1,940,000.00 | - | 996.00 | - | 577,780.02 | 81,796,355.72 |
| March | 3 | 2002 | 81,796,355.72 | 2,361.41 | 2,698,233.29 | 23,131.60 | 3,148,000.00 | - | - | - | 648,519.10 | 82,920,134.54 |
| April | 4 | 2002 | 82,920,134.54 | - | 1,304,491.83 | 18,557.98 | 3,559,000.00 | 20.00 | - | - | 643,934.25 | 85,837,155.14 |
| May | 5 | 2002 | 85,837,155.14 | 1,589.56 | 2,215,699.98 | 14,344.17 | 3,605,000.00 | - | - | - | 685,752.59 | 87,928,141.48 |
| June | 6 | 2002 | 87,928,141.48 | - | 1,310,597.72 | 28,445.41 | 3,166,000.00 | - | 2,972.52 | - | 679,167.54 | 90,494,129.23 |
| July | 7 | 2002 | 90,494,129.23 | - | 1,503,155.09 | 38,054.02 | 3,966,000.00 | - | - | - | 719,394.17 | 93,712,422.33 |
| August | 8 | 2002 | 93,712,422.33 | - | 2,533,387.28 | 58,195.32 | 4,956,918.05 | - | 5,117.36 | - | 739,192.91 | 96,936,458.69 |
| September | 9 | 2002 | 96,936,458.69 | - | 2,974,040.78 | 38,607.28 | 4,292,000.00 | - | 230.00 | - | 743,204.90 | 99,036,460.09 |
| October | 10 | 2002 | 99,036,460.09 | - | 4,496,841.69 | 83,635.95 | 5,676,000.00 | - | - | - | 756,153.39 | 101,055,307.74 |
| November | 11 | 2002 | 101,055,307.74 | - | 3,216,791.64 | 50,682.79 | 5,505,000.00 | - | - | - | 275,929.12 | 103,670,128.01 |
| December | 12 | 2002 | 103,670,128.01 | - | 3,437,471.49 | 57,939.45 | 3,736,175.35 | - | 41,376.86 | - | 793,665.30 | 104,861,813.48 |
| January | 1 | 2003 | 104,861,813.48 | 66,398.56 | 4,113,107.58 | 48,452.12 | 3,559,000.00 | - | - | - | 781,291.15 | 105,203,847.73 |
| Febraury | 2 | 2003 | 105,203,847.73 | 47,520.00 | 3,137,169.88 | 48,536.41 | 3,587,000.00 | - | - | - | 710,630.04 | 106,460,364.30 |
| March | 3 | 2003 | 106,460,364.30 | - | 3,143,687.40 | 50,372.77 | 4,317,921.72 | - | 473.13 | - | 804,067.96 | 108,489,512.48 |
| April | 4 | 2003 | 108,489,512.48 | - | 2,982,111.21 | 27,035.98 | 3,486,127.60 | - | - | - | 748,739.93 | 109,769,304.78 |
| May | 5 | 2003 | 109,769,304.78 | - | 2,738,003.11 | 17,217.25 | 2,960,574.61 | - | (206,730.01) | - | - | 109,802,363.52 |
| June | 6 | 2003 | 109,802,363.52 | - | 1,806,426.12 | 22,171.29 | 2,077,681.60 | - | 18,453.00 | - | - | 110,114,243.29 |
| July | 7 | 2003 | 110,114,243.29 | - | 1,434,903.09 | 34,192.70 | 1,607,000.00 | - | 332,705.77 | - | - | 110,653,238.67 |
| August | 8 | 2003 | 110,653,238.67 | - | 1,495,376.21 | 12,925.65 | 1,610,990.24 | - | 9,464.29 | - | - | 110,791,242.64 |
| September | 9 | 2003 | 110,791,242.64 | - | 972,771.82 | - | - | - | - | - | - | 109,818,470.82 |
| October | 10 | 2003 | 109,818,470.82 | - | 38,842.18 | - | - | - | - | - | - | 109,779,628.64 |

FORM B10 (Official Form 10) (4/01) as revised as local form 61 (12/01), USBC, SDFL.

