# EXHIBIT O



## MINUTES OF THE BOARD OF DIRECTORS MEETING
### October 30, 2002

**Present:** Ricardo Espírito Santo Salgado, José Manuel Espírito Santo, Ricardo Espírito Santo, Manuel Fernando Espírito Santo, Jackson B. Gilbert, Víctor C. Balestra, Robert W. Stewart, Eric Buermann, Ambler Moss, Mirjan Ivanetic and Joaquim Garnecho.

**Guests:** Com. Antonio Ricciardi, Mario Amaral, Maureen Lord, Nuno Poppe, Bernard Mollet.

The meeting was chaired by Jackson B. Gilbert and was called to order at 10:00 a.m. A quorum was verified.

REDACTED
NON-RESPONSIVE

2. <u>Financial Presentation:</u>

REDACTED
NON-RESPONSIVE

BANK 0012871

REDACTED
NON-RESPONSIVE

He also commented on the reduction of E.S. Bankest's income as a result of the sale of the Bank's interest in it.

REDACTED
NON-RESPONSIVE

4. <u>E.S. Bankest LLC</u>:

Mr. Gilbert and Mr. Balestra reported on the situation with E.S. Bankest. They reported that the Bank had sold its interest for $10 million dollars and that all accounting adjustments had been made.

REDACTED
NON-RESPONSIVE

BANK 0012872

2

REDACTED
NON-RESPONSIVE

There being no further business, the meeting was adjourned at 1:30 p.m.

Respectfully submitted by

Victor C. Balestra

BANK 0012873

3