# EXHIBIT P

THE BACK OF THIS DOCUMENT CONTAINS A REFLECTIVE MARK • HOLD AT AN ANGLE TO VIEW

**Mellon**
Mellon United National Bank
P.O. Box 5460
Hialeah, FL 33014

DATE 09/18/2002

23-97
1020

Serial No. 4446 44190

OFFICIAL CHECK
Issued in US Dollars

Pay to the order of  *****ESPIRITO SANTO BANK*************************    10,000,000.00

THE SUM OF **Ten Million Dollars and Zero Cents**

MEMO  GUSINER, YOAKLEY, STEWART, P.A. 006/061

⑈206999⑈ ⑆102000979⑆ 680044464419000⑈

DRAWER: MELLON UNITED NATIONAL BANK

---

**Mellon**
Mellon United National Bank
P.O. Box 5460
Hialeah, FL 33014

DATE: 09/18/2002

23-97
1020

Serial No. 4446 44190

OFFICIAL CHECK
Issued in US Dollars

Pay to the order of  *****ESPIRITO SANTO BANK*************************    10,000,000.00

THE SUM OF **Ten Million Dollars and Zero Cents**

MEMO  GUSINER, YOAKLEY, STEWART, P.A. 006/061

DRAWER: MELLON UNITED NATIONAL BANK

**NON NEGOTIABLE**
CUSTOMER COPY

BANK05872

ES1066958