# EXHIBIT S

Page 1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 04-14009 CA 31

------------------------------------------------x
BANCO ESPIRITO SANTO INTERNATIONAL, LTD., ESB FINANCE,
LTD., AND BANCO ESPIRITO SANTO, S.A.,
    Plaintiffs,
  vs.
BDO SEIDMAN, LLP, AND BDO INTERNATIONAL B.V.,
    Defendants.
------------------------------------------------x
BDO SEIDMAN, LLP,
    Third-Party Plaintiff,
  vs.
VICTOR BALESTRA, BERNARD MOLLET, JOAQUIN GARNECHO,
PIERRE TREZZINI, EDUARDO ORLANSKY, HECTOR ORLANSKY, R.
PETER STANHAM, DOMINICK PARLAPIANO, CARLOS E. MENDEZ,
ARIADNA PUERTO, AND OTTO AMBROSIANI,
    Third-Party Defendants.
------------------------------------------------x

PAGES 1 - 142

AFTERNOON SESSION

Miami, Florida

Friday, January 26, 2007

1:40 p.m.

Before the Honorable Jose M. Rodriguez

Reported by:   Gizella "Gigi" Baan

cc53dede-0f46-4946-afec-d78cb45f0e44

Page 2

1      APPEARANCES
2
3  On behalf of the Plaintiffs BANCO ESPIRITO SANTO
4  INTERNATIONAL, LTD., ET AL.:
5
6  SULLIVAN & CROMWELL, LLP
7      1888 Century Park East
8      Los Angeles, California 90067
9      (310) 712-6627
10 BY:  Steven W. Thomas, Esquire
11      Emily S. Alexander, Esquire
12
13 GONZALO R. DORTA, P.A.
14     334 Minorca Avenue
15     Coral Gables, Florida 33134
16     (305) 441-2299
17 BY:  Gonzalo R. Dorta, Esquire
18
19 BERGER SINGERMAN
20     350 East Las Olas Boulevard, Suite
21     Fort Lauderdale, Florida 33301
22     (954) 525-9900
23 BY:  Mitchell W. Berger, Esquire
24
25

Page 3

1  On behalf of Defendant BDO Seidman, LLP:
2
3  ALVAREZ, ARMAS & BORRON
4      901 Ponce de Leon Boulevard, Suite 304
5      Coral Gables, Florida 33134
6      (305) 461-5100
7  BY: Arturo Alvarez, Esquire
8
9  GREENBERG TRAURIG, LLP
10     MetLife Building
11     200 Park Avenue, 15th Floor
12     New York, New York 10166
13 BY:  Adam D. Cole, Esquire
14      Karen Y. Bitar, Esquire
15
16 GREENBERG TRAURIG, LLP
17     1221 Brickell Avenue
18     Miami, Florida 33131
19 BY:  Mark Schnapp, Esquire
20      Nikki Simon, Esquire
21
22
23
24
25

Page 4

1  On behalf of Defendant BDO International B.V., n/k/a BDO
2  GLOBAL COORDINATION B.V.:
3
4  BROAD AND CASSEL
5      One Biscayne Tower, 21st Floor
6      Miami, Florida 33131
7      (305) 373-9400
8  BY:  Mark Raymond, Esquire
9       Rhett Traband, Esquire
10
11 SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
12     30 Rockefeller Plaza, 24th Floor
13     New York, New York 10112
14     (212) 332-3831
15 BY:  Kevin W. Goering, Esquire
16      Lisa M. Lewis, Esquire
17
18
19
20
21
22
23
24
25

Page 5

1  On behalf of Third-Party Defendants Victor Balestra,
2  Bernard Mollet, and Joaquin Garnecho
3
4  RICHMAN, GREER, WEIL, BRUMBAUGH,
5  MIRABITO & CHRISTENSEN, P.A.
6      Miami Center, Suite 1000
7      201 S. Biscayne Boulevard
8      Miami, Florida 33131
9      (305) 373-4000
10 BY:  Manuel Garcia Linares, Esquire
11
12
13 On behalf of Third-Party Defendant Bernard Mollet
14
15 GAMBA & LOMBANA, P.A.
16     2701 Ponce de Leon Boulevard, Mezzanine
17     Coral Gables, Florida 33134
18     (305) 448-4010
19 BY:  Hector J. Lombana, Esquire
20      Geoffrey Marks, Esquire
21      Marisol Gomez, Esquire
22
23
24
25

