# EXHIBIT 1

```
00001
 1      IN THE CIRCUIT COURT OF THE 11TH
        JUDICIAL CIRCUIT, IN AND FOR DADE
 2             COUNTY, FLORIDA

 3      GENERAL JURISDICTION DIVISION

 4      CASE NO. 04-14009 CA 31

 5
    BANCO ESPIRITO SANTO              :
 6  INTERNATIONAL, LTD., et al.,      :
                                      :
 7         Plaintiffs,                :
                                      :
 8  v.                                :
                                      :
 9  BDO SEIDMAN, LLP, et al.,         :
                                      :
10         Defendants.                :
                                      :
11  _ _ _ _ _ _ _ _ _ _ X

12

13

14
           VIDEOTAPED DEPOSITION OF PAUL VAN ELTEN
15

16

17
           Taken before RANDI GARCIA, Registered
18
    Professional Reporter, Court Reporter and Notary Public
19
    in and for the State of Florida at Large, pursuant to
20
    Notice of Taking Deposition filed in the above cause.
21

22
    375 Park Avenue
23  New York, New York
    Tuesday, October 3, 2006
24  12:10 p.m. - 5:30 p.m.

25
```

```
00007
 1
 2
 3
 4
 5
 6
 7        THE WITNESS:  I am international secretary of
 8 BDO International and member of the board of BDO Global
 9 Coordination, BV.
10 BY MR. BERGER:
11    Q.   Could you describe for us what your job as
12 international secretary entails you to do.
13    A.   As I said, part of BDO Global Coordination,
14 BV and BDO Global Coordination BV coordinates the
15 network of independent accounting, public accounting
16 firms which is called BDO International.
17
18
19
20
21
22
23
24
25
```