# EXHIBIT 2

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 04-14009 CA 31

---------------------------------------------------------x
BANCO ESPIRITO SANTO INTERNATIONAL, LTD., ESB FINANCE,
LTD., AND BANCO ESPIRITO SANTO, S.A.,
      Plaintiffs,
  vs.
BDO SEIDMAN, LLP, AND BDO INTERNATIONAL B.V.,
      Defendants.
---------------------------------------------------------x
BDO SEIDMAN, LLP,
      Third-Party Plaintiff,
  vs.
VICTOR BALESTRA, BERNARD MOLLET, JOAQUIN GARNECHO,
PIERRE TREZZINI, EDUARDO ORLANSKY, HECTOR ORLANSKY, R.
PETER STANHAM, DOMINICK PARLAPIANO, CARLOS E. MENDEZ,
ARIADNA PUERTO, AND OTTO AMBROSIANI,
      Third-Party Defendants.
---------------------------------------------------------x

PAGES 1 - 105

MORNING SESSION

Miami, Florida

Tuesday, February 20, 2007

9:55 a.m.

Before the Honorable Jose M. Rodriguez

Reported by:   Gizella "Gigi" Baan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21     Q.    Mr. van Elten, you're the international
22 secretary for BDO International B.V.?
23     A.    That's correct.
24     Q.    And you're here as the party representative
25 for BDO International B.V.?

1    A.    That's correct.

2    Q.    And plaintiff Espirito Santo have sued --
3 and plaintiff Espirito Santo have sued your company, BDO
4 International B.V. in this lawsuit?

5    A.    That's what I understand from your
6 complaint.

7    Q.    So your company is a defendant in this
8 action?

9    A.    Yes.

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Q.    And do you agree with plaintiffs that BDO
24 International B.V. controls BDO Seidman?

25    A.    Not at all.

1
2
3
4
5      Q.    Mr. van Elten, you've been the international
6 secretary for BDO International B.V. since 1988,
7 correct?
8      A.    That's correct.
9
10
11
12
13
14
15
16
17
18
19     Q.    Okay.  I'm going to take that piece by
20 piece.  BDO Seidman is a member of what you refer to as
21 the network?
22     A.    BDO Seidman is a BDO member firm, that's
23 correct.  I am a member of the BDO International
24 network.
25