# EXHIBIT 3

Page 1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 04-14009 CA 31

------------------------------------------------------x
BANCO ESPIRITO SANTO INTERNATIONAL, LTD., ESB FINANCE,
LTD., AND BANCO ESPIRITO SANTO, S.A.,
    Plaintiffs,
  vs.
BDO SEIDMAN, LLP, AND BDO INTERNATIONAL B.V.,
    Defendants.
------------------------------------------------------x
BDO SEIDMAN, LLP,
    Third-Party Plaintiff,
  vs.
VICTOR BALESTRA, BERNARD MOLLET, JOAQUIN GARNECHO,
PIERRE TREZZINI, EDUARDO ORLANSKY, HECTOR ORLANSKY, R.
PETER STANHAM, DOMINICK PARLAPIANO, CARLOS E. MENDEZ,
ARIADNA PUERTO, AND OTTO AMBROSIANI,
    Third-Party Defendants.
------------------------------------------------------x

PAGES 1 - 164

AFTERNOON SESSION

Miami, Florida

Tuesday, February 20, 2007

^ time p.m.

Before the Honorable Jose M. Rodriguez

Reported by:   Gizella "Gigi" Baan

Page 24

1    Q.    And one of the other things BDO Seidman has
2 to do under this agreement is pay you money, right?

3    A.    That's correct.

4    Q.    And that's set by you, right, not by BDO
5 Seidman?

6    A.    Sorry?

7    Q.    The amount of money that BDO Seidman has to
8 pay BDO International is determined by BDO
9 International, correct?

10    A.    It's calculated using a formula that's been
11 agreed by the network, and it's referred to in the
12 member-firm agreement as the cost memorandum. And we --
13 BDO BV each year, based on an agreed budget, agreed by
14 the policy board and the council, which is, if you wish,
15 the general assembly of all member firms, that agreed
16 budget is allocated to member firms using the formula
17 agreed again by the policy board and the council to --
18 sorry -- based on that formula which is included in the
19 cost memorandum.

20    So it's not -- if you wish, we cannot simply
21 determine an amount. We have to follow the rules that
22 the network has established.

23

24

25

1   Q.   Coordinator. The word coordinator, I've
2 heard that a few times. Can you tell the members of the
3 jury -- I'm going to withdraw that.

4        During the relevant time period, 1995 to
5 2002, what was the average number of employees that BDO
6 International BV?

7   A.   During that period, must have been around 10
8 at the maximum, the average number.

9   Q.   In Brussels, Belgium?

10  A.   That's correct.

11  Q.   And during that period of time, what was the
12 average number of member firms?

13  A.   Must have been around 90.

14  Q.   9-0?

15  A.   That's correct.

16

17

18

19

20

21

22

23

24

25

1

2

3

4

8

12

13

14

15

16

17

18

19

20

21     Q.    Does BDO International own any part of BDO
22 Seidman or any member firm?

23     A.    No, sir.

24

25