# EXHIBIT 4

```
00001
 1   IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

 2        IN AND FOR MIAMI-DADE COUNTY, FLORIDA

 3           CASE NO. 04-14009 CA 31

 4

 5  ------------------------------------------------x
    BANCO ESPIRITO SANTO INTERNATIONAL, LTD., ESB FINANCE,
 6  LTD., AND BANCO ESPIRITO SANTO, S.A.,
         Plaintiffs,
 7   vs.
    BDO SEIDMAN, LLP, AND BDO INTERNATIONAL B.V.,
 8       Defendants.
    ------------------------------------------------x
 9  BDO SEIDMAN, LLP,
         Third-Party Plaintiff,
10   vs.
    VICTOR BALESTRA, BERNARD MOLLET, JOAQUIN GARNECHO,
11  PIERRE TREZZINI, EDUARDO ORLANSKY, HECTOR ORLANSKY, R.
    PETER STANHAM, DOMINICK PARLAPIANO, CARLOS E. MENDEZ,
12  ARIADNA PUERTO, AND OTTO AMBROSIANI,
         Third-Party Defendants.
13  ------------------------------------------------x

14              PAGES 1 - 38

15

16

17             AFTERNOON SESSION

18             Miami, Florida

19          Thursday, February 15, 2007

20               1:40 p.m.

21     Before the Honorable Jose M. Rodriguez

22

23

24

25  Reported by: Gizella "Gigi" Baan
```

00026
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23  BY MS. BITAR:
24     Q.   Who owns BDO Seidman LLP?
25     A.   The partners in the United States of

00027
1   America.

2   Q.  Does BDO International BV have any ownership
3   interest in BDO Seidman?

4   A.  None.

5

6 :

7

8   Q.  Has any BDO International BV employee ever
9   directed you to do anything?

10  A.  Never.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25