# EXHIBIT 6



*Annual Report*
1999

BDO

BDO International

CONFIDENTIAL



# BDO Annual Report 1999

BDO services ................................................................. 2

Chairman's review .......................................................... 3

Key figures at a glance ................................................. 4-5

BDO world wide network .............................................. 6

BDO International ........................................................... 7

A global perspective ..................................................... 8

Asia Pacific .................................................................. 9-10

Africa & the Middle East ........................................... 10-11

Central & Eastern Europe ........................................... 12-13

Central & South America ........................................... 13-14

North America & the Caribbean ................................ 15-16

Western Europe ........................................................... 16-17

Highlights 1998-99 ...................................................... 18-19

CONFIDENTIAL

# BDO services



## Audit & accounting
*Accounts for 63 % of total fees*

BDO's personalised approach allows us to gain a thorough understanding of our clients businesses, and to find solutions to their potential problems. Partners and staff world wide have access to state of the art auditing technology, and are at the cutting edge of global accounting developments. Our audits are backed up by extensive experience and expertise, and therefore add credibility to a client's financial statements.

## Tax consulting
*Accounts for 20 % of total fees*

BDO's experts work hard to minimize tax burdens and maximize tax incentives. Monitored by the International Tax Committee, the skills that our partners and staff need to give clients practical, well-informed and relevant tax advice are constantly refined. Where international tax regulations are concerned, we are particularly well-equipped to advise overseas investors, ensuring the optimum structuring of cross-border transactions, and compliance with local tax regulations

## Management consulting
*Accounts for 9 % of total fees*

BDO's management consultants are a global team of advisors who have valuable technical expertise, backed up by an international business perspective. Experienced professionals with specialist skills, they offer cost-effective solutions, and implementation assistance with operations and systems management, information technology, franchising, pricing, human resources, and more. In particular, growing businesses are specifically catered for

## Specialist services
*Accounts for 3 % of total fees*

BDO offers a wide range of specialist services, and our experts work to provide solutions to clients' unique problems all around the world. These services include assurance, environmental audit and consulting, litigation support, arbitration and mediation, customs legislation advice, captive insurance management and other offshore services, as well as healthcare management and niche marketing

## Corporate recovery and insolvency
*Accounts for 2 % of total fees*

BDO specialists act as liquidators, administrators, receivers, trustees and monitors, or act directly as advisors to trustees or creditors committees. In this advisory role, they can assess the viability of a business and give appropriate advice

## Corporate finance
*Accounts for 3 % of total fees*

BDO's international network of corporate finance specialists advise on mergers and acquisitions, joint ventures, privatisation, and sources of new capital and debt finance, including initial public offerings (IPOs). They also undertake due diligence work and review business plans and projections

CONFIDENTIAL

## Chairman's review



With the apparently limitless penetration of the World Wide Web we are, so we are told, on the brink of a new social and economic revolution, the impact of which will be comparable to the invention of movable type or the advent of the Industrial Revolution.

The implications are far reaching, both for our many clients and for ourselves in BDO. Opportunity and ingenuity, speed and expertise, global vision and local service — these will be the hallmarks of those who succeed.

### Opportunity and ingenuity

It is in the nature of revolutions that they are great levellers. The dawn of a Web-linked world is no exception. True, down the centuries there has always been the opportunity for the small operator to take on the corporate giant - by carving a niche, by producing a better product or by providing a better service. But the Web is creating the levellest playing field the world has seen for over 250 years. Electronic newcomers can build significant market share overnight, while large, mature and established businesses are re-discovering and nurturing their agility and flair. Whatever their size, businesses around the world are turning e — turning electronic, turning entrepreneurial.

BDO has from its creation specialised in serving imaginative and enterprising businesses — businesses which are more excited by market opportunities than frightened by competitive threats. Working in close proximity with such clients on a daily basis, we have over the years accumulated enormous experience in helping their businesses grow, as well as deep insight into the sequence of challenges they face.

### Speed and expertise

Speed of response has always been a benchmark of success. Now it has become a requirement for survival. The challenges are significant: how quickly can a business and its people assimilate new technologies and, more importantly, new ways of working? How quickly can they identify and exploit new opportunities? How quickly can they take their goods and services to market over the net? How quickly can they achieve competitive advantage through better web-enabled supplier management? How quickly can they reachine the sectors in which they operate through alliances and new forms of co-opetition"?

BDO can help in two ways. Firstly, our consultants and advisers can help our clients identify and address these issues. Secondly, we can advise on the consequences of growth, using our experience of businesses at all points along the growth curve to anticipate potential barriers or obstacles to a business' ambitions.

### Global vision and local service

It was once held that most businesses should reach a certain size before they begin international trading. Today, BDO regularly helps people set up businesses which are international from the outset — a trend that will accelerate with the expansion of the World Wide Web. An electronic shopfront, on screen, knows no geographic boundaries, and can be open 24 hours a day to attract customers from around the world.

But it will be superior service that keeps them coming back, and many businesses are expanding their physical presence overseas or appointing local partners as their supply-lines follow their electronic assaults on foreign markets.

It is here that BDO can be of particular help. We are the only major professional and business advisory organisation that specialises in advising entrepreneurial businesses, regardless of size or age. From our network of more than 500 offices in almost 90 countries, we can provide local support to the growing number of clients who are pursuing a global vision.

### Looking forward

Traditionally, this review looks back over the achievements of the year, and at the century's turning it would perhaps have been appropriate to consider the formidable growth and achievements of BDO over its three decades and more. But we at BDO share the entrepreneurial instinct and, whilst we might pause and look back with satisfaction, it is to the future that we look with excitement and optimism. The opportunities for our clients and for ourselves have never been greater.

