# EXHIBIT 7



*Annual Report 2000*

BDO

Confidential

# BDO WORLD WIDE NETWORK
(as at 1 January 2001)



| | | |
|---|---|---|
| Argentina | Indonesia | Panama |
| Australia | Ireland | Paraguay |
| Austria | Isle of Man | Peru |
| Bahamas | Israel | Philippines |
| Belgium | Italy | Poland |
| Bolivia | Jamaica | Portugal |
| Botswana | Japan | Qatar |
| Brazil | Jersey | Romania |
| British Virgin Islands | Jordan | Russia |
| Bulgaria | Kazakhstan | St Kitts & Nevis |
| Canada | Kenya | Saudi Arabia |
| Cape Verde | Korea | Senegal |
| Chile | Kuwait | Singapore |
| People's Republic of China | Latvia | Slovak Republic |
| Colombia | Lebanon | South Africa |
| Cyprus | Liechtenstein | Spain |
| Czech Republic | Luxembourg | Sri Lanka |
| Denmark | Macao | Sweden |
| Ecuador | Malaysia | Switzerland |
| Egypt | Malta | Taiwan |
| Estonia | Mauritius | Thailand |
| Fiji | Mexico | Tunisia |
| Finland | Morocco | Turkey |
| France | Mozambique | Turkmenistan |
| Germany | Namibia | Ukraine |
| Gibraltar | Netherlands | United Arab Emirates |
| Greece | Netherlands Antilles | United Kingdom |
| Guatemala | New Zealand | United States of America |
| Guernsey | Nigeria | Uruguay |
| Hong Kong | Norway | Vanuatu |
| Hungary | Oman | Venezuela |
| India | Pakistan | Zimbabwe |

Confidential

# FROM OUR CHAIRMEN



When the magic year 2000 arrived, expectations were high.

In business it was expected that the Internet effect would be unstoppable. The financial world concentrated more and more on this 'new economy'. Many IPOs were announced for Internet start ups, whereby the estimated value of these companies showed no correlation with their actual financial situation. Heavy anticipated losses were seen as a good investment for the future. Investors were practically queuing up to participate.

In actual fact the year 2000 brought a new realism. IPOs were postponed and investors were left to nurse their wounds. The new economy still exists, but a healthy scepticism has grown up towards the fantastic prospects proposed. The 'old economy' has been restored with honour and a kind of equilibrium has arisen. Furthermore, we are seeing companies of the old economy incorporating the new economy more and more.

As far as the accounting profession was concerned, new life was blown into the discussion of independence. Led by the SEC in the USA, there is now renewed attention from regulating bodies world wide for this issue. This will undoubtedly lead to the issue of further regulations. If this means that the profession's position will be additionally secured, it is a development that should be welcomed.

In this turbulent world, BDO itself was further strengthened. There was an increase in referral volumes and many member firms grew, both organically and through mergers and takeovers. After 77 years BDO continues to be a healthy and vital organisation, and this became apparent at the highly successful Biennial Conference in Dresden.

Naturally, BDO has an eye for the future - the organisation will also have to assimilate new developments. The International network will be strengthened still more, both through the acquisition of new member firms and through the development and growth of existing firms. The key is a more intense International cooperation, and Initiatives will be developed to reinforce the network.

Thinking ahead to the year 2001, I have faith in the fact that BDO will consolidate both its position and its reputation Internationally. This faith lies mostly in the vision, enthusiasm and strength of our member firms, which I am fortunate to witness time and time again.

Ton Rutgrink
*Chairman of the Policy Board*

It is an organisation's unique qualities which make it what it is. At BDO, all our partners and staff are in possession of certain key attributes. These, the 'Seven E's', are: Energy, Enthusiasm, Example, Excellence, Elegance, Empathy and Excitement.

It is my belief that these particular qualities will ensure that BDO is as successful in this century as in the last. They will guarantee that we at BDO International continue:

To grow our capabilities, including our services, our member firms, our national and our International business
To strengthen our relationships with our clients. BDO's personal touch is legendary
To ensure that we consistently provide the highest quality of professional services
To master all available methods of communication, from e-mails to e-commerce, and beyond
To prepare the next generation through the ongoing transference of our knowledge and expertise.

At the start of the new millennium, BDO is number 1 in its chosen marketplace, and I have no doubt that it will continue to remain there.

Hans-Heinrich Otte
*Chairman of the Council*

# BDO INTERNATIONAL



BDO International is one of the leading multinational accounting and consulting organisations. We are a world wide network of professional firms serving global and national businesses, and lead the market in advising growth oriented, owner-managed businesses. We are the only major business advisory organisation that specialises in entrepreneurial businesses, regardless of size or age.

