# EXHIBIT 9


World wide
Annual Statement
2 0 0 2
BDO
Boulevard de la Woluwe 60
B-1200 Brussels, Belgium
BDO
Accountants & Advisers
Confidential

© BDO International B.V. February 2003

Acknowledgements

Editorial
BDO, Brussels
Design
Satelit, Lier, Belgium
Print
Antilope, Lier, Belgium

Further information
Boulevard de la Woluwe 60
B-1200 Brussels, Belgium
Tel: +32 2 778 01 30; Fax: +32 2 771 44 43
e-mail: bdo-intl@bdo-intl.com
www.bdo-international.com

Confidential

# LETTER FROM the CHAIRMAN

In 2003, the BDO network celebrates 40 years of delivering quality performance, sound advice and high-calibre services to our clients. Since 1963, BDO's strategic goal has steadily become reality throughout the BDO world:

"To be the leading adviser world wide dedicated to growing businesses, and the people behind them".

BDO leads the market in advising growing businesses.

BDO clients represent a broad spectrum of business activities; they also display a variety of structures (from sole proprietor, through owner-managed, to multi-nationals, and extend from large institutions, local authorities and hospitals, to non-profit organisations.

Being focused on this market makes BDO less vulnerable than larger firms to the adverse developments affecting our business. Despite a potential threat to growth, decreased public confidence, and uncertainty on the stock markets, 85% of BDO member firms reported higher revenues in 2002. For BDO, the challenges posed by recent events are becoming opportunities.

The network welcomed new firms in Bahrain, the Dominican Republic, Lithuania and Slovenia in 2002, as well as a second Chinese office in Beijing, and new representation in the Cayman Islands.

Expansion is important in today's business environment, but not at the expense of quality and credibility. In the fast-changing accounting milieu, where successive mergers mean a shrinking number of competitors, and where high-profile financial scandals mean an increasing number of regulators, BDO firms are careful to adhere to strict quality criteria.

BDO member firms are committed to ensuring that they each have sufficient service capabilities to offer the consistently high standards that are synonymous with the BDO name. The close professional relationship between our firms both fuels and strengthens this.

In 2002, BDO became the world's fifth largest multinational accounting and consulting organisation.

Ton Rutgrink
Policy Board Chairman
BDO International

# SERVICES

*BDO member firms deliver all the professional services their clients expect...*

- Audit & Assurance
- Accounting
- Tax advice
- Management consulting
- Corporate finance

*...and some specialist services that they don't, including:*

- Arbitration and mediation
- Business technology solutions
- Captive insurance management
- Corporate recovery & insolvency
- Customs & export
- e-Business
- Environmental audit and consulting
- Forensic accounting & litigation support
- Healthcare and hospital management
- Hospitality consulting
- Quality management
- Recruitment/HR management
- Valuations

*Please note, services offered will differ from firm to firm.*

*BDO member firms deliver a level of personal service well beyond clients' expectations.*

# CREDENTIALS

*Quality Assurance and Independence* - We strongly support the need to strengthen the public's recently tarnished perception of auditor independence. In that regard we agree with certain aspects of the Securities and Exchange Commission's proposals, particularly those that would enhance the audit committee's role in the audit process. While we support these types of constructive changes to enhance auditor independence, we believe that many of the Commission's proposals, particularly those that go beyond the requirements of the Act, will not benefit investors or serve the public interest. (Excerpt from BDO Seidman, LLP Letter to the Securities and Exchange Commission)

*The Power of Alliance* - The BDO Seidman Alliance Network is one of the largest alliances in professional services. It offers members an unparalleled variety of services coupled with unsurpassed opportunities for referrals, information sharing, increased purchasing power and resource sharing. Through it, 120 firms throughout the United States are now experiencing the value and power of alliance.

The BDO Seidman Alliance Network has expanded to encompass a multidisciplinary group of firms, including accountants, lawyers, IT consultants, business service providers and vendors.

*Quality assurance and independence:* German firms auditing quoted companies are now obliged to pass the country's newly-introduced Peer Review. In 2002, BDO Deutsche Warentreuhand AG was the first of the five big German auditing companies to pass this test - with flying colours.

BDO Germany is both nationally and internationally involved in the development of quality standards in the auditing profession. The Chairman of the Forum of Firms is a member of BDO Germany's Executive Board, and advises the Ministry of Justice on legal regulations, in respect of quality control. He also holds a leading position in the German professional organisation.

Consequently, the firm was among the first to fulfil the demands of the Sarbanes Oxley Act, underlining its extraordinary position nationally and internationally. The separation of the firm's accounting and advisory activities has attracted new business from international corporate groups. This is handled by the Financial Advisory Services department, often in conjunction with other firms in the network, in the USA, UK, and elsewhere in Europe.

*Sports sponsorship:* In December 2002, the International Hockey Federation (FIH) announced that BDO International, together with Rabobank in the Netherlands, were to be the Federation's first global partners, with the sponsorship running for 4 years (from 2003 to 2006). Dr Jacques Rogge, President of the International Olympic Committee, congratulated BDO on becoming a sponsor, adding that it was fitting for the organisation to add its name to hockey, a sport free from scandal, and representing true gender equality.

*International Accounting Bulletin, 14 October 2002:* BDO tops the mid tier in terms of revenues, and readily promotes itself as the fifth biggest association world wide.

