# EXHIBIT 10

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

BANCO ESPIRITO SANTO INTERNATIONAL, LTD., ESB FINANCE, LTD. and BANCO ESPIRITO SANTO S.A. (Nassau Branch),

    Plaintiffs,

vs.

BDO SEIDMAN, LLP and BDO INTERNATIONAL B.V.,

    Defendants.

Case No. 04-14009 - CA 31

EXHIBIT A

## AFFIDAVIT OF PAUL VAN ELTEN IN SUPPORT OF DEFENDANT, BDO INTERNATIONAL B.V.'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION

KINGDOM OF BELGIUM )
    )
CITY OF BRUSSELS )

PAUL VAN ELTEN, BEING DULY SWORN, STATES AS FOLLOWS:

1. I am over the age of 18, competent to testify, and I am fully familiar with the facts set forth herein based upon my own personal knowledge.

2. I am the International Secretary of BDO Global Coordination B.V. which was formerly known as BDO International B.V. (hereinafter referred to as "BDO BV"). I reside in Belgium and work in the Brussels office of BDO BV. I am familiar with BDO BV's business and its relationship with BDO BV's Member Firms, as that term is defined below. I am also familiar with the allegations set forth by the Plaintiffs, having read the Complaint dated June 28, 2004.

3. BDO BV is a limited liability company incorporated in 1988 under the laws of the Netherlands. Its shares are owned entirely by Stichting BDO, a foundation under Dutch law whose sole office is located in Amsterdam.

- 1 -

4. BDO BV's headquarters are in Amsterdam and its only other office is in Brussels, Belgium. BDO BV is not now and never has been incorporated, registered, authorized or licensed to do business in Florida or any other state in the United States. BDO BV has no offices in Florida or anywhere else in the United States. BDO BV's website directs all inquiries from any person to the Member Firms, as that term is defined below.

5. BDO BV has a staff of ten (10) employees, two (2) of whom are part-time. They are all located in Belgium. None of the employees provides any accounting, auditing, tax, financial management advice or other financial service to clients.

6. BDO BV licenses the "BDO" acronym to accounting firms across the world ("Member Firms"). Defendant, BDO Seidman, LLP ("Seidman"), is one of these Member Firms.

7. BDO BV's agreements with the Member Firms provide each Member Firm with the rights, in its particular geographical territory, to use the "BDO" acronym, BDO Software, and BDO Technical Manuals. The member firm agreement is the basis for the relationship between BDO BV and Seidman.

8. BDO BV is functionally and legally separate from Seidman and the other Member Firms The Member Firms are each distinct and independent legal entities which enter into contractual relationships with their respective clients independent of any direction or control from BDO BV.

9. The clients of Seidman and the other Member Firms are not clients of BDO BV. BDO BV has not and does not perform any of the accounting, auditing, tax, financial management or other financial services performed by the Member Firms for their clients. In fact, BDO BV is not now and never has been licensed to provide such services. Further, BDO BV has not and does not conduct or certify audits.

- 2 -

10. BDO BV does not oversee the day to day professional services being provided by the Member Firms to their respective clients.

11. BDO BV does not receive or share in any fees from Seidman or any other Member Firm, nor does it collect and redistribute profits among Member Firms.

12. BDO BV does not avail itself of the benefits or protections provided by the laws of Florida or any other state in the United States with respect to its relationships with the Member Firms. All of BDO BV's agreements with the Member Firms are governed by English Law, and each of the Member Firms irrevocably submits to the jurisdiction of English Courts.

13. BDO BV has never had any contact or relationship with E.S. Bankest L.C. ("Bankest"), Bankest Capital Corporation ("Capital"), StrataSys Group LLC ("StrataSys"), or any of the Principals or Noteholders as defined in the Complaint.

14. BDO BV has never made or caused to be made to any person any representation, comment, opinion or other statement concerning any aspect of Bankest's business.

15. BDO BV has never provided any advice or information to Bankest and has never served as Bankest's internal accountant or as its independent auditor. BDO BV never examined, prepared, maintained or reviewed Bankest's books, financial statements, or reports and never prepared or signed any of Bankest's audited financials.

16. Likewise, BDO BV has never audited any financial statements of Bankest's allegedly de facto predecessor, Bankest Receivables Finance and Factoring Corp.

17. BDO BV has never been retained by Bankest for any purpose, much less for providing accounting or auditing services. Likewise, BDO BV has not received any payment of any kind from Bankest for any reason, including any audit

fees, licensing fees, methodology fees, management fees, business development revenues, or product development revenues. BDO BV has never issued any invoice or bill of any kind to Bankest.

18. BDO BV has no engagement letter with Bankest or any entity related to Bankest. BDO BV was never charged directly or indirectly with assessing the accounting principles used by Bankest's internal accountants, obtaining assurances that Bankest's financial statements were free of material misstatements and in conformity with GAAP, alerting Bankest of any reportable conditions, or examining amounts and disclosures in Bankest's financial statements.

19. BDO BV has no direct or indirect relationship with StrataSys. BDO BV is not a "strategic partner" of StrataSys, nor was StrataSys ever licensed to use "BDO" acronym. BDO BV has never generated any income from StrataSys.

20. BDO BV's website directs all inquiries from any person to the Member Firms.

21. BDO BV has never operated, conducted, engaged in or carried on a business or business venture in Florida or had an office or agency in Florida.

22. BDO BV has never committed a tortious act in Florida.

23. BDO BV has never owned, used, possessed, or held a mortgage or other lien on any real property in Florida.

24. BDO BV has never caused injury to persons or property in Florida arising out of an act or omission by it outside Florida. Nor has BDO BV ever been engaged in solicitation of business or other service activities in Florida.

25. BDO BV has never breached a contract in Florida by failing to perform acts required by the contract to be performed in Florida.

26. BDO BV has never been engaged in substantial and not isolated activity in Florida.

_____ 17 SEP 2004
PAUL VAN ELTEN
*September*

SUBSCRIBED AND SWORN to before me this _17th_ day of September 2004, by PAUL VAN ELTEN who is either personally known to me or who has provided _Belgian ID-card nr 3 142 794_ as identification.

Dated: __17 SEP 2004__

_____
Official Title

**MARGARET B. DIOP**
**Vice Consul of The United**
**States of America**

Commission expiration
date: not applicable

- 5 -