# EXHIBIT 11

# MEMBER FIRM AGREEMENT

### BETWEEN
### BDO INTERNATIONAL B.V.

### AND
### BDO UNITED STATES OF AMERICA

**Plaintiffs' Exh. No.   1487**
**Filed: January 16  A.D. 2007**
**Case No. 04-14009 CA 31**
**Harvey Ruvin, Clerk of Courts**

October 2001 Version incorporating the amendments agreed by the
BDO Council on 7 October 2001.

© BDO International B.V., 2001

**Confidential**

## MEMBER FIRM AGREEMENT

THIS AGREEMENT is made on 7 October, 2001.

BETWEEN:

1.  <u>BDO International B.V.</u> a company incorporated under the laws of the Netherlands whose principal office is at Groen van Prinstererlaan 114, NL - 1181 TW Amstelveen, the Netherlands (postal address: PO Box 71730, NL – 1008 DE Amsterdam, the Netherlands) ("BDO BV"); and

2.  a)  <u>THE PERSONS</u> who at present carry on business as Partners under the Domestic Name BDO Seidman, LLP which expression shall be deemed to include all the Partners of the said firm from time to time, and whose principal office is at 330 Madison Avenue, New York, NY 10017-5001, United States of America; and

    b)  <u>BDO Healthcare Group, LLC;</u>
    c)  <u>BDO Human Capital Search, LLC;</u>
    d)  <u>BDO Investments, LLC;</u>
    e)  <u>BDO Seidman Management, Inc.;</u>
    f)  <u>BDO Seidman Solutions Provider, LLC;</u> and
    g)  <u>BDO Solutions, LLC;</u>
    companies incorporated under the laws of the United States of America whose registered offices are at 330 Madison Avenue, New York, NY 10017-5001, United States of America;

    together hereinafter referred to as the "Member Firm".

**Confidential**

00-1

WHEREAS:

A.  BDO BV is entitled by licence and other authority from the Foundation to grant the right to use the International Name and the BDO Acronym to firms or companies of repute throughout the world providing Professional Services.

B.  BDO BV has granted, and proposes to continue to grant, the right to use the International Name and the BDO Acronym to firms or companies providing Professional Services in various jurisdictions on terms and conditions which are the same in all material respects in each case as the terms and conditions set out in this Agreement, to the intent that all such firms should enjoy mutual benefits accordingly.

C.  The Member Firm renders Professional Services in the Territory and wishes to enter into this Agreement with BDO BV in order to obtain the right to use the International Name and the BDO Acronym together with the Other Member Firms, to refer or receive referrals of work and to obtain other services provided by BDO BV in relation thereto, on the terms and conditions set out below.



**Confidential**

0-1

NOW IT IS HEREBY AGREED as follows:

<u>Definitions and Interpretation</u>

1.1. In this Agreement, unless the context otherwise requires, the following expressions shall have the meanings as shown below:

**"BDO Acronym"**
the letters BDO displayed in the manner notified to the Member Firm from time to time by BDO BV and any logo or other means of presenting or displaying the International Name which may from time to time be notified to the Member Firm by BDO BV together with the Intellectual Property associated therewith;

**"BDO Software"**
the software programmes made available from time to time by BDO BV to the Member Firm including upgrades or enhancements, if any and any user documentation related thereto;

**"BDO Technical Manuals"**
manuals, guidelines or instructions from time to time issued by BDO BV and approved by the Policy Board – whether in printed or electronic form, or in any other format now known or to be created in the future, and in particular as used on the Internet, video and CD-rom formats – which lay down accounting, auditing, investigation and other standards and practices to be adhered to by the Member Firm and Other Member Firms;

**"Chief Executive Officer"**
the Chief Executive Officer (Directeur van de vennootschap) of BDO BV;

**"Cost Memorandum"**
the document approved at a meeting of the Council entitled the Cost Memorandum (including any revision of such document and any other document changing or replacing it from time to time in whole or in part) which sets out the basis on which BDO BV may make claims on the Member Firm and Other Member Firms for contribution to BDO BV's expenditure;

**"Council"**
the Council of Management (het Bestuur) of the Foundation;

**"Domestic Names"**
the names, other than the International Name, which the Member Firm uses in dealings with third parties;

**"Forum"**
the Forum of Firms established within the International Federation of Accountants;

**"Foundation"**
Stichting BDO;

**"Intellectual Property"**
any copyright, trade mark, service mark, logo, domain name, design right, registered design, database rights, know-how, get-up and all other intellectual property rights of a similar or corresponding character whether or not registered together with any goodwill associated therewith or any use or representation thereof and all applications and rights to apply for, or for the protection of, any of the foregoing;

1-1

**Confidential**

"International Firm"
the meaning set out in clause 3.13 of this Agreement;

"International Name"
. the name "BDO International" together with the Intellectual Property associated therewith;

"Inward Referred Work"
"an engagement, assignment or instruction to provide Professional Services to or for a client (including an introduction to a client) obtained by the Member Firm, either directly or indirectly, as a result of an action of a present or former Other Member Firm in another territory or where such action has had an influence in obtaining the engagement, assignment or client. Once initial Inward Referred Work has been performed for a client the provision of all further Professional Services derived from or related to the client shall be regarded as Inward Referred Work. (It is the intention of the parties hereto that this definition of Inward Referred Work is to be interpreted in the light of, and consistently with the Referral Guidelines as issued by BDO BV from time to time)".

"Local Work"
all Professional Services performed by the Member Firm with the exception of Inward Referred Work;

"Other Member Firm"
any partnership or firm or association, whether incorporated or otherwise, or other entity from time to time (other than the Member Firm) which has the right to use the International Name, the BDO Acronym, the BDO Technical Manuals and the BDO Software by virtue of being party to an agreement with BDO BV;

"Outward Referred work":
Professional Services performed by any Other Member Firm for a client:
a) initially introduced to that Other Member Firm by the Member Firm; or
b) where the parent company of the client is audited by the Member Firm.

"Partner"
each person who is a partner of the Member Firm, or in the case of a Member Firm which is a corporation, any person who is for the time being a director and/or a shareholder of the corporation or a person in accordance with whose instructions the corporation is accustomed to act or any person who holds a similar position in case the Member Firm is neither a partnership nor corporation;

"Policy Board"
the board of directors (Raad van Bestuur) of BDO BV.

