UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-17602-BKC-AJC
Adv. Pro. No. 06-1220-BKC-AJC-A

In re:

E.S. BANKEST, L.C.,

    Debtor.                                                    /

LEWIS B. FREEMAN, Responsible Officer for the
Reorganized Debtor, E.S. Bankest, L.C., a Florida
Limited Liability Corporation,

    Plaintiff,

v.

BDO SEIDMAN, LLP, BDO INTERNATIONAL, B.V.,
and SANDOR LENNER,

    Defendants.                                            /

### STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF DEFENDANT BDO INTERNATIONAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Southern District of Florida Local Rule 7.5, Defendant BDO International, B.V., n/k/a BDO Global Coordination, B.V. ("BDO International") respectfully submits the following Statement of Uncontested Facts in support of its Motion for Partial Summary Judgment. The following facts are uncontested for purposes of the Motion for Partial Summary Judgment:

    1.    BDO International is a Netherlands corporation located in Brussels, Belgium. BDO International coordinates member firms in a global accounting network. *See* October 3, 2006 Deposition of Paul Van Elten at 7, excerpts of which are attached as Exhibit 1. Mr. Van

CASE NO.: 04-17602-BKC-AJC<br>
Adv. Pro. No. 06-1220-BKC-AJC-A

Elten has been BDO International's International Secretary since 1988 and testified as the representative for BDO International at the first state court trial. February 20, 2007 Trial Testimony of Paul Van Elten (A.M.) at 47-49, excerpts of which are attached as Exhibit 2.

2. During the material time period there were approximately 90 member firms in the network. February 20, 2007 Trial Testimony of Paul Van Elten (P.M.) at 51, excerpts of which are attached as Exhibit 3.

3. During the relevant time period BDO International employed less than 15 full-time employees. *Id.*

4. BDO Seidman is a member of the BDO network. February 20, 2007 Trial Testimony of Paul Van Elten at 49 (Exhibit 2). BDO Seidman is owned by its United States partners. February 15, 2007 Trial Testimony of Sandor Lenner (P.M.) at 26-27, excerpts of which are attached as Exhibit 4; February 20, 2007 Trial Testimony of Paul Van Elten (P.M.) at 62 (Exhibit 3). BDO Seidman does not have a parent company. February 14, 2007 Trial Testimony of Sandor Lenner (P.M.) at 116, excerpts of which are attached as Exhibit 5.

5. BDO Seidman performed audits of the financial statements of the Debtor E.S. Bankest L.C. for the years 1998 through 2002. Adversary Comp.¶¶-27-59.

6. BDO International performs no auditing services and played no role in any of the Bankest audits. February 15, 2007 Trial Testimony of Sandor Lenner (P.M.) at 27, (Exhibit 4).

7. BDO International publishes an annual report each year. *See, e.g.,* Exhibits 6-9 (BDO International Annual Reports for 1999-2002).

CASE NO.: 04-17602-BKC-AJC
Adv. Pro. No. 06-1220-BKC-AJC-A

8. BDO International has never had any contact or relationship with ES. Bankest LC ("Bankest"). See Affidavit of Paul Van Elten in support of Defendant, BDO International B.V.'s Motion to Dismiss Complaint, ¶13, attached as Exhibit 10.

9. BDO International has never made or caused to be made to any person any representation, comment, opinion or other statement concerning any aspect of Bankest's business. *Id.* ¶14.

10. BDO International was never retained by Bankest for any purpose, much less for providing accounting or auditing services. Likewise, BDO International has not received any payment of any kind from Bankest for any reason, including any audit fees, licensing fees, methodology fees, management fees, business development revenues, or product development revenues.

11. BDO International is funded by member firms who must pay their share of costs determined through a Cost Memorandum and must pay a pro rata share that is based upon the reserves derived from the matters that were referred by other member firms. February 20, 2007 Trial Testimony of Van Elten (P.M.) at 24 (Exhibit 3); Member Firm Agreement ("MFA") at 8-1, attached as Exhibit 11.

12. The MFA is a confidential document that is not available to the public. MFA at 19-1 (Exhibit 11).

13. In its Adversary Complaint Plaintiff alleges BDO International made misrepresentations in its Annual Reports. Adv. Compl. ¶11.

3
**BROAD and CASSEL**

CASE NO.: 04-17602-BKC-AJC<br>
Adv. Pro. No. 06-1220-BKC-AJC-A

14. In its 2001 Annual Report, BDO International stated its "structure ensures strict quality controls." BDO International 2001 Annual Report at 3, attached as Exhibit 8.

15. In its 1999 Annual Report, BDO International describes the accounting network as a "globally oriented organization, dedicated in particular to expanding businesses, and the people behind them." BDO International 1999 Annual Report at 6, attached as Exhibit 6.

16. There is no evidence that the Debtor or any of its agents ever saw any of BDO International's annual reports, statements on its web-site, or its promotional materials.

17. BDO International publishes "technical manuals" relating to a variety of topics that are available to member firms in the BDO network. MFA at 1-1, Exhibit 11. These Manuals are not publicly available. *Id.* at 13.2-13.3. There is no evidence that the Debtor had access to any of these technical manuals.

18. Bankest issued debenture notes and borrowed monies for the stated purpose of purchasing accounts receivable. Adv. Compl. ¶19.

CASE NO.: 04-17602-BKC-AJC<br>
Adv. Pro. No. 06-1220-BKC-AJC-A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 27, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List set forth below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _____/s/ Rhett Traband_____
Rhett Traband, P.A.

## SERVICE LIST
### (Adversary Proceeding)

| | |
|---|---|
| **Warren R. Trazenfeld, Esq.**<br>Warren R. Trazenfeld, PA,<br>3225 Aviation Avenue<br>Suite 600,<br>Miami, FL 33133-4741<br>Tel: (305) 860-1100<br>Fax: (305) 858-6123<br>**Counsel for Plaintiff** | Mark Bloom, Esq.<br>**John B. Hutton, Esq.**<br>GREENBERG TRAURIG, P.A.<br>1221 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 579-0500<br>Facsimile: (305) 579-0717<br>**Counsel for BDO Seidman, LLP** |
| **Paul J. Battista, Esq.**<br>**Allison R. Day, Esq.**<br>Genovese Joblove & Battista, Esq.<br>100 SE 2nd Street, 44th Floor<br>Miami, Florida 33131<br>Tel: (305) 349-2300<br>Fax: (305) 349-2310<br>**Co-Counsel for Plaintiff** | **Karen Y. Bitar, Esq.,**<br>**Adam Cole, Esq.**<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>New York, NY 10116<br>Tel: (212) 801-9200<br>Fax: (212) 801-6400<br>**Counsel for BDO Seidman, LLP** |
| **Office of the U.S. Trustee**<br>51 SW First Avenue<br>Room 1204<br>Miami, Florida 33130 | **Daniel F. Blonsky, Esq.**<br>COFFEY BURLINGTON<br>Office in the Grove, Penthouse A<br>2699 S. Bayshore Drive<br>Miami, Florida 33133 |

MIA1\COMMLIT\391693.1
34090/0001