# EXHIBIT 1

00001

1          IN THE CIRCUIT COURT OF THE 11TH
           JUDICIAL CIRCUIT, IN AND FOR DADE
2                  COUNTY, FLORIDA

3          GENERAL JURISDICTION DIVISION

4          CASE NO. 04-14009 CA 31

5
    BANCO ESPIRITO SANTO          :
6   INTERNATIONAL, LTD., et al.,  :
                                  :
7               Plaintiffs,    :
                                  :
8   v.                     :
                                  :
9   BDO SEIDMAN, LLP, et al.,     :
                                  :
10              Defendants.   :
                                  :
11   _ _ _ _ _ _ _ _ _ _ _ X

12

13

14
          VIDEOTAPED DEPOSITION OF PAUL VAN ELTEN
15

16

17
          Taken before RANDI GARCIA, Registered
18
    Professional Reporter, Court Reporter and Notary Public
19
    in and for the State of Florida at Large, pursuant to
20
    Notice of Taking Deposition filed in the above cause.
21

22
      375 Park Avenue
23    New York, New York
      Tuesday, October 3, 2006
24    12:10 p.m. - 5:30 p.m.

25

**VanElton, Paul 2006-10-03 Vol 2**                    **Page 1**

00007

1

2

3

4

5

6

7        THE WITNESS:  I am international secretary of

8  BDO International and member of the board of BDO Global

9  Coordination, BV.

10  BY MR. BERGER:

11    Q.    Could you describe for us what your job as

12  international secretary entails you to do.

13    A.    As I said, part of BDO Global Coordination,

14  BV and BDO Global Coordination BV coordinates the

15  network of independent accounting, public accounting

16  firms which is called BDO International.

17

18

19

20

21

22

23

24

25