# EXHIBIT 5

```
00001
 1  IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT

 2        IN AND FOR MIAMI-DADE COUNTY, FLORIDA

 3           CASE NO. 04-14009 CA 31

 4

 5  ---------------------------------------------x
    BANCO ESPIRITO SANTO INTERNATIONAL, LTD., ESB FINANCE,
 6  LTD., AND BANCO ESPIRITO SANTO, S.A.,
         Plaintiffs,
 7     vs.
    BDO SEIDMAN, LLP, AND BDO INTERNATIONAL B.V.,
 8       Defendants.
    ---------------------------------------------x
 9  BDO SEIDMAN, LLP,
         Third-Party Plaintiff,
10     vs.
    VICTOR BALESTRA, BERNARD MOLLET, JOAQUIN GARNECHO,
11  PIERRE TREZZINI, EDUARDO ORLANSKY, HECTOR ORLANSKY, R.
    PETER STANHAM, DOMINICK PARLAPIANO, CARLOS E. MENDEZ,
12  ARIADNA PUERTO, AND OTTO AMBROSIANI,
         Third-Party Defendants.
13  ---------------------------------------------x

14           PAGES 1 - 164

15

16

17           AFTERNOON SESSION

18            Miami, Florida

19         Wednesday, February 14, 2007

20              2:00 p.m.

21      Before the Honorable Jose M. Rodriguez

22

23

24

25  Reported by: Gizella "Gigi" Baan
```

```
00116
 1
 2
 3
 4
 5
 6    Q.   I thought you already told me that
 7 Mr. O'Hare sat on the board -- you understand this to
 8 refer to the parent company of BDO?  Who do you
 9 understand that to be?
10    A.   I don't know what it refers to.  We don't
11 have a parent company.  It's BDO Seidman, LLP.
12
13 I
14
15
16
17
18
19
20
21
22
23
24
25
```