# EXHIBIT 8



Confidential



# INTRODUCTION

Welcome to the BDO International Annual Report 2001.

The following pages will give you an insight into our mission and philosophy at a glance. The organisation's current global finances are also detailed, and BDO's world wide operations summarised.

BDO International continued to grow in the year 2001. We welcomed new member firms in Algeria, Jamaica, Vietnam and Zambia, and were pleased to record a 9.6% rise (in US$) in global fee income. These results are particularly welcome in view of the uncertain business environment that prevailed in 2001. It was not an easy year for companies, nor for their accountants.

On March 1 2002, BDO International is represented in 99 countries world wide, and we anticipate attaining at least 100 in 2002. The majority of BDO's clients are growing businesses, and this market sector is, by definition, a dynamic one.

As professional advisers, we tend to be judged not only by our own success, but by that of our clients, and for that reason alone we can be optimistic about the year ahead.

Teo Butcyrick
Policy Board Chairman, BDO International

## CONTENTS

Background & mission    2
Financial information    4
Services    6
Geography    7
World map    8

© BDO International B.V. Amsterdam, March 2002

Acknowledgements

Editor
Julia Henn, BDO International

Design
Scintle, Lier

Print
Antilope, Lier

Further information
BDO International
Boulevard de la Woluwe 60
B1200 Brussels, Belgium
Tel: +32 2 778 01 30; Fax +32 2 771 44 41
e-mail: bdo-intl@bdo-intl.com
www.bdo-international.com

Confidential

Leading adviser world wide

Dedicated to growing businesses

## Act locally, think globally

This combination of global expertise, and grass roots understanding at a regional level is unbeatable.

Professionals BDO is critical to employ high-achieving professional individuals with impeccable qualifications, people who want to see clients realize their ambitions.

All staff are encouraged to act locally, and think globally. Continuous training and an emphasis on career achievement is a given for every employee, and many gain additional international experience through participation in the BDO secondment programme.

Therefore, they deliver a comprehensive range of accounting and consulting services, and sound business advice.

An emphasis on growth BDO has always set out to deliberately attract growth companies as its clients.

Determined to stimulate the spirit of business enterprise, the organization has consistently focused on closely-held entities, and leads the market in advising growing businesses.

Helping a large number of growing enterprises to achieve success is no mean feat – more difficult, it could be argued, than assisting established companies in maintaining the status quo. The latter – larger multi-national institutions – are growing businesses too, however, constantly seeking to improve their market positions, and often being management- or family-owned.

People Perhaps more than any of the above, this is the defining aspect of BDO. Throughout the world, it is BDO's confidentiality of approach, and profound understanding of its clients' needs that set it apart.

BDO is well known for its close involvement with clients getting to know them at a personal level gives BDO advisers an insight into their aspirations, as well as the challenges they face. This means that BDO can react quickly, be adaptable and well, above all, from a human perspective.

All BDO clients have visions that they wish to see realized. With BDO alongside them, they can achieve their aims.

## BACKGROUND & MISSION

... grew to be one of the world's leading multinational accounting and consulting organisations is a story that you too and building accounting firms from the UK, Germany, USA, the Netherlands. USA and a subject object together to form the Binder Seidman International Group, and ten years later the Binder Geraund and Dutch members break off the common name of Binder Dijker (it Co. The current series and sub-structure, of the network, are put in place in 1988 and the result of the BDO acronym being member firms' names, and the uniform corporate identity and logo were initiatives)

BDO – during the industry releases grew much to the organisations special ethical commitment to member firms throughout Europe, North and South America, Asia and the South Pacific, and the Middle East and Africa.

At the end of 2001 BDO remains securely positioned in the world's fourth largest multinational accounting and consulting organisation – and number 1 in its chosen middle-market niche.

# MISSION STATEMENT

BDO International's mission is to be the leading adviser world wide that is dedicated to growing businesses and the people behind them.

This statement is fulfilled as follows:

World wide coverage. At the end of September 2001, the BDO network had representation in 589 offices in 98 countries around the world.

There 98 national firms are linked by more than the BDO name: the organization's structure ensures strict quality control and encourages the sharing of skills and ideas.

