# EXHIBIT 9



Confidential

# LETTER FROM the CHAIRMAN

In 2003, the BDO network celebrates 40 years of delivering quality performance, sound advice and high-calibre services to our clients. *Since 1963, BDO's strategic goal has steadily become reality throughout the BDO world.*

'To be the leading adviser world wide dedicated to growing businesses, and the people behind them'.

BDO leads the market in assisting growing businesses.

BDO clients represent a broad spectrum of business activities: they also display a variety of structures (from sole proprietor, through owner-managed, to multi-national), and extend from large institutions, local authorities and hospitals, to non-profit organisations.

Being focused on this market makes BDO less vulnerable than larger firms to the adverse developments affecting our business. Despite a potential threat to growth, decreased public confidence, and uncertainty on the stock markets, 63% of BDO member firms reported higher revenues in 2002. For BDO, the challenges posed by recent events are becoming opportunities.

The network welcomed new firms in Bahrain, the Dominican Republic, Lithuania and Slovenia in 2002, as well as a second Chinese office in Beijing, and new representation in the Cayman Islands.

Expansion is important in today's business environment, but not at the expense of quality and credibility. In the fast-changing accounting milieu, where successive mergers mean a shrinking number of competitors, and where high-profile financial scandals mean an increasing number of regulators, BDO firms are careful to adhere to strict quality criteria.

BDO member firms are committed to ensuring that they each have sufficient service capabilities to offer the consistently high standards that are synonymous with the BDO name. The close professional relationship between our member both fuels and strengthens this.

In 2002, BDO became the world's fifth largest multinational accounting and consulting organisation.

Tos Rulgrink
Policy Board Chairman
BDO International

© BDO International B.V. February 2003

**Acknowledgements**

Editorial
BDO, Brussels

Design
Satellit, Lier, Belgium

Print
Antilope, Lier, Belgium

**Further Information**
Boulevard de la Woluwe 60
B-1200 Brussels, Belgium
Tel: +32 2 778 01 30; Fax: +32 2 771 44 43
e-mail: bdo-intl@bdo-intl.com
www.bdo-international.com

Confidential

## SERVICES

BDO member firms deliver all the professional services their clients expect....

- Audit & Assurance
- Accounting
- Tax advice
- Management consulting
- Corporate finance

...and some specialist services that they don't, including:

- Arbitration and mediation
- Business technology solutions
- Captive insurance management
- Corporate recovery & insolvency
- Customs & export
- e-Business
- Environmental audit and consulting
- Forensic accounting & litigation support
- Healthcare and hospital management
- Hospitality consulting
- Quality management
- Recruitment/HR management
- Valuations

Please note, service offered will differ from firm to firm.

BDO member firms deliver a level of personal service well beyond clients' expectations.

## CREDENTIALS

**Quality Assurance and Independence** – We actively support the need to enhance the public's trust in both accounting firms in particular and the profession in general. We recognise the need to restore the public's trust in the audit process. While we support the types of reforms now being made to the auditing profession, we believe that only broader requirements of the type that BDO Seidman, LLP laid out in its letter to the Securities and Exchange Commission...

**The Forum of Firms Alliance** – The BDO Seidman Alliance Network is one of the largest alliances in professional services. It offers members of unparalleled variety of services, unified with resources and experience not normally associated with an association of this size and resource-sharing. Through its 120 firms throughout the United States we have representation in the vast world power of a alliance.

The BDO Seidman Alliance Network has expanded to encompass a multi-disciplinary group of firms, including accountants, lawyers, IT consultants, business services providers and realtors.

*Sports sponsorship:* In December 2001, the International Hockey Federation (FIH) announced that BDO International together with Rabobank is also the first bank in the fifteen-year history of this global partnership, with the sponsorship running for 4 years (from 2001 to 2004). Jacques Knüpfer, President of the international cheque commission, confirmed 12.01.00 becoming a sponsor, adding that 'we belong to the organisation to nail its name to our top, a goal for us: a social and responsible long-term partner'.

*International Accounting Bulletin,* 15 October 2002 – BDO top: the end of the financial recession, and with it, one of the accounting bulletin consulting services said in the first phase of the business and the growth side.

*International Accounting Bulletin,* 20 Feb. 2001 – 'We are impressed with the changes in BDO's international base, and we do see that our future will be on track to be in Eastern Europe, and we've seen that our firm will benefit from BDO's local expertise and close business relationship.' (CEO)

*Quality Assurance & Independence:* CEO [ ] names Conference: 'Changes have to come for our industry to be credible...' starting slowly, but having no choice but to become the first choice accountants in terms of quality, integrity and perfect delivery, we perceived and visible as the new curriculum. (Hans-Simon CEO)

*Business sponsorship:* BDO Dunwoody sponsors PROFIT 100 and Canada's Hottest Startups, in conjunction with one of Canada's top business magazines, re-enforcing the firm's commitment to both Canada's mid-market enterprises and to Canada's most entrepreneurial firms.

*Sports sponsorship:* The inaugural BDO Curling Classic ran in Hamilton, Ontario, in November 2002 and was televised regionally. Thirty-two of the top men's teams from across Canada and the United States competed for one of the top purses on the World Curling Tour. BDO Dunwoody also supports the sport of curling through numerous team sponsors, including Team Bodogh, skipped by Marilyn Bodogh, a two-time world champion and prominent curling sportscaster. In 2003, BDO Dunwoody will run two Classics, one in western Canada for the men, and one in eastern Canada for the women. The women's event will feature 72 of the top teams from around the world. Invitations have been extended to teams from Europe, North America and Asia. This spiel will feature the largest purse of any curling event for women in the world. The prize money will be equivalent to the winner of the men's event – another first for the sport.

