UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Chapter 11

E.S. BANKEST, L.C., Case No. 04-17602-BKC-AJC
Debtor,

______________________________________/

LEWIS B. FREEMAN, Responsible Officer for the Reorganized Debtor E.S. Bankest, L.C., a Florida limited liability corporation,

Plaintiff,

Adv. Pro. No. 06-1220-BKC-AJC-A

v.

BDO SEIDMAN, LLP, BDO INTERNATIONAL B.V., and SANDOR LENNER,

Defendants.

______________________________________/

**PLAINTIFF'S STATEMENT OF MATERIAL ISSUES OF DISPUTED FACT THAT PRECLUDE SUMMARY JUDGMENT ON BDO INTERNATIONAL'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Lewis B. Freeman ("Freeman" or "Plaintiff"), in his capacity as Responsible Officer for the Reorganized Debtor E.S. Bankest, L.C. ("Bankest"), by and through the undersigned counsel, hereby sets forth the material issues of disputed fact which preclude summary judgment on his claims against BDO International.[1]

1. BDO International made false statements promising the public that it had strict quality control over BDO Seidman's audits:

- "The stringent conditions with which each member firm has to comply … are

[1] Plaintiff hereby incorporates by reference its Statement of Disputed Facts that Preclude Summary Judgment on BDO Seidman, LLP and Sandor Lenner's Motion for Summary Judgment.

paramount. They not only guarantee that our high standards will be met…" (Exh. A [1999 BDO International Annual Report] at 9);

- BDO International personnel are "responsible for … implementing international quality control". (*Id.* at 8; Exh. B [2000 BDO International Annual Report] at 6 (same));
- "[T]he organisation's structure ensures strict quality control." (Exh. C [2001 BDO International Annual Report] at 3);
- "[W]e, at BDO International … ensure that we consistently provide the highest quality of professional services." (Exh. B [2000 BDO International Annual Report] at 3);
- "BDO firms are careful to adhere to strict quality criteria." (Exh. D [2002 BDO International Annual Report] at 2.)

2. BDO International now disclaims its statements about its control over BDO Seidman, calling the statements "puffery" and "aspirational." *See* (Exh. J [Appellate Answer Brief] at 26-27; Exh. K [2/5/08 Oral Argument Transcript in *Banco Espirito Santo Int'l, Ltd. v. BDO Int'l*, Case No. 3D07-599].)

3. BDO International failed to exercise the control it promised and advertised it had over BDO Seidman—BDO Seidman conducted grossly negligent audits that were not in accordance with Generally Accepted Auditing Standards and that violated BDO International and BDO Seidman's audit manuals. *See* (Exh. N [2/20/07 a.m. Tr.] at 4842-44; Exh. O [2/20/07 p.m. Tr.] at 4953; Exh. G [Phase I Verdict Form in *Banco Espirito Santo Int'l Ltd. v. BDO Seidman*, Case No. 04-14009 CA 31 ("Phase I Verdict Form")]; Exh. H [Phase II Verdict Form in *Banco Espirito Santo Int'l Ltd. v. BDO Seidman*, Case No. 04-14009 CA 31 ("Phase II Verdict

Form")].)

4. BDO International's false statements caused Bankest's damages. BDO Seidman, over which BDO International promised it would exercise "strict quality control," departed from GAAS and its own audit manual and the fraud was never discovered. (Exh. C [2001 BDO International Annual Report] at 3). In the very first audit of Bankest, BDO Seidman's audit manager requested documents required by GAAS, BDO International's and BDO Seidman's audit manuals which would have revealed the fraud. (Exh. L [Rivera Aff.]; Exh. Q [4/17/07 a.m. Tr.] at.1099-1118; Exh. M [2/6/07 p.m. Tr.] at 3452-57, 3462.) BDO Seidman departed from GAAS and the audit manuals by going forward with the audits without these documents. (Exh. R [4/19/07 p.m. Tr.] at 1713-14, 1744-55.) Because of this violation, the Capital Officers were able to grow the fraud. (Exh. P [4/16/07 a.m. Tr.] at 891-92.) If BDO International would have kept its promise, the fraud would have been stopped before it started. As BDO Seidman's lead audit partner admitted:

> Q. In fact, there were thousands and thousands of fake transactions over seven years, year after year after year after year, right?
>
> A. That's what I've learned during the course of this trial and other proceedings, correct.
>
> Q. And to find the fraud, you only had to find one fake one, right?
>
> A. Yes.

(Exh. S [5/4/07 a.m. Tr.] at 3239.)

5. Plaintiff was acting as a consumer when it purchases the services of BDO Seidman. (Exh. F [BDO Engagement Letters].)

Dated: September 16, 2008

Respectfully submitted,

THOMAS, ALEXANDER & FORRESTER LLP
Co-Counsel for Plaintiff
14 27th Avenue
Venice, CA 90291
Tel: (310) 961-2536
Fax: (310) 526-6852

and

WARREN R. TRAZENFELD, PA
Co-Counsel for Plaintiff
3225 Aviation Avenue, Suite 600
Miami, FL 33133-4741
Tel. (305) 860-1100
Fax. (305) 858-6123

and

GENOVESE JOBLOVE & BATTISTA, P.A.
Co-Counsel for Plaintiff
Bank of America Tower, Suite 4400
100 Southeast Second Street
Miami, FL 33131
Tel. (305) 349-2300
Fax. (305) 349-2310

By: /s/ Allison R. Day
Paul J. Battista, Esq.
Florida Bar No. 884162
Allison R. Day, Esq.
Florida Bar No. 494097

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by U.S. mail, postage prepaid, over-night mail, hand-delivery and/or electronic mail upon all parties on the attached Service List, this 16th day of September, 2008.

By: /s/ Allison R. Day
Allison R. Day

**Service List**

Daniel A. Miller, Esq.
Broad & Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL 33401

Kevin W. Goering, Esq.
Lisa M. Lewis, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

John B. Hutton, Esq.
Greenberg Traurig, P.A.
1221 Brickell Ave.
Miami, FL 33131

Karen Y. Bitar, Esq./Adam D. Cole, Esq.
Greenberg Traurig, P.A.
885 Third Ave.
New York, NY 10166

Daniel F. Blonsky, Esq.
Burlington, Weil, Schweip, Kaplan & Blonsky, P.A.
Office in the Grove, Penthouse A
2699 South Bayshore Drive
Miami, FL 33133

Office of the U.S. Trustee
51 S.W. First Ave., Room 1204
Miami, FL 33130

Rhett Traband, Esq.
Mark Raymond, Esq.
Broad and Cassel
One Biscayne Tower
21st Floor
2 S. Biscayne Blvd
Miami, Florida 33131

Daniel L. Gold, Esq.
800 Brickell Ave # 902
Miami, FL 33131