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA

PROOF OF CLAIM

(Name of Debtors)

JOY ATHLETIC, INC.,

Case Number

03-19745-BKC-RAM

IMPORTANT: BAR CODED CLAIM FORM CAN ONLY BE USED BY THE ABOVE-NAMED CREDITOR IN THE ABOVE-NAMED CASE

THIS SPACE IS FOR COURT USE ONLY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or entity to whom the debtor owes money or property):

**Lewis B. Freeman, not individually, but as the duly appointed and acting receiver of Bankest Capital Corporation, ES Bankest, LC, Bankest Receivables USA, LLC and Bankest Finance, LLC**

Name and Addresses Where Notices Should be Sent:

David C. Cimo, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
3600 Bank of America Tower
100 SE 2nd Street
Miami, FL 33131
Tel: (305) 349-2300; Fax: (305) 349-2310

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
N/A

Check here if this claim ☐ replaces ■ amends a previously filed claim dated 12/01/03

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ■ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensations (fill out below)
Your SS# ___-__-___
Unpaid compensation for services performed from _____ (date) to _____ (date)

2. **Date debt was incurred: 10/96 - petition date**

3. **If court judgment, date obtained: N/A**

4. **Total Amount of Claim at Time Case Filed: $ 109,779,628.64** (see attached Exhibit A for summary of account)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

■ Check this box if claim included interest or other charges in addition to the principal amount of the claim. Attach itemized statement

5. **Secured Claim.**
■ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral
☐ Real Estate ☐ Motor Vehicle
■ Other (factored receivables) *

Value of Collateral: $ UNKNOWN

Amount of arrearage and other charges at the time the case was filed included in secured claim, if any: $_____

* This claim will be deemed an unsecured claim to the extent the value of the collateral is less than the amount of the claim

6. **Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier) - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties of governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_).

**Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.*

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** *Attach legible copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Supporting documents should not exceed 5 pages See reverse for instructions).
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. Research and/or copy charges will apply for future copy requests of claims.

THIS SPACE IS FOR COURT USE ONLY

275 08

Date: 12/12/03

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

By: David C. Cimo, Esq., as attorney and agent for Claimant

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**File claim with: bankruptcy clerk's office where judge assigned to case is chambered.**

**EXHIBIT A – ATTACHMENT TO PROOF OF CLAIM FILED LEWIS B. FREEMAN, NOT INDIVIDUALLY, BUT AS THE DULY APPOINTED AND ACTING RECEIVER OF BANKEST CAPITAL CORPORATION, ES BANKEST, LC, BANKEST RECEIVABLES USA, LLC AND BANKEST FINANCE, LLC IN CASE NO. 03-19745-BKC-RAM**

## I. Summary of Documents Supporting Claim

Because of the five-page attachment limitation for proof of claims filed in this District, the documents supporting the claim are not attached. However, the following constitutes a summary of the pertinent documents that relate to the claim:

| |
|---|
| 04/06/92 UCC-1 Financing Statement<br>File No. 920000067931 |
| 08/08/92 Security Agreement Between Bankest Capital Corp. and Joy Silkscreen Products, Inc. |
| 08/08/92 Performance Guarantee Between Steven H. Zimmerman, Joy Silkscreen Products, Inc. and Bankest Capital Corp. |
| 08/10/92 Collection Factoring Agreement Between Bankest Capital Corp. and Joy Silkscreen Products Inc |
| 09/30/92 Amendment to Factoring Agreement Between Bankest Capital Corp. and Joy Silkscreen Products, Inc |
| 03/25/96 UCC-3 Statement of Change<br>File No. 960000062611 (Re: Company Name Change) |
| 03/25/96 UCC-1 Financing Statement<br>File No. 960000062610 |
| 05/29/01 UCC-1 Financing Statement<br>File No. 200100117560 |
| 05/27/03 UCC Financing Statement Amendment to Initial UCC-1 Financing Statement<br>File No. 200100117560 |

## II. Summary of Account and Amounts Due and Owing

Attached hereto is a summary of the account and all amounts due and owing to the Claimant as of the petition date:

## III. Requests for Additional Information Supporting Claims

For more detail regarding the nature and extent of the claims asserted herein, upon request undersigned counsel will make available for inspection and/or copying all documents that evidence the claims that are the subject matter of this proof of claim.