Page 14

1  driven out to Kendall and visited StrataSys and left
2  through the telephone a message for Mr. Parlapiano.
3      Was Mr. Parlapiano listed on the directory
4  that you saw?
5      A.  Yes, he was.
6      Q.  Did Mr. Parlapiano answer the call when you
7  made it?
8      A.  No, I left a message.
9      Q.  And you said that you were in the waiting
10 area.  Is there anything else you saw in the waiting
11 area?
12     A.  Yes.
13     Q.  What did you see?
14     A.  In the waiting area they had, naturally, the
15 receptionist desk but there was a Lucite cube.  It's
16 known in my world as a deal cube, D-E-A-L, cube which
17 said that BDO Seidman was a strategic alliance partner
18 with StrataSys corporation.
19         MR. THOMAS:  Your Honor, permission to
20 approach your clerk?
21         THE COURT:  You may.
22         MR. THOMAS:  (Complies).
23         THE COURT:  Don't take it out.
24         MR. THOMAS:  I'm going to do it here.
25         THE COURT:  Do it with your back turned.

Page 15

1          MR. THOMAS:  Yes, sir.  (Showing something
2  to opposing counsel).
3          Your Honor, permission to approach the
4  witness.
5          THE COURT:  You may.
6          MR. THOMAS:  (Complies).  (Hands something
7  to the witness).
8  BY MR. THOMAS:
9      Q.  Mr. Freeman, I'm showing you what's been
10 marked for ID as Plaintiffs' Exhibit 472.
11         Can you identify that exhibit?
12     A.  Yes.  That's the deal cube, as I call it.
13 It was in the lobby of the --
14         THE COURT:  May I have it?
15         THE WITNESS:  (Complies).  It was in the
16 lobby of StrataSys on Kendall and 107.
17 BY MR. THOMAS:
18     Q.  And Mr. Freeman, when you saw, as you call
19 it, the deal cube -- is that what you call it?
20     A.  Yeah.
21     Q.  Mr. Freeman, when you saw the deal cube at
22 StrataSys pursuant to your duties as the Court-appointed
23 examiner, what did you do?
24     A.  I freaked out.
25     Q.  Well, Mr. Freeman --

Page 16

1          THE COURT:  Is that a legal term?
2          THE WITNESS:  My opinion, Your Honor -- not
3  to be disrespectful -- I was amazed.  I was amazed.
4  BY MR. THOMAS:
5      Q.  Why were you amazed, Mr. Freeman?
6          MR. SCHNAPP:  Objection.  Mental state is
7  not an issue --
8          THE COURT:  Overruled.
9          MR. SCHNAPP:  Also 702.
10         THE COURT:  Overruled.
11         THE WITNESS:  I knew BDO Seidman had done
12 the audits, the certified audits, as of '02 and '01 for
13 E.S. Bankest.  I knew that StrataSys was 30-plus million
14 dollars worth of the receivables out of the 220 million.
15 Roughly 15 percent of the receivables.  And I said, how
16 could StrataSys be partners with the independent
17 accountants who are certifying these financial
18 statements?  It just didn't compute.
19 BY MR. THOMAS:
20     Q.  Did you understand, Mr. Freeman, as the
21 Court-appointed receiver over E.S. Bankest that part of
22 BDO Seidman's duties as the independent certified public
23 accountants for E.S. Bankest that they would have to
24 verify the collectability of the StrataSys accounts
25 receivable?

Page 17

1          MR. SCHNAPP:  Objection.
2          THE COURT:  Sustained.
3  BY MR. THOMAS:
4      Q.  Mr. Freeman, as part of your duties as the
5  Court-appointed receivers, did you take steps to secure
6  Plaintiffs' Exhibit 472 which is marked for ID?
7      A.  Yes.
8      Q.  What did you do?
9      A.  I got a meeting at the StrataSys location
10 with some of the other employees who were there after I
11 saw the cube after I called Mr. Parlapiano.  I then went
12 back home that night or back to the office and then back
13 home, and this cube was on my mind.
14         First thing I did is I asked one of my
15 employees, who lived out in that area of town, to go by
16 Friday morning and take a picture of the cube because I
17 thought it was just absolutely astounding evidence that
18 there could be a huge problem.  It was a company that
19 had a lot of space, was being evicted.
20         MR. SCHNAPP:  Beyond the scope of what he
21 was asked, non-responsive.
22         THE COURT:  Overruled.
23         THE WITNESS:  The company that had
24 $32 million in accounts receivable on these lists that I
25 had out of the 220 million.  That's a big portion.