*Adrian Martin*

CONFIDENTIAL

# BDO World wide : Key figures at a glance (as at 30 September 1999)

## WORLD WIDE FEES

**Fee turnover**



## WORLD WIDE LOCATIONS



Number of countries

| | | | | |
|---|---|---|---|---|
| 72 | 80 | 84 | 86 | 88 |
| 1995 | 1996 | 1997 | 1998 | 1999 |

Number of offices

| | | | | |
|---|---|---|---|---|
| 451 | 468 | 493 | 510 | 532 |
| 1995 | 1996 | 1997 | 1998 | 1999 |

## WORLD WIDE PERSONNEL



| Year | Partners | Professional staff | Other staff | TOTAL |
|------|----------|--------------------|-------------|-------|
| 1999 | 1807 | 12853 | 3855 | 18515 |
| 1998 | 1732 | 12176 | 3526 | 17434 |
| 1997 | 1633 | 11023 | 3366 | 16022 |
| 1996 | 1578 | 10943 | 3285 | 15806 |
| 1995 | 1572 | 10206 | 3376 | 15154 |

□ Partners □ Professional staff □ Other staff

CONFIDENTIAL

## FEES BY GEOGRAPHICAL AREA

| REGION | US$millions | % |
|---|---|---|
| Asia Pacific | 238 | 13 |
| Africa & Middle East | 34 | 2 |
| Central & Eastern Europe | 13 | 1 |
| Central &Southern America | 38 | 2 |
| North America & Caribbean | 644 | 37 |
| Western Europe | 796 | 45 |
| GLOBAL | 1,763 | 100 |

## PRODUCTIVITY (in US$ thousands)



**Fees per partner**

| Year | |
|---|---|
| 1999 | 976 |
| 1998 | 927 |
| 1997 | 888 |
| 1996 | 843 |
| 1995 | 783 |

## GLOBAL FEE SPLIT BY DISCIPLINE



9% 5% 3%
20%
19%
44%

☐ Audit                    ▨ Accountancy
☐ Tax                      ▨ Management Consulting
▨ Corp Fin & Insolvency    ☐ Specialist Services

CONFIDENTIAL

## BDO world wide network (as at 1 January 2000)



| | | |
|---|---|---|
| Argentina | Hungary | Pakistan |
| Australia | India | Peru |
| Austria | Indonesia | Philippines |
| Bahamas | Ireland | Poland |
| Belgium | Isle of Man | Portugal |
| Bolivia | Israel | Qatar |
| Botswana | Italy | Romania |
| Brazil | Japan | Russia |
| British Virgin Islands | Jersey | Saudi Arabia |
| Bulgaria | Jordan | Senegal |
| Canada | Kenya | Singapore |
| Cape Verde | Korea | Slovak Republic |
| Chile | Kuwait | South Africa |
| People's Republic of China | Latvia | Spain |
| Colombia | Lebanon | St Kitts & Nevis |
| Cyprus | Liechtenstein | Sweden |
| Czech Republic | Luxembourg | Switzerland |
| Denmark | Macao | Taiwan |
| Ecuador | Malaysia | Thailand |
| Egypt | Malta | Tunisia |
| Estonia | Mauritius | Turkey |
| Fiji | Mexico | Turkmenistan |
| Finland | Morocco | Ukraine |
| France | Mozambique | United Arab Emirates |
| Germany | Namibia | United Kingdom |
| Gibraltar | Netherlands | United States of America |
| Greece | Netherlands Antilles | Uruguay |
| Guatemala | New Zealand | Vanuatu |
| Guernsey | Norway | Venezuela |
| Hong Kong | Oman | Zimbabwe |

CONFIDENTIAL

# BDO International

Based in the International Office in Brussels, Chief Executive Officer *Cecil Fleming* and International Secretary *Paul van Ellen* are responsible for BDO International's daily operations and for policy implementation. This includes overseeing legal and administrative matters, implementing international quality control and training programmes, and giving ad hoc project assistance where necessary.



*Cecil Fleming*



*Paul van Ellen*

BDO partners around the world can also look to the **Regional Coordinators** for support
*Floyd Chan* in the Asia Pacific region
*Dr Silvio Becher* and *Rolf Stern* in Latin America
*John Spencer* for the Middle East & Africa
*Vlastimil Hoer* in Eastern Europe

BDO's **International Policy Board** upholds BDO's commitment to superior quality and innovation, together with the **Council**, which is chaired by BDO's co-founder, *Hans-Heinrich Otte*.

BDO's international **Committees, Taskforces and Project Teams** design products and publications which help to ensure that BDO remains at the forefront of technical expertise in each service sector

These groups include
Accounting & Auditing Steering Committee
Chairman, *Peter Chidaou*, London
Tax Steering Committee
*Allan Cinnamon*, London

# REDACTED

Indirect Taxation Taskforce
*Tom Corvett*, Dublin
Transfer Pricing Taskforce
*Shawn Carson*, New York
Corporate Finance Taskforce
*Christopher Barltrop*, Toronto
Training & Human Resources Taskforce
*Stephen Greene*, London
Intranet Taskforce
*Ray Paré*, Toronto
Corporate Visual Identity Taskforce
*Richard Emanuel*, London
Risk Management Taskforce
*Keith Vance*, Toronto



*Hans-Heinrich Otte*

**On the Policy Board:**
*Adrian Martin* (Chairman), United Kingdom, *Dr Silvio Becher*, Argentina; *Guy Gendrot*, France, *Peter Held*, Canada; *Dr Hans-Joachim Jacob*, Germany, *Dr Ernesto Ferreira da Silva*, Portugal, *Denis Field*, USA, *Ton Rutgrink*, Netherlands, and *Paul Wenham*, Australia

# A global perspective

Founded in Europe in 1963, BDO International has from the outset been a globally oriented organisation, dedicated in particular to internationally expanding businesses, and the people behind them.

People are all-important to BDO, and in all our dealings the relationships are as important as the projects themselves

*Every one of our member firms shares this philosophy.*

This means that, while our international strengths are second to none, it is our knowledge at a local level that really counts. We combine our international expertise with the best available local business and advisory services, and thus we are able to offer an individualised accounting and consulting service that is at once local, global, and personal.

This tradition of quality personal service stems from decades of experience, while the geographic scope of our network is the result of careful planning and measured growth. And we owe at least part of the latter to our clients, as we have worked with them towards their success, we have mirrored their world wide evolution and expanded our global presence, the better to guide them in their discovery of new markets

*We never forget that a professional firm's main assets are its clients.*

The result is that BDO today is present on every continent, and is represented in all the major economic centres of the world, serving our clients' national and international needs

We take great care to ensure that every one of our world wide network of member firms embodies BDO's methodology In BDO common operating and quality procedures are not a constraint on innovation and independence, but the starting point



It is significant that our policy is to have only one member firm in each of the 90+ countries in which we currently operate The stringent conditions with which each member firm has to comply to be part of the BDO network are paramount They not only guarantee that our high standards are met, but also enable each member firm to share information and expertise across the world It is no accident that BDO has one of the highest volume of referrals of any international network, nor that we have such a large and varied client base  (as at 1 January 2000)

The following pages contain a detailed overview of our activities in, and expectations of, the six main geographical areas where BDO is represented They demonstrate without a doubt that BDO International's special skills lie in the application of local knowledge and experience, together with an understanding of the global context in which all truly international organisations must operate as we enter the new millennium

*We are proud to be able to offer the best service to the world's most successful businesses — anywhere in the world.*

CONFIDENTIAL

# BDO and the economics of

# ASIA PACIFIC



In the aftermath of the Asian economic crisis, the year 2000 is expected to see the region's continuing emergence from recession - although for BDO in 1999, the situation remained encouragingly stable. The process of recovery has meant rapid change in the local economies, with companies throughout the area working hard to reduce their debts, and at the same time increase efficiency levels. The following is an outline of the economic prospects of, and BDO's activities in, some of the countries in the Asia Pacific region.

## South East Asia

In China, economic growth is expected to continue, as exports and imports increase upon the country's anticipated entry to the WTO. The economic future of Hong Kong (China's Special Administrative Region), is closely tied to that of the PRC, and forecasts are good. Hong Kong's stock market is scaling new heights, though unemployment and retail sales have yet to make a significant rebound. **BDO Hong Kong** anticipate opening a full service office in Xiamen, one of the PRC's five Special Economic Zones, which will present a number of exciting opportunities.

In Singapore, the recovering economy and easing-up of listing requirements has helped the member firm to gain a number of new clients, many of whose overseas expansion it is able to assist through the BDO International network. **BDO Singapore** successfully participated in the planning and preparation of the public flotation of *Circuits Plus Holding Ltd*. Singapore's first IPO of 1999. Stock trading activities in Malaysia are recovering

rapidly, where the continued implementation of the fiscal and monetary policies outlined in *Malaysian Budget 2000* has contributed to economic growth. **BDO Malaysia** were appointed by *Pengurusan Danaharta Nasional Berhad* (agency for the restructuring and rehabilitation of non-performing loans) as Special Administrators to *Seng Hup Corporation Berhad* a publicly listed company. They were also appointed financial advisors to *Roxmar Hydraulic Tin Berhad* for the group's restructuring. In Thailand the economy is beginning to show distinct if muted signs of recovery, suggesting that the worst is over. Policy makers are expected to pursue a loose fiscal and monetary policy in 2000 to help spur growth. With assistance from BDO Japan, **BDO Thailand** were assigned to the construction giant *Thai Obayashi Corporation*.

## Japan & Korea

In Japan, the IPY 18 trillion economic stimulus package approved by the parliament has served to restore confidence in the economy, as have new mergers and acquisitions in the banking world. In particular, the government and business community are trying to cultivate venture capital formation, an area in which **BDO Japan** are particularly strong. They continue to offer Initial Public Offering (IPO) support to a great many clients, including *Fuji Foods Inc.* and the *Nova Corporation*. In Korea, exports have been rising ever since the economy reached rock bottom in mid-1998. Foreign investment has contributed to the influx of capital into the country, although the break up of the *Daiwoo* group has necessarily had an impact. **BDO Korea**'s many prestigious clients include *Seoul City Gas*, and *Hyundai Cement*.

## Australia & New Zealand

In Australia, the impact of the Asian currency crisis was not as dramatic as expected, and the economy continues to enjoy growth and low inflation. The forecast for 2000 is positive, and many of **BDO Australia**'s clients saw a healthy growth in profits in 1999 - a fact which is reflected in the demand for the member firm's corporate finance services. BDO in Sydney were successful in tendering for the audit and tax work for the *Trafalgar Tours Group*, high profile market leaders in the tourism industry. The member firm also provided due diligence and tax structuring services in the acquisition of *Morgan & Banks* by *TMP Worldwide*, the recruitment giant, and was involved in the subsequent three-way acquisitions in Australia, New Zealand and the UK. The *Australian Nuclear Science & Technology Organisation (ANSTO@)* outsourced their

9

Management Recruitment Training programme to BDO, together with the complete overhaul of their internal recruitment and selection practices Consumer spending is high in New Zealand, helped by the low exchange rate With the subsequent increase in business confidence **BDO New Zealand** expect to see their clients investing in capital expenditure, as in their client TMP Inc s purchase of the *Lampen Group*, in which they provided due diligence services

### India & Pakistan

Economic development in India in 2000 has to be viewed against the backdrop of an exceptionally turbulent and unfavourable international economic environment, to which India is not wholly immune However, industrial production increased in the current financial year and due to another satisfactory monsoon higher agricultural growth has also been achieved agricultural performance holds the key to overall growth The stock markets saw a major turnaround in 1999, and experts expect this trend to continue into the new millennium **BDO India** are focusing on services including mergers and acquisitions, restructuring, project funding, and financial advice which represent the fastest growing sectors Technical competence and a strong track record have enabled the firm to carve itself a niche in this market, and to acquire substantial new clients against strong competition from the largest firms. For example during 1999 the member firm was assigned to *E-Connect Ltd*, an internet service provider and e-commerce arm of the largest entertainment and TV group in India. *Zee TV* It also provided accounting services to *Hindustan Dorr Oliver Ltd*, a publicly listed company The firm's other prestigious clients include *Falcon Tyres Ltd*, *Energy Development Co Ltd*, and *Mather & Platt Ltd*

In December 1999, the finance minister of Pakistan's interim Government (constituted in the wake of October's bloodless coup) unveiled an *Economic Package for Revival* The measures announced are primarily directed towards elimination of the black economy, but also include a reduction in the bank's lending rate which should promote industrial investment in the country Other measures to be implemented are expected to revive the agricultural and textile industries 1999 was a difficult year for many of **BDO Pakistan** s clients, although some showed good results nonetheless such as the *Lakson Tobacco Company Ltd* which was named one of the country's top 25 companies Despite the recession, the member firm succeeded in securing several major new clients including *Oil & Gas Exploration Co (Kracow) Ltd* (referred from BDO Poland) and *Geofizyka Kracow Ltd*

## BDO and the economics of
# AFRICA & the MIDDLE EAST



**B**DO has offices throughout Africa and the Middle East, and there follows a brief economic outline of a number of countries in the region, together with information about the local BDO member firms

### Southern Africa

South Africa is the biggest economy in Africa and with the inclusion of neighbouring Namibia, Botswana and Zimbabwe the Southern Africa region is the economic powerhouse of the continent The financial and industrial sectors are of a high standard supported by an excellent infrastructure South Africa is one of the least expensive regions in which to do business for overseas companies in particular

**BDO Southern Africa** are represented in twelve offices in all the main centres in South Africa, Namibia, Botswana and Zimbabwe The firm has grown rapidly over the past 30 years The upswing in the region s economic fortunes is already evident in increased levels of activity and business for BDO The firm s success depends on its ability to service the diverse needs of its clients and BDO are now meeting increased demand for personal financial planning business risk consulting, corporate finance investigations, internal audit and other non-traditional work

In 1999 BDO Southern Africa were awarded the audit of *TravCon International* the tourism group that includes *Tratalaar Conter Insight* and *AAT Kings Tour Group* The assignment is to be done out of South Africa and will result in substantial referred work for other BDO offices The member firm was also engaged as analyst to SATRA (*South African Telecommunications Regulatory Authority*) concerning a third cell-phone license in the country **BDO Namibia** whose clients include

10

CONFIDENTIAL

*City Saving & Investment Bank* and *NamLife*, were involved in the preparation of accounting regulations for the decentralisation of Regional and Local Government in Namibia **BDO Zimbabwe** count *Air Zimbabwe* and the *Rainbow Tourism Group* among their many prestigious clients, while **BDO Botswana** are proud to offer services to a substantial client list that includes textile manufacturers *Tex (Hong Kong)* security services group *Coin International*, and the *Law Society*

### Saudi Arabia

The largest member nation of the Gulf Cooperation Council. Saudi Arabia is one of the world's leading oil producing countries. In 2000 a revised foreign investment capital code is anticipated, which is expected to include tax incentives that will ease the many procedural rules that govern foreigners employment and ownership of real estate in Saudi **BDO Saudi Arabia** sees this code as an opportunity for their international clients to reap considerable benefits. The member firm assisted the *Middle East Meter Producing Factory (MMF)* in preparing a strategic plan to expand their business approach and maximise the factory's value. MMF manufacture electric meters under a technology agreement with a Slovenian company The *Al-Ajou Group*, one of the top 100 Saudi companies, has been a BDO client for a number of years. The group's management decided to implement a new ERP package as part of their preparation for the new millennium, and BDO were assigned the task of selecting the most suitable package

### United Arab Emirates

The unprecedented economic transformation seen in the UAE in the past few years has been largely funded by the judicious use of oil revenues, although the Government's determined economic diversification strategy has created several productive new sectors. The private sector is of major importance in the drive for economic diversity, and the country's favourable tax laws and political stability have also helped it to become a prime business location. Of particular importance are the so-called 'free zones', and paramount amongst these is the Jebel Ali Free Zone, one of the world's largest industrial complexes The development of e-commerce will be assured over the next few years with the establishment of an Internet based central financial forwarding and clearance facility, to be known as the Payment Gateway Server (PGS) **BDO UAE**, with offices throughout the region, is fully geared to meet the demand for increased professional expertise that the continuing development of the industrial finance, trade and service sectors will bring The member firm's many prestigious clients include SRF *Overseas Ltd*, an ISO 9002 certified

organisation established in the Jebel Ali Free Zone in 1994 to manufacture tyre cords The firm's financial clients include the Bank of Baroda and the Al-Razoun Exchange

### Israel

Following several years decline in the economy according to recent major economic indicators there is now a real prospect of recovery and growth The peace process between Israel and Syria which is gradually gaining momentum has improved the region's prospects and the expected peace treaty should increase foreign investments in the country both in real estate and industry Israel's high-tech industry continued to enjoy prosperity during the economic decline and is still attracting foreign investment



The expected upswing in construction and hi-tech will influence **BDO Israel**'s activities, as they are strongly represented in both industries The firm expects to recruit more hi-tech clients who in many cases offer their shares on international stock exchanges. The anticipated increase in foreign investments will also increase international tax planning, involving BDO member firms world wide In 1999, BDO Israel assisted *The Ofer Brothers Group* in their acquisition of the *Israel Corporation*, and also oversaw the restructuring of the *Zeevi Group* Other prestigious BDO clients in Israel include *Walla!*, the country's most important Internet portal, which is a new audit client whose shares are listed on the Tel Aviv Stock Exchange *Magic*, a group of hi-tech and software companies is another new audit client, while for the *Israel Discount Bank*, BDO prepared a due diligence study for a potential buyer *The Formula Group*, a long-term client involved in hi-tech and software development, controls numerous public companies

11

CONFIDENTIAL

BDO and the economics of
# CENTRAL & EASTERN EUROPE



The last few years' financial and economic reforms are beginning to have an effect in Central and Eastern Europe, and a future in the enlarged EU market is now unmistakable. BDO is steadily increasing its presence here, and what follows is information on BDO member firms in some of the countries in this region, with respect to the prevailing economic situation .

**Bulgaria** confounded the gloomy forecasts that accompanied the crisis in Kosovo throughout 1999 The share of the private sector is still increasing, and this fact has led to expectations of even better performance in the future **BDO Bulgaria** are at present developing their position in the industrial and trading sectors. Having concentrated to date on banks and financial institutions, the client structure is changing, and now better reflects business as a whole. At the same time, management is working to attract more Bulgarian CPAs, in order to cover the country better Among this member firm's most prestigious clients are the national carrier *Balkan Bulgarian Airlines* and *Metalsnab*, the leading metal trading company

**Czech Republic**
After a period of widely-perceived stagnation, there are now signs that both politically and economically, the country is entering a more healthy stage of development **BDO Czech Republic** has consolidated their position as the fourth-largest auditing, accounting and consultancy firm in the country. Their audit team is particularly strong, and the tax consultancy, legislative advisory and accounts consultancy businesses likewise are both flourishing and widely respected - even by competitors. The ongoing regeneration of the Czech economy is obviously a major business opportunity, and BDO are at the same time actively increasing the range of services and expertise that they can offer both local and international clients. They have two dozen clients on the latest Top 100 list of Czech firms. Although particularly strong in heavy industry, their client list ranges from family businesses and SME's to major multinationals, in sectors as diverse as healthcare, hospitality, foodstuffs, IT and property development. The Plzen office collaborated with BDO in Dusseldorf in relation to the sale of the international *Preuform Group* Its key clients lie in industrial ceramics manufacturing and foodstuffs The Budejovice office continued its sterling work with local SME's, as well as with district and local councils. New approaches to audit planning have been developed to cope with the large client base, and at the same time it is supporting the national network's IT goals by localising CaseWare for the Czech market

**Estonia** is one of the fastest-developing states in Central & Eastern Europe, a candidate for full membership in the European Union, and a member of the World Trade Organisation. A new Income Tax Act came into force on January 1 2000, aimed at further stimulating the economy, and encouraging foreign investment Estonian commercial undertakings are no longer required to pay corporate income tax is now levied only on profits withdrawn from the enterprise directly, or indirectly as dividends **BDO Estonia** joined the international BDO network as a full member in October 1999, and have offices in Tallinn and in Tartu, the country's second-largest town While primarily involved in auditing, accountancy and tax consultancy, the firm also offers consultancy in the establishment and transformation of commercial entities and in bankruptcy proceedings At present the majority of their clients are small and medium-sized enterprises in the construction, trading and hospitality sectors

**Hungary**
Here, stabilised inflation and a low basic interest rate led to good economic growth and an increase in the number of new businesses **BDO Hungary** anticipates meeting the professional requirements of this newly established entrepreneurial group

CONFIDENTIAL

## Poland

After a sluggish start, economic growth in picked up during 1999. thanks to strong performance in the manufacturing and construction sectors, and the economic policy of EU conversion being kept on track. It was a good year for **BDO Poland**, with turnover increasing and several major new accounts being added in the finance, pharmaceuticals, construction and transportation sectors. The firm also continued to develop its nationwide network, opening a new branch office in Wroclaw. BDO Poland assisted, as in previous years, in several IPO's. They are now one of the leading accounting firms in the country, and have the largest portfolio of listed companies as regular audit clients. Working with the *Polish Securities Commission*, the member firm also developed an accounting system enabling leasing companies to list on the *Warsaw Stock Exchange*.

## Russia

Despite a drastic deterioration in the investment climate following 1998's economic crisis, **BDO Russia** have managed to buck the national trend. Against a background which saw a slump in business income in the first 6 months of 1999, the member firm has risen to number three in 1999's ranking of national audit and consulting firms. It won the coveted tender to provide consultancy services to the *Russian Agency for Restructuring Credit Organisations* (ARCO), the Government body appointed to oversee the reconstruction of Russia's major banks in the wake of the 1998 crash. It was also awarded contracts for audit and consulting services to *Ingosstrakh-Russia*, the *Volga River Navigation Company*, and the *Ministry of Nuclear Energy*.

**The Ukraine**'s democratic elections in 1999 have opened the door to greater economic reform. Administrative reforms have already begun, and de facto private land ownership introduced. For the first time in a long while, some growth in industrial production is visible, while self-sufficiency in foodstuffs now appears realistic. **BDO Ukraine** are proud to have a number of highly dynamic firms among their clients, including manufacturing heavyweights such as the *Nikopolsky Ferroalloy Plant*, the *Novomoskovsky Tube Plant* and the *Krivorozhsky Turbine Plant "Konstar"*. BDO's determination to be involved with high technology enterprises is demonstrated by work for the *Institute of New Technologies*, while experience with foreign capital investment has been highlighted by their work for *Kraft Suchard Jacobs*.

## BDO and the economics of
# CENTRAL & SOUTH AMERICA



Many countries in the region continued to suffer, in varying degrees. from the recession brought about by the Asian economic crisis of '98. Most, however, are anticipating a good rate of recovery in the year 2000, particularly in the export market. Of the many important BDO client successes in the region during 1999, a number were the result of strategic alliances established between member firms in different countries.

### South of the region

In Argentina, where inflation has remained low for more than a decade, the new government (elected in mid December 1999) is implementing far-reaching tax reforms and substantial reductions in government spending. **BDO Argentina** has grown considerably in the last three years, and are continuing to develop their banking and financial services division. This member firm, in a joint venture with DFC SA Spain, was engaged by the small and medium enterprises (SME) *Secretariat of the Argentine Government* to manage PYMES, an SME project.

During 1999, BDO Argentina formed an alliance with *Compaq, Microsoft* and SAP to launch a new product. Designed for SME's, **BDO Integral** is a ready to use hardware, software and SAP R/3 system

In Bolivia, the flow of foreign investment to capitalised companies contributed to a substantial growth in communications, electricity and hydrocarbon. **BDO Bolivia** anticipate moving into new consultancy areas, while at the same time increasing services to their existing client base

CONFIDENTIAL

Economic improvement is forecast in Brazil, where recently the Brazilian member firm has been carrying out joint consulting assignments with BDO Argentina and BDO Peru. **BDO Brazil** are implementing an intensive services development programme, and anticipate a significant gross revenue increase in 2000. They have developed several new technology alliances. The firm has considerable banking expertise, and has worked with all 6000 branches of the *Banco do Brasil* as well as other major banks throughout the region. It has also assisted BDO Peru's consultants in the development of their Banking and Financial Services division. Furthermore, a cooperation scheme between the three offices in Argentina, Brazil and Peru, enabled the creation of the region's Intranet. **BDO Intelligence**, an important source of information throughout the Latin American region.



The growth rate in Chile has been severely affected by international economic conditions, as well as by the country's widespread drought. An increasingly diversified economy, and strengthened ties with international buyers and suppliers indicate an upturn in 2000, however **BDO Chile** intends to increase its activity in line with the anticipated recovery, and looks forward to capitalising on BDO's international network, particularly with regard to foreign investment in Chile. In 1999, This recently appointed member firm became an advisor to *Oracle Financial*, assisting in the establishment of administrative and financing systems

Major changes in consultancy services mean that **BDO Peru** will be concentrating more and more in this area. They formed alliances during the year with *Oracle*, *Baan* (software) and *Hewlett Packard* (hardware), for

IT solutions. In **Uruguay** where the recession seems to be coming to an end, a modest growth is predicted for next year. **BDO Uruguay** will concentrate on maintaining their existing services but will also start to develop new products, especially in consulting.

### North of the region

**BDO Colombia** continue to consolidate their position as the consulting and audit leader in the health and social security sector. The firm was responsible for the prestigious and highly complex audit for the country's national health service, the *Caja Nacional de Previsión* (CAJANAL). It also carried out important accounting and outsourcing assignments for *Microsystems de Colombia SA* and *Dell Computer Corporation*.

Although Ecuador went through a deep recession in 1999, **BDO Ecuador** have achieved a great deal, and it was here that regional collaboration led to the winning of an important international assignment. The *Ecuadorian Deposit Guarantee* agency invited four international accounting firms, and BDO, to tender for the audit of Ecuador's four international banks. Assistance from BDO Argentina and BDO Brazil ensured that the proposals were complete in record time. As only two assignments could be awarded to any one firm, it was the audit of the two largest banks, ABN Amro and Citibank, that went to BDO Partners and banking specialists from Argentina and Brazil joined those in Ecuador, and the audit was completed within just ten days, a remarkable achievement and excellent example of the benefits of combining the expertise of member firms. BDO Ecuador are also working in the public sector developing strategies for the reorganisation of the *Ministry of Labour and Social Action*

Guatemala faces some uncertainty due to external factors such as the decrease on export rates and foreign investment. Nevertheless **BDO Guatemala** have increased their client base due to its service quality and on-line consultation services, such as *Procurador en Linea* launched in 1999. In Venezuela, the recently elected government is working to surmount the effect of the recent floods, and to reactivate the country's economy through *Programa Bolivar 2000* **BDO Venezuela**'s achievements include the development and implementation of effective tax planning techniques, and joint consulting projects with BDO Brazil, the two member firms worked together to develop consultancy strategies for the *Banco do Brasil* in Venezuela

CONFIDENTIAL

BDO and the economics of

# NORTH AMERICA & the CARIBBEAN



North American businesses today operate in a fast changing and dynamic environment that presents greater opportunities than ever before, particularly for professional services firms. BDO has a strong presence throughout North America, and there follows an outline of some of the member firms' activities in the region.

### Canada

The Canadian economy finished strongly at the end of 1999, after a decade of massive restructuring. The economic improvement can in part be attributed to the turnaround in commodity prices. While there is much talk about the new economy and the information age, Canada remains highly dependent on the production and export of natural resources. In addition, communications and business services, transportation equipment, electrical and electronic equipment and services all boosted the economy.

ISO Consulting is an area where **BDO Canada** has taken a big step. In 1999, the Windsor office became the first office of a national accounting and consulting firm to become ISO certified in Canada, with the Hamilton office quick to follow. This is a distinct achievement, as ISO is nowhere near as prevalent as it is in Europe. The firm predominately serves growing small and medium-sized entrepreneurial business, many of whom must receive some form of ISO certification in the near future. In order for BDO to truly understand the process it was important to do it themselves first and lead by example. Economic growth in Canada has traditionally been led by organisations in the small to mid-sized market segment – ideal for the member firm which is nonetheless in the process of re-organising itself internally in order to focus on the expanding needs of its clients. Communications and technology are two of the fastest evolving areas of business in Canada and in recognition of this fact BDO have struck strategic alliances with several organisations locally and nationally to provide their clients with access to specialised solution providers.

BDO Canada welcomed several new offices and partnerships into the fold in 1999 which brought them added strength. Much of its business continues to come from auditing and accounting services and the firm is slowly building its management consulting expanding areas such as IT litigation forensic accounting and business valuations and improvement. The firm is working closely with BDO in the US on several fronts including ongoing projects in the public companies and healthcare consulting areas. This is a trend that with the expanding reach of technology is reflected in the operations of BDO firms world wide.

### United States of America

The US is currently experiencing its longest period of positive economic expansion since the early 1960's. The continuous growth from February 1961 until December 1969 has not been surpassed until now. December 1999 continued the unbroken month on month economic growth that began in March 1991. This year the BDO US member firm too experienced its third consecutive year of strong growth and is confident of achieving double digit expansion again in 2000. Their business and technology solutions (BTS) and tax practices are particularly strong while audit services still account for a high percentage of total billings. Dedicated to maximising the wealth of growing businesses and the people behind them **BDO USA** currently serve clients through more than 40 offices and 60 alliance firm locations across the country. When the BTS practice teamed up with the Service Group of the FSC *Securities Corporation* it helped them to reach a solution in the processing of customer enquiries. BDO's consulting team installed a customer inquiry system for the company's customer service analysts which enabled FSC to realise a tangible return on their investment more rapidly than was previously thought possible.

CONFIDENTIAL

## Mexico

The country began to see the first positive signs of economic recovery (after 1994's collapse) in 1996, and prospects for 2000 are upbeat. The resultant improved economy together with client growth and the acquisition of substantial new clients in the communications, food, and financial sectors mean that **BDO Mexico** have grown 30% in real terms during each of the last three years.

Listed on the Mexican Stock Exchange *Iugos Del Valle* is the second-largest manufacturer of juices and fruit beverages in Mexico. BDO currently serves *Iugos del Valle* not only in Mexico but also in the United States, Puerto Rico, Brazil and Costa Rica. Another important client is entertainment company ECE which brings together the four world players in the themed restaurant-cum-store industry *Hard Rock Café*, *Planet Hollywood*, *Official All-Star Café* and *Rainforest Café*. The Mexican company has an aggressive growth plan for Central and South America, the Caribbean and Spain. *Maxcom*, which started operations in April 1999 is the first company to offer an option in local telephone services in Mexico City and has opened up the telecommunications sector. Amongst *Maxcom*'s shareholders are the Aguirre family, a BDO client for 33 years.

### The Bahamas

These islands enjoy the third highest per capita income among independent states in the western hemisphere (after the United States and Canada) - and things are continuing to get better. Economic growth in 1999 was high, a fact that can be put down to the significant increase in tourism, together with continued strength in construction and financial services. **BDO Bahamas** continued to build on their previous successes in the public sector. For a number of years the firm has provided audit and consultancy services to the *Broadcasting Corporation of the Bahamas*, and the *Paradise Island Bridge Authority*. Additionally, 1999 saw a successful bid against other accounting firms to win contracts for the audits of the *Bahamas Water & Sewerage Corporation* and the *Hotel Corporation of the Bahamas*, both of whom play a vital role in the economic infrastructure of the country. In the private sector, the firm's significant gains included the audits of *Systems Resource Group Limited* (one of the two main internet service providers), and the local franchise of *Planet Hollywood*, which was won with the assistance of BDO Mexico. The *Central Bank of the Bahamas* appointed BDO as joint auditors for the 3 years commencing 1 January 2000. This prestigious appointment enhances BDO's reputation within the country's financial community and recognises their expertise in the financial sector.

# BDO and the economics of
# WESTERN EUROPE



BDO has its roots in Europe and the region continues to be one of the firm's strongest performers. Here we examine the economic situation in a few Western European countries, and look at what BDO member firms are doing in relation to that background.

### France.

Investment by manufacturers and service companies is scheduled to show good growth next year, due to increased purchasing power and the positive impact of the euro. Professional accounting firms can expect to consolidate and enlarge their position, and the international wave of mergers and acquisitions will present good opportunities for **BDO France**'s corporate finance specialists. The member firm's corporate finance department has been advising IT company *Alti* throughout its introduction to the new French market, and in particular helped them with a fund raising operation. BDO France have been appointed accountants and advisors to the Paris section of the *Croix-Rouge Française* (French Red Cross), which is a significant development in the non-profit sector.

### Germany.

Here, the macro-economic situation was influenced by increased export activity to the US and Far East during 1999 and good economic growth is forecast for 2000 and 2001. As in previous years **BDO Germany**'s client base is made up of recurring assignments from firms with international reputations such as *Schering*, *Beiersdorf*, MAN and *Karstadt*. However characteristic of the last fiscal year were various prestigious non-

recurring assignments. which served to increase BDO's brand recognition and reputation. These included an international valuation project in connection with the Hoechst Rhône Poulenc merger. as well as assignments as merger auditors to VIAG and VEBA. and RWE and VEW (leading German electricity suppliers) The firm also conducted special investigations into Deutsche Telekom AG. and HypoVereinsbank. the country's number two financial institution.

### The Netherlands.

Forecasts for 2000 are good. with the main constraint on growth being a shortage of employees. which is affecting all sectors. including accountancy. However. new companies are constantly being launched. particularly in the areas of consultancy. IT and e-commerce. and the burgeoning European market offers excellent opportunities for small to medium enterprises (SME s) throughout the region The merger in late 1999 of **BDO Netherlands** with Walgemoed. to form the country's largest accountancy firm dedicated to medium-sized companies. is therefore exceptionally well placed

When the high-profile environmental protection organisation. Staatsbosbeheer. left the Ministry of Agriculture and Fishing in order to become independent. BDO Netherlands developed their new book keeping system. and offered subsequent guidance in the work place. BDO corporate finance acted as supervisors and consultants in the merger of three call centre companies. to form Het Callcenter Netwerk (HCN). and now advise the new enterprise on strategy implementation. The member firm also provided accounting services to the Ministry of Housing. Town & Country Planning and the Environment (SCG). and Blue Fox Enterprises

### Portugal

Portuguese is also the official language in Angola. Mozambique. Guinea-Bissau. the Cape Verde Islands and São Tomé e Principe. and **BDO Portugal** render professional services to all these countries through their offices in Lisboa. Porto. Praia and Maputo. Portugal's economy today is typical of a mainstream European country. with output dominated by the services sector. industry. and agriculture Analysts predict that Portugal's business future lies in technology-

based services such as call centres software development and Internet design

During the last financial year BDO Portugal were appointed by INGA (Instituto Nacional d Intervenção e Garantia Agricola) the state-owned institute for the management of EU funds designated for the support of farmers The member firm also worked together with BDO Chicago on major non-life insurance company the Império Group s 4 million share IPO (initial Private Offering) and provided valuable assistance when the NUTASA Group acquired Portuguese companies IBEROL Cenet and Copisul

### Spain

In the buoyant economic Spanish market **BDO Spain's** presence was further strengthened by the full merger of its Madrid and Barcelona offices

### United Kingdom

As we go into 2000. the economy of the United Kingdom is in the best condition it has been for more than a decade Results from the BDO Monthly Business Trends Indices (December 1999) show that businesses remain confident about UK economic prospects. and are encouraged by high levels of consumer spending UK accountancy firms are facing a decline in audit work and an increase in consultancy and e-Business issues The latter - both the greatest threat and opportunity to the economy - is rapidly changing the way in which small and medium sized companies operate **BDO UK** are therefore looking to provide a complete solution for the e-Business and e-Commerce issues their clients are facing The new strategic alliance between the member firm and Oracle Corporation UK Ltd will target this developing marketplace. and apply Oracle technology and innovations to the needs of entrepreneurial businesses

BDO UK assisted multimedia games market leader The Electronics Boutique in the acquisition of GAME plc. another BDO client The deal took the total of the joint company's retail outlets to more than 300 across the UK Two of the country's highest profile individuals are also BDO clients the firm is proud to offer expert tax advice and business accounting services to Robbie Williams. the music artist. and to act as auditors for Lord Foster of Thamesbank. who in 1999 was awarded the Laureate of Pritzker Architecture Prize

# Highlights of the operating year 1999

### October 1998

Setting in motion what was to be a record year for mergers and acquisitions for BDO all over the world, the Belgian member firm announced a merger with Fiduciaire I Van Breda and Co. The new firm, BDO Van Breda, is based in Antwerp, and has made the Antwerp office BDO's largest in Belgium, with more than 65 staff. The merger has increased the Belgian firm's total fee income by 40%.



### November 1998

Our member firm in Germany was named merger accountant to Hoechst/Rhône Poulenc. Indicative of the move towards concentration in the life sciences area world wide, this is an important alliance and a prestigious appointment for the member firm. Their other major merger assignments this year included VIAG/Alusuisse, again in the chemical industry. ERGO/Hamburg Mannheimer in the insurance area and, of course, Daimler-Chrysler.

### December 1998

On the first of the month BDO CampsObers in the Netherlands welcomed its 1000th employee. Jacqueline de Kievit. This was an important milestone in the history of the firm, which was founded over 60 years ago, and whose turnover in 1998 had for the first time surpassed the 160 million guilder mark (US$ 82 million)

### January 1999

The mergers continued apace, with our Canadian member firm merging four firms as of 1 January, including the prestigious Moore Stephens Hyde Houghton. These added a total of 31 partners and around 150 staff in key locations throughout Canada, among which were the cities of Lethbridge, Kincardine and Wingham where BDO had not previously been represented. Later in the year the Canadian member firm celebrated two further mergers at their Vancouver and Winnipeg offices.

BDO was pleased to welcome on board a new member firm in Romania. The Conti Audit Group, with offices in Bucharest, Braila, Brasov and Constanta, brings another 6 partners and 23 staff to BDO's ever-increasing presence in Eastern Europe.

### February 1999



BDO Seidman LLP in the USA launched its own Intranet. One of the most effective communications vehicles in any workplace, it forms a direct link to the firm's Center for Information Management, its business lines, and the Internet itself. Always up to date, the intranet will remain perpetually under construction, with revisions being made almost daily

The Policy Board held its Spring meeting in Istanbul this year in the splendid Ciragan Palace Hotel on the Bosphorus. The attendees also visited BDO's Turkish member firm's offices, for a presentation by the partners there



### March 1999

With Spring came another important merger in the UK this time. Effective 1 March, BDO Stoy Hayward joined forces with Moores Rowland bringing ten offices, 62 partners and 450 staff into the BDO fold. BDO in the UK is now the largest accounting and consulting partnership outside the big five

### April 1999

Eight months ahead of time, this was an important month for BDO's Y2K Taskforce. Formed one year earlier in order to ensure Year 2000 readiness throughout the BDO network. April brought news that a high percentage of potential problems had already been identified and were well on their way to being resolved. The Taskforce has done a great job both in raising awareness of the issue and in responding to concerns. Taskforce chairman Keith Vance commented that 'This initiative really shows our ability to unite and work together as one cohesive unit

### May 1999



BDO visibly participated in Italy's Mille Miglia – the ultimate classic car race - in early May, when BDO Netherlands sponsored Etienne Veen in his 1927 Mercedes Benz. Festooned with the BDO logo, the car finished 126th out of more than 350 entries. More a contest of skill than of speed. Veen commented that 'To participate at all is as good as winning

CONFIDENTIAL

The second annual BDO Francophone Countries meeting co-hosted by the Moroccan member firm and BDO Gendrot, was held in Marrakech at the beginning of the month. Reinforcing the professional and personal relationships between BDO's French speaking members the event was attended by partners from Belgium, France, Romania, Senegal, Switzerland and Tunisia



The Third Latin American Conference, attended by 48 regional International Liaison Partners and Managing Partners, as well as representatives from Europe was held from 23 to 26 May in Cartagena de Indias, in Colombia. A packed agenda ensured a lively and informative meeting, which included such presentations as 'Advances in BDO Technology Communications & Marketing' (Cecil Fleming), and 'BDO Hemispheric News' (Dr Silvio Becher). In the free time available the delegates and their spouses enjoyed legendary Latin American hospitality including an evening sail on a pirate ship, courtesy of a client of BDO Colombia

### June 1999

June saw the Luxembourg member firm celebrating its 25th anniversary with a reception at the Hotel Intercontinental. Attended by BDO representatives from all over Europe the jubilee speech was delivered by Chairman of the Council Hans-Heinrich Otte

The traditional BDO Gendrot Garden Party took place in Paris,

while the first Reseau BDO Gendrot Congress was held in Beaune earlier in the month. Mergers with Sofintex in Paris and legal advice firm Naepels & Associes together with the addition of accounting and auditing practice AUREC to the BDO Gendrot Alliance mean that BDO in France now numbers 77 partners and 773 staff

### July 1999

BDO member firms in Madrid and Barcelona further consolidated their position in Spain with a merger. The new combined firm made up of 12 partners and 250 professional staff, is called BDO Audiberia.

Still another merger in Israel when Yaffe, Biram, Birash & Co joined our new Israeli firm. With BDO staff now totalling more than 30 in Jerusalem, the firm's expertise is in real estate and hotel work

Very good news, meanwhile, from Pakistan, where Ebrahim Dahodwala was nominated as Chairman of the Corporate Governance Committee of the Institute of Chartered Accountants of Pakistan. Ebrahim is BDO Pakistan's ILP and this is a very prestigious appointment for both him and the firm

### August 1999

From Chile came the announcement that CGA Auditcorp in Santiago would be joining BDO. BDO CGA Auditcorp is a full-service accounting, auditing, consulting, legal and tax advisory firm with 5 partners and 28 staff

BDO in the United Arab Emirates also announced its important merger with chartered accountants Al Saleh & Co. The combined firm numbers 8 partners and 26 staff and has offices in Dubai, Abu Dhabi, Sharjah, Ras Al Khaiman and the Jebel Ali free zone

Still in the Middle East BDO in Saudi Arabia opened a new office in Doha capital of the Gulf state of Qatar

In Ireland BDO Simpson Xavier partner Ronan King was appointed a director of the organising committee for the Special Olympics. The Summer Games of this major sporting event for mentally and physically handicapped athletes will take place in Ireland in 2003

### September 1999

BDO took its first step into the Baltic States with the signing of a member firm agreement in Estonia. With the main office in Tallinn and a branch in Tartu. BDO Eesti AS has particular expertise in manufacturing, trade and finance. The new firm has 3 partners and 15 staff



BDO's logo was carried across the world from England to Australia, on a helicopter. Speed Couriers, clients of BDO in Hatfield, UK, set out on a record breaking journey in a Robinson R44 single engine piston helicopter. BDO had agreed to assist them on their route with any problems they might encounter at a local level and in return the helicopter was emblazoned with the BDO logo

BDO's world wide results for the year ending 30 September 1999 were impressive, a 10% growth in fee income to US$1.763 million, while staff totals in our 532 offices rose to 18.515. Mergers continue to play an important part in the network's growth, and as number 6 in the world we are often approached by partners from other networks

19

# Acknowledgements

BDO would like to thank all the clients, partners and staff world wide who contributed to this year's Annual Report.

## Photography

Cover photo/Contents page: Pages 2, 6 and 8. Courtesy of Benelux Press, Brussels
Page 3. Chairman of the Policy Board. Courtesy of BDO Stoy Hayward, London
Page 7. Hans-Heinrich Otte, Paul van Elten. With thanks to BDO Eesti AS, Estonia
Page 9. Petronas Twin Towers, Kuala Lumpur. Courtesy of Keng Wah Chan, BDO Malaysia
Page 10. Tomb of Mohammed bin Ali, Oman. Digital Imagery® Copyright 1999 PhotoDisc, Inc
Page 11. Augrabies Waterfall, South Africa. Courtesy of Abel Myburgh, BDO Johannesburg
Page 12. Prague. Courtesy of Benelux Press.
Page 13. Easter Island, Chile. Courtesy of Benelux Press.
Page 14. Cuzco, Peru. Digital Imagery® Copyright 1999 PhotoDisc, Inc.
Page 15. Downtown Chicago. Digital Imagery® Copyright 1999 PhotoDisc, Inc
Page 16. Reichstag (& new Kuppel), Berlin. Courtesy of F Heinze von Hippel Film + Bild-Produktions und Kopier KG, Berlin.
Page 17. Amsterdam tram. Digital Imagery® Copyright 1999 PhotoDisc, Inc.
Page 18. Belgian Partners. With thanks to BDO Belgium.
Etienne Veen, Mille Miglia 1999. With thanks to Marketing Dept., BDO CampsObers.
Infonet. Courtesy of BDO Seidman LLP, New York.
Policy Board Meeting. With thanks to BDO in Istanbul.
Page 19. Third Latin American Conference. With thanks to BDO audit AGE, Bogotà.
Speed Counters helicopter. With thanks to BDO Stoy Hayward, London.

### Editor & Coordinator
Julia Henniker-Heaton,
BDO International, Brussels.

### Pre-Press & Printing
Antilope Printing nv, Lier, Belgium.

For further information about BDO or any of its member firms, please contact either the BDO member firm, or the International Office:

**BDO International B.V.**
Boulevard de la Woluwe 60
1200 Brussels
Belgium.

Telephone: +32 2 778 01 30
Fax: + 32 2 771 44 43
e-mail: bdo-intl@bdo-intl.com

Or visit the BDO web site:
http://www.bdo-international.com

© Copyright February 2000, BDO International B.V., Amsterdam

This report was printed on environmentally-friendly Satimat paper, whitened without the use of chlorine or chlorine compounds.

20

CONFIDENTIAL