*Entrepreneurial specialists*

BDO combines international expertise with the best available local business and advisory services. Our special skills lie in combining local knowledge and experience with an understanding of the international context. This ensures a common world wide approach and focus, and a service that is second to none.

*Personal, professional service.*



BDO is well known for its close involvement with its clients, and is committed to total client service. We take pride in our client's successes, and we do not shy away from committing to meet their individual needs. We work hard to understand their businesses and take an active role in helping them to succeed. Our reputation derives from consistently offering imaginative and objective advice.

*Global vision with a local emphasis*

# SERVICES



The wide range of professional services that we offer include the following:

**Audit and accounting.** BDO's personalised approach allows us to gain a thorough understanding of our client's businesses, and to find solutions to their potential problems. Because a BDO audit is backed up by experience and expertise, it lends credibility to a client's financial statements.

**Tax consulting.** BDO's experts work hard to minimise tax burdens and maximise tax incentives. We have particular expertise in advising overseas investors on international tax regulations, and have even launched a web site dedicated to international tax planning (www.intax.co.uk).

**Management consulting.** BDO's management consultants are experienced professionals with specialist skills. With the advantage of an international business perspective, they offer cost-effective solutions and implementation assistance, particularly to growing businesses.

**Corporate finance.** BDO's international network of corporate finance specialists advise on mergers and acquisitions, joint ventures, privatisation and capital financing, and undertake due diligence work.

**Corporate recovery and insolvency.** BDO's specialists can assess the viability of a business, and act as liquidators, administrators, receivers, trustees or monitors, where needed.

**Specialist services.** Working to provide solutions to our clients' unique problems, BDO's experts offer a wide range of specialist services, including assurance, environmental audit and consulting, litigation support, arbitration and mediation, healthcare and captive insurance management, and other offshore services.

4

5

Confidential





Confidential



The BDO Council, chaired by Hans-Heinrich Otte, our co-founder, is made up of representatives from every country in which we are represented, and performs a similar global role.

Cecil Fleming and Paul van Etten, Chief Executive Officer and International Secretary respectively of BDO International, are based in the International Office in Brussels. They are responsible for BDO's daily operations internationally, and for policy implementation. This includes overseeing all legal and administrative matters relating to the network's 96 member countries, and implementing international quality control and training programmes.

# KEY PEOPLE

BDO International's Policy Board upholds the organisation's commitment to superior quality and innovation. Currently chaired by Ton Rutgrink, the Board lends support and guidance to BDO member firms around the world.



Confidential

# NETWORK REVIEW

*Highlighting current trends and reporting on recent achievements in BDO's world wide organisation*



## GROWTH

The year 2000 has been one of substantial growth for BDO, with global fee income showing a 14% rise, to Euro2,276 million, and staff totals rising to 20,939.



BDO's appeal to members of other international representations is equally valid where counting new member firms is concerned: in 2000 we added a further 7 countries to our network, taking the total to 95. The total number of BDO offices world wide now stands at an impressive 552, joining the BDO network this year were Zairouk, Khaled & Co in Egypt (formerly Ernst &Young); Invest-Riga in Latvia; Oyediran Faleye Oke & Co in Nigeria (formerly part of Coopers & Lybrand, prior to the PW merger); Burah Hathy & Co in Sri Lanka, Rubinsztein & Guillén in Paraguay; KazakhstanAudit in Kazakhstan, and Antonio Pereira & Co in Panama. Our first new member firm of the coming year, BDO Jamaica (also part of Ernst & Young previously), will join us on 1 January 2001.

### MERGER ACTIVITY



Mergers continue to play an important part in the growth of the BDO network. In fact it is true to say that BDO seems to be attracting them, particularly from those who have become disenchanted with other global organisations – we are often approached by firms from both larger and smaller establishments.



The merger of BDO with the SME practice of KPMG Eindhoven in the Netherlands is a case in point. At the time of the merger in January, KPMG's director there commented that "The continual rethinking by KPMG arising from globalisation and European integration was a cue for us to cut ourselves loose from them. BDO is an attractive office for us; it has a strong position amongst small and medium sized businesses, and moreover a culture where we really feel at home". Likewise, when BDO in the Netherlands merged with Walgemoed (formerly of Horwath International), forming the largest Dutch consultancy for mid-sized enterprises, CampsObers Chairman Ton Rutgrink made the point that "Large consultancy firms are becoming increasingly internationally managed and seem to be less concerned with the middle sector – to which BDO Walgemoed CampsObers is predominantly geared".



These shifts in the framework of the accounting industry are working towards our benefit elsewhere as well. In the UK, BDO Stoy Hayward reaped the rewards of their important merger with Moores Rowland International at the end of last year, which gained them an extra ten offices. The acquisition accounted for more than half of the 26% increase in fee income that the firm announced for the year ended 31 March. Meanwhile, in Canada, mergers towards the end of 1999 with 4 firms, including offices of Moore Stephens and KPMG, gave BDO Dunwoody first-time representation in three new cities in 2000. Then, in November, the Canadian firm merged with Still & Company, a firm with a solid reputation and seven offices in Manitoba. Their Chief Executive Officer, Sam Andrew, commented that, as "... Our clients are expanding beyond our borders, BDO was the organisation best suited to our client base. It is a firm that recognises the unique local needs of entrepreneurial businesses, while providing regional, national and international support when our clients are ready to expand".

BDO Shlomo Ziv in Israel, in a series of moves calculated to establish their position as the country's fifth largest accounting firm, realised three mergers this year. The first, with Witkovsky Abramson Craeny & Co, gave the firm an extra 9 domestic branches, and an Israeli desk in New York city. The second, with Landstein-Katorza & Co, strengthened their geographical presence in the region of Beer-Sheva, in southern Israel, and the third was with Haft & Haft, number seven in Israel. These mergers enable the firm to further enhance the array of services it offers to both existing and new customers.



At the beginning of the year, the culmination of a cooperation agreement between BDO in Luxembourg and Compagnie Fiduciaire was that the date of their merger was brought forward by some 10 months. The new Compagnie Fiduciaire was also awarded full BDO member firm status. The year ended with BDO Auckland in New Zealand achieving an important merger with Spicer and Oppenheim. The new firm is to be known as BDO Spicers, and is now in the top tier of New Zealand accounting firms. As both firms provide a wide range of accounting and advisory services, and both specialise in growing businesses, a combining of their operations in the rest of the country will follow shortly. Pre-2001 announcements came also from Switzerland, where the consultancy and audit company Hess Grant,Thornton (HGT) joined the BDO Visura group, and from the Netherlands, where the Maastricht-based accountancy and tax consultancy firm Alfers & Limbourg merged with BDO Walgemoed CampsObers.

### FOCUS ON BDO NEW MARKETS

A number of BDO member firms launched an important new venture in Europe towards the beginning of 2000. BDO New Markets (BDO NM) is a dedicated competence centre within BDO International that specialises in international assignments in Central and Eastern Europe and the countries of the former Soviet Union. BDO NM concentrates on providing expert advice to businesses with aspirations to grow, and is establishing Business Support Centres and incubators throughout the region. The company's core activities are strategic alliances, financial advisory services and raising finance.

**Strategic alliances:** As experienced corporate finance consultants, the firm is realised both by local companies seeking Western organisations as potential joint venture partners, and by Western organisations needing advice on acquisitions and joint ventures in Central and Eastern Europe.

Confidential

**Financial advisory services:** BDO NM's many corporate finance assignments, combined with their extensive experience in a wide range of financial services, provided to both borrowers and lenders, adds up to an unequalled level of knowledge and competence. Furthermore, BDO NM provides Investment Advisory Services to both international and local financial institutions by means of public tender, which requires professional financial skills and local expertise.

**Raising finance:** Project and acquisition finance are of the utmost importance in the transitional economies of Central and Eastern Europe. BDO NM advises companies on their expansion and diversification strategies in the region, and assists local companies in their search for external financial resources.

Some of the major assignments on which they are currently working are:

- The K2R4 project, in which BDO NM, together with our Ukrainian firm BDO Balance Audit, are advising the Ukrainian National Nuclear Electricity Generating Company over their granting of more than US$ 1.5 billion by the G7 countries as compensation for the closure of the Chernobyl Nuclear Power Station

- The Municipal Utilities Development Programme, where they, together with the Romanian member firm BDO Conti Audit, are advising the European Bank for Reconstruction and Development (EBRD) on their US$ 80 million investment programme in the water utility sector in Romania

- The Privatisation of the Latvian Shipping Company, where BDO NM and BDO Invest-Riga, assigned by the World Bank, are financial advisors to the Latvian Privatisation Agency

- The set up of the International Naukograd Fund, providing growth finance to Innovative SMEs in Russia.

Based in the Netherlands, under the management of Gerard Uijtendaal, the team is made up of dedicated and experienced consultants whose proven methodologies and international perspective ensure cost effective and well-balanced results. Their impressive, multi-lingual website, at www.bdo-newmarkets.com, contains further particulars.

### MAJOR ASSIGNMENTS

Every client is important to BDO, regardless of their activity or size, but at the same time we are proud that a number of BDO member firms were awarded very high profile assignments in the past year. These serve to raise our organisation's international professional standing, and reaffirm BDO's secure position on the world accountancy stage.

In Germany, following on from their prestigious role as merger accountants to DaimlerChrysler, VIAG/Alusuisse, Hoechst/Rhône Poulenc, and ERGO/Hamburg Mannheimer und Victoria Insurance in 1999, it was no surprise to find BDO Deutsche Warentreuhand AG involved in the acquisition of Mannesman by Vodafone Airtouch.



The German BDO firm was appointed to determine the fair market value, in accordance with German law, at which subsidiary company Orange should be sold to Vodafone. Working with BDO Stoy Hayward in the UK, they had also to determine the corresponding value at which part of Vodafone UK should be transferred to Mannesman.

Prior to the collapse of the merger talks, BDO Germany was also appointed, jointly with Ernst & Young, to carry out valuations of Deutsche Bank, Dresdner Bank and Commerzbank. Then, as a consequence of the merger between Bayerische Vereinsbank and Bayerische Hypotheken- und Wechselbank with Hypovereinsbank, Munich, BDO Germany carried out a special audit concerning loans rendered from the former Bayerische Hypotheken- und Wechselbank AG to real estate developers. This audit revealed that the bank's financial statements had not reflected losses on these loans, which amounted to around DM 3.5 billion. In addition, BDO Germany, jointly with PwC, evaluated the big German utility firms VEW and RWE, during the process of their merger.

In the USA, BDO Seidman, on behalf of bames Enable.com implemented what was then the largest Internet IPO in the history of Wall Street, raising approximately US$ 500 million.

In April, BDO's member firm in Spain were - hot on the heels of their assignment to prepare the technical report on the merger of insurance giants AGF Union Fenix, and Allianz Ras (Alemania) & Athena - appointed independent experts in the merger of Grupo Picking Pack (GPP) and Ola Internet Group (Ola). BDO Audiberia Auditores were assigned the valuation of the Ola group in preparation for the merger.



### FOCUS ON THE BDO SEIDMAN ALLIANCE

One of the most significant developments in BDO's US member firm in recent years has been the BDO Seidman Alliance. This was created in January 1994. In order to give the firm wider coverage within the USA, and a partner from BDO New York, James Hannon, was appointed Executive Director of Alliance Services. The aim was to be able to expand into those areas where there were already clients and business opportunities, but where there was no BDO presence.

By the year 2000, these objectives had been more than accomplished, with the Alliance proving very successful and profitable for both BDO Seidman, LLP and its Alliance Partners. In January 2000, the firm's management team decided that the Alliance could be used not only to provide greater coverage, but also as an Alternative Distribution Channel (ADC). In other words, they began to use the Alliance as an expansion of their existing distribution channels, for the dissemination of BDO's products and services and, through training and expertise, its methodology.

An ADC team was created, charged with expanding the ADC at existing Alliance locations and, importantly, at BDO locations - it is a two-way process, with Alliance members using BDO resources, and vice versa. The firm provided monetary revenue-sharing incentives to both BDO and Alliance offices, significant participation in which has led to a sizeable expansion of the combined distribution channels. As a result, a host of domestic and international transactions have taken place, and millions of dollars of new engagements have been obtained.

At the end of 2000, the BDO Seidman Alliance had 62 firms in 95 cities, with 420 partners, and total personnel of 2,843, generating an estimated net accrual fee income of US$ 290 million. The intention is to at least double the number of Alliance firms by the end of 2001. Furthermore, through the important ADC expansion initiative, BDO has enhanced its resources and deliverables, and strengthened its services. Alliance and BDO offices can now tap into an almost limitless depth of resources in order to anticipate - and meet - their client needs.



Confidential

12    13

## HI-TECH BDO



The Internet has transformed the way we do business, and no one is more aware of this than the partners and staff at BDO, who appreciate that a fast-changing world requires a flexible, and above all informed approach. We continue to invest in superior technology and to ensure that BDO personnel are at the cutting edge of IT and accounting developments world wide.

It is logical, therefore, that a number of BDO's member firms have made strategic IT alliances in the past year. BDO Dunwoody in Canada, for example, linked up with leading international telecommunications firm Watson & Associates in order to launch a telecommunications consulting practice. BDO Watson offers Canada's medium-sized businesses the sort of expertise that was previously available only to large corporations. The firm will assist clients in the identification and implementation of the most appropriate and cost-effective telecommunications systems for their needs.



In February, BDO Stoy Hayward in the UK announced their alliance with e-business market leaders, the Oracle Corporation. The joint initiative is focusing on e-business start-ups and growing businesses, and enables the firm to deliver complete e-business solutions. The two firms went on, in December, to launch ReGeneration together, an advisory and risk management service for e-business investors.

In a ground-breaking initiative, the International Tax Steering Committee launched an international tax planning web site, www.intax.co.uk. The first of its kind, this exclusive site offers an exceptional new service. As well as containing all BDO's international tax publications in downloadable format, BDO Intax can help its visitors to determine whether their company might be exposed to foreign tax liabilities as a result of their transactions with foreign businesses.



In Brazil, BDO Directa Auditores have launched two new internal web sites, connected to the region's BDO Latin America intranet: BDO Consulting Latin America, and BDO Health Care. Both sites have been developed in order to integrate information from the Latin American offices, and to share data and experience. Meanwhile, Becher Lichtenstein y Asociados in Argentina have acquired a highly regarded consulting practice, whose services include internet/intranet and e-commerce development.



In the USA, BDO Seidman found their Business and Technology Solutions practice so successful that they spun it off into a separate legal entity, WaveBend Solutions. As a separate unit, WaveBend has the autonomy and flexibility to respond more effectively to the growing demand for end to end e-business solutions.



Last but not least, the International Office re-launched the BDO International web site, which is found at www.bdo-international.com. A new International Intranet, which will greatly facilitate the dissemination of essential data to all BDO Member Firms, is to launch early in the new year. With yet more facts at their fingertips, BDO partners and staff will be able to offer their clients an even greater integrated global service.

## FOCUS ON CZECH REPUBLIC

BDO's member firm in the Czech Republic, BDO CS s.r.o., occupies what is probably the organisation's most hi-tech building. Shortlisted in 2000 for the country's most prestigious architectural award, this 'administrative villa', designed by the renowned Czech architect Josef Pleskot, is located in a fast-evolving business district just ten minutes from the centre of Prague, with excellent transport connections. Thoroughly modern, the building respects its partly-residential surroundings, while its slightly irregular curves give it a welcome warmth and intimacy.



Internally, the construction concept is deceptively straightforward, featuring large areas of open-plan office space and an off-centre service core. Flexibility is of prime importance in order to provide for future expansion. BDO in the Czech Republic has grown remarkably since its establishment in 1992, when the company's successful entry into a difficult market was marked by a rapid increase in staff. Their new clients quickly came to see the quality services that they provided as the BDO hallmark, and word spread fast. That the company will continue to grow is a certainty.



The manner in which BDO CS s.r.o. is occupying the building is similarly forward-looking as, in order to maximise workspace efficiency, they have adopted a 'hot-desking' system. The principle is simple: with the increasing use of electronic data storage, and considerable time spent off-site at client premises, employees have no need for individual desks. Thus each member of staff has been allocated a mobile container that can be placed next to any of the available workstations for working then locked and 'parked' elsewhere when away from the office.

Partners occupy small glazed modules around the edge of the building, more of which can be added as the firm expands. Client confidentiality is ensured by receiving visitors in comfortable soundproofed meeting rooms on the ground floor, or in the dedicated conference facilities on the top floor. Accidental access by visitors is prevented by a state of the art security system, based on pass keys.

The advantages of the hot-desking system are many. The breakdown of isolated, task-specific groups means an orientation towards teamwork. Staff become more aware of the range of skills that can be made available to their clients, and communication between different parts of the company is improved. There is also a closer interaction between partners and staff, ensuring a hands-on approach to solving client problems at all times.

BDO's prestigious new office is a statement of professional reliability in a fast changing world. Like the company itself, it defines new directions, whilst remaining adaptable.

Acknowledgements
Photography
Courtesy of Benelux Press/Elektra Vision:
e-business (Corel, p.1, p.14)
World map (p.2)
Courtesy of Digital Imagery© copyright 2001 PhotoDisc, Inc:
Two businessmen, by Hoby Finn (p.4)
Business meeting, by Javier Pierini (p.4)
Walking through an office, by Antonio Mo (p.5)
Business meeting, by Ryan McVay (p.5)
Traffic, NYC, by Edmond van Hoorick (p.13)

Editing and design
Julie Henneller-Hexton, BDO International, Brussels
Printing
Antilope Printing nv, Lier, Belgium
Further Information:
www.bdointernational.com
BDO International
Boulevard de la Woluwe 60
1200 Brussels, Belgium
Tel: +32 2 778 01 30; Fax: +32 2 771 44 43
e-mail: bdo.intl@bdo-intl.com
Our thanks to all those in BDO world wide who contributed to this year's Annual Report

© BDO International B.V., Amsterdam, February 2001.

16

Confidential