*International Accounting Bulletin, 26 July 2002:* "With the proposed enlargement of the EU fast approaching, this is an important time to have a presence in Eastern Europe, and we are sure that our clients will benefit from BDO's local expertise in these areas." (Cecil Fleming, CEO)

*Quality Assurance & Independence:* BDO Biennial Conference, Chicago, September 2002: "If we want to be called the 'leading adviser', we have no option but to become the first choice alternative in terms of quality, integrity and service delivery, with perceived and visible added value for our clients." (Frans Samyn, CEO)

*Growth service:* BDO Stoy Hayward has developed a specialist service providing practical actions to enable companies and their owners to realise their potential for profitable and sustainable growth. This service has now been made available to the Confederation of British Industry in an exclusive deal for their members. Through its continued commitment to advising growing businesses, the firm has entered into a partnership with The Sunday Times' Enterprise Network, reaching entrepreneurs across the UK.

The DIAMOND *model* has been developed by BDO Stoy Hayward to help entrepreneurial management teams anticipate change and prepare themselves and their organisations for future growth.

*Flotations:* BDO Stoy Hayward acted for 15% of the new companies joining AIM in 2002.

*Real Business* (UK): "Advisers who are prepared to go beyond the call of duty"

*Daily Telegraph* (UK): "A service for growing businesses that goes beyond the usual financial menu."

*Business sponsorship:* BDO Dunwoody sponsors PROFIT 100 and Canada's Hottest Start-ups, in conjunction with one of Canada's top business magazines, re-enforcing the firm's commitment to both Canada's mid-market enterprises and to Canada's most entrepreneurial firms.

*Sports sponsorship:* The inaugural BDO Curling Classic ran in Hamilton, Ontario, in November 2002 and was televised regionally. Thirty-two of the top men's teams from across Canada and the United States competed for one of the top purses on the World Curling Tour. BDO Dunwoody also supports the sport of curling through numerous team sponsors, including Team Bodogh, skipped by Marilyn Bodogh, a two-time world champion and prominent curling sportscaster. In 2003, BDO Dunwoody will run two Classics, one in western Canada for the men, and one in eastern Canada for the women. The women's event will feature 32 of the top teams from around the world. Invitations have been extended to teams from Europe, North America and Asia. This spiel will feature the largest purse of any curling event for women in the world. The prize money will be equivalent to the winner of the men's event - another first for the sport.

*Sports sponsorship:* BDO in the Netherlands continues to sponsor the Dutch field hockey association (KNHB). In 2002, the firm hosted several successful receptions for BDO clients at the international tournament in Amstelveen, as well as at the Champions Trophy tournament in Cologne, Germany. The Dutch firm has also entered into a sponsorship agreement with the well-known soccer club Ajax Amsterdam. In the first season of BDO's involvement, Ajax succeeded in becoming champion of the Netherlands soccer league.

*Family business:* In spring 2002, BDO organised a well attended press conference to publish the results of a 10 year survey concerning family business in the Netherlands. Jan Peter Balkenende, then leader of the Christian Democrat party and now prime minister, was presented with the survey results by [illegible], the firm's chairman. The resulting substantial Dutch press coverage acknowledged BDO as the leader in advising family businesses.

*Growth:* During 2002 BDO's Dutch firm opened newly built offices in Utrecht, Velsen, Apeldoorn and Groesbeek. This increased geographic spread underlines the firm's position as both a professional and developing accounting firm nationally, and a local partner maintaining close contact with its clients.

Confidential



# FINANCIAL INFORMATION

30 September 2002

## FEE INCOME

€2,442 million / US$ 2,396 million



## PERSONNEL

| | |
|---|---|
| Partners | 2,182 |
| Professional staff | 16,075 |
| Other | 4,332 |
| TOTAL: | 22,589 |



## DISCIPLINE

| | |
|---|---|
| Audit & Accountancy | 58% |
| Tax | 23% |
| Consulting | 5% |
| Corporate finance | 4% |
| Insolvency | 4% |
| Other | 6% |

## REGIONS

99 countries
576 offices

| | % | € millions | US$ millions |
|---|---|---|---|
| Africa & Middle East: | 2.1 | 51.5 | 50.6 |
| Americas: | 49.2 | 1,203.8 | 1,181.1 |
| Asia Pacific: | 5.7 | 139.4 | 136.8 |
| Europe: | 42.9 | 1,047.0 | 1,027.4 |

Confidential

# BDO AROUND THE WORLD

There are BDO Member Firms in each of the following countries (this list is current as of 1 January 2003):

Algeria
Argentina
Australia
Austria
Bahamas
Bahrain
Belgium
Botswana
Brazil
British Virgin Islands
Bulgaria
Canada
Cape Verde
Cayman Islands
Chile
China
Colombia
Cyprus
Czech Republic
Denmark
Dominican Republic
Ecuador
Egypt
Estonia
Fiji
Finland
France
Germany
Gibraltar
Greece
Guatemala
Guernsey
Hong Kong
Hungary
India
Indonesia
Ireland
Isle of Man
Israel
Italy
Jamaica
Japan
Jersey
Jordan
Kazakhstan
Korea
Kuwait
Latvia
Lebanon
Liechtenstein
Lithuania
Luxembourg
Malaysia
Malta
Mauritius
Mexico
Morocco
Mozambique
Namibia
Netherlands
Netherlands Antilles
New Zealand
Nigeria
Norway
Oman
Pakistan
Paraguay
Peru
Philippines
Poland
Portugal
Qatar
Romania
Russia
Saudi Arabia
Senegal
Singapore
Slovak Republic
Slovenia
South Africa
Spain
Sri Lanka
Sweden
Switzerland
Taiwan
Thailand
Tunisia
Turkey
Turkmenistan
Ukraine
United Arab Emirates
United Kingdom
U S A
Uruguay
Vanuatu
Venezuela
Vietnam
Zambia
Zimbabwe