"Professional Services"
accounting, auditing, tax, management consultancy, insolvency and corporate recovery, forensic and litigation support, corporate finance, trust management services, investment and corporate secretarial and management services, *legal and mediation services* and all other services coming within the practice of public accountancy *from time to time* (or any one or more of such services, as the case may be);

"Referral Guidelines"
the instructions issued from time to time by BDO BV which lay down the rules and practices to be adhered to by the Member Firm and the Other Member Firms with regard to the handling of Inward Referred Work and Outward Referred Work.



**Confidential**

I-2

"Restricted Information"

any information which is disclosed to the Member Firm by BDO BV or an Other Member Firm pursuant to or in connection with this Agreement (whether orally or in writing or in electronic form and whether or not such information is expressly stated to be confidential or marked as such) including the BDO Technical Manuals, the BDO Software          REDACTED

REDACTED

"Subsidiaries"

All legal persons, partnerships, joint ventures and companies which:

a. are directly or indirectly controlled by the Member Firm (which includes entities which are accustomed to act in accordance with instructions from the Member Firm), whether on the basis of equity participation or an agreement or otherwise; and

b. are performing activities within the field of Professional Services; and

c. are using, or which the Member Firm intends should be using, the BDO Acronym.

"Territory"

the state or localities listed in Schedule 1 hereto;

"Transnational Audits"

audits of financial statements which are or may be used across national borders; this will include all companies with listed equity or debt and other major public interest entities such as banks and other financial institutions.

"Tribunal"

the three Council members appointed to arbitrate disputes arising out of or in connection with this Agreement in accordance with clause 26.

1.2. a. A reference to a Schedule, clause or sub-clause is to a Schedule, clause or sub-clause of this Agreement;

b. The clause headings are for convenience only and do not affect interpretation;

c. Unless the context otherwise requires:

   i.   words in the singular include the plural and vice versa

   ii.  words importing any gender include all genders; and

   iii. a reference to a person includes reference to a partnership, to a body corporate and to an unincorporated body of persons.

1-3

<u>Commencement and Term</u>

2.  This Agreement shall commence with effect from the date of execution and shall continue, subject to the terms of this Agreement, until terminated by either party in accordance with the terms of clause 16.

**Confidential**

Object of the licence

3.1 Subject to the terms of this Agreement BDO BV hereby grants to the Member Firm an exclusive and non-transferable licence in the Territory to use the International Name, the BDO Acronym, the BDO Technical Manuals and the BDO Software in connection with Professional Services performed by the Member Firm.

3.2 The Member Firm shall use the International Name as its sole business name (to the exclusion of any other name, style or logo) in relation to all Inward Referred Work performed by the Member Firm unless otherwise agreed in writing by the Chief Executive Officer in exceptional circumstances provided that where and for so long as such use would be prohibited by the laws or regulations binding on the Member Firm in the Territory, the Member Firm shall use all reasonable endeavours to commence such use as soon as possible.

3.3 The Member Firm shall use the BDO Acronym in conjunction with and always preceding its Domestic Name in relation to Local Work, provided that where and for so long as such use would be prohibited by the laws or regulations binding on the Member Firm in the Territory, the Member Firm shall use all reasonable endeavours to commence such use as soon as possible.

3.4 All use and display of the International Name and the BDO Acronym (whether in conjunction with the Domestic Name or otherwise howsoever) shall be:
   a. applied consistently to all relevant correspondence, invoices, publications, business cards, signage and publicity material whether in printed form or electronic form, or in any other format now known or to be created in the future, and in particular as used on the Internet, video and CD-rom formats;
   b. in a form and specification approved by BDO BV from time to time in its absolute discretion;
   c. prohibited by any entity, including Subsidiaries, unless and until that entity or Subsidiary shall have entered into an agreement pursuant to clause 15.1 of this Agreement;
   d. only for the purposes permitted under clauses 3.2 and 3.3 respectively and in accordance with standards of use imposed by BDO BV from time to time.

3.5 Save as permitted in accordance with the terms of this Agreement, the Member Firm agrees not to use any marks or logos other than the BDO Acronym and/or the International Name.

3.6 The Member Firm shall use the BDO Technical Manuals in relation to all Inward Referred Work and Transnational Audits undertaken by the Member Firm. The Member Firm's licence to use the BDO Technical Manuals shall be subject to compliance by the Member Firm with the terms of clause 9 of the Agreement.

3.7 The licence herein to use the BDO Software is granted by BDO BV on the basis that:
   a. the Member Firm shall be responsible for installation of the BDO Software.
   b. the licence to use the BDO Software is subject to any additional terms of use notified to the Member Firm by BDO BV from time to time, including any requirements relating to proprietary notices in respect of copies of the BDO Software made by the Member Firm.
   c. the licence to use the BDO Software is for the benefit of the Member Firm only and does not permit use of the BDO Software by a third party. The Member Firm shall not be entitled to use the BDO Software for any purpose other than that specified in this licence.
   d. the following restrictions shall apply to this licence to use the BDO Software:
      i. the Member Firm may make copies of the BDO Software provided that the number of copies made is reasonable for use for the permitted purpose and that the copies are

3-1

Confidential

     used by the Member Firm's Partners and employees only and that any proprietary notices on the BDO Software supplied are displayed on each additional copy made;

  ii.  use of the BDO Software is permitted only on computers controlled by the Member Firm in a multi-user environment and/or on a single stand alone computer;

  iii.  the Member Firm shall ensure that it does not modify, translate, reverse engineer, decompile or disassemble the BDO Software or create any derivative work based on the BDO Software; and

  iv.  the Member Firm shall ensure that it does not copy the BDO Software except as permitted in this Agreement and does not rent, lease, transfer or otherwise deal with rights to the BDO Software.

e.  the Member Firm acknowledges that all Intellectual Property, title, ownership and user rights in the BDO Software are the property of either BDO BV or its licensors and that this licence does not confer any such rights on the Member Firm, save as expressed in this clause 3.7.

f.  the Member Firm shall be responsible for payment for and for obtaining any licences to use any relevant third party software for the performance of Professional Services. The Member Firm acknowledges that the licence, to which this clause 3.7 refers, relates only to the BDO Software.

g.  BDO BV provides the BDO Software to the Member Firm "as is" and BDO BV does not provide any warranty including warranties relating to performance or functionality of the BDO Software to the Member Firm. BDO BV does not warrant that operation of the BDO Software will be error-free. Any implied warranties or conditions of title, non-infringement, merchantability, quality, suitability, fitness for purpose (whether or not BDO BV knows, has reason to know or is otherwise aware of any such purpose) howsoever arising are hereby excluded.

h.  under no circumstances shall BDO BV be liable to the Member Firm in contract, tort or otherwise for any loss or damage including indirect or consequential or special damages (including any loss of profit, lost business, loss of data, anticipated savings) howsoever arising including whether by virtue of this licence or the Member Firm's use of BDO Software. BDO BV does not exclude liability for personal injury or death arising from BDO BV's negligence.

# REDACTED

j.  The licence to use any or all of the BDO Software may be terminated:

  (a)  by BDO BV on three months prior written notice; or

  (b)  in the same circumstances as this Agreement may be terminated under clause 16.

3.8  Without prejudice to the generality of the provisions of clause 3.4 the Member Firm, at the request of BDO BV, shall supply to BDO BV within fourteen days a copy of its notepaper, letterheads, calling cards, publications or any other similar documentation - whether in printed or electronic form, or in any other format now known or to be created in the future, and in particular as used on the Internet, video, CD-rom formats and all other items in whatever format - containing or referring to the International Name or the BDO Acronym. The Member Firm agrees that BDO BV may at any time be permitted to inspect the said documentation to investigate compliance with the terms of the Agreement provided that BDO BV shall give reasonable written notice of its intention to carry out such inspection. If BDO BV, acting in its absolute discretion, shall at any time request in writing (giving its reasons) that the Member Firm shall alter or amend or cease to use and withdraw the said documentation prior to or following the use, distribution or publication of the same, the Member Firm shall forthwith comply with the said request in all respects.



**Confidential**

3.9 The Member Firm shall promptly and fully notify BDO BV of any actual, suspected or threatened infringement in the Territory of any Intellectual Property the subject of this Agreement which comes to the Member Firm's notice and the Member Firm shall at the request and expense of BDO BV do all such things as may be reasonably required to assist BDO BV or any other party in taking or resisting any proceedings in relation to any such infringement, or in assisting BDO BV or the said other party to maintain the validity and enforceability of the said Intellectual Property whether in or outside the Territory.

3.10 a. Subject to the Member Firm receiving a request pursuant to sub-clause (b) below the Member Firm shall not apply for any Intellectual Property in respect of the International Name or the BDO Acronym either in or outside the Territory.

b. The Member Firm shall, if and whenever required to do so by BDO BV (at the cost of BDO BV), apply for or join with BDO BV in applying for (whether in the name of BDO BV or otherwise) any Intellectual Property in respect of the International Name and/or the BDO Acronym either in or outside the Territory as BDO BV may in its sole discretion decide and will (at the cost of BDO BV) sign and execute all such documents and do all such things as BDO BV considers necessary to vest the said Intellectual Property in BDO BV for and on behalf of the Foundation or otherwise as BDO BV may direct.

3.11 The Member Firm shall not do or authorise any third party to do any act which would or might invalidate or be inconsistent with any of the Intellectual Property the subject of this Agreement and shall not omit or authorise any third party to omit or do any act which, by its omission would have that effect or character.

3.12 Subject only to the express provisions of this Agreement it is agreed and declared that as between the parties hereto all the proprietary and user rights in and to the International Name, the BDO Acronym, the BDO Technical Manuals and the BDO Software shall remain in the Foundation and any use of the same by the Member Firm hereunder (together with all goodwill associated therewith) shall enure for the benefit of the Foundation. Nothing in this Agreement shall give the Member Firm any rights (otherwise than as a licensee) in respect of the International Name or the BDO Acronym or the BDO Technical Manuals or the BDO Software or any Intellectual Property or of the goodwill associated therewith and the Member Firm hereby acknowledges that the Member Firm has not acquired and will not acquire at any time any right or interest (except as a licensee) in respect thereof and that as between the Member Firm and BDO BV all such rights and goodwill are, and shall remain vested in BDO BV for and on behalf of the Foundation.

3.13 If the domestic laws or regulations of the Territory permit the same, the Member Firm shall incorporate, form or otherwise set up a separate entity ("the International Firm") to be called "BDO International" or such other name as BDO BV may, from time to time, notify to the Member Firm with the approval of the Policy Board. The Member Firm shall procure that all Inward Referred Work be performed under the name of the International Firm and that, without limitation to the foregoing, the International Firm be appointed as the statutory auditor of any client initially introduced to the Member Firm by any Other Member Firm.

**Confidential**

<u>Outward Referred work</u>

4.   If the Member Firm or a client of the Member Firm shall require Professional Services to be
     performed outside the Territory, the Member Firm shall (subject to the wishes of the client)
     refer such client or requirement to an Other Member Firm in the relevant territory.   The
     Member Firm shall use the Referral Guidelines to ensure that instructions are given for the
     work to be performed by the Other Member Firm in the relevant territory.   The Member Firm
     shall comply at all times with all reasonable requests made by the Other Member Firm for
     further information or documentation of any kind relating to the said work.

4-1

**Confidential**

Inward Referred Work

5.  If the Member Firm shall receive from BDO BV or an Other Member Firm a request to perform Professional Services for an Other Member Firm or a client of an Other Member Firm the Member Firm shall use its best endeavours to accept such instructions and perform the same. If the Member Firm shall be unable to perform the Professional Services referred to it due to a conflict of interest or other professional considerations it shall promptly notify the Other Member Firm and BDO BV giving (subject to any duty of confidentiality owed to the client) the reasons for the decision.  The Member Firm shall use all reasonable endeavours to give priority to any Inward Referred Work performed by it and shall endeavour to complete the same as expeditiously as possible in accordance with the relevant BDO Technical Manuals.

**Confidential**

Duties of the Member Firm

6.1 The Member Firm shall use its best endeavours to promote both the BDO Acronym in and outside the Territory and the Professional Services provided by it to clients and prospective clients in the Territory.

6.2 The Member Firm shall procure that its Partners and employees:
   a. make themselves available at all reasonable times and on reasonable notice to BDO BV or its representatives or employees for the purpose of providing Professional Services, consultation, advice, information gathering and all other similar reasons connected with this Agreement;
   b. at the request of BDO BV assist in the preparation of reports or other papers on professional, technical and other matters relating to the provision of Professional Services in the Territory. It is agreed that copyright or other Intellectual Property rights in the said documentation shall at all times vest upon creation in BDO BV for and on behalf of the Foundation. The Member Firm shall enter into an assignment of such Intellectual Property rights at the request of BDO BV;
   c. at the request of BDO BV assist in the development of any products (whether manuals, computer software, reports, promotional material, databases etc). It is agreed that the Intellectual Property rights in the said products shall at all times vest upon creation in BDO BV for and on behalf of the Foundation. The Member Firm shall enter into an assignment of such Intellectual Property rights at the request of BDO BV;
   d. attend conferences, exhibitions, talks, seminars and other similar arrangements relating to the performance of Professional Services that the Member Firm shall deem necessary for the performance of the duties of the Member Firm under this Agreement or as BDO BV shall reasonably request.

6.3 The Member Firm shall ensure that all persons who are employed or retained by the Member Firm to perform Professional Services shall be suitably qualified for their work and shall at all material times be properly supervised by and under the direct control of a Partner of the Member Firm.

6.4 The Member Firm shall be responsible for making all reasonable enquiries into and obtaining at its own expense all necessary licenses, permits, certificates and approvals (including licences from third parties) and complying with all laws, rules, regulations and other requirements which are necessary or advisable for itself, its Partners and employees for the performance of Professional Services or the use of the International Name or the BDO Acronym or the BDO Technical Manuals or the BDO Software in the Territory

REDACTED    Accordingly, BDO BV neither gives nor shall be deemed to give any guarantee that the International Name and/or the BDO Acronym and/or the BDO Technical Manuals and/or the BDO Software will be free from challenge in all parts of the world.

6.5 While the accuracy of the content of any technical, marketing or information manuals or any other publicity material whether in hard copy format or electronic format or otherwise, produced by, or originating from, any Other Member Firm shall be the responsibility of that Other Member Firm, compliance with legal, regulatory and other requirements in relation to the distribution or publication of the same in the Territory by the Member Firm shall be the responsibility of the Member Firm.

If the Member Firm becomes aware that the dissemination by any Other Member Firm of any such material would violate any local law in the Territory the Member Firm shall inform BDO BV forthwith.

6-1



Confidential

# REDACTED

**Confidential**

6-2

<u>Council</u>

7.   During the continuance of this Agreement the Member Firm shall be entitled to appoint one person ("the Representative") to represent and vote on behalf of the Member Firm at meetings of the Council subject in all respects to the Representative complying with the rules and regulations from time to time of the Foundation and the Council.

**Confidential**

Professional Rules and Standards

9.1  Subject to the provisions of clause 9.3, the Member Firm shall at all times comply with the principles set out in the BDO Technical Manuals in respect of all Inward Referred Work and Transnational Audits undertaken by the Member Firm. For Local Work the Member Firm shall at least comply with the prescribed local standards and shall use its best endeavours to comply with the BDO Technical Manuals for such work.

Without prejudice to the foregoing the Member Firm shall:
a)  conform to the Quality Standard agreed and issued by the Forum from time to time;
b)  subject its policies, methodologies and work undertaken in relation to Transnational Audits to periodic International Quality Assurance Review;
c)  use its best endeavours to promote the use of International Accounting Standards and International Standards on Auditing and such other international standards as may be agreed from time to time by the Forum;
d)  meet other specific obligations appropriate to Transnational Audits as may from time to time be agreed by the Forum;
e)  abide by the provisions of the Forum's Constitution and the operating procedures approved thereunder; and
f)  adhere to all future commitments of BDO BV to the Forum.

9.2  If the Member Firm shall at any time become aware that it will be in breach of or at variance with any of the domestic laws, accounting standards, professional regulations or generally accepted accounting practices in the Territory by complying with the provisions of any of the BDO Technical Manuals the Member Firm shall forthwith give to BDO BV notice in writing ("the Variation Notice") of the circumstances surrounding the same together with a copy of or detailed information relating to the relevant law, accounting standard or professional regulation and an opinion from the Member Firm setting out how the Member Firm proposes to vary its practice in such a way so as not to be in breach of or at variance with the said laws, standards, regulations or practices.

9.3  On receipt of a Variation Notice from the Member Firm in accordance with clause 9.2 BDO BV shall be entitled to investigate the circumstances surrounding the proposed variation and the Member Firm hereby undertakes to provide BDO BV with all documents and any other relevant material whatsoever that BDO BV may request to enable BDO BV to investigate the same. After investigation BDO BV shall, by notice in writing signed by the Chief Executive Officer ("the Authorising Notice"), set out the way in which the Member Firm may alter its practice from the provisions of the relevant BDO Technical Manuals in order to comply with the laws, standards, practices or professional regulations in force in the Territory.

9.4  Nothing in this Clause 9 shall be deemed to prejudice or affect any duty on the part of the Member Firm as regards any other party to comply with the standards of professional conduct, statements of standard accounting practice, standards relating to Professional Services, domestic laws, generally accepted accounting principles or professional regulations in force or in operation in the Territory.



9-1

Periodic Reviews

10.1 The Member Firm shall at the request of BDO BV from time to time submit to review by persons nominated by BDO BV of any Local Work or Inward Referred work performed by the Member Firm and the Member Firm shall supply to the said persons all information and documentation that they may request from the Member Firm so as to enable them to carry out the said review.

10.2 The Member Firm shall submit to any international quality assurance review prescribed by the Forum.

10.3 The Member Firm shall at the request of BDO BV submit from time to time to a review of its management by persons nominated by BDO BV and the Member Firm shall supply to the said persons all information and documentation that they may request from the Member Firm so as to enable them to carry out said review.

10-1

REDACTED

Confidential

11-1

_Exchange of Information_

12.1 The Member Firm agrees that it will promptly supply to BDO BV:

 a. a notice in writing setting out the names of all the Partners of the Member Firm and of any Subsidiaries and the addresses of all offices at which they carry on business and if at any time the said names shall change due to the appointment, resignation, removal or death of any Partners (or any other reason) the Member Firm shall forthwith supply BDO BV with an up to date list of the Partners of the Member Firm and of any Subsidiaries and of all changes to such addresses;

 b. such details as BDO BV may require of the management and partnership structure of the Member Firm and of any changes to such details or of any new proposals or developments in relation to them;

 c. details of all significant changes and developments which the Member Firm shall have implemented or is intending to implement relating to the performance of Professional Services by it;

 d. a copy of any published material which it produces for internal or external use which the Member Firm considers may be of interest to any of the Other Member Firms or to BDO BV relating to the performance of Professional Services;

 e. a description of any significant or material changes in the domestic laws or professional regulations, applicable to the Territory relating to the provision of Professional Services which may or will affect the ability of the Member Firm to perform its obligations in relation to the BDO Technical Manuals or otherwise under this Agreement;

 f. any information which may come into its possession which may materially assist BDO BV or any Other Member Firm to perform Professional Services outside the Territory;

 g. all the documentation and information that BDO BV requests from the Member Firm relating to Inward Referred Work and Outward Referred Work;

# REDACTED

 i. the accounts of the Member Firm drawn up in accordance with International Accounting Standards for each financial year of the Member Firm (in a form acceptable to BDO BV) immediately following the approval of the said accounts by the Partners of the Member Firm but in no case later than 180 days from year-end. Such accounts shall be submitted to BDO BV together with the questionnaire accompanying annual accounts in a form as prescribed from time to time by BDO BV. In the case of a Member Firm consisting of an association or federation or other grouping of firms or bodies, incorporated or otherwise, or other entities, references in this clause to accounts are to the accounts of each such individual firm or other entity, and also of the federation or association, and this clause shall apply to each such set of accounts accordingly. Also in such a case, the accounts shall include consolidated accounts showing the combined results and financial position of all such entities;

 j. any information or documentation reasonably requested by BDO BV in order to enable it to perform its duties under this Agreement.

12.2 BDO BV shall make available to the Member Firm:

 a. any report, recommendation, paper, study or other similar document which BDO BV considers will be beneficial or informative to the Member Firm for the performance of Professional Services by it;

 b. an up to date list of all the Other Member Firms containing the addresses, telephone and fax numbers, e-mail addresses and domain names of the same together with a summary of the Professional Services performed by each of them and BDO BV shall forthwith inform the Member Firm of any changes in the said list from time to time;

 c. in so far as available from Other Member Firms, such specialist staff as may be requested by the Member Firm at rates to be mutually agreed in advance by the parties.

12-1

<u>Confidentiality</u>

13.1 Except as provided in clause 13, the Member Firm shall at all times during the continuance of this Agreement and after its termination:

    a. keep any Restricted Information confidential and not disclose any of it; and

    b. not use any Restricted Information for any purpose other than the exercise of its rights and the performance of its obligations under this Agreement.

13.2 Subject to clauses 13.3 and 13.4, any Restricted Information may be disclosed by the Member Firm to:

    a. any clients or prospective clients;

    b. any governmental or other authority or regulatory body or judge or court of law; or

    c. any employees of either the Member Firm, of any Subsidiaries, or of any of the aforementioned persons;

to such extent only as is necessary for the purposes contemplated by this Agreement or as is required by law and subject in each case to the Member Firm using its best endeavours to ensure that the person in question keeps the same confidential and does not use the same except for the purposes for which the disclosure is made.

13.3 The BDO Technical Manuals and BDO Software may only be disclosed by the Member Firm to those falling within the categories set out in clause 13.2 with the prior written consent of BDO BV (except that the BDO Technical Manuals and BDO Software may be disclosed by the Member Firm to its and its Subsidiaries' employees).

## REDACTED



**Confidential**

<u>Exclusivity</u>

14. Except with the prior written consent of BDO BV (including the consent of the Policy Board) which consent will not be unreasonably withheld - the Member Firm shall not during the continuance of this Agreement:

   a. enter into any agreement to refer or receive Professional Services to or from any other person, firm or body other than BDO BV or an Other Member Firm;

   b. display or otherwise use any other name, style or logo except the International Name, BDO Acronym or the Domestic Name in the manner set out in clause 3 hereof in respect of any Professional Services performed by it;

   c. set up or incorporate a branch office or Subsidiary or any other similar body under the control (whether direct or indirect) of the Member Firm performing Professional Services outside the Territory or promote or be engaged whether directly or indirectly in any business to do so;

   d. acquire any interest whatsoever in, or participate in, or in the share capital of, any company, partnership, firm, body (whether incorporated or otherwise), or entity which itself has entered into any agreement to refer or to receive Professional Services to or from any other person or body other than BDO BV or an Other Member Firm;

   e. consent to or allow the Domestic Name or any other name representing the Member Firm to be used or displayed in any directory or other document linking the Member Firm with any company, partnership, firm or other entity providing Professional Services other than BDO BV or an Other Member Firm;

   f. effect any merger or any amalgamation or association of whatsoever nature by which its annual fee income will be increased by 100% or more.

14-1

**Confidential**

<u>Partners, Subsidiaries and Employees</u>

15.1 The Member Firm shall take all necessary steps to ensure that during the continuance of this Agreement:

   a.  all Partners and Subsidiaries shall agree to be bound by all the terms and conditions of this Agreement in all respects by executing an instrument of adherence in a form acceptable to BDO BV; and

   b.  all employees of the Member Firm shall not do any acts or omissions which could result in a breach by the Member Firm of the terms and conditions of this Agreement.

15.2 Where the Member Firm is a partnership or other unincorporated association, and without prejudice to the provisions of clause 16, the Member Firm shall be regarded as continuing for the purposes of this Agreement, notwithstanding the admission of new Partners or the retirement of Partners, provided that this clause 15 is complied with and clause 14 is not contravened.

15-1

**Confidential**

Termination

16.1 Subject to the provisions of clause 16.2 this Agreement may be terminated by either party giving to the other not less than two years' written notice.

16.2 BDO BV may (with the approval of the Policy Board) terminate this Agreement either immediately or by giving up to two years' written notice to the Member Firm:

   a. (if the Member Firm is a corporate entity) if the Member Firm or any of its directors or shareholders has a liquidator or a receiver or a trustee in bankruptcy (or similar such insolvency practitioner) appointed over the whole or a substantial part of its assets or if an order is made or resolution is passed or any similar procedure instituted for the bankruptcy or winding up of the Member Firm;

   b. (if the Member Firm is a partnership) if the Member Firm or any Partner of the Member Firm becomes insolvent or commits an act of bankruptcy or any similar process is levied on any of the assets of the Member Firm or any of the Partners thereof;

   c. if the Member Firm enters into discussions with its creditors with the purpose of preventing situations described in a) or b) above;

   d. if the Member Firm does or suffers anything similar to any of the foregoing under the laws of the Territory;

   e. if the Member Firm or more than 25% of its Partners loses its professional qualification(s) and/or its right to practise;

   f. if the Member Firm ceases or threatens to cease to carry on business;

   g. if BDO BV considers it is in its best interest or that of the BDO network as a whole that the Member Firm should no longer be a Member of the organization.

   h. if the Member Firm commits what BDO BV considers to be a serious or persistent breach of any of the terms of this Agreement (including non-payment of invoices under the Cost Memorandum, separate assessments **REDACTED** under this Agreement when due);

   i. if the Member Firm or its Partners dispose or intend to dispose of equity in the firm or a substantial part of its assets or business to any other person, company, partnership, firm or entity which is not a party to or not bound by this Agreement or has entered into any agreement to refer or to receive Professional Services to or from any other person or body other than BDO BV or an Other Member Firm;

   j. if the Member Firm transfers a major part (which is understood to mean at least 50%) of the equity or control of its business to any other person, company, partnership, firm or any other entity whatsoever which is not a party to or bound by this Agreement or has entered into any agreement to refer or to receive Professional Services to or from any other person or body other than BDO BV or an Other Member Firm;

   k. if the Member Firm reduces in size or disintegrates as a result of a major portion or major centre of it leaving. For the purpose of this clause "a major portion" is understood to mean at least 50% of the number of Partners or entities, or Partners representing at least 50% of the annual fee income of the Member Firm for its latest financial year;

   l. if the Member Firm or its Partners acquire any interest whatsoever in, or participate in, or in the share capital of, any company, partnership, firm, body (whether incorporated or otherwise), or any other entity whatsoever which itself has entered into any agreement to refer or to receive Professional Services to or from any other person or body other than BDO BV or an Other Member Firm without the prior written consent of BDO BV approved by the Policy Board;

   m. if the Member Firm effects any merger or any amalgamation or association of whatsoever nature by which its annual fee income will be increased by 100% or more without the prior written consent of BDO BV approved by the Policy Board;

   n. if the Member Firm makes a press announcement, public announcement or any other statement as referred to in clause 19 without the prior written consent of BDO BV;

16-1

Confidential

o. if the Member Firm fails to adhere to the terms set out in Clause 9.1.

p. if BDO BV decides in its sole discretion that the Member Firm is using the BDO Acronym or International Name or BDO Technical Manuals or BDO Software in a way or manner that fails to meet the standards or conditions of use imposed by BDO BV in this Agreement or uses the foregoing in a manner that causes significant risk of material disparagement to, or material loss of protection in, the BDO Acronym or International Name or BDO Technical Manuals or BDO Software. Alternatively or additionally, BDO BV may, at its discretion require that the Member Firm immediately ceases use of the BDO Acronym and International Name and BDO Technical Manuals and BDO Software on receipt of written notice from BDO BV setting out full details of the relevant matters.

Confidential

<u>Consequences of Termination</u>

17.1 Upon termination of this Agreement by the Member Firm pursuant to clause 16.1 the Member Firm shall pay to BDO BV a sum equal to twice the net fees earned by the Member Firm in respect of Inward Referred Work in the reporting year preceding the date of the relevant notice of termination.

Without prejudice to the above provisions of this sub-clause, in case the Member Firm gives notice of termination pursuant to clause 16.1 at any time during the first twelve months following the commencement of this Agreement the Member Firm shall pay to BDO BV the greater of the amount determined above or an amount equal to 5% of its latest annual fee income with a minimum of € 25,000.

17.2 Upon termination of this Agreement by BDO BV pursuant to clause 16.1 BDO BV shall pay to the Member Firm a sum equal to the amount of net fees earned by Other Member Firms in respect of Outward Referred Work of the Member Firm in the reporting year preceding the date of the relevant notice of termination. Upon termination of this Agreement by BDO BV pursuant to clause 16.2.g. BDO BV shall pay to the Member Firm such amount as will enable the Member Firm to change the display of the International Name and BDO Acronym from the material and documentation referred to in clauses 3.4 and 3.7.

17.3 In this clause "net fees" shall mean gross fees on a full accrual basis in accordance with International Accounting Standards with no deduction for bad debts, less VAT (or any other similar sales tax or tax on added value) for all Inward Referred Work or Outward Referred Work (as the case may be) of the Member Firm.

17.4 If at any time after this Agreement has been in place for 12 months the Member Firm gives notice to BDO BV terminating this Agreement pursuant to clause 16.1 in circumstances where the Member Firm properly considers that BDO BV has committed a serious or persistent breach of any of the terms of this Agreement and has failed to remedy such breach (if capable of remedy) within one month of the second of two written notices (the second of which shall not be sent within one month after the first notice) from the Member Firm giving full particulars of the breach and requiring it to be remedied, the Member Firm shall be entitled within one month of the relevant notice of termination to make a written offer to negotiate in accordance with clause 25 and, if the dispute is not resolved by negotiation, refer the matter to arbitration in accordance with clause 26. The Tribunal shall decide, notwithstanding the provisions of clauses 16 and 17 and subject to the provisions of clause 17.5 below:
i.   the amount of the termination payment payable by the Member Firm to BDO BV; and
ii.  the amount of time before termination of this Agreement shall take place.

17.5 It is agreed that the discretion of the Tribunal under clause 17.4 above shall be limited as follows:
a.  the amount of the termination payment payable by the Member Firm to BDO BV shall range from zero to a sum equal to twice the net fees (as defined) earned by the Member Firm in respect of Inward Referred Work in the reporting year preceding the date of the relevant notice of termination;
b.  the amount of time before termination of this Agreement shall take place shall range between immediate termination following the decision of the arbitrators to a period of two years from the relevant notice of termination.

17-1

**Confidential**

17.6 The Member Firm or BDO BV (as the case may be) shall pay the said termination payment due to the other party in accordance with this clause 17 on the date of the expiry of the notice terminating this Agreement with interest accruing from that date at the rate of ten per cent per annum (10%). Any payment shall be payable in the currency of the Kingdom of the Netherlands at the rate in effect at the last reporting date.

17.7 The impact of a withdrawal may take considerable time to materialise and thus be extremely difficult to measure but the termination payment calculated in accordance with clause 17.1 represents the parties' best estimate of the loss which may be suffered by BDO BV with respect to (a) damage to the goodwill and reputation of the International Name and (b) the cost of procuring and instituting a new member firm in the Territory in replacement of the Member Firm.

17.8 The termination payment shall be received by BDO BV as an agent for and for the account of the Foundation.

17-2

**Confidential**

18. Upon termination of this Agreement for any reason:

    a. the Member Firm shall cease to use the International Name and the BDO Acronym or any other Intellectual Property the subject of this Agreement forthwith in any way whatsoever and will not represent itself or permit itself to be held out as being in any way connected with the International Name, the BDO Acronym, BDO BV or any Other Member Firm. At the same time the Member Firm shall assign to BDO BV or as it shall direct any registration of Internet or similar domain names;

    b. the Member Firm agrees that it will not use any trading style, trade name or mark, logo or get-up in respect of Professional Services provided by it which is the same as or similar to or nearly resembling or incorporating the BDO Acronym or International Name as would, or might be likely to cause confusion or deception or amount to passing-off;

    c. the Member Firm shall within 30 days send to BDO BV or otherwise dispose of in accordance with the directions of BDO BV all Restricted Information, documentation, stationery or any other similar material relating to BDO BV or any Other Member Firm then in the possession of the Member Firm. To the extent that the Member Firm may have acquired any rights independent of BDO BV by virtue of its use of the International Name or the BDO Acronym and to the extent that the Member Firm shall hold the legal title to any Intellectual Property rights in any materials which are beneficially owned by BDO BV or the Foundation, the Member Firm shall assign forthwith to BDO BV (for and on behalf of the Foundation) or otherwise as BDO BV may direct such rights and take such further steps as may be necessary to ensure that such rights vest absolutely in BDO BV (for and on behalf of the Foundation) or the said other party (as applicable);

    d. the Member Firm shall cease forthwith to use the BDO Software and the Member Firm agrees either to return the BDO Software to BDO BV or to destroy the same at the request of BDO BV and to delete any copies of the BDO Software in the possession and/or control of the Member Firm. This clause 18.d. shall also apply if the licence to use the BDO Software is terminated pursuant to clause 3.7 j.(a);

    e. the Member Firm shall promptly use all best endeavours to transfer any Inward Referred Work to an Other Member Firm in a smooth and ordered fashion supplying (subject to any consent required by the client) to the Other Member Firm all documents, client files and reports and any other material whatsoever necessary to enable the Other Member Firm to perform the Inward Referred Work. Without prejudice to the generality of the foregoing it is agreed that the Member Firm shall procure that the ownership and all the goodwill and other assets whatsoever of the International Firm be transferred forthwith to the said Other Member Firm or such other party as BDO BV shall notify to the Member Firm together with the benefits of all contracts and engagements entered into or being performed by or in the name of the International Firm in accordance with the terms of this Agreement. The Member Firm will give to BDO BV and the said Other Member Firm appropriate warranties in a form satisfactory to BDO BV concerning the accuracy of the balance sheet of the International Firm.

# REDACTED        REDACTED

The Member Firm agrees that it will promptly do all such things as are necessary to implement the terms of this sub-clause(e).

    f. except as provided by clause 17.2 the Member Firm shall have no claim against BDO BV or any other Member Firm for compensation for loss of any rights or benefits under this Agreement;

    g. Neither the Member Firm nor any Subsidiaries nor any of their Partners shall not until the expiry of two years after the date of termination whether on their own account or for any other person, firm or company, solicit or endeavour to entice away from any Other Member Firm (which expression shall include any Other Member Firm appointed by BDO BV in the Territory) and the International Firm any person, firm or company who or

Confidential

18-1

which in the preceding two years shall have been a client of or in the habit of dealing with the said Other Member Firm and/or the International Firm;

h. the provisions of clause 11.4 and clause 13.1 shall continue in force in accordance with their terms;

i. the Representative of the Member Firm shall cease to be entitled to attend and vote at the meetings of the Council in accordance with the rules and regulations from time to time of the Foundation and the Council;

j. subject as otherwise provided herein and to any rights or obligations which have accrued prior to termination or by virtue of clause 17, neither party shall have any further obligation to the other under this Agreement;

k. the Member Firm shall pay without delay to BDO BV any amounts due under this Agreement that are still outstanding including but not limited to invoices under the Cost Memorandum, separate assessments          REDACTED          In case the Member Firm has agreed to make certain additional investments, payments under such arrangements become due without delay and the Member Firm agrees to pay any amounts due thereunder;

# REDACTED



Confidential

19. The Member Firm – including the International Firm and Subsidiaries - agrees that it shall not at any time make a press announcement, public announcement or any other statement (whether written or oral, in print or by way of any electronic media) to any third party including existing or prospective clients of the Member Firm or any Other Member Firm relating to the termination of this Agreement or the intention of the Member Firm to be associated with another firm or group of firms providing Professional Services following the termination of this Agreement without the prior written consent of BDO BV.

19-1

Confidential

### Amendments

20. No waiver, cancellation or alteration of the provisions of this Agreement shall be valid unless made in writing on or after the signing of this Agreement and approved by the authorised signatories of BDO BV and the Member Firm. Notwithstanding the generality of the foregoing this Agreement can be altered by a majority vote representing 75% or more of the Council members. Amendments agreed in this way are binding for the Member Firm and the Other Member Firms without exception and BDO BV will provide to the Member Firm a Schedule setting out the changes to the Agreement.

20-1

**Confidential**

<u>Miscellaneous</u>

21.1 If any provision of this Agreement is held by any court or other competent authority to be void or unenforceable in whole or in part, this Agreement shall continue to be valid as to the other provisions thereof and the remainder (if any) of the affected provision.

21.2 Nothing in this Agreement shall create, or be deemed to create, a partnership or a joint venture between the parties hereto or between the Member Firm and any Other Member Firm.

21.3 If the terms of this Agreement are at any time translated into the language of any other country and any difference whatsoever shall occur between this Agreement and the said translation, this Agreement shall at all times prevail and the terms or meaning of the said translation shall be construed accordingly.

**Confidential**

21-1

Assignment

22.1 This Agreement shall enure for the benefit of BDO BV and its successors and assigns and without prejudice to the generality of the foregoing BDO BV may with the approval of the Council and for the purpose of reconstruction of the BDO network at any time transfer all or part of its rights, benefits or obligations hereunder to another company or other body approved by the Council which is entitled to the Intellectual Property. If BDO BV so transfers all or a part of its rights, benefits or obligations hereunder references to BDO BV in this Agreement (including in this clause) to the extent of the said transfer shall be construed as a reference to the transferee.

22.2 This Agreement shall be personal to the Member Firm and the Member Firm shall not be entitled to assign, transfer, charge or make over any of its benefits, rights or obligations to any other person, firm or company without the prior express permission in writing to do so from BDO BV.

22-1

Confidential

## Waiver

23. No failure by BDO BV to exercise, and no delay by BDO BV in exercising, any right or remedy available to BDO BV under this Agreement or in law or in equity shall operate as a waiver of any such right or remedy nor shall any single or partial exercise of such right or remedy preclude any other or further exercise thereof, nor shall any such failure to exercise, or delay in exercising, or single or partial exercise of any such right or remedy preclude the exercise of any other right or remedy and the rights and remedies of BDO BV herein contained shall be cumulative and not exclusive of any other rights or remedies provided by law or in equity.

Confidential

23-1

<u>Entire Agreement</u>

24. It is hereby agreed that this Agreement embodies the entire understanding of the parties and there are no express or implied representations, promises, terms, conditions, warranties or obligations, oral or written, other than those contained herein. In particular (but without limitation to the generality of the foregoing) the agreement between BDO International B.V. and BDO Seidman, LLP dated 1 April 1998 is hereby cancelled with effect from the commencement of this Agreement without prejudice to any rights or obligations which may have accrued under it before the date hereof.



**Confidential**

Settlement of disputes

25. If any dispute arises, the parties will in good faith attempt to settle it by negotiation and their dispute will not be referred to arbitration until 30 days have elapsed following one party making a written offer to the other to negotiate a settlement and during that period the parties will use all reasonable endeavours to do so.

25-1

**Confidential**

<u>Arbitration</u>

26.1 Any dispute arising out of or in connection with this Agreement, including any question regarding its existence, validity or termination, shall be referred to and finally resolved by arbitration.

26.2 The Tribunal shall consist of three Council members as arbitrators. The parties to the dispute shall each appoint one Council member (who cannot be a Policy Board member) to the Tribunal who shall together appoint the third Council member forthwith, who will be the Chairman of the Tribunal. If either party fails to appoint an arbitrator within fourteen days after being asked by the other party, the Chairman of the Council shall appoint an arbitrator (who cannot be a Policy Board member). If no agreement can be reached as to the third Council member that member shall be appointed by the Chairman of the Council or, if the Chairman of the Council has himself been appointed to the Tribunal by one of the parties, the third Council member shall be appointed by the Chairman of the Policy Board. Such third Council member cannot be a Policy Board member.

26.3 The Tribunal shall decide "ex aequo et bono" and further shall take account of the provisions of this Agreement and the usages of the profession applicable to the dispute.

26.4 The Tribunal shall have power to order such relief on a provisional basis which it would have power to grant in a final award.

26.5 The seat of the arbitration shall be London, but the Tribunal shall be entitled to hold hearings or meetings anywhere convenient.



26-1

**Confidential**

Governing Law and Jurisdiction

27. This Agreement is governed in all respects by English law and each of the parties and each of the Partners of the Member Firm irrevocably submits to the non-exclusive jurisdiction of the English Courts.

27-1

**Confidential**

<u>Costs</u>

28.   The parties will pay their own costs in respect of this Agreement.

28-1

**Confidential**

<u>Notices</u>

29.1 The address for service of notices under this Agreement is in respect of either of the parties the address shown above or such other address as one party hereto shall notify in writing to the other for this purpose.  Service of notice on the Member Firm shall be deemed to be service of notice on all the Partners of such Member Firm and on all Subsidiaries.

29.2 Notice shall be given in writing (either sent by post, courier or delivered by hand) at the address for service and will be deemed to have been received on the fourth day (not including Saturdays, Sundays, public or religious holidays) after despatch.

29-1

**Confidential**

<u>Transitional arrangements</u>

30. In case this Agreement replaces a previous agreement between the parties as referred to in the second sentence of clause 24, then the second paragraph of clause 17.1 will not be effective; instead only the first paragraph of clause 17.1 will then apply.

30-1

**Confidential**

AS WITNESS the hands of the parties or their duly authorised representatives.

SIGNED by
Cecil Fleming
for and on behalf of
BDO International B.V.

)
)
)
)

BDO International b.v.

C F Fleming

SIGNED by

for and on behalf of
BDO Seidman, LLP

)
)
)
)

SIGNED by

for and on behalf of
BDO Healthcare Group, LLC

)
)
)

SIGNED by

for and on behalf of
BDO Human Capital Search, LLC

)
)
)

SIGNED by

for and on behalf of
BDO Investments, LLC

)
)
)

SIGNED by

for and on behalf of
BDO Seidman Management, Inc.

)
)
)

SIGNED by

for and on behalf of
BDO Seidman Solutions Provider, LLC

)
)
)

SIGNED by

for and on behalf of
BDO Solutions, LLC

)
)
)

31-1

Confidential

## SCHEDULE 1

### THE TERRITORY

### UNITED STATES OF AMERICA

31-1

Confidential