The close professional relationship between the different firms is strengthened by international committees and task forces, and frequent meetings and seminars, which in turn lead to uniformly high standards.

The exceptionally high volume of referred client work amongst BDO member firms is an integral part of this closeness.

At the same time, all BDO firms excel in in-depth local knowledge and experience, within an international context. No matter where they are based, clients can draw on the skills of BDO member firms anywhere in the world.

Confidential



Confidential

# S E R V I C E S

Tax consulting    Audit and accounting    Corporate finance    Management consulting



The wide range of professional services offered by the BDO International network includes the following:

**Audit and accounting**

Audit and accounting contributed 52% of world wide fee income in 2001.

A BDO audit lends credibility to a client's financial statements because it is backed up by indisputable experience and expertise. The unique closeness and confidentiality of the BDO approach enables partners and staff to gain a thorough understanding of their clients' businesses, and to find solutions to any potential problems.

**Tax consulting**

Tax consulting contributed 27% to global fee income.

BDO's tax personnel aid experts in minimising tax burdens and maximising tax incentives. Their particular expertise lies in advising overseas investors on international tax regulations issues. BDO's international tax planning web site (www.intax.co.uk) contains a wealth of relevant information.

**Management consulting**

Management consulting 6% of global fees were attributable to management consulting.

BDO's management consultants have the advantage of an international business perspective. There are experienced professionals with specialist skills, and present cost-effective solutions and implementation assistance, particularly to growing businesses.

**Corporate finance**

Corporate finance 7% of world wide fee income came from corporate finance work.

In this field, BDO advises primarily on mergers and acquisitions, joint ventures, privatisation, new capital and debt financing, and IPOs. Due diligence work and business valuations are also undertaken.

Other specialist services accounted for 10% of global fee income in 2001.

Corporate recovery services form a significant part of their (exercising the viability of a business, acting as liquidators, administrators, receivers, trustees or mentions). And the diverse range of specialist services available from BDO also includes:

• Assurance services
• Environmental audit and consulting
• Hospitality consulting
• Litigation support
• Arbitration and mediation services
• Hospitals and healthcare management
• Captive insurance management, and other offshore services.

## G E O G R A P H Y

BDO's International Office is located in Brussels. On 1 March 2002, BDO had 590 offices in 99 countries, and more than 22,000 BDO partners and staff providing professional auditing, accounting, tax and consulting services on every continent.

There are 28 BDO Member Firms in each of the following countries:

| | | | |
|---|---|---|---|
| Algeria | Guatemala | Netherlands | Turkey |
| Argentina | Guernsey | Netherlands Antilles | Turkmenistan |
| Australia | Hong Kong | New Zealand | Ukraine |
| Austria | Hungary | Nigeria | United Arab Emirates |
| Bahamas | India | Norway | United Kingdom |
| Bahrain | Indonesia | Oman | U.S.A. |
| Belgium | Ireland | Pakistan | Uruguay |
| Bolivia | Isle of Man | Panama | Vanuatu |
| Botswana | Israel | Paraguay | Venezuela |
| Brazil | Italy | Peru | Yemen |
| British Virgin Islands | Jamaica | Philippines | Zambia |
| Bulgaria | Japan | Poland | Zimbabwe |
| Canada | Jersey | Portugal | |
| Costa Rica | Jordan | Qatar | |
| Chile | Kazakhstan | Romania | |
| China | Korea | Russia | |
| Colombia | Kuwait | St Kitts & Nevis | |
| Cyprus | Latvia | Saudi Arabia | |
| Czech Republic | Lebanon | Senegal | |
| Denmark | Liechtenstein | Singapore | |
| Ecuador | Luxembourg | Slovak Republic | |
| Egypt | Macau | South Africa | |
| Estonia | Malaysia | Spain | |
| Fiji | Malta | Sri Lanka | |
| Finland | Mauritius | Sweden | |
| France | Mexico | Switzerland | |
| Germany | Morocco | Taiwan | |
| Gibraltar | Mozambique | Thailand | |
| Greece | Namibia | Tunisia | |

Confidential



WORLD MAP

BDO MEMBER FIRMS

Confidential