**Quality assurance and independence:** German firms auditing quoted companies are now obliged to pass the country's newly-introduced Peer Review. In 2002, BDO Deutsche Warentreuhand AG was among the first of the five big German auditing companies to pass this test – with flying colours.

BDO Germany is both nationally and internationally involved in the development of quality standards in the auditing profession. The Chairman of the Forum of Firms is a member of BDO Germany's Executive Board, and advises the Ministry of Justice on legal regulation, in respect of quality control. He also holds a leading position in the German professional organisation.

Consequently, the firm was among the first to fulfill the demands of the Sarbanes Oxley Act, undertaking its extraordinary position nationally and internationally. The separation of the firm's accounting and advisory activities has attracted new business from international corporate groups. This is handled by the Financial Advisory Services department, often in conjunction with other firms in the network, in the USA, UK, and elsewhere in Europe.

*Growth services:* BDO Stoy Hayward has developed a specialist service providing practical actions to enable companies and their owners to realise their potential for profitable and sustainable growth. This service has now been made available to the Confederation of British Industry in an exclusive deal for their members. Through its continued commitment to advising growing businesses, the firm has entered into a partnership with The Sunday Times' Enterprise Network, reaching entrepreneurs across the UK

The **DIAMOND** model has been developed by BDO Stoy Hayward to help entrepreneurial management teams anticipate change and prepare themselves and their organisations for future growth

*Finalntern:* BDO Stoy Hayward acted for 15% of the new companies joining AIM in 2002.

*Real Business* (UK): "Advisers who are prepared to go beyond the call of duty"

*Daily Telegraph* (UK): "A service for growing businesses that goes beyond the usual financial menu."

*Sports sponsorship:* BDO [illegible] has sponsored [illegible] [ ] the first [ ] Soccer successfully for regions for 2002. The [illegible] of the international [illegible] conference well as [illegible] the [illegible] event is [illegible] in the Community Germany. The Dutch firm has also sponsored a [illegible] championship one of the well-known successful Australian [illegible] well-served an important event of the [illegible] successful quite.

*Event sponsorship since 1999, BDO Germany is a well-established direct conference sponsor in all the events as its yearly rating Rating the Bankers,* event success for 2002 will address the three items of the German Chamber of Industry and has attracted many businesses. The event really runs by 7 successful visits and offers a unique level with a claim. A 700 sources successful visit by Zeeland, a knowledge of banks, local BDO Service leaders in advising family businesses.

*Corporate finance: BDO Spain has been operating* since [ ] offices in Barcelona, Valencia, Asturias, and Guadalajara. This firm's service has expanded and developed throughout Spain nationally, and it holds a large market share in [illegible] nationally, which is held in major manufacturing and close contact with its clients.

Confidential

# BDO AROUND THE WORLD

There are BDO Member Firms in each of the following countries (this list is current as of 1 January 2003):

| | | | |
|---|---|---|---|
| Algeria | Hungary | Paraguay | |
| Argentina | India | Peru | |
| Australia | Indonesia | Philippines | |
| Austria | Ireland | Poland | |
| Bahamas | Isle of Man | Portugal | |
| Bahrain | Israel | Qatar | |
| Belgium | Italy | Romania | |
| Botswana | Jamaica | Russia | |
| Brazil | Japan | Saudi Arabia | |
| British Virgin Islands | Jersey | Senegal | |
| Bulgaria | Jordan | Singapore | |
| Canada | Kazakhstan | Slovak Republic | |
| Cape Verde | Korea | Slovenia | |
| Cayman Islands | Kuwait | South Africa | |
| Chile | Latvia | Spain | |
| China | Lebanon | Sri Lanka | |
| Colombia | Liechtenstein | Sweden | |
| Cyprus | Lithuania | Switzerland | |
| Czech Republic | Luxembourg | Taiwan | |
| Denmark | Malaysia | Thailand | |
| Dominican Republic | Malta | Tunisia | |
| Ecuador | Mauritius | Turkey | |
| Egypt | Mexico | Turkmenistan | |
| Estonia | Morocco | Ukraine | |
| Fiji | Mozambique | United Arab Emirates | |
| Finland | Namibia | United Kingdom | |
| France | Netherlands | USA | |
| Germany | Netherlands Antilles | Uruguay | |
| Gibraltar | New Zealand | Vanuatu | |
| Greece | Nigeria | Venezuela | |
| Guatemala | Norway | Vietnam | |
| Guernsey | Oman | Zambia | |
| Hong Kong | Pakistan | Zimbabwe | |

# FINANCIAL INFORMATION



September 2002

## FEE INCOME
€2,396 million / US$ 2,346 million



2000: 20,939
2001: 22,340
2002: 22,589

2000: 2,276
2001: 2,013
2002: 2,242

## PERSONNEL
| | |
|---|---|
| Partners | 2,182 |
| Professional staff | 16,075 |
| Other | 4,332 |
| TOTAL | 22,589 |

## DISCIPLINE
| | |
|---|---|
| Audit & Accountancy | 58% |
| Tax | 27% |
| Consulting | 5% |
| Corporate Finance | 4% |
| Insolvency | 4% |
| Other | 6% |

## REGIONS
99 countries
576 offices





| | % | € millions | US$ millions |
|---|---|---|---|
| Africa & Middle East | 2.1 | 51.5 | 50.6 |
| Americas | 49.7 | 1,201.8 | 1,181.1 |
| Asia Pacific | 5.7 | 139.4 | 136.8 |
| Europe | 42.9 | 1,047.0 | 1,029.4 |

Confidential