**Bankest Capital Corporation**
**Joy Athletic**
**Loan Balance Rollforward - Summary**

| | Total | Cash Transactions | Accruals |
|---|---|---|---|
| **Balance as of Sept 30, 1996** | **4,744,146.00** | | |
| Returned Checks - From Joy Customers | 223,352.25 | 223,352.25 | |
| Cash Receipts - Collection of A/R | (155,842,215.59) | (155,842,215.59) | |
| Factor Fees | 1,767,123.26 | | 1,767,123.26 |
| Cash Advance - Pmt From Reserve Account | 216,360,394.33 | 216,360,394.33 | |
| Fee Guarantee | 520.00 | | 520.00 |
| Cash Advance - Payment on Behalf of Joy | 460,591.16 | 460,591.16 | |
| Other Adjustments | 11,239,121.35 | | 11,239,121.35 |
| Interest | 31,454,368.35 | | 31,454,368.35 |
| **Balance as of close on Sept 8, 2003** | **110,407,401.11** | 61,202,122.15 | 44,461,132.96 |
| Cash Receipts - Post-Petition 9/9/03 to 10/14/03 | (627,772.47) | (627,772.47) | |
| **Balance as of October 14, 2003** | **109,779,628.64** | 60,574,349.68 | 44,461,132.96 |

**NOTE: No post-petition interest or fees have been accrued by Bankest.**

**Bankest Capital Corporation**
**Joy Athletic**
**Loan Balance Rollforward by Month**

Joy Athletic Accounts Receivable Loan Balance

| | Month | Year | Beginning Balance | Returned Checks | Cash Receipts | Factors Fees | Payment From Reserve Account | Fee Guarantee | Payment on Behalf of Joy | Other | Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 4,744,146.00 | 223,352.25 | 156,469,988.06 | 1,767,123.26 | 216,360,394.33 | 520.00 | 460,591.16 | 11,239,121.35 | 31,454,368.35 | 109,779,628.64 |

Advances per the Joy Athletic Inc. Amendment to Factor Agreement, dated September 30, 1996:

| | | |
|---|---|---|
| Advances | 9,111,186.00 | (ref p1 para C) |
| Additional Advance | 681,090.00 | (ref p2 para 1.03) |
| Conversion to Preferred Stock | (5,048,130.00) | (ref p2 para 1.04) |
| Beginning Balance - Loan to Joy Athletic | 4,744,146.00 | |

| | Month | Year | Beginning Balance | Returned Checks | Cash Receipts | Factors Fees | Payment From Reserve Account | Fee Guarantee | Payment on Behalf of Joy | Other | Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| October | 10 | 1996 | 4,744,146.00 | - | 799,187.70 | 43,558.18 | 1,103,489.43 | - | 210.60 | 647,338.24 | 99,440.42 | 5,838,995.07 |
| November | 11 | 1996 | 5,838,995.07 | 298.40 | 815,268.91 | 40,431.72 | 1,098,873.90 | - | 35,454.00 | (4,362.15) | 101,024.44 | 6,295,443.47 |
| December | 12 | 1996 | 6,295,443.47 | - | 729,922.85 | 34,264.55 | 884,900.00 | - | - | 97,357.40 | 107,988.59 | 6,690,051.16 |
| January | 1 | 1997 | 6,690,051.16 | 1,260.00 | 589,269.27 | 47,437.99 | 1,029,398.39 | - | - | (18,487.32) | 112,015.19 | 7,272,406.14 |
| Febraury | 2 | 1997 | 7,272,406.14 | 5,749.56 | 576,236.70 | 39,172.44 | 985,000.00 | - | 149.63 | (214.14) | 106,482.73 | 7,832,509.66 |
| March | 3 | 1997 | 7,832,509.66 | 5,749.56 | 796,334.19 | 43,708.88 | 1,167,000.00 | 500.00 | 171,989.32 | 5,054.60 | 125,298.69 | 8,555,476.52 |
| April | 4 | 1997 | 8,555,476.52 | - | 610,290.99 | 9,275.52 | 1,434,000.00 | - | - | 630.00 | 131,421.43 | 9,520,512.48 |
| May | 5 | 1997 | 9,520,512.48 | - | 774,858.29 | 8,574.92 | 1,054,104.99 | - | 396.00 | 126,648.82 | 137,855.12 | 10,073,234.04 |
| June | 6 | 1997 | 10,073,234.04 | 299.00 | 1,195,581.10 | 5,761.48 | 1,400,000.00 | - | 8.00 | 187,912.22 | 106,653.22 | 10,578,288.88 |
| July | 7 | 1997 | 10,578,286.86 | 558.77 | 1,263,976.33 | 477.11 | 1,571,753.80 | - | 93.88 | 11,995.72 | 154,701.69 | 11,053,891.50 |
| August | 8 | 1997 | 11,053,891.50 | - | 1,836,708.25 | 4,778.36 | 1,312,000.00 | - | - | 11,278.18 | 156,275.02 | 10,701,515.83 |
| September | 9 | 1997 | 10,701,515.83 | 324.36 | 650,375.88 | 6,890.01 | 1,445,253.09 | - | 18,290.48 | 11,696.64 | 151,329.31 | 11,484,923.84 |
| October | 10 | 1997 | 11,484,923.84 | - | 96,964.59 | 109.75 | 1,578,000.00 | - | 217.10 | 19,834.59 | 164,132.23 | 13,150,252.92 |
| November | 11 | 1997 | 13,150,252.92 | - | 1,139,377.51 | 7,914.22 | 1,100,600.00 | - | - | 22,644.31 | 165,246.28 | 13,307,280.22 |
| December | 12 | 1997 | 13,307,280.22 | 2,118.56 | 1,472,828.16 | 2,208.33 | 1,660,516.55 | - | 103.98 | 25,118.17 | 171,247.38 | 13,695,765.03 |
| January | 1 | 1998 | 13,695,765.03 | 19,225.79 | 1,082,690.41 | 10.27 | 1,673,708.38 | - | - | 9,613.42 | 184,135.69 | 14,499,766.17 |
| Febraury | 2 | 1998 | 14,499,766.17 | 712.95 | 735,060.62 | 30.29 | 1,650,863.95 | - | 466.63 | 40,447.96 | 168,680.71 | 15,625,910.04 |
| March | 3 | 1998 | 15,625,910.04 | 2,058.00 | 1,261,135.40 | - | 1,999,339.34 | - | - | 76,978.97 | 203,085.37 | 16,646,238.32 |
| April | 4 | 1998 | 16,646,238.32 | 1,785.76 | 1,568,607.50 | 59.13 | 1,865,488.33 | - | - | 102,536.57 | 204,624.33 | 17,254,124.94 |
| May | 5 | 1998 | 17,254,124.94 | 773.72 | 980,589.21 | 6.01 | 1,591,909.10 | - | - | 46,588.25 | 219,628.43 | 18,132,439.24 |
| June | 6 | 1998 | 18,132,439.24 | - | 905,449.56 | - | 2,076,000.00 | - | - | 16,920.06 | 214,208.53 | 19,533,118.27 |
| July | 7 | 1998 | 19,533,118.27 | 6,612.00 | 1,286,349.35 | 1,854.24 | 1,789,000.00 | - | 437.74 | 10,746.03 | 233,986.13 | 20,289,305.06 |
| August | 8 | 1998 | 20,289,305.06 | 2,000.00 | 1,604,420.04 | - | 2,146,855.52 | - | - | 22,417.63 | 241,919.83 | 21,098,077.80 |
| September | 9 | 1998 | 21,098,077.80 | - | 813,029.05 | - | 2,994,000.00 | - | - | 15,112.73 | 249,354.94 | 23,543,516.42 |
| October | 10 | 1998 | 23,543,516.42 | - | 1,916,958.26 | 6,501.19 | 2,856,252.00 | - | - | 41,030.36 | 269,769.08 | 24,800,110.80 |
| November | 11 | 1998 | 24,800,110.80 | - | 2,056,458.87 | 45,461.71 | 2,759,000.00 | - | - | 84,006.14 | 285,775.08 | 25,917,894.86 |
| December | 12 | 1998 | 25,917,894.86 | 904.00 | 3,506,640.54 | 3,349.52 | 2,585,186.80 | - | - | 3,137.00 | 272,606.94 | 25,276,440.58 |
| January | 1 | 1999 | 25,276,440.58 | 28.76 | 1,419,894.70 | 6,184.48 | 2,538,000.00 | - | - | 17,584.71 | 285,592.11 | 26,701,935.94 |
| Febraury | 2 | 1999 | 26,701,935.84 | - | 2,864,328.30 | 18,241.59 | 2,287,000.00 | - | - | 1,128,334.83 | 269,230.69 | 27,538,414.85 |
| March | 3 | 1999 | 27,538,414.95 | - | 1,719,293.04 | 27,195.00 | 2,544,000.00 | - | - | 101,220.74 | 305,357.26 | 28,796,894.91 |
| April | 4 | 1999 | 28,796,894.91 | - | 2,088,199.47 | 16,012.16 | 2,316,948.00 | - | - | 74,473.95 | 306,524.91 | 29,421,654.46 |
| May | 5 | 1999 | 29,421,654.46 | 1,000.00 | 1,745,212.50 | 8,368.29 | 2,256,868.78 | - | - | 82,717.80 | 323,640.50 | 30,348,035.33 |
| June | 6 | 1999 | 30,348,035.33 | 1,872.00 | 2,005,827.96 | - | 2,175,000.00 | - | - | 60,182.25 | 318,694.29 | 30,897,955.91 |
| July | 7 | 1999 | 30,897,855.91 | - | 1,837,939.29 | - | 1,886,202.64 | - | - | 128,728.80 | 332,839.86 | 31,407,787.92 |
| August | 8 | 1999 | 31,407,787.92 | - | 1,899,907.80 | 3,125.09 | 2,794,911.88 | - | - | 5,485.72 | 342,849.70 | 32,554,252.51 |
| September | 9 | 1999 | 32,554,252.51 | - | 2,684,872.33 | 16,886.25 | 2,346,301.90 | - | 7,818.30 | 1,199.34 | 354,098.54 | 32,595,684.51 |
| October | 10 | 1999 | 32,595,684.51 | - | 989,166.30 | 622.79 | 2,716,409.17 | - | - | 210,723.41 | 373,008.10 | 34,907,181.68 |
| November | 11 | 1999 | 34,907,181.68 | - | 3,073,049.91 | 3,119.87 | 3,871,569.00 | - | - | 14,312.03 | 381,826.81 | 36,104,961.48 |
| December | 12 | 1999 | 36,104,961.48 | 4,195.83 | 2,352,034.38 | 76.60 | 3,831,853.20 | - | 3,174.50 | 4,520.61 | 420,536.34 | 38,017,284.38 |
| January | [illegible] | [illegible] | [illegible] | | [illegible] | 2,849.59 | 2,684,391.99 | - | - | 7,443.54 | 436,225.12 | 39,830,139.02 |
| Febraury | 2 | 2000 | 39,830,139.02 | 37,888.63 | 1,707,317.24 | 95,484.79 | [illegible] | - | | [illegible] | [illegible] | 41,452,067.47 |
| March | 3 | 2000 | 41,452,067.47 | 9,951.38 | 2,223,580.58 | 1,613.99 | 3,025,055.12 | - | - | 16,258.70 | 464,647.72 | 42,746,013.80 |
| April | 4 | 2000 | 42,746,013.80 | - | 3,247,590.58 | - | 1,899,291.92 | - | - | 121,803.06 | 454,108.93 | 41,973,627.13 |
| May | 5 | 2000 | 41,973,627.13 | - | 1,207,205.50 | - | 2,190,688.18 | - | 13.00 | 3,192.64 | 490,922.51 | 43,451,237.96 |
| [illegible] | 6 | 2000 | 43,451,237.96 | - | 2,134,349.37 | - | 2,073,000.00 | - | - | 1,152.30 | 502,437.90 | 43,893,478.79 |

**Bankest Capital Corporation**
**Joy Athletic**
**Loan Balance Rollforward by Month**

Joy Athletic Accounts Receivable Loan Balance

| | Month | Year | Beginning Balance | Returned Checks | Cash Receipts | Factors Fees | Payment From Reserve Account | Fee Guarantee | Payment on Behalf of Joy | Other | Interest | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 4,744,146.00 | 223,352.25 | 156,469,988.06 | 1,767,123.26 | 216,360,394.33 | 520.00 | 460,591.16 | 11,239,121.35 | 31,454,368.35 | 109,779,628.64 |
| July | 7 | 2000 | 43,883,478.79 | - | 1,797,462.47 | - | 2,603,813.36 | - | - | 11,249.73 | 447,208.52 | 45,158,287.93 |
| August | 8 | 2000 | 45,158,287.93 | - | 2,664,641.85 | - | 3,536,085.69 | - | 30.48 | 27,426.58 | 466,438.03 | 46,523,625.86 |
| September | 9 | 2000 | 46,523,625.86 | - | 3,050,410.77 | - | 3,062,057.32 | - | - | 3,556.10 | 454,379.73 | 46,993,207.24 |
| October | 10 | 2000 | 46,993,207.24 | - | 2,119,857.23 | 472.50 | 3,194,050.29 | - | - | 4,384.52 | 476,282.75 | 48,548,540.07 |
| November | 11 | 2000 | 48,548,540.07 | - | 2,592,577.70 | 2,407.02 | 2,479,186.97 | - | - | 14,459.94 | 473,162.81 | 48,925,179.11 |
| December | 12 | 2000 | 48,925,179.11 | - | 1,921,021.21 | 55,076.99 | 2,510,179.79 | - | - | 1,590,472.18 | 493,052.36 | 51,652,939.22 |
| January | 1 | 2001 | 51,652,939.22 | - | 2,361,826.85 | 94,191.92 | 2,826,000.00 | - | 9,089.50 | - | 513,941.40 | 52,534,335.19 |
| Febrauy | 2 | 2001 | 52,534,335.19 | - | 1,558,675.31 | 34,419.48 | 2,087,985.50 | - | - | 3,500,000.00 | 479,362.80 | 57,077,427.66 |
| March | 3 | 2001 | 57,077,427.66 | - | 2,128,929.37 | 17,426.64 | 2,928,010.50 | - | 4,714.20 | - | 568,034.30 | 58,467,685.93 |
| April | 4 | 2001 | 58,467,685.93 | - | 1,669,312.82 | 16,162.09 | 2,434,000.00 | - | - | - | 557,394.66 | 59,805,929.86 |
| May | 5 | 2001 | 59,805,929.86 | - | 1,423,284.61 | 11,720.54 | 2,679,000.00 | - | - | - | 478,708.13 | 61,552,073.92 |
| June | 6 | 2001 | 61,552,073.92 | - | 829,920.57 | 13,618.23 | 2,149,000.00 | - | - | - | 447,968.26 | 63,332,737.84 |
| July | 7 | 2001 | 63,332,737.84 | - | 1,246,258.80 | 20,889.75 | 1,970,000.00 | - | - | - | 472,416.42 | 64,549,785.21 |
| August | 8 | 2001 | 64,549,785.21 | - | 1,310,627.32 | 29,763.04 | 3,397,000.00 | - | - | (2,712,927.81) | 454,524.03 | 64,407,517.05 |
| September | 9 | 2001 | 64,407,517.05 | - | 1,176,976.51 | 52,218.74 | 3,657,000.00 | - | - | - | 441,234.92 | 67,380,994.20 |
| October | 10 | 2001 | 67,380,994.20 | - | 2,307,407.43 | 102,809.91 | 6,898,000.00 | - | 2,875.00 | - | 581,023.38 | 72,458,295.06 |
| November | 11 | 2001 | 72,458,295.06 | - | 8,441,567.75 | 41,474.47 | 4,953,000.00 | - | - | 1,173,759.11 | 581,290.24 | 72,766,261.13 |
| December | 12 | 2001 | 72,766,261.13 | - | 1,883,711.74 | 19,240.96 | 3,196,000.00 | - | - | 4,020,569.32 | 687,405.57 | 78,725,765.24 |
| January | 1 | 2002 | 78,725,765.24 | - | 1,349,952.45 | 12,208.95 | 2,459,609.33 | - | - | - | 628,714.12 | 80,476,345.19 |
| Febraury | 2 | 2002 | 80,476,345.19 | 217.69 | 1,221,960.74 | 22,977.58 | 1,940,000.00 | - | 996.00 | - | 577,780.02 | 81,796,355.72 |
| March | 3 | 2002 | 81,796,355.72 | 2,361.41 | 2,698,233.29 | 23,131.60 | 3,148,000.00 | - | - | - | 648,519.10 | 82,920,134.54 |
| April | 4 | 2002 | 82,920,134.54 | - | 1,304,491.63 | 18,557.98 | 3,559,000.00 | 20.00 | - | - | 643,934.25 | 85,837,155.14 |
| May | 5 | 2002 | 85,837,155.14 | 1,589.56 | 2,215,699.98 | 14,344.17 | 3,605,000.00 | - | - | - | 685,752.59 | 87,928,141.48 |
| June | 6 | 2002 | 87,928,141.48 | - | 1,310,597.72 | 28,445.41 | 3,168,000.00 | - | 2,972.62 | - | 679,187.54 | 90,494,129.23 |
| July | 7 | 2002 | 90,494,129.23 | - | 1,503,155.09 | 38,054.02 | 3,966,000.00 | - | - | - | 719,394.17 | 93,712,422.33 |
| August | 8 | 2002 | 93,712,422.33 | - | 2,533,387.28 | 56,195.32 | 4,956,918.05 | - | 5,117.36 | - | 739,192.91 | 96,936,458.69 |
| September | 9 | 2002 | 96,936,458.69 | - | 2,974,040.78 | 38,607.28 | 4,292,000.00 | - | 230.00 | - | 743,204.90 | 99,036,460.09 |
| October | 10 | 2002 | 99,036,460.09 | - | 4,496,941.69 | 83,635.95 | 5,676,000.00 | - | - | - | 756,153.39 | 101,055,307.74 |
| November | 11 | 2002 | 101,055,307.74 | - | 3,216,791.64 | 50,682.79 | 5,505,000.00 | - | - | - | 275,929.12 | 103,670,128.01 |
| December | 12 | 2002 | 103,670,128.01 | - | 3,437,471.49 | 57,839.45 | 3,736,175.35 | - | 41,376.86 | - | 793,665.30 | 104,861,813.48 |
| January | 1 | 2003 | 104,861,813.48 | 66,398.56 | 4,113,107.56 | 48,452.12 | 3,659,000.00 | - | - | - | 781,291.15 | 105,203,847.73 |
| Febraury | 2 | 2003 | 105,203,847.73 | 47,520.00 | 3,137,169.88 | 48,536.41 | 3,587,000.00 | - | - | - | 710,630.04 | 106,460,364.30 |
| March | 3 | 2003 | 106,460,364.30 | - | 3,143,687.40 | 50,372.77 | 4,317,921.72 | - | 473.13 | - | 804,067.96 | 108,489,512.48 |
| April | 4 | 2003 | 108,489,512.48 | - | 2,982,111.21 | 27,036.98 | 3,486,127.60 | - | - | - | 748,739.93 | 109,769,304.78 |
| May | 5 | 2003 | 109,769,304.78 | - | 2,738,003.11 | 17,217.25 | 2,960,574.61 | - | (206,730.01) | - | - | 109,802,363.52 |
| June | 6 | 2003 | 109,802,363.52 | - | 1,806,426.12 | 22,171.29 | 2,077,681.60 | - | 18,453.00 | - | - | 110,114,243.29 |
| July | 7 | 2003 | 110,114,243.29 | - | 1,434,903.09 | 34,192.70 | 1,607,000.00 | - | 332,705.77 | - | - | 110,653,238.67 |
| August | 8 | 2003 | 110,653,238.67 | - | 1,495,376.21 | 12,925.65 | 1,610,990.24 | - | 8,464.29 | - | - | 110,781,242.64 |
| September | 9 | 2003 | 110,781,242.64 | - | 972,771.82 | - | - | - | - | - | - | 109,818,470.82 |
| October | 10 | 2003 | 109,818,470.82 | - | 38,842.18 | - | - | - | - | - | - | 109,779,628.64 |