Page 18

1  About 15 percent. I get to the location, and it's a
2  ghost town. Thursday afternoon, lots of spaces marked
3  StrataSys in the parking lot but nobody there, eviction
4  notice going upstairs. Walking through the place, it
5  was a ghost town.
6      So Friday I sent somebody back to take a
7  picture of the cube. Then on Monday I sent the same
8  person back to get the cube. And it's been in my
9  possession ever since.
10 BY MR. THOMAS:
11     Q.  Mr. Freeman, as the Court-appointed receiver
12 of E.S. Bankest, did you understand you had the
13 authority to take possession of that cube?
14     A.  Yeah. Well, when I was there, these guys --
15 the company was on the ropes, and I thought it was an
16 important piece of evidence. So I did, yes, sir.
17     Q.  And Mr. Freeman, did you come to understand
18 as the Court-appointed receiver of E.S. Bankest that, in
19 fact, E.S. Bankest owned StrataSys?
20     A.  Yes.
21     Q.  And how did you come to understand,
22 Mr. Freeman, that, in fact, E.S. Bankest actually owned
23 StrataSys?
24         MR. SCHNAPP: Objection. Hearsay.
25         THE COURT: Overruled.

Page 19

1          THE WITNESS: Part of my job as a receiver
2  is to investigate what was happening. So with every
3  document I could find at Bankest, at StrataSys, through
4  the lawyers, accountants, or anybody else were all
5  documents that we had gathered over the last three
6  years, and part of the documents proved in my
7  investigation that StrataSys was a hundred percent owned
8  by the E.S. Bankest controlling interests.
9  BY MR. THOMAS:
10     Q.  Mr. Freeman, as part of your duties as the
11 Court-appointed receiver of E.S. Bankest, when you took
12 possession of the cube from its subsidiary, StrataSys,
13 you kept that in your possession at all times since
14 then?
15     A.  Yeah, it was under my control.
16     Q.  And have you maintained it in the course of
17 your business as the receiver of E.S. Bankest?
18     A.  Yeah. Just like gold.
19     Q.  Mr. Freeman, is your understanding of your
20 responsibilities to the Court as the receiver of
21 E.S. Bankest, was this a piece of evidence that you
22 relied upon in the course of those duties?
23     A.  Yes.
24         MR. THOMAS: Your Honor, at this time
25 plaintiffs' move into evidence Exhibit 472 marked for

Page 20

1  ID.
2          MR. SCHNAPP: No objection.
3          THE COURT: Marked into evidence.
4          What's the number on that?
5          MR. THOMAS: 472, Your Honor.
6          THE COURT: Plaintiffs' 472 for ID will now
7  be plaintiffs' 472 into evidence.
8          MR. THOMAS: Your Honor, at this time
9  plaintiffs request to publish 472 to the jury because I
10 can't put it up on the screen.
11         May I approach, Your Honor?
12         (Thereupon, there was a brief pause.)
13         MR. THOMAS: Your Honor, permission to
14 approach the clerk.
15         THE COURT: You may.
16         MR. THOMAS: (Complies).
17         Your Honor, permission to approach the jury
18 to retrieve the exhibit.
19         THE COURT: You may.
20         MR. THOMAS: (Complies). Thank you.
21 BY MR. THOMAS:
22     Q.  Mr. Freeman, after you obtained possession
23 of what's now in evidence as Plaintiffs' Exhibit 472, as
24 part of your duties as the Court-appointed receiver, did
25 you further investigate the relationship between

Page 21

1  BDO Seidman and StrataSys?
2      A.  Yes.
3      Q.  And in doing so did you review documents?
4      A.  Yes, I do.
5      Q.  And to do so did you obtain documents from
6  BDO Seidman?
7      A.  Yes.
8          MR. THOMAS: Your Honor, permission to
9  approach the witness?
10         THE COURT: Yes.
11         MR. THOMAS: (Complies). (Hands something
12 to the witness).
13 BY MR. THOMAS:
14     Q.  Mr. Freeman, I've shown you Plaintiffs'
15 Exhibit 439 which is in evidence.
16         Is this one of the documents you reviewed as
17 part of your duties as the Court-appointed receiver of
18 E.S. Bankest?
19     A.  Yes, it is.
20     Q.  Mr. Freeman, I would like to point your
21 attention, please, to the top of the document where the
22 two, from is and the background of the relationship.
23         MR. THOMAS: Pull that up.
24         (Technician complies.)
25 BY MR. THOMAS: