

*Annual Report*
*1999*

**BDO**

BDO International

CONFIDENTIAL



EXHIBIT

A

Def. BDO International's
Exhibit No. 5010
Filed: January 16 A.D. 2007
Case No. 04-14009 CA 31
Harvey Ruvin, Clerk of Courts

BV01544



# BDO Annual Report 1999

BDO services .............................................................. 2

Chairman's review ...................................................... 3

Key figures at a glance ............................................. 4-5

BDO world wide network ......................................... 6

BDO International...................................................... 7

A global perspective ................................................. 8

Asia Pacific ............................................................ 9-10

Africa & the Middle East ...................................... 10-11

Central & Eastern Europe ..................................... 12-13

Central & South America ...................................... 13-14

North America & the Caribbean ............................ 15-16

Western Europe ...................................................... 16-17

Highlights 1998-99 ................................................ 18-19

CONFIDENTIAL

BV01545

# BDO services



## Audit & accounting
*Accounts for 63 % of total fees*

BDO's personalised approach allows us to gain a thorough understanding of our clients' businesses, and to find solutions to their potential problems. Partners and staff world wide have access to state of the art auditing technology, and are at the cutting edge of global accounting developments. Our audits are backed up by extensive experience and expertise, and therefore add credibility to a client's financial statements.



## Tax consulting
*Accounts for 20 % of total fees*

BDO's experts work hard to minimize tax burdens and maximize tax incentives. Monitored by the International Tax Committee, the skills that our partners and staff need to give clients practical, well-informed and relevant tax advice are constantly refined. Where international tax regulations are concerned, we are particularly well-equipped to advise overseas investors, ensuring the optimum structuring of cross-border transactions, and compliance with local tax regulations

## Management consulting
*Accounts for 9 % of total fees*

BDO's management consultants are a global team of advisors who have valuable technical expertise, backed up by an international business perspective. Experienced professionals with specialist skills, they offer cost-effective solutions, and implementation assistance with operations and systems management, information technology, franchising, pricing, human resources, and more. In particular, growing businesses are specifically catered for

## Specialist services
*Accounts for 3 % of total fees*

BDO offers a wide range of specialist services, and our experts work to provide solutions to clients' unique problems all around the world. These services include assurance, environmental audit and consulting, litigation support, arbitration and mediation, customs legislation advice, captive insurance management and other offshore services, as well as healthcare management and niche marketing

## Corporate recovery and insolvency
*Accounts for 2 % of total fees*

BDO specialists act as liquidators, administrators, receivers, trustees and monitors, or act directly as advisors to trustees or creditors committees. In this advisory role, they can assess the viability of a business and give appropriate advice

## Corporate finance
*Accounts for 3 % of total fees*

BDO's international network of corporate finance specialists advise on mergers and acquisitions, joint ventures, privatisation, and sources of new capital and debt finance, including initial public offerings (IPOs). They also undertake due diligence work and review business plans and projections

CONFIDENTIAL

## Chairman's review



With the apparently limitless penetration of the World Wide Web we are, so we are told, on the brink of a new social and economic revolution, the impact of which will be comparable to the invention of movable type or the advent of the Industrial Revolution.

The implications are far reaching, both for our many clients and for ourselves in BDO. Opportunity and ingenuity, speed and expertise, global vision and local service – these will be the hallmarks of those who succeed.

### Opportunity and ingenuity

It is in the nature of revolutions that they are great levellers. The dawn of a Web-linked world is no exception. True, down the centuries there has always been the opportunity for the small operator to take on the corporate giant - by carving a niche, by producing a better product or by providing a better service. But the Web is creating the levellest playing field the world has seen for over 250 years. Electronic newcomers can build significant market share overnight, while large, mature and established businesses are re-discovering and nurturing their agility and flair. Whatever their size, businesses around the world are turning e – turning electronic, turning entrepreneurial.

BDO has from its creation specialised in serving imaginative and enterprising businesses – businesses which are more excited by market opportunities than frightened by competitive threats. Working in close proximity with such clients on a daily basis, we have over the years accumulated enormous experience in helping their businesses grow, as well as deep insight into the sequence of challenges they face.

### Speed and expertise

Speed of response has always been a benchmark of success. Now it has become a requirement for survival. The challenges are significant : how quickly can a business and its people assimilate new technologies and, more importantly, new ways of working? How quickly can they identify and exploit new opportunities? How quickly can they take their goods and services to market over the net? How

quickly can they achieve competitive advantage through better web-enabled supplier management? How quickly can they redefine the sectors in which they operate through alliances and new forms of competition?

BDO can help in two ways. Firstly, our consultants and advisers can help our clients identify and address these issues. Secondly, we can advise on the consequences of growth, using our experience of businesses at all points along the growth curve to anticipate potential barriers or obstacles to a business' ambitions.

### Global vision and local service

It was once held that most businesses should reach a certain size before they begin international trading. Today, BDO regularly helps people set up businesses which are international from the outset – a trend that will accelerate with the expansion of the World Wide Web. An electronic shopfront, on screen, knows no geographic boundaries, and can be open 24 hours a day to attract customers from around the world.

But it will be superior service that keeps them coming back, and many businesses are expanding their physical presence overseas or appointing local partners as their supply lines follow their electronic assaults on foreign markets.

It is here that BDO can be of particular help. We are the only major professional and business advisory organisation that specialises in advising entrepreneurial businesses, regardless of size or age. From our network of more than 500 offices in almost 90 countries, we can provide local support to the growing number of clients who are pursuing a global vision.

### Looking forward

Traditionally, this review looks back over the achievements of the year, and at the century's turning it would perhaps have been appropriate to consider the formidable growth and achievements of BDO over its three decades and more. But we at BDO share the entrepreneurial instinct and, whilst we might pause and look back with satisfaction, it is to the future that we look with excitement and optimism. The opportunities for our clients and for ourselves have never been greater.

Adrian Martin.

CONFIDENTIAL

## BDO World wide : Key figures at a glance (as at 30 September 1999)

### WORLD WIDE FEES



Fee turnover

### WORLD WIDE LOCATIONS



### WORLD WIDE PERSONNEL



CONFIDENTIAL

BV01548

## FEES BY GEOGRAPHICAL AREA

| REGION | US$millions | % |
|---|---|---|
| Asia Pacific | 238 | 13 |
| Africa & Middle East | 34 | 2 |
| Central & Eastern Europe | 13 | 1 |
| Central &Southern America | 38 | 2 |
| North America & Caribbean | 644 | 37 |
| Western Europe | 796 | 45 |
| GLOBAL | 1,763 | 100 |

## PRODUCTIVITY (in US$ thousands)



**Fees per partner**

| | |
|---|---|
| 1999 | 976 |
| 1998 | 972 |
| 1997 | 888 |
| 1996 | 843 |
| 1995 | 783 |

## GLOBAL FEE SPLIT BY DISCIPLINE



9%   5%  3%
20%           44%
19%

| | |
|---|---|
| ☐ Audit | ■ Accountancy |
| ☐ Tax | ■ Management Consulting |
| ■ Corp Fin & Insolvency | ☐ Specialist Services |

CONFIDENTIAL

BV01549

## BDO world wide network (as at 1 January 2000)



| | | |
|---|---|---|
| Argentina | Hungary | Pakistan |
| Australia | India | Peru |
| Austria | Indonesia | Philippines |
| Bahamas | Ireland | Poland |
| Belgium | Isle of Man | Portugal |
| Bolivia | Israel | Qatar |
| Botswana | Italy | Romania |
| Brazil | Japan | Russia |
| British Virgin Islands | Jersey | Saudi Arabia |
| Bulgaria | Jordan | Senegal |
| Canada | Kenya | Singapore |
| Cape Verde | Korea | Slovak Republic |
| Chile | Kuwait | South Africa |
| People's Republic of China | Latvia | Spain |
| Colombia | Lebanon | St Kitts & Nevis |
| Cyprus | Liechtenstein | Sweden |
| Czech Republic | Luxembourg | Switzerland |
| Denmark | Macao | Taiwan |
| Ecuador | Malaysia | Thailand |
| Egypt | Malta | Tunisia |
| Estonia | Mauritius | Turkey |
| Fiji | Mexico | Turkmenistan |
| Finland | Morocco | Ukraine |
| France | Mozambique | United Arab Emirates |
| Germany | Namibia | United Kingdom |
| Gibraltar | Netherlands | United States of America |
| Greece | Netherlands Antilles | Uruguay |
| Guatemala | New Zealand | Vanuatu |
| Guernsey | Norway | Venezuela |
| Hong Kong | Oman | Zimbabwe |

CONFIDENTIAL

BV01550

## BDO International

Based in the International Office in Brussels Chief Executive Officer *Cecil Fleming* and International Secretary *Paul van Elten* are responsible for BDO International's daily operations and for policy implementation. This includes overseeing legal and administrative matters, implementing international quality control and training programmes, and giving ad hoc project assistance where necessary



Cecil Fleming



Paul van Elten

BDO partners around the world can also look to the **Regional Coordinators** for support
*Floyd Chan* in the Asia Pacific region
*Dr Silvio Becher* and *Rolf Stein* in Latin America
*Ioiin Spencer* for the Middle East & Africa
*Vlastimil Hour* in Eastern Europe

BDO's **International Policy Board** upholds BDO's commitment to superior quality and innovation, together with the **Council**, which is chaired by BDO's co-founder, *Hans-Heinrich Otte*.

BDO's international **Committees**, **Taskforces** and **Project Teams** design products and publications which help to ensure that BDO remains at the forefront of technical expertise in each service sector

These groups include
Accounting & Auditing Steering Committee
Chairman, *Peter Chidgey*, London
Tax Steering Committee
*Allan Cinnamon*, London

# REDACTED

Indirect Taxation Taskforce
*Tom Corlett*, Dublin
Transfer Pricing Taskforce
*Shawn Carson*, New York
Corporate Finance Taskforce
*Christopher Bartrop*, Toronto
Training & Human Resources Taskforce
*Stephen Greene*, London
Intranet Taskforce
*Ray Paré*, Toronto
Corporate Visual Identity Taskforce
*Richard Emanuel*, London
Risk Management Taskforce
*Keith Vance*, Toronto



Hans-Heinrich Otte

**On the Policy Board:**
*Adrian Martin* (Chairman), United Kingdom,
*Dr Silvio Becher*, Argentina; *Guy Gendrot*, France,
*Peter Held*, Canada; *Dr Hans-Ioachim Iacob*,
Germany, *Dr Ernesto Ferreira da Silva*, Portugal,
*Denis Field*, USA, *Ton Rutgrink*, Netherlands, and
*Paul Wenham*, Australia

CONFIDENTIAL

# A global perspective

Founded in Europe in 1963, BDO International has from the outset been a globally oriented organisation, dedicated in particular to internationally expanding businesses, and the people behind them.

People are all-important to BDO, and in all our dealings the relationships are as important as the projects themselves

*Every one of our member firms shares this philosophy.*

This means that, while our international strengths are second to none, it is our knowledge at a local level that really counts. We combine our international expertise with the best available local business and advisory services, and thus we are able to offer an individualised accounting and consulting service that is at once local, global, and personal.

This tradition of quality personal service stems from decades of experience, while the geographic scope of our network is the result of careful planning and measured growth. And we owe at least part of the latter to our clients, as we have worked with them towards their success, we have mirrored their world wide evolution and expanded our global presence, the better to guide them in their discovery of new markets

*We never forget that a professional firm's main assets are its clients.*

The result is that BDO today is present on every continent, and is represented in all the major economic centres of the world, serving our clients' national and international needs

We take great care to ensure that every one of our world wide network of member firms embodies BDO's methodology. In BDO common operating and quality procedures are not a constraint on innovation and independence, but the starting point



It is significant that our policy is to have only one member firm in each of the 90+ countries in which we currently operate. The stringent conditions with which each member firm has to comply to be part of the BDO network are paramount. They not only guarantee that our high standards are met, but also enable each member firm to share information and expertise across the world. It is no accident that BDO has one of the highest volume of referrals of any international network, nor that we have such a large and varied client base (as at 1 January 2000)

The following pages contain a detailed overview of our activities in, and expectations of, the six main geographical areas where BDO is represented. They demonstrate without a doubt that BDO International's special skills lie in the application of local knowledge and experience, together with an understanding of the global context in which all truly international organisations must operate as we enter the new millennium

*We are proud to be able to offer the best service to the world's most successful businesses – anywhere in the world.*

CONFIDENTIAL

BV01552

## BDO and the economics of

# ASIA PACIFIC



In the aftermath of the Asian economic crisis, the year 2000 is expected to see the region's continuing emergence from recession - although for BDO in 1999, the situation remained encouragingly stable. The process of recovery has meant rapid change in the local economies, with companies throughout the area working hard to reduce their debts, and at the same time increase efficiency levels. The following is an outline of the economic prospects of, and BDO's activities in, some of the countries in the Asia Pacific region.

### South East Asia

In China, economic growth is expected to continue, as exports and imports increase upon the country's anticipated entry to the WTO. The economic future of Hong Kong (China's Special Administrative Region), is closely tied to that of the PRC, and forecasts are good. Hong Kong's stock market is scaling new heights, though unemployment and retail sales have yet to make a significant rebound. **BDO Hong Kong** anticipate opening a full service office in Xiamen, one of the PRC's five Special Economic Zones, which will present a number of exciting opportunities.

In Singapore, the recovering economy and easing-up of listing requirements has helped the member firm to gain a number of new clients, of whose overseas expansion it is able to assist through the BDO International network. **BDO Singapore** successfully participated in the planning and preparation of the public flotation of *Circuits Plus Holding Ltd*, Singapore's first IPO of 1999. Stock trading activities in Malaysia are recovering

rapidly, where the continued implementation of the fiscal and monetary policies outlined in Malaysian Budget 2000 has contributed to economic growth. **BDO Malaysia** were appointed by Pengurusan Danaharta Nasional Berhad (agency for the restructuring and rehabilitation of non-performing loans) as Special Administrators to Sena Hup Corporation Berhad, a publicly listed company. They were also appointed financial advisors to Rentana Hydraulic Tin Berhad for the group's restructuring. In Thailand the economy is beginning to show distinct if muted signs of recovery, suggesting that the worst is over. Policy makers are expected to pursue a loose fiscal and monetary policy in 2000 to help spur growth. With assistance from BDO Japan, **BDO Thailand** were assigned to the construction giant *Thai Obayasni Corporation*.

### Japan & Korea

In Japan, the JPY 18 trillion economic stimulus package approved by the parliament has served to restore confidence in the economy, as have new mergers and acquisitions in the banking world. In particular, the government and business community are trying to cultivate venture capital formation, an area in which **BDO Japan** are particularly strong. They continue to offer Initial Public Offering (IPO) support to a great many clients, including *Fuji Foods Inc*, and the *Nova Corporation*. In Korea exports have been rising ever since the economy reached rock bottom in mid-1998. Foreign investment has contributed to the influx of capital into the country, although the break up of the *Daewoo* group has necessarily had an impact. **BDO Korea's** many prestigious clients include *Seoul City Gas*, and *Hyundai Cement*.

### Australia & New Zealand

In Australia, the impact of the Asian currency crisis was not as dramatic as expected, and the economy continues to enjoy growth and low inflation. The forecast for 2000 is positive, and many of **BDO Australia**'s clients saw a healthy growth in profits in 1999 - a fact which is reflected in the demand for the member firm's corporate finance services. BDO in Sydney were successful in tendering for the audit and tax work for the *Tralalgar Tours Group*, high profile market leaders in the tourism industry. The member firm also provided due diligence and tax structuring services in the acquisition of *Morgan & Banks by TMP Worldwide*, the recruitment giant, and was involved in the subsequent three-way acquisitions in Australia, New Zealand and the UK. The *Australian Nuclear Science & Technology Organisation (ANSTO)* outsourced their

9

CONFIDENTIAL

BV01553

Management Recruitment Training programme to BDO, together with the complete overhaul of their internal recruitment and selection practices Consumer spending is high in New Zealand, helped by the low exchange rate With the subsequent increase in business confidence **BDO New Zealand** expect to see their clients investing in capital expenditure, as in their client TMP Inc's purchase of the *Lampen Group*, in which they provided due diligence services

### India & Pakistan

Economic development in India in 2000 has to be viewed against the backdrop of an exceptionally turbulent and unfavourable international economic environment, to which India is not wholly immune. However, industrial production increased in the current financial year and, due to another satisfactory monsoon higher agricultural growth has also been achieved agricultural performance holds the key to overall growth The stock markets saw a major turnaround in 1999, and experts expect this trend to continue into the new millennium **BDO India** are focusing on services including mergers and acquisitions, restructuring, project funding, and financial advice which represent the fastest growing sectors Technical competence and a strong track record have enabled the firm to carve itself a niche in this market, and to acquire substantial new clients against strong competition from the largest firms For example during 1999 the member firm was assigned to E-Connect Ltd, an Internet service provider and e-commerce arm of the largest entertainment and TV group in India, *Zee TV* It also provided accounting services to *Hindustan Dorr Oliver Ltd*, a publicly listed company The firm's other prestigious clients include *Falcon Tyres Ltd*, *Energy Development Co Ltd*, and *Mather & Platt Ltd*

In December 1999, the finance minister of Pakistan's interim Government (constituted in the wake of October's bloodless coup) unveiled an *Economic Package for Revival* The measures announced are primarily directed towards elimination of the black economy, but also include a reduction in the bank's lending rate which should promote industrial investment in the country Other measures to be implemented are expected to revive the agricultural and textile industries 1999 was a difficult year for many of **BDO Pakistan**'s clients, although some showed good results nonetheless such as the *Lakson Tobacco Company Ltd* which was named one of the country's top 25 companies Despite the recession, the member firm succeeded in securing several major new clients including *Oil & Gas Exploration Co (Kracow) Ltd* (referred from BDO Poland) and *Geofizyka Kracow Ltd*

## BDO and the economics of
# AFRICA & the MIDDLE EAST



**B**DO has offices throughout Africa and the Middle East, and there follows a brief economic outline of a number of countries in the region, together with information about the local BDO member firms

### Southern Africa

South Africa is the biggest economy in Africa and with the inclusion of neighbouring Namibia, Botswana and Zimbabwe the Southern Africa region is the economic powerhouse of the continent The financial and industrial sectors are of a high standard, supported by an excellent infrastructure South Africa is one of the least expensive regions in which to do business for overseas companies in particular

**BDO Southern Africa** are represented in twelve offices in all the main centres in South Africa, Namibia, Botswana and Zimbabwe The firm has grown rapidly over the past 30 years The upswing in the region's economic fortunes is already evident in increased levels of activity and business for BDO The firm's success depends on its ability to service the diverse needs of its clients and BDO are now meeting increased demand for personal financial planning business risk consulting, corporate finance investigations, internal audit and other non-traditional work

In 1999 BDO Southern Africa were awarded the audit of *TravCon International* the tourism group that includes *Tratalgar Contiki Insight* and *AAT Kings Tour Group* The assignment is to be done out of South Africa and will result in substantial referred work for other BDO offices The member firm was also engaged as analyst to SATRA (*South African Telecommunications Regulatory Authority*) concerning a third cell phone license in the country **BDO Namibia** whose clients include

10

CONFIDENTIAL

City Saving & Investment Bank and NamLife. were involved in the preparation of accounting regulations for the decentralisation of Regional and Local Government in Namibia **BDO Zimbabwe** count Air Zimbabwe and the Rainbow Tourism Group among their many prestigious clients. while **BDO Botswana** are proud to offer services to a substantial client list that includes textile manufacturers Tex (Hong Kong) security services group Coin International, and the Law Society.

### Saudi Arabia

The largest member nation of the Gulf Cooperation Council. Saudi Arabia is one of the world's leading oil producing countries In 2000 a revised foreign investment capital code is anticipated. which is expected to include tax incentives that will ease the many procedural rules that govern foreigners employment and ownership of real estate in Saudi **BDO Saudi Arabia** sees this code as an opportunity for their international clients to reap considerable benefits. The member firm assisted the Middle East Meter Producing Factory (MMF) in preparing a strategic plan to expand their business approach and maximise the factory's value. MMF manufacture electric meters under a technology agreement with a Slovenian company The Al-Ajou Group. one of the top 100 Saudi companies. has been a BDO client for a number of years. The group's management decided to implement a new ERP package as part of their preparation for the new millennium. and BDO were assigned the task of selecting the most suitable package.

### United Arab Emirates

The unprecedented economic transformation seen in the UAE in the past few years has been largely funded by the judicious use of oil revenues. although the Government's determined economic diversification strategy has created several productive new sectors. The private sector is of major importance in the drive for economic diversity. and the country's favourable tax laws and political stability have also helped it to become a prime business location. Of particular importance are the so-called 'free zones'. and paramount amongst these is the Jebel Ali Free Zone. one of the world's largest industrial complexes The development of e-commerce will be assured over the next few years with the establishment of an Internet based central financial forwarding and clearance facility. to be known as the Payment Gateway Server (PGS) **BDO UAE**. with offices throughout the region. is fully geared to meet the demand for increased professional expertise that the continuing development of the industrial finance, trade and service sectors will bring The member firm's many prestigious clients include SRF Overseas Ltd. an ISO 9002 certified

organisation established in the late Al Free Zone in 1994 to manufacture tyre cords The firm's financial clients include the Bank of Baroda and the Al-Razoun Exchange.

### Israel

Following several years decline in the economy according to recent macro economic indicators there is now a real prospect of recovery and growth The peace process between Israel and Syria which is gradually gaining momentum has improved the region's prospects and the expected peace treaty should increase foreign investments in the country both in real estate and industry Israel's high-tech industry continued to enjoy prosperity during the economic decline and is still attracting foreign investment



The expected upswing in construction and hi-tech will influence **BDO Israel**'s activities. as they are strongly represented in both industries The firm expects to recruit more hi-tech clients who in many cases offer their shares on international stock exchanges. The anticipated increase in foreign investments will also increase international tax planning. involving BDO member firms world wide In 1999. BDO Israel assisted The Ofer Brothers Group in their acquisition of the Israel Corporation. and also oversaw the restructuring of the Zeevi Group Other prestigious BDO clients in Israel include Walla!. the country's most important Internet portal. which is a new audit client whose shares are listed on the Tel Aviv Stock Exchange Magic. a group of hi-tech and software companies is another new audit client. while for the Israel Discount Bank. BDO prepared a due diligence study for a potential buyer The Formula Group. a long-term client involved in hi-tech and software development. controls numerous public companies

11

### BDO and the economics of
# CENTRAL & EASTERN EUROPE



The last few years' financial and economic reforms are beginning to have an effect in Central and Eastern Europe. and a future in the enlarged EU market is now unmistakable. BDO is steadily increasing its presence here. and what follows is information on BDO member firms in some of the countries in this region. with respect to the prevailing economic situation .

**Bulgaria** confounded the gloomy forecasts that accompanied the crisis in Kosovo throughout 1999 The share of the private sector is still increasing. and this fact has led to expectations of even better performance in the future **BDO Bulgaria** are at present developing their position in the industrial and trading sectors. Having concentrated to date on banks and financial institutions. the client structure is changing. and now better reflects business as a whole. At the same time. management is working to attract more Bulgarian CPAs. in order to cover the country better Among this member firm's most prestigious clients are the national carrier *Balkan Bulgarian Airlines* and *Metalsnab*. the leading metal trading company

#### Czech Republic
After a period of widely-perceived stagnation. there are now signs that both politically and economically. the country is entering a more healthy stage of development **BDO Czech Republic** has consolidated their position as the fourth-largest auditing. accounting and consultancy firm in the country. Their audit team is particularly strong. and the tax consultancy legislative advisory and accounts consultancy businesses likewise are both flourishing and widely respected - even by competitors The ongoing regeneration of the Czech economy is obviously a major business opportunity and BDO are at the same time actively increasing the range of services and expertise that they can offer both local and international clients They have two dozen clients on the latest Top 100 list of Czech firms Although particularly strong in heavy industry their client list ranges from family businesses and SMEs to major multinationals. in sectors as diverse as healthcare hospitality foodstuffs IT and property development The Plzen office collaborated with BDO in Dusseldorf in relation to the sale of the international *Pequiform Group* Its key clients lie in industrial ceramics manufacturing and foodstuffs The Budejovice office continued its sterling work with local SMEs. as well as with district and local councils New approaches to audit planning have been developed to cope with the large client base. and at the same time it is supporting the national network s IT goals by localising CaseWare for the Czech market

**Estonia** is one of the fastest-developing states in Central & Eastern Europe. a candidate for full membership in the European Union. and a member of the World Trade Organisation. A new Income Tax Act came into force on January 1 2000. aimed at further stimulating the economy. and encouraging foreign investment Estonian commercial undertakings are no longer required to pay corporate income tax tax is now levied only on profits withdrawn from the enterprise directly. or indirectly as dividends **BDO Estonia** joined the international BDO network as a full member in October 1999. and have offices in Tallinn and in Tartu. the country's second-largest town While primarily involved in auditing accountancy and tax consultancy. the firm also offers consultancy in the establishment and transformation of commercial entities and in bankruptcy proceedings At present the majority of their clients are small and medium-sized enterprises in the construction trading and hospitality sectors

#### Hungary
Here. stabilised inflation and a low basic interest rate led to good economic growth and an increase in the number of new businesses **BDO Hungary** anticipates meeting the professional requirements of this newly established entrepreneurial group

### Poland

After a sluggish start, economic growth in picked up during 1999, thanks to strong performance in the manufacturing and construction sectors, and the economic policy of EU conversion being kept on track. It was a good year for **BDO Poland**, with turnover increasing and several major new accounts being added in the finance, pharmaceuticals, construction and transportation sectors. The firm also continued to develop its nationwide network, opening a new branch office in Wroclaw. BDO Poland assisted, as in previous years, in several IPO's. They are now one of the leading accounting firms in the country, and have the largest portfolio of listed companies as regular audit clients. Working with the *Polish Securities Commission*, the member firm also developed an accounting system enabling leasing companies to list on the *Warsaw Stock Exchange*.

### Russia

Despite a drastic deterioration in the investment climate following 1998's economic crisis, **BDO Russia** have managed to buck the national trend. Against a background which saw a slump in business income in the first 6 months of 1999, the member firm has risen to number three in 1999's ranking of national audit and consulting firms. It won the coveted tender to provide consultancy services to the *Russian Agency for Restructuring Credit Organisations* (ARCO), the Government body appointed to oversee the reconstruction of Russia's major banks in the wake of the 1998 crash. It was also awarded contracts for audit and consulting services to *Ingosstrakh-Russia*; the *Volga River Navigation Company*, and the *Ministry of Nuclear Energy*.

**The Ukraine**'s democratic elections in 1999 have opened the door to greater economic reform. Administrative reforms have already begun, and de facto private land ownership introduced. For the first time in a long while, some growth in industrial production is visible, while self-sufficiency in foodstuffs now appears realistic. **BDO Ukraine** are proud to have a number of highly dynamic firms among their clients, including manufacturing heavyweights such as the *Nikopolsky Ferroalloy Plant*, the *Novomoskovsky Tube Plant* and the *Krivorozhsky Turbine Plant "Konstar"*. BDO's determination to be involved with high technology enterprises is demonstrated by work for the *Institute of New Technologies*, while experience with foreign capital investment has been highlighted by their work for *Kraft Suchard Jacobs*.

## BDO and the economics of
# CENTRAL & SOUTH AMERICA



Many countries in the region continued to suffer, in varying degrees, from the recession brought about by the Asian economic crisis of '98. Most, however, are anticipating a good rate of recovery in the year 2000, particularly in the export market. Of the many important BDO client successes in the region during 1999 a number were the result of strategic alliances established between member firms in different countries.

### South of the region

In Argentina where inflation has remained low for more than a decade, the new government (elected in mid December 1999) is implementing far-reaching tax reforms and substantial reductions in government spending. **BDO Argentina** has grown considerably in the last three years, and are continuing to develop their banking and financial services division. This member firm, in a joint venture with DFC SA Spain, was engaged by the small and medium enterprises (SME) *Secretariat of the Argentine Government* to manage PYMES, an SME project.

During 1999, BDO Argentina formed an alliance with *Compaq*, *Microsoft* and SAP to launch a new product. Designed for SME's, **BDO Integral** is a ready to use hardware, software and SAP R/3 system.

In Bolivia, the flow of foreign investment to capitalised companies contributed to a substantial growth in communications, electricity and hydrocarbon. **BDO Bolivia** anticipate moving into new consultancy areas, while at the same time increasing services to their existing client base.

CONFIDENTIAL

Economic improvement is forecast in Brazil. where recently the Brazilian member firm has been carrying out joint consulting assignments with BDO Argentina and BDO Peru **BDO Brazil** are implementing an intensive services development programme. and anticipate a significant gross revenue increase in 2000 They have developed several new technology alliances The firm has considerable banking expertise. and has worked with all 6000 branches of the *Banco do Brasil* as well as other major banks throughout the region. It has also assisted BDO Peru s consultants in the development of their Banking and Financial Services division Furthermore. a cooperation scheme between the three offices in Argentina. Brazil and Peru. enabled the creation of the region's Intranet. **BDO Intelligence**. an important source of information throughout the Latin American region



The growth rate in Chile has been severely affected by international economic conditions. as well as by the country's widespread drought. An increasingly diversified economy. and strengthened ties with international buyers and suppliers indicate an upturn in 2000. however **BDO Chile** intends to increase its activity in line with the anticipated recovery. and looks forward to capitalising on BDO's international network. particularly with regard to foreign investment in Chile. In 1999. This recently appointed member firm became an advisor to *Oracle Financial*. assisting in the establishment of administrative and financing systems

Major changes in consultancy services mean that **BDO Peru** will be concentrating more and more in this area. They formed alliances during the year with *Oracle*. *Baan* (software) and *Hewlett Packard* (hardware). for

IT solutions. In Uruguay where the recession seems to be coming to an end a modest growth is predicted for next year **BDO Uruguay** will concentrate on maintaining their existing services but will also start to develop new products especially in consulting

### North of the region

**BDO Colombia** continue to consolidate their position as the consulting and audit leader in the health and social security sector The firm was responsible for the prestigious and highly complex audit for the country's national health service. the *Caja Nacional de Previsión* (CAIANAL) It also carried out important accounting and outsourcing assignments for *Microsystems de Colombia SA* and *D.L. Computer Corporation*

Although Ecuador went through a deep recession in 1999. **BDO Ecuador** has achieved a great deal. and it was here that regional collaboration led to the winning of an important international assignment The *Ecuadorian Deposit Guarantee* agency invited four international accounting firms. and BDO. to tender for the audit of Ecuador s four international banks Assistance from BDO Argentina and BDO Brazil ensured that the proposals were complete in record time As only two assignments could be awarded to any one firm it was the audit of the two largest banks. ABN *Amro* and *Citibank*. that went to BDO Partners and banking specialists from Argentina and Brazil joined those in Ecuador. and the audit was completed within just ten days. a remarkable achievement and excellent example of the benefits of combining the expertise of member firms BDO Ecuador are also working in the public sector developing strategies for the reorganisation of the *Ministry of Labour and Social Action*

Guatemala faces some uncertainty due to external factors such as the decrease on export rates and foreign investment Nevertheless **BDO Guatemala** have increased their client base due to its service quality and on-line consultation services. such as *Procurador en Línea* launched in 1999 In Venezuela. the recently elected government is working to surmount the effect of the recent floods. and to reactivate the country s economy through *Programa Bolivar 2000* **BDO Venezuela**'s achievements include the development and implementation of effective tax planning techniques and joint consulting projects with BDO Brazil the two member firms worked together to develop consultancy strategies for the *Banco do Brasil* in Venezuela

CONFIDENTIAL

BDO and the economics of

# NORTH AMERICA & the CARIBBEAN



North American businesses today operate in a fast changing and dynamic environment that presents greater opportunities than ever before, particularly for professional services firms. BDO has a strong presence throughout North America, and there follows an outline of some of the member firms' activities in the region.

### Canada

The Canadian economy finished strongly at the end of 1999, after a decade of massive restructuring. The economic improvement can in part be attributed to the turnaround in commodity prices. While there is much talk about the new economy and the information age, Canada remains highly dependent on the production and export of natural resources. In addition, communications and business services, transportation equipment, electrical and electronic equipment and services all boosted the economy.

ISO Consulting is an area where **BDO Canada** has taken a big step. In 1999, the Windsor office became the first office of a national accounting and consulting firm to become ISO certified in Canada, with the Hamilton office quick to follow. This is a distinct achievement, as ISO is nowhere near as prevalent as it is in Europe. The firm predominately serves growing small and medium-sized entrepreneurial business many of whom must receive some form of ISO certification in the near future. In order for BDO to truly understand the process it was

important to do it themselves first and lead by example. Economic growth in Canada has traditionally been led by organisations in the small to mid-sized market segment – idea for the member firm, which is nonetheless in the process of re-organising itself internally in order to focus on the expanding needs of its clients. Communications and technology are two of the fastest evolving areas of business in Canada, and in recognition of this fact, BDO have struck strategic alliances with several organisations locally and nationally, to provide their clients with access to specialised solution providers.

BDO Canada welcomed several new offices and partnerships into the fold in 1999, which brought them added strength. Much of its business continues to come from auditing and accounting services, and the firm is slowly building its management consulting, expanding areas such as IT, litigation, forensic accounting and business valuations and improvement. The firm is working closely with BDO in the US on several fronts including ongoing projects in the public companies and healthcare consulting areas. This is a trend that with the expanding reach of technology is reflected in the operations of BDO firms world wide.

### United States of America

The US is currently experiencing its longest period of positive economic expansion since the early 1960's. The continuous growth from February 1961 until December 1969 has not been surpassed until now. December 1999 continued the unbroken month on month economic growth that began in March 1991. This year the BDO US member firm too experienced its third consecutive year of strong growth, and is confident of achieving double digit expansion again in 2000. Their business and technology solutions (BTS) and tax practices are particularly strong, while audit services still account for a high percentage of total billings. Dedicated to maximising the wealth of growing businesses and the people behind them **BDO USA** currently serve clients through more than 40 offices and 60 alliance firm locations across the country. When the BTS practice teamed up with the Service Group of the FSC *Securities Corporation*, it helped them to reach a solution in the processing of customer enquiries. BDO's consulting team installed a customer inquiry system for the company's customer service analysts, which enabled FSC to realise a tangible return on their investment more rapidly than was previously thought possible.

CONFIDENTIAL

## Mexico

The country began to see the first positive signs of economic recovery (after 1994's collapse) in 1996, and prospects for 2000 are upbeat. The resultant improved economy together with client growth and the acquisition of substantial new clients in the communications, food, and financial sectors mean that **BDO Mexico** have grown 30% in real terms during each of the last three years

Listed on the Mexican Stock Exchange *Jugos Del Valle* is the second-largest manufacturer of juices and fruit beverages in Mexico. BDO currently serves *Jugos del Valle* not only in Mexico but also in the United States, Puerto Rico, Brazil and Costa Rica. Another important client is entertainment company ECE which brings together the four world players in the themed restaurant-cum-store industry *Hard Rock Café, Planet Hollywood, Official All-Star Café* and *Rainforest Café*. The Mexican company has an aggressive growth plan for Central and South America, the Caribbean and Spain *Maxcom*, which started operations in April 1999 is the first company to offer an option in local telephone services in Mexico City and has opened up the telecommunications sector. Amongst *Maxcom*'s shareholders are the Aguirre family, a BDO client for 33 years

## The Bahamas

These islands enjoy the third highest per capita income among independent states in the western hemisphere (after the United States and Canada) - and things are continuing to get better. Economic growth in 1999 was high, a fact that can be put down to the significant increase in tourism, together with continued strength in construction and financial services. **BDO Bahamas** continued to build on their previous successes in the public sector. For a number of years the firm has provided audit and consultancy services to the *Broadcasting Corporation of the Bahamas*, and the *Paradise Island Bridge Authority* Additionally, 1999 saw a successful bid against other accounting firms to win contracts for the audits of the *Bahamas Water & Sewerage Corporation* and the *Hotel Corporation of the Bahamas*, both of whom play a vital role in the economic infrastructure of the country In the private sector, the firm's significant gains included the audits of *Systems Resource Group Limited* (one of the two main Internet service providers), and the local franchise of *Planet Hollywood*, which was won with the assistance of the *Central Bank of the Bahamas* appointed BDO as joint auditors for the 3 years commencing 1 January 2000 This prestigious appointment enhances BDO's reputation within the country's financial community and recognises their expertise in the financial sector.

# BDO and the economics of
# WESTERN EUROPE



BDO has its roots in Europe and the region continues to be one of the firm's strongest performers Here we examine the economic situation in a few Western European countries, and look at what BDO member firms are doing in relation to that background

## France.

Investment by manufacturers and service companies is scheduled to show good growth next year, due to increased purchasing power and the positive impact of the euro Professional accounting firms can expect to consolidate and enlarge their position and the international wave of mergers and acquisitions will present good opportunities for **BDO France**'s corporate finance specialists The member firm's corporate finance department has been advising IT company Alti throughout its introduction to the new French market, and in particular helped them with a fund raising operation BDO France have been appointed accountants and advisors to the Paris section of the *Croix-Rouge Française* (French Red Cross), which is a significant development in the non-profit sector

## Germany.

Here, the macro-economic situation was influenced by increased export activity to the US and Far East during 1999 and good economic growth is forecast for 2000 and 2001 As in previous years **BDO Germany**'s client base is made up of recurring assignments from firms with international reputations such as *Schering, Beiersdorf*, MAN and *Karstadt* However characteristic of the last fiscal year were various prestigious non-

CONFIDENTIAL

recurring assignments. which served to increase BDO's brand recognition and reputation. These included an international valuation project in connection with the *Hoechst Rhône Poulenc* merger. as well as assignments as merger auditors to VIAG and VEBA. and RWE and VEW (leading German electricity suppliers) The firm also conducted special investigations into *Deutsche Telekom* AG. and *HypoVereinsbank*. the country's number two financial institution.

### The Netherlands.

Forecasts for 2000 are good. with the main constraint on growth being a shortage of employees. which is affecting all sectors. including accountancy. However. new companies are constantly being launched. particularly in the areas of consultancy. IT and e-commerce. and the burgeoning European market offers excellent opportunities for small to medium enterprises (SME s) throughout the region The merger in late 1999 of **BDO Netherlands** with Walgemoed. to form the country's largest accountancy firm dedicated to medium-sized companies. is therefore exceptionally well placed

When the high-profile environmental protection organisation. *Staatsbosbeheer*. left the *Ministry of Agriculture and Fishing* in order to become independent. BDO Netherlands developed their new book keeping system. and offered subsequent guidance in the work place. BDO corporate finance acted as supervisors and consultants in the merger of three call centre companies. to form *Het Callcenter Netwerk* (HCN). and now advise the new enterprise on strategy implementation. The member firm also provided accounting services to the *Ministry of Housing. Town & Country Planning and the Environment* (SCG). and *Blue Fox Enterprises*

### Portugal

Portuguese is also the official language in Angola. Mozambique. Guinea-Bissau. the Cape Verde Islands and São Tomé e Príncipe. and **BDO Portugal** render professional services to all these countries through their offices in Lisboa. Porto. Praia and Maputo. Portugal's economy today is typical of a mainstream European country. with output dominated by the services sector. industry. and agriculture Analysts predict that Portugal's business future lies in technology-



based services such as call centres software development and Internet design

During the last financial year BDO Portugal were appointed by INGA (Instituto Nacional de Intervenção e Garantia Agrícola) the state-owned institute for the management of EU funds designated for the support of farmers The member firm also worked together with BDO Chicago on major non-life insurance company the Império Group s 4 million share IPO (Initial Private Offering) and provided valuable assistance when the NUTASA Group acquired Portuguese companies IBEROL Cerial and Corisul

### Spain

In the buoyant economic Spanish market **BDO Spain** s presence was further strengthened by the full merger of its Madrid and Barcelona offices

### United Kingdom

As we go into 2000. the economy of the United Kingdom is in the best condition it has been for more than a decade Results from the BDO Monthly Business Trends Indices (December 1999) show that businesses remain confident about UK economic prospects. and are encouraged by high levels of consumer spending UK accountancy firms are facing a decline in audit work and an increase in consultancy and e-Business issues The latter - both the greatest threat and opportunity to the economy - is rapidly changing the way in which small and medium sized companies operate **BDO UK** are therefore looking to provide a complete solution for the e-Business and e-Commerce issues their clients are facing The new strategic alliance between the member firm and *Oracle Corporation UK Ltd* will target this developing marketplace. and apply Oracle technology and innovations to the needs of entrepreneurial businesses

BDO UK assisted multi-media games market leader *The Electronics Boutique* in the acquisition of GAME plc. another BDO client The deal took the total of the joint company's retail outlets to more than 300 across the UK Two of the country's highest profile individuals are also BDO clients the firm is proud to offer expert tax advice and business accounting services to *Robbie Williams*. the music artist. and to act as auditors for *Lord Foster of Thamesbank*. who in 1999 was awarded the Laureate of Pritzker Architecture Prize

CONFIDENTIAL

# Highlights of the operating year 1999

## October 1998

Setting in motion what was to be a record year for mergers and acquisitions for BDO all over the world, the Belgian member firm announced a merger with Fudiciaire I Van Breda and Co. The new firm, BDO Van Breda, is based in Antwerp, and has made the Antwerp office BDO's largest in Belgium with more than 65 staff The merger has increased the Belgian firm's total fee income by 40%



## November 1998

Our member firm in Germany was named merger accountant to Hoechst/Rhône Poulenc Indicative of the move towards concentration in the life sciences area world wide, this is an important alliance and a prestigious appointment for the member firm. Their other major merger assignments this year included VIAG/Alusuisse, again in the chemical industry, ERGO/Hamburg Mannheimer in the insurance area and, of course, Daimler-Chrysler

## December 1998

On the first of the month BDO CampsObers in the Netherlands welcomed its 1000th employee, Jacqueline de Kievit This was an important milestone in the history of the firm, which was founded over 60 years ago, and whose turnover in 1998 had for the first time surpassed the 160 million guilder mark (US$ 82 million)

## January 1999

The mergers continued apace, with our Canadian member firm merging four firms as of 1 January, including the prestigious Moore Stephens Hyde Houghton These added a total of 31 partners and around 150 staff in key locations throughout Canada among which were the cities of Lethbridge, Kincardine and Wingham where BDO had not previously been represented Later in the year the Canadian member firm celebrated two further mergers at their Vancouver and Winnipeg offices

BDO was pleased to welcome on board a new member firm in Romania The Conti Audit Group, with offices in Bucharest, Braila Brasov and Constanta brings another 6 partners and 23 staff to BDO's ever-increasing presence in Eastern Europe

## February 1999



BDO Seidman LLP in the USA launched its own Intranet

One of the most effective communications vehicles in any workplace, it forms a direct link to the firm's Center for Information Management, its business lines, and the Internet itself Always up to date, the intranet will remain perpetually under construction, with revisions being made almost daily

The Policy Board held its Spring meeting in Istanbul this year in the splendid Ciragan Palace Hotel on the Bosphorus. The attendees also visited BDO's Turkish member firm's offices, for a presentation by the partners there



## March 1999

With Spring came another important merger in the UK this time Effective 1 March. BDO Stoy Hayward joined forces with Moores Rowland bringing ten offices 62 partners and 450 staff into the BDO fold BDO in the UK is now the largest accounting and consulting partnership outside the big five

## April 1999

Eight months ahead of time this was an important month for BDO's Y2K Taskforce Formed one year earlier in order to ensure Year 2000 readiness throughout the BDO network, April brought news that a high percentage of potential problems had already been identified and were well on their way to being resolved The Taskforce has done a great job both in raising awareness of the issue and in responding to concerns Taskforce chairman Keith Vance commented that This initiative really shows our ability to unite and work together as one cohesive unit

## May 1999



BDO visibly participated in Italy's Mille Miglia – the ultimate classic car race - in early May, when BDO Netherlands sponsored Etienne Veen in his 1927 Mercedes Benz Festooned with the BDO logo, the car finished 126th out of more than 350 entries More a contest of skill than of speed Veen commented that To participate at all is as good as winning

CONFIDENTIAL

The second annual BDO Francophone Countries meeting co-hosted by the Moroccan member firm and BDO Gendrot, was held in Marrakech at the beginning of the month Reinforcing the professional and personal relationships between BDO's French speaking members the event was attended by partners from Belgium France, Romania, Senegal, Switzerland and Tunisia



The Third Latin American Conference, attended by 48 regional International Liaison Partners and Managing Partners, as well as representatives from Europe was held from 23 to 26 May in Cartagena de Indias, in Colombia A packed agenda ensured a lively and informative meeting, which included such presentations as 'Advances in BDO Technology, Communications & Marketing (Cecil Fleming), and 'BDO Hemispheric News' (Dr Silvio Becheri In the free time available the delegates and their spouses enjoyed legendary Latin American hospitality including an evening sail on a pirate ship, courtesy of a client of BDO Colombia

### June 1999

June saw the Luxembourg member firm celebrating its 25th anniversary with a reception at the Hotel Intercontinental Attended by BDO representatives from all over Europe the jubilee speech was delivered by Chairman of the Council Hans-Heinrich Otte

The traditional BDO Gendrot Garden Party took place in Paris.

while the first Reseau BDO Gendrot Congress was held in Beaune earlier in the month Mergers with Sofintex in Paris and legal advice firm Naepels & Associes together with the addition of accounting and auditing practice AUREC to the BDO Gendrot Alliance mean that BDO in France now numbers 77 partners and 773 staff

### July 1999

BDO member firms in Madrid and Barcelona further consolidated their position in Spain with a merger The new combined firm made up of 12 partners and 250 professional staff, is called BDO Audiberia.

Still another merger in Israel when Yaffe, Biram, Birashi & Co joined our new Israeli firm With BDO staff now totalling more than 30 in Jerusalem, the firm's expertise is in real estate and hotel work

Very good news, meanwhile, from Pakistan, where Ebrahim Dahodwala was nominated as Chairman of the Corporate Governance Committee of the Institute of Chartered Accountants of Pakistan Ebrahim is BDO Pakistan's ILP and this is a very prestigious appointment for both him and the firm

### August 1999

From Chile came the announcement that CGA Auditcorp in Santiago would be joining BDO BDO CGA Auditcorp is a full-service accounting, auditing consulting legal and tax advisory firm with 5 partners and 28 staff

BDO in the United Arab Emirates also announced its important merger with chartered accountants Al Saleh & Co. The combined firm numbers 8 partners and 26 staff and has offices in Dubai Abu Dhabi Sharjah, Ras Al Khaimah and the Jebel Ali free zone

Still in the Middle East BDO in Saudi Arabia opened a new office in Doha capital of the Gulf state of Qatar

In Ireland BDO Simpson Xavier partner Ronan King was appointed a director of the organising committee for the Special Olympics The Summer Games of this major sporting event for mentally and physically handicapped athletes will take place in Ireland in 2003

### September 1999

BDO took its first step into the Baltic States with the signing of a member firm agreement in Estonia With the main office in Tallinn and a branch in Tartu BDO Eesti AS has particular expertise in manufacturing trade and finance The new firm has 3 partners and 15 staff



BDO's logo was carried across the world from England to Australia, on a helicopter Speed Couriers, clients of BDO in Hatfield UK, set out on a record breaking journey in a Robinson R44 single engine piston helicopter BDO had agreed to assist them on their route with any problems they might encounter at a local level and in return the helicopter was emblazoned with the BDO logo

BDO's world wide results for the year ending 30 September 1999 were impressive a 10% growth in fee income to US$1.763 million, while staff totals in our 532 offices rose to 18 515 Mergers continue to play in important part in the network's growth, and as number 6 in the world we are often approached by partners from other networks

CONFIDENTIAL

BV01563

# Acknowledgements

**BDO would like to thank all the clients, partners and staff world wide who contributed to this year's Annual Report.**

### Photography
Cover photo/Contents page; Pages 2, 6 and 8. Courtesy of Benelux Press, Brussels
Page 3. Chairman of the Policy Board. Courtesy of BDO Stoy Hayward, London
Page 7. Hans-Heinrich Otte; Paul van Elten. With thanks to BDO Eesti AS, Estonia
Page 9. Petronas Twin Towers, Kuala Lumpur. Courtesy of Keng Wah Chan, BDO Malaysia
Page 10. Tomb of Mohammed bin Ali, Oman. Digital Imagery® Copyright 1999 PhotoDisc, Inc
Page 11. Augrabies Waterfall, South Africa. Courtesy of Abel Myburgh, BDO Johannesburg
Page 12. Prague. Courtesy of Benelux Press.
Page 13. Easter Island, Chile. Courtesy of Benelux Press.
Page 14. Cuzco, Peru. Digital Imagery® Copyright 1999 PhotoDisc, Inc.
Page 15. Downtown Chicago. Digital Imagery® Copyright 1999 PhotoDisc, Inc
Page 16. Reichstag (& new Kuppel), Berlin. Courtesy of F Heinze von Hippel Film + Bild-Produktions und Kopier KG, Berlin.
Page 17. Amsterdam tram. Digital Imagery® Copyright 1999 PhotoDisc, Inc.
Page 18. Belgian Partners. With thanks to BDO Belgium.
Etienne Veen, Mille Miglia 1999. With thanks to Marketing Dept., BDO CampsObers.
Infonet. Courtesy of BDO Seidman LLP, New York.
Policy Board Meeting. With thanks to BDO in Istanbul.
Page 19. Third Latin American Conference. With thanks to BDO audit AGE, Bogotà
Speed Couriers helicopter. With thanks to BDO Stoy Hayward, London.

### Editor & Coordinator
Julia Henniker-Heaton.
BDO International, Brussels.

### Pre-Press & Printing
Antilope Printing nv, Lier, Belgium.

For further information about BDO or any of its member firms, please contact either the BDO member firm, or the International Office:

**BDO International B.V.**
Boulevard de la Woluwe 60
1200 Brussels
Belgium.

Telephone: +32 2 778 01 30
Fax: + 32 2 771 44 43
e-mail: bdo-intl@bdo-intl.com

Or visit the BDO web site:
http://www.bdo-international.com

© Copyright February 2000, BDO International B.V., Amsterdam

This report was printed on environmentally-friendly Satimat paper, whitened without the use of chlorine or chlorine compounds.

20

CONFIDENTIAL



*Annual Report 2000*

**BDO**
BDO International
Accountants & Consultants

BV  01708

Confidential

Def. BDO International's
Exhibit No.  5016
Filed: January 16  A.D. 2007
Case No. 04-14009 CA 31
Harvey Ruvin, Clerk of Courts



EXHIBIT
B

tabbies



# BDO ANNUAL REPORT 2000

BDO world wide network ............................... 2

Introductory messages .................................. 3

BDO International ........................................ 4-5

Key figures ................................................. 6-7

Key Personnel ............................................. 8-9

Network Review ......................................... 10-15

Growth ...................................................... 10

Merger activity ........................................... 10

Focus on BDO New Markets ........................ 11

Major assignments ...................................... 12

Focus on the BDO Seidman Alliance ............ 13

Hi-tech BDO ............................................... 14

Focus on BDO Czech Republic ..................... 15

BV 01709

Confidential

# BDO WORLD WIDE NETWORK
(as at 1 January 2001)



| | | |
|---|---|---|
| Argentina | Indonesia | Panama |
| Australia | Ireland | Paraguay |
| Austria | Isle of Man | Peru |
| Bahamas | Israel | Philippines |
| Belgium | Italy | Poland |
| Bolivia | Jamaica | Portugal |
| Botswana | Japan | Qatar |
| Brazil | Jersey | Romania |
| British Virgin Islands | Jordan | Russia |
| Bulgaria | Kazakhstan | St Kitts & Nevis |
| Canada | Kenya | Saudi Arabia |
| Cape Verde | Korea | Senegal |
| Chile | Kuwait | Singapore |
| People's Republic of China | Latvia | Slovak Republic |
| Colombia | Lebanon | South Africa |
| Cyprus | Liechtenstein | Spain |
| Czech Republic | Luxembourg | Sri Lanka |
| Denmark | Macao | Sweden |
| Ecuador | Malaysia | Switzerland |
| Egypt | Malta | Taiwan |
| Estonia | Mauritius | Thailand |
| Fiji | Mexico | Tunisia |
| Finland | Morocco | Turkey |
| France | Mozambique | Turkmenistan |
| Germany | Namibia | Ukraine |
| Gibraltar | Netherlands | United Arab Emirates |
| Greece | Netherlands Antilles | United Kingdom |
| Guatemala | New Zealand | United States of America |
| Guernsey | Nigeria | Uruguay |
| Hong Kong | Norway | Vanuatu |
| Hungary | Oman | Venezuela |
| India | Pakistan | Zimbabwe |

# FROM OUR CHAIRMEN

When the magic year 2000 arrived, expectations were high.

In business it was expected that the Internet effect would be unstoppable. The financial world concentrated more and more on this 'new economy'. Many IPOs were announced for Internet start ups, whereby the estimated value of these companies showed no correlation with their actual financial situation. Heavy good investment for the future. Investors were seen as a practically queuing up to participate.

In actual fact, the year 2000 brought a new realism. IPOs were postponed and investors were left to nurse their wounds. The new economy still exists but a healthy scepticism has grown up towards the fantastic prospects proposed. The 'old economy' has been restored with honour and a kind of equilibrium has arisen. Furthermore, we are seeing companies of the old economy incorporating the new economy more and more.

As far as the accounting profession is concerned, new life was blown into the discussion of independence. Led by the SEC in the USA, there is now renewed attention from regulating bodies world wide for this issue. This will undoubtedly lead to the issue of further regulations. It is my view that the profession's position will be additionally secured; it is a development that should be welcomed.

In this turbulent world, BDO itself was further strengthened. There was an increase in referral volumes and many member firms grew, both organically and through mergers and takeovers. After 37 years BDO continues to be a healthy and vital organisation, and this became apparent at the highly successful Biennial Conference in Dresden.

Naturally, BDO has an eye for the future - the organisation will also have to assimilate new developments. The international network will be strengthened still more, both through the acquisition of new member firms and through the development and growth of existing firms. The key is a more intense international cooperation, and initiatives will be developed to reinforce the network.

Thinking ahead to the year 2001, I have faith in the fact that BDO will consolidate both its position and its reputation internationally. This faith lies mostly in the vision, enthusiasm and strength of our member firms, which I am fortunate to witness time and time again.

**Ton Bangelsak**
*Chairman of the Policy Board*

It is an organisation's unique qualities which make it what it is. At BDO all our partners and staff are in possession of certain key attributes. These, the 'seven E's', are Energy, Enthusiasm, Example, Excellence, Elegance, Empathy and Excitement.

It is my belief that these particular qualities will ensure that BDO is as successful in this century as in the last. They will guarantee that we at BDO International continue.

To grow our capabilities, including our services, our member firms, our national and our international business.

To strengthen our relationship with our clients. BDO's personal touch is legendary and we constantly provide the highest quality professional service.

To ensure that we consistently provide the highest quality professional services.

To master all available methods of communication, from e-mails to e-commerce, and beyond.

To prepare the next generation through the ongoing transference of our knowledge and expertise.

At the start of the new millennium, BDO is number 1 in its chosen marketplace, and I have no doubt that it will continue to remain there.

**Hans-Heinrich Otte**
*Chairman of the Council*

BV 01710

# BDO INTERNATIONAL



BDO International is one of the leading multinational accounting and consulting organisations. We are a world wide network of professional firms serving global and national businesses, and lead the market in advising growth oriented, owner-managed businesses. We are the only major business advisory organisation that specialises in entrepreneurial businesses, regardless of size or age.

*Entrepreneurial specialists*

BDO is well known for its close involvement with its clients, and is committed to total client service. We take pride in our client's successes, and we do not shy away from committing to meet their individual needs. We work hard to understand their businesses and take an active role in helping them to succeed. Our reputation derives from consistently offering imaginative and objective advice.

*Global vision with a local emphasis*

BDO combines international expertise with the best available local business and advisory services. Our special skills lie in combining local knowledge and experience with an understanding of the international context. This ensures a common world wide approach and focus, and a service that is second to none.

*Personal, professional service.*



# SERVICES



The wide range of professional services that we offer include the following:

**Audit and accounting.** BDO's personalised approach allows us to gain a thorough understanding of our client's businesses, and to find solutions to their potential problems. Because a BDO audit is backed up by experience and expertise, it lends credibility to a client's financial statements.

**Tax consulting.** BDO's experts work hard to minimise tax burdens and maximise tax incentives. We have particular expertise in advising overseas investors on international tax regulations and have even launched a web site dedicated to international tax planning (www.tax.co.uk).

**Management consulting.** BDO's management consultants are experienced professionals with specialist skills. With the advantage of an international business perspective, they offer cost-effective solutions and implementation assistance, particularly to growing businesses.

**Corporate finance.** BDO International network of corporate finance specialists advise on mergers and acquisitions, joint ventures, privatisation and capital financing, and undertake due diligence work.

**Corporate recovery and insolvency.** BDO's specialists can assess the viability of a business, and act as liquidators, administrators, receivers, trustees or monitors, where needed.




**Specialist services.** Working to provide solutions to our clients' unique problems, BDO's experts offer a wide range of specialist services including assurance, environmental audit and consulting, litigation support, arbitration and mediation, healthcare and captive insurance management, and other offshore services.



BV 01711



BV 01712

Confidential



The BDO Council, chaired by Hans-Heinrich Otte, our co-founder, is made up of representatives from every country in which we are represented, and performs a similar global role.

Cecil Fleming and Paul van Elten, Chief Executive Officer and International Secretary respectively of BDO International, are based in the International Office in Brussels. They are responsible for BDO's daily operations internationally, and for policy implementation. This includes overseeing all legal and administrative matters relating to the network's 96 member countries, and implementing international quality control and training programmes.

## KEY PEOPLE

BDO International's Policy Board upholds the organisation's commitment to superior quality and innovation. Currently chaired by Ton Ruigrok, the Board lends support and guidance to BDO member firms around the world.



Confidential

BV 01713

# NETWORK REVIEW

*Highlighting current trends and reporting on recent achievements in BDO's world wide organisation*



IBDO

## GROWTH

The year 2000 has been one of substantial growth for BDO, with global fee income showing a 14% rise, to Euro3,276 million, and still totals rising to 20,939.

## MERGER ACTIVITY

Mergers continue to play an important part in the growth of the BDO network. In fact it is true to say that BDO seems to be attracting them, particularly from those who have become disenchanted with other global organisations – we are often approached by firms from both larger and smaller establishments.

The merger of BDO with the SME practice of KPMG Eindhoven in the Netherlands is a case in point. At the time of the merger in January, KPMG's director there commented that "the continual rethinking by KPMG of its position in globalisation and internationalisation makes it hard to cut ourselves loose from them. BDO, on the other hand, allows us to a strong position amongst small and medium sized businesses, and moreover a culture where we really feel at home". Likewise, when BDO in the Netherlands merged with Walgemoed (formerly of Horwath International), forming the largest Dutch consultancy for mid-sized enterprises, CampsObers Chairman Ton Ruigrok made the point that "Large consultancy firms are becoming increasingly internationally managed and seem to be less concerned with the middle sector – to which BDO Walgemoed CampsObers is predominantly geared".

BDO's appeal to members of other international representations is equally valid where counting new member firms is concerned. In 2000 we added a further 7 countries to our network, taking the total to 95. The total number of BDO offices world wide now stands at an impressive 552. Joining the BDO network this year were Zanrock, Khaled & Co in Egypt (formerly Ernst & Young), InveskRiga in Latvia, Oyediran Faleye Oke & Co in Nigeria (formerly part of Coopers & Lybrand, prior to the PW merger: Burah Haihy & Co in Sri Lanka, Rubinsztein & Guillén in Paraguay; Kazakhstan/Audit in Kazakhstan, and Antonio Pereira & Esteves in Panama. Our first new member firm of the coming year, BDO Panama, (also part of Ernst & Young previously), will join us on 1 January 2001.







These shifts in the framework of the accounting industry are working towards our benefit elsewhere as well. In the UK, BDO Stoy Hayward reaped the rewards of their important merger with Moores Rowland International at the end of last year, which placed them an extra ten offices. The acquisition encountered (or more than half of the 26% increase in fee income that the firm announced for the year ended 31 March. Meanwhile, in Canada, mergers towards the end of 1999 with 4 firms, including offices of Moore Stephens and KPMG, gave BDO Dunwoody first-time representation in three new cities in 2000. Then, in November, the Canadian firm merged with Sill & Company a firm with a solid reputation and seven offices in Manitoba. Their Chief Executive Officer, Sam Andrew, commented that, as "... Our clients are expanding beyond our borders, BDO was the organisation best suited to our client base. It is a firm that recognises the unique local needs of entrepreneurial businesses, while providing regional, national and international support when our clients are ready to expand".

BDO Shlomo Ziv in Israel, in a series of moves calculated to establish their position as the country's fifth largest accounting firm, realised three mergers this year. The first, with Wolkowicz Adler man Creamy & Co, gave the firm an extra 9 domestic branches, and an Israeli desk in New York city. The second, with Landstein-Katona & Co, strengthened their geographical presence in the region of Beer-Sheva, in southern Israel, and the third was with Half & Halt, number seven in Israel. These mergers enable the firm to further enhance the array of services it offers to both existing and new customers.





At the beginning of the year, the culmination of a cooperation agreement between BDO in Luxembourg and Compagnie Fiduciaire was that the date of their merger was brought forward by some 10 months. The new Compagnie Fiduciaire was also awarded full BDO member firm status. The year ended with BDO Auckland in New Zealand achieving full important merger with Spicer and Oppenheim. The new firm is to be known as BDO Spicers, and is the headquarter of the New Zealand accounting firms. As both firms provide a wide range of accounting and advisory services, and both specialise in growing businesses, a combining of their operations in the rest of the country will follow shortly. Pre-2001 announcements came also from Switzerland, where the consultancy and audit company Hess Gränicher, Thornton (HGT) joined the BDO Visura group, and from the Netherlands, where the Maastricht-based accountancy and tax consultancy firm Alfers & Linbourg merged with BDO Walgemoed CampsObers.

## FOCUS ON BDO NEW MARKETS

A number of BDO member firms launched an important new venture in Europe towards the beginning of 2000. BDO New Markets (BDO NM) is a dedicated competence centre within BDO International that specialises in international assignments in Central and Eastern Europe and the countries of the former Soviet Union. BDO NM concentrates on providing expert advice to businesses with aspirations to grow and is establishing Business Support Centres and Incubators throughout the region. The company's core activities are strategic alliances, financial advisory services and raising finance.

Strategic alliances: As experienced corporate finance consultants, the firm is retained both by local companies seeking Western organisations as potential joint venture partners, and by Western organisations needing advice on acquisitions and joint ventures in Central and Eastern Europe.

11

BV 01714

**Financial advisory services.** BDO NM's many corporate finance assignments, combined with their extensive experience in a wide range of financial services, provided to both borrowers and lenders, adds up to an unequalled level of knowledge and competence. Furthermore, BDO NM provides Investment Advisory Services to both international and local financial institutions by means of public tender, which requires professional financial skills and local expertise.

Raising finances Project and acquisition finance are of the utmost importance in the transitional economies of Central and Eastern Europe. BDO NM advises companies on their expansion and diversification strategies in the region, and assists local companies in their search for external financial resources.

Some of the major assignments on which they are currently working are:

- The KZR project, in which BDO NM, together with our Ukrainian firm BDO Balance Audit, are advising the Ukrainian National Nuclear Electricity Generating Company over their granting of more than US$ 1.5 billion by the G7 countries as compensation for the closure of the Chernobyl Nuclear Power Station.

- The Municipal Utilities Development Programme, where they, together with the Romanian member firm BDO Conti Audit, are advising the European Bank for Reconstruction and Development (EBRD) on their US$ 80 million investment programme in the water utility sector in Romania.

- The Privatisation of the Latvian Shipping Company where BDO NM and BDO Invest-Riga, assigned by the World Bank, are the financial advisors to the Latvian Privatisation Agency.

- The set up of the International Navigproof Fund, providing growth finance to innovative SMEs in Russia.

Based in the Netherlands, under the management of Gerard Uijlendaal, the team is made up of dedicated and experienced consultants whose approach uses proven methodologies and international perspective ensure cost effective and well-balanced results. Their impressive, multi-lingual website, at www.bdo-newmarkets.com, contains further particulars.

### MAJOR ASSIGNMENTS

Every client is important to BDO, regardless of their activity or size, but at the same time we are proud that a number of BDO member firms were awarded very high profile assignments in the past year. These serve to raise our organisation's international professional standing, and reaffirm BDO's secure position on the world accountancy stage.

In Germany, following on from their prestigious role as merger accountants to DaimlerChrysler, VIAG/Aluskisse, Hoechst/Rhône Poulenc, and ERGO/Hamburg Mannheimer und Victoria Insurance in 1999, it was no surprise to find BDO Deutsche Warentreuhand AG involved in the acquisition of Mannesman by Vodafone Airtouch.

The German BDO firm was appointed to determine the fair market value, in accordance with German law, at which subsidiary company Orange should be sold to Vodafone. Working with BDO Stoy Hayward in the UK, they had also to determine the corresponding value at which part of Vodafone UK should be transferred to Mannesman.

Prior to the collapse of the merger talks, BDO Germany was also appointed, jointly with Ernst & Young, to carry out valuations of Deutsche Bank, Dresdner Bank and Commerzbank. Then, as a consequence of the merger between Bayerische Vereinsbank and Bayerische Hypotheken- und Wechselbank with



HypoVereinsbank, Munich, BDO Germany carried out a special audit concerning loans rendered from the former Bayerische Hypotheken- und Wechselbank AG to real estate developers. This audit revealed that the bank's financial statements had not reflected losses on these loans, which amounted to around DM 3.5 billion. In addition, BDO Germany jointly with PwC, evaluated the big German utility firms VEW and RWE, during the process of their merger.

In the USA, BDO Seidman, on behalf of barnes Lnoble.com, implemented what was then the

largest internet IPO in the history of Wall Street, raising approximately US$ 500 million.

In April, BDO's member firm in Spain were a hot on the heels of their assignment to prepare the technical report on the merger of the insurance giants AGF Union Fenix, and Allianz Ras Ackiona and US$ 3.9 billion. In addition, the independent experts in the merger of Grupo Picking Pack (GPP) and Ola internet Group (Ola). BDO Audbella Auditores were assigned the valuation of the Ola group in preparation for the merger.

### FOCUS ON THE BDO SEIDMAN ALLIANCE

One of the most significant developments in BDO's US member firm in recent years has been the BDO Seidman Alliance. This was created in January 1994. In order to give the firm wider coverage within the USA, and a partner from BDO New York, James Hannon, was appointed Executive Director of Alliance Services. The aim was to be able to expand into those areas where there was no BDO clients and business opportunities, for the Alliance where there was no BDO presence.

By the year 2000, these objectives had been more than accomplished, with the Alliance proving very successful and profitable for both BDO Seidman, LLP and its Alliance Partners. In January 2000, the Alliance management team decided that the Alliance could be used not only to provide greater coverage, but also as an Alternative Distribution Channel (ADC). In other words, they began to use the Alliance as an expansion of their existing distribution channels, for the dissemination of BDO's products and services and, through training and expertise, its methodology.

An ADC initiative created, charged with expanding the ADC at existing Alliance locations and, importantly, at BDO locations where there was no previous Alliance presence. In January 2000, the Alliance members using BDO resources, and vice versa. The firm provided monetary revenue-sharing incentives to both BDO and Alliance offices, significant participation in which has led to a sizeable expansion of the combined distribution channels. As a result, a host of domestic and international transactions have taken place, and millions of dollars of new engagements have been obtained.

At the end of 2000, the BDO Seidman Alliance had 62 firms in 95 cities, with 420 partners, and total personnel of 2,645, generating an estimated net accrual fee income of US$ 79 million. The intention is to at least double the number of Alliance firms by the end of 2001. Furthermore, through the important ADC expansion initiative, BDO has enhanced its resources and deliverables, and strengthened its services. Alliance and BDO offices can now tap into an almost limitless depth of resources in order to anticipate - and meet - their client needs.

12

13

Confidential

BV 01715

## HI-TECH BDO

The Internet has transformed the way we do business, and no one is more aware of this than the partners and staff at BDO, who appreciate that a fast-changing world requires a flexible, and above all informed approach. We continue to invest in superior technology and to ensure that BDO personnel are at the cutting edge of IT and accounting developments world wide.

It is logical, therefore, that a number of BDO's member firms have made strategic IT alliances in the past year. BDO Dunwoody in Canada, for example, linked up with leading international telecommunications firm Watson & Associates in order to launch a telecommunications consulting practice. BDO Watson offers Canada's medium-sized businesses the sort of expertise that was previously available only to large corporations. The firm will assist clients in the identification and implementation of the most appropriate and cost-effective telecommunications systems for their needs.

In February, BDO Stoy Hayward in the UK announced their alliance with e-business market leaders, the Oracle Corporation. The joint initiative is focusing on e-business start-ups and growing businesses, and enables the firm to deliver complete e-business solutions. The two firms went on, in December, to launch ReGeneration together, an advisory and risk management service for e-business investors.



In a ground-breaking initiative, the International Tax Steering Committee launched an international tax planning web site, www.bdotax.co.uk. The first of its kind, this exclusive site offers an exceptional new service. As well as containing all BDO's international tax publications in downloadable format, BDO Imax can help its visitors to determine whether their company might be exposed to foreign tax liabilities as a result of their transactions with foreign businesses.



In Brazil, BDO Directa Auditores have launched two new Internal web sites, connected to the region's BDO Latin America Intranet: BDO Consulting Latin America, and BDO Health Care. Both sites have been developed in order to integrate information from the Latin American offices, and to share data and experience. Meanwhile, Bechar Lichtenstein y Asociados in Argentina have acquired a highly regarded consulting practice, whose services include Internet/Intranet and e-commerce developent.

14



In the USA, BDO Seidman found their Business and Technology Solutions practice so successful that they spun it off into a separate legal entity, Waveband Solutions. As a separate unit, Waveband has the autonomy and flexibility to respond more effectively to the growing demand for end to end e-business solutions.

Last but not least, the International Office re-launched the BDO International web site, which is found at www.bdo-international.com. A new International Intranet, which will greatly facilitate the dissemination of essential data to all BDO Member Firms, is to launch early in the new year. With yet more fees at their fingertips, BDO partners and staff will be able to offer their clients an even greater integrated global service.



## FOCUS ON CZECH REPUBLIC

BDO's member firm in the Czech Republic, BDO CS s.r.o., occupies what is probably the organisation's most hi-tech building. Shortlisted in 2000 for the county's most prestigious architectural award, this 'administrative villa', designed by the renowned Czech architect Josef Pleskot, is located in a fast-evolving business district just ten minutes from the centre of Prague, with excellent transport connections. Thoroughly modern, the building respects its partly-residential surroundings, while its slightly irregular curves give it a welcome warmth and intimacy.



Internally, the construction concept is deceptively straightforward, featuring large areas of open-plan office space and an off-centre service core. Flexibility is of prime importance. In order to provide for future expansion, BDO in the Czech Republic has grown remarkably since its establishment in 1992, when the company's successful entry into a difficult market was marked by a rapid increase in staff. Their new clients quickly came to see the quality services that they provided as the BDO hallmark, and word spread fast. That the company will continue to grow is a certainty.

15

Confidential

BV 01717

The manner in which BDO CS s.r.o. is occupying the building is similarly forward-looking as, in order to maximise workspace efficiency, they have adopted a 'hot-desking' system. The principle is simple: with the increasing use of electronic data storage, and considerable time spent off-site at client premises, employees have no need for individual desks. Thus each member of staff has been allocated a mobile container that can be placed next to any of the available workstations for working, then locked and 'parked' elsewhere when away from the office.



Partners occupy small glazed modules around the edge of the building, more of which can be added as the firm expands. Client confidentiality is ensured by receiving visitors in comfortable soundproofed meeting rooms on the ground floor, or in the dedicated conference facilities on the top floor. Accidental access by visitors is prevented by a state of the art security system, based on pass keys.

The advantages of the hot-desking system are many. The breakdown of isolated, task-specific groups means an orientation towards teamwork. Staff become more aware of the range of skills that can be made available to their clients, and communication between different parts of the company is improved. There is also a closer interaction between partners and staff, ensuring a hands-on approach to solving client problems at all times.

BDO's prestigious new office is a statement of professional reliability in a fast changing world. Like the company itself, it defines new directions, whilst remaining adaptable.

Acknowledgements
Photography
Courtesy of Nicolas Press/Calcos Vision:
e-business (Cont. p.1, p.14)
World map (p.2)
Courtesy of Digital Imagery© copyright 2001 Photodisc, Inc
Two businessmen, by Ricky Fink (p.4)
Business meeting, by Janet Paskol (p.4)
Waking through an office, by Antonio Mo (p.5)
Business meeting, by Ryan Morey (p.5)
Traffic, NYC, by Edmond van Hoorick (p.11)

© BDO International B.V., Amsterdam. February 2001.

Editing and design
Luke Frensham-Mason, BDO International, Brussels
Printing
Antiloce Printing nv, Lint, Belgium
Further Information:
waddy.beer@bdonl.com.int.co.za
BDO International
Boulevard de la Woluwe 60
1200 Brussels, Belgium
Tel: +32 2 778 01 30; Fax: +32 2 771 44 43
e-mail: bdo.int@bdo.int.co.za
Our thanks to all those in BDO world wide who contributed to this year's Annual Report.

16



BV 01702

Confidential

Def. BDO International's
Exhibit No.  5015
Filed: January 16  A.D. 2007
Case No. 04-14009 CA 31
Harvey Ruvin, Clerk of Courts

EXHIBIT
C



# INTRODUCTION

Welcome to the BDO International Annual Report 2001.

The following pages will give you an insight into our mission and philosophy at a glance. The organisation's current global finances are also detailed, and BDO's world wide operations summarised.

BDO International continued to grow in the year 2001. We welcomed new member firms in Algeria, Jamaica, Vietnam and Zambia, and were pleased to record a 9.6% rise (in US$) in global fee income. These results are particularly welcome in view of the uncertain business environment that prevailed in 2001. It was not an easy year for companies, nor for their accountants.

On March 1 2002, BDO International is represented in 99 countries world wide, and we anticipate attaining at least 100 in 2002. The majority of BDO's clients are growing businesses, and this market sector is, by definition, a dynamic one.

As professional advisers, we tend to be judged not only by our own success, but by that of our clients, and for that reason alone we can be optimistic about the year ahead.

**Teo Ridgeint**
Policy Board Chairman, BDO International

## CONTENTS

Background & mission      2
Financial information     4
Services                  6
Geography                 7
World map                 8

© BDO International B.V. Amsterdam, March 2002

**Acknowledgements**

Editor
Julia Hamilton-Heaton, BDO International

Design
Sadll, Lter

Print
Aldilops Lter

**Further information**

BDO International
Boulevard de la Woluwe 60
B1200 Brussels, Belgium
Tel: +32 2 778 01 30, Fax: +32 2 771 44 43
e-mail: bdo-intl@bdo-intl.com
www.bdo-international.com

BV 01703

*Leading adviser world wide*

*Dedicated to growing businesses*



## Act locally, think globally

The combination of global expertise and good roots understanding at a regional level is unbeatable.

Professionals at BDO is careful to employ high-achieving professional individuals with impeccable qualifications, people who want to see clients realise their ambitions.

All staff are encouraged to act locally, and think globally. Continuous training and an emphasis on career advancement is a given for every employee, and many gain additional international experience through participation in the BDO secondment programme.

Together, they deliver a comprehensive range of accounting and consulting services, and sound business advice.

An emphasis on growth BDO has always set out to deliberately attract growth companies as its clients.

Determined to stimulate the spirit of business enterprise, the organisation has consistently focused on closely-held entities, and feeds its market in advising growing businesses.

Helping a large number of growing enterprises to achieve success is no mean feat – more difficult, in some ways, than satisfying established companies in maintaining the status quo. The latter – larger multi-national institutions – are growing businesses too, however, constantly seeking to improve their market positions, and often being management- or family-owned.

People Perhaps more than any of the above, this is the defining aspect of BDO. Throughout the world, it is BDO's confidentiality of approach, and profound understanding of its clients' needs that set it apart.

BDO is well known for its close involvement with clients: getting to know them as a personal level gives BDO advisers an insight into their aspirations, as well as the challenges they face. This means that BDO can react quickly, be adaptable and work, above all, from a human perspective.

All BDO clients have visions that they wish to see realised. With BDO alongside them, they can achieve their aims.

## BACKGROUND & MISSION



BDO grew to be one of the world's leading multinational accounting and consulting organisations when its foundation in Europe in 1963. That year, far-sighted thinking accountancy firms from the UK, Germany, the Netherlands, USA and Canada met together to form the Binder Seidman International Group, and ten years later, the Binder, Geer van and Dutch member firms took on the common name of Binder Dijker Otte & Co. they agreed would a wide structure of the network was put in place in 1988, and the spread of the BDO acronym to first-name countries, and the uniform corporate identity and logo were introduced.

BDO's defining feature has always been emphasis on the organisation's twofold dedication to service excellence and sound client relationships. The network continues to expand, and now has member firms throughout Europe, North and South America, Asia and the south Pacific, and the Middle East and Africa.

At the end of 2001, BDO remains securely positioned as one of the world's sixth largest multinational accounting and consulting organisations – and number 1 in its chosen market outside niche.

## MISSION STATEMENT

BDO International's mission is to be the leading adviser world wide that is dedicated to growing businesses and the people behind them.

This statement is fulfilled as follows:

World wide coverage. At the end of September 2001, the BDO network had representation in 589 offices in 98 countries around the world.

These 98 national firms are linked by more than the BDO name: the organisation's structure ensure strict quality control and encourages the sharing of skills and ideas.

The close professional relationship between the different firms is strengthened by international committees and task forces, and frequent meetings and seminars, which is turn lead to uniformly high standards.

The exceptionally high volume of referred client work amongst BDO member firms is an integral part of this closeness.

At the same time, all BDO firms excel in in-depth local knowledge and experience, within an international context. No matter where they are based, clients can draw on the skills of BDO member firms anywhere in the world.

Confidential

BV 01704



FINANCIAL INFORMATION

DISCIPLINE

Audit & accountancy
Tax
Consulting
Corporate finance
Other

REGIONS

30 September 2001:
98 countries
789 offices

Africa & Middle East
Americas
Asia Pacific
Europe

€ 44.8 million (US$ 44.4 million)
€ 1,177.8 million (US$ 1,029.1 million)
€ 215.1 million (US$ 194.4 million)
€ 1,021.9 million (US$ 931.4 million)

FEE INCOME

30 September 2001:
€ 2,413 million (US$ 2,203 million)

2001    2,413
2000    2,276
1999    1,996

PERSONNEL

30 September 2001:
Partners            3,171
Professional staff  15,528
Other               4,444

2001    22,349
2000    20,939
1999    18,515

# SERVICES



Tax consulting    Audit and accounting    Corporate finance    Management consulting

The wide range of professional services offered by the BDO International network includes the following.

**Audit and accounting** Audit and accounting work accounted for 38% of world wide fee income in 2001.

A BDO audit lends credibility to a client's financial statements because it is backed up by independent experience and expertise. The unique closeness and confidentiality of the BDO approach enables partners and staff to gain a thorough understanding of their clients' businesses, and to find solutions to any potential problems.

The consulting fee consulting contributed 33% to global fee income.

BDO tax personnel set experts in minimising tax burdens and maximising tax incentives. Their particular expertise lies in advising overseas investors on international tax regulations. Issue, BDO's international tax planning web site (www.intaz.co.uk), contains a wealth of relevant information.

Management consulting 6% of global fees were attributable to management consulting.

BDO's management consultants have the advantage of an international business perspective. They are experienced professionals with specialist skills, and present cost-effective solutions and implementation assistance, particularly to growing businesses.

**Corporate finance** 7% of world wide income came from corporate finance work.

In this field, BDO advises primarily on mergers and acquisitions, joint ventures, privatisation, new capital and debt financing, and IPOs. Due diligence work and business valuations are also undertaken.

Other specialist services accounted for 10% of global fee income in 2001.

Corporate recovery services form a significant part of these (assessing the viability of a business, acting as liquidators, administrators, receivers, trustees or monitors), and the diverse range of specialist services available from BDO also includes:

- Assurance services
- Environmental audit and consulting
- Hospitality consulting
- Litigation support
- Arbitration and mediation services
- Hospital and healthcare management
- Captive insurance management, and other offshore services.

# GEOGRAPHY

BDO's International Office is located in Brussels. On 1 March 2002, BDO had 590 offices in 99 countries, and more than 22,000 BDO partners and staff providing professional auditing, accounting, tax and consulting services on every continent.

There are BDO Member Firms in each of the following countries:

| | | | |
|---|---|---|---|
| Algeria | Guatemala | Netherlands | Turkey |
| Argentina | Guernsey | Netherlands Antilles | Turkmenistan |
| Austria | Hong Kong | New Zealand | Ukraine |
| Australia | Hungary | Nigeria | United Arab Emirates |
| Bahamas | India | Norway | United Kingdom |
| Bahrain | Indonesia | Oman | USA |
| Belgium | Ireland | Pakistan | Uruguay |
| Bolivia | Isle of Man | Panama | Vanuatu |
| Botswana | Israel | Paraguay | Venezuela |
| Brazil | Italy | Peru | Vietnam |
| British Virgin Islands | Jamaica | Philippines | Zambia |
| Bulgaria | Japan | Poland | Zimbabwe |
| Canada | Jersey | Portugal | |
| Cape Verde | Jordan | Qatar | |
| Chile | Kazakhstan | Romania | |
| China | Kenya | Russia | |
| Colombia | Kuwait | St Kitts & Nevis | |
| Cyprus | Latvia | Saudi Arabia | |
| Czech Republic | Lebanon | Senegal | |
| Denmark | Liechtenstein | Singapore | |
| Ecuador | Luxembourg | Slovak Republic | |
| Egypt | Macau | South Africa | |
| Estonia | Malaysia | Spain | |
| Fiji | Malta | Sri Lanka | |
| Finland | Mauritius | Sweden | |
| France | Mexico | Switzerland | |
| Germany | Morocco | Taiwan | |
| Gibraltar | Mozambique | Thailand | |
| Greece | Namibia | Tunisia | |

BV 01706



WORLD MAP

BDO MEMBER FIRMS

Confidential

BV 01707



BV 01698

Confidential

Def. BDO International's
Exhibit No. 5014
Filed: January 16 A.D. 2007
Case No. 04-14009 CA 31
Harvey Ruvin, Clerk of Courts



EXHIBIT

tabbies

D



# LETTER FROM the CHAIRMAN

In 2002, the BDO network celebrates 40 years of delivering quality performance, sound advice and high-calibre services to our clients. Since 1963, BDO's strategic goal has steadily become reality throughout the BDO world.

'To be the leading adviser world wide dedicated to growing businesses, and the people behind them'.

BDO leads the market in advising growing businesses.

BDO clients represent a broad spectrum of business activities, they also display a variety of structures (from sole proprietor, though owner-managed, to multi-nationals, and extend from large institutions, local authorities and hospitals, to non-profit organisations.

Being focused on this market makes BDO less vulnerable than larger firms to the adverse developments affecting our business. Despite a potential threat to growth, decreased public confidence, and uncertainty on the stock markets, 88% of BDO member firms reported higher revenues in 2002. For BDO, the challenges posed by recent events are becoming opportunities.

The network welcomed new firms in Bahrain, the Dominican Republic, Lithuania and Slovenia in 2002, as well as a second Chinese office in Beijing, and new representation in the Cayman Islands.

Expansion is important in today's business environment, but not at the expense of quality and credibility. In the fast-changing accounting milieu, where successive mergers mean a shrinking number of competitors, and where high-profile financial scandals mean an increasing number of regulators, BDO firms are careful to adhere to strict quality criteria.

BDO member firms are committed to ensuring that they each have sufficient service capabilities to offer the consistently high standards that are synonymous with the BDO name. The close professional relationship between our firms both feeds and strengthens this.

In 2002, BDO became the world's fifth largest multinational accounting and consulting organisation.

Tom Kraayvanger
Policy Board Chairman
BDO International

© BDO International B.V. February 2003

Acknowledgements

Editorial
BDO, Brussels

Design
Salefit, Liez, Belgium

Print
Antilope, Liez, Belgium

Further Information
Boulevard de la Woluwe 60
B-1200 Brussels, Belgium
Tel: +32 2 778 01 30; Fax: +32 2 771 44 43
e-mail: bdo-intl@bdo-intl.com
www.bdo-international.com

Confidential

BV 01699

# SERVICES

BDO member firms deliver all the professional services their clients expect...

- **Audit & Assurance**
  - Accounting
  - Tax advice
  - Management consulting
  - Corporate finance
- ...and some specialist services that they don't, including:
  - Estimates and valuation
  - Business technology solutions
  - Captive insurance management
  - Corporate recovery & insolvency
  - Customs & export
  - e-business
  - Environmental audit and consulting
  - Forensic accounting & litigation support
  - Healthcare and hospital management
  - Hospitality consulting
  - Quality management
  - Sarbanes-Oxley management
  - Valuations

Plus many, many other service offerings tailored to meet clients' specialities.

BDO member firms deliver a level of personal service well beyond clients' expectations.

# CREDENTIALS

*Quality Assurance and Independence* – We constantly support the need to strengthen the public's trust in audit and corporate reporting. We foster independence in fact and appearance, and we subscribe to the International Federation of Accountants' (IFAC's) Code of Ethics...

*The Power of Alliance* – The BDO Seidman Alliance...



*Quality assurance and independence.* German firms auditing listed companies are now obliged to pass the country's newly introduced Peer Review. In 2002, BDO Deutsche Warentreuhand AG was the first of the six big German auditing companies to pass this test – with flying colours.

BDO Germany is both nationally and internationally involved in the development of quality standards in the auditing profession. The Chairman of the Forum of Firms is a member of BDO Germany's Executive Board, and advises the Ministry of Justice on legal regulations in respect of quality control. He also holds a leading position in the German professional organisation.

Consequently, the firm was among the first to fulfil the demands of the Sarbanes-Oxley Act, underlining its extraordinary position nationally and internationally. The separation of the firm's accounting and advisory activities has assured new business from listed corporate groups. This is handled by the Financial Advisory Services department, when in conjunction with other firms in the network, in the USA, UK, and elsewhere in Europe.

*Sports sponsorship.* In December 2002, the International Hockey Federation... BDO announced that BDO International Ltd would be the title sponsor for a host of top global partners, with the sponsorship running for a four-year term...

*International Accounting Bulletin.* In October 2002, BDO topped the survey in terms of total partners...

*International Accounting Bulletin.* In July 2002...

*Quality Assurance & Independence.* FCO Triennial Conference, Chicago, September 2002...

*Growth service.* BDO Stoy Hayward has developed a specialist service providing practical solutions to enable companies and their owners to realise their potential for profitable and sustainable growth. This service has now been made available to the Confederation of British Industry. In an exclusive deal for club members... Through its continued commitment to advising growing businesses, the firm has entered into a partnership with The Sunday Times' Enterprise Network, reaching entrepreneurs across the UK.

**The DIAMOND model** has been developed by BDO Stoy Hayward to help entrepreneurial management teams anticipate change and prepare themselves and their organisations for future growth.

**Paladines:** BDO Stoy Hayward acted for 15% of the new companies joining AIM in 2002.

**Real Business (UK):** "Advisers who are prepared to go beyond the call of duty"

**Daily Telegraph (UK):** "A service for growing businesses that goes beyond the usual financial menu..."

*Business sponsorship.* BDO Dunwoody sponsors PROFIT 100 and Canada's Fastest-Growing Startups. In conjunction with one of Canada's top business magazines, it is enhancing the firm's commitment to both Canada's mid-market enterprises and to Canada's most entrepreneurial firms.

*Sports sponsorship.* The inaugural BDO Curling Classic ran in Hamilton, Ontario, in November 2002 and was televised nationally. The event also drew two teams from across Canada and the United States that competed for one of the top prizes on the World Curling Tour. BDO Dunwoody also supports the sport of curling through numerous team sponsors, including Team Rodinoh, skipped by Marilyn Bodogh, a two-time world champion and prominent curling ambassador. In 2003, BDO Dunwoody will run two Classics, one in western Canada for the men, and one in eastern Canada for the women. The women's event will feature 32 of the top teams from around the world. Invitations have been extended to teams from Europe, North America and Asia. This pilot will leave the largest purse of any curling event for women in the world. The prize money will be equivalent to the winner of the men's event – another first for the sport.



# BDO AROUND THE WORLD

There are BDO Member Firms in each of the following countries (the list is current as of 1 January 2003):

| | | |
|---|---|---|
| Algeria | Hungary | Paraguay |
| Argentina | India | Peru |
| Australia | Indonesia | Philippines |
| Austria | Ireland | Poland |
| Bahamas | Isle of Man | Portugal |
| Bahrain | Israel | Qatar |
| Belgium | Italy | Romania |
| Botswana | Jamaica | Russia |
| Brazil | Japan | Saudi Arabia |
| British Virgin Islands | Jersey | Senegal |
| Bulgaria | Jordan | Singapore |
| Canada | Kazakhstan | Slovak Republic |
| Cape Verde | Korea | Slovenia |
| Cayman Islands | Kuwait | South Africa |
| Chile | Latvia | Spain |
| China | Lebanon | Sri Lanka |
| Colombia | Liechtenstein | Sweden |
| Cyprus | Lithuania | Switzerland |
| Czech Republic | Luxembourg | Taiwan |
| Denmark | Malaysia | Thailand |
| Dominican Republic | Malta | Tunisia |
| Ecuador | Mauritius | Turkey |
| Egypt | Mexico | Turkmenistan |
| Estonia | Morocco | Ukraine |
| Fiji | Mozambique | United Arab Emirates |
| Finland | Namibia | United Kingdom |
| France | Netherlands | USA |
| Germany | Netherlands Antilles | Uruguay |
| Gibraltar | New Zealand | Vanuatu |
| Greece | Nigeria | Venezuela |
| Guatemala | Norway | Vietnam |
| Guernsey | Oman | Zambia |
| Hong Kong | Pakistan | Zimbabwe |

BV 01701

# FINANCIAL INFORMATION

30 September 2002

## FEE INCOME
€ … million / US$ 2,706 million

2000: 2,276
2001: 2,413
2002: 2,442

## PERSONNEL
| | |
|---|---|
| Partners | 2,182 |
| Professional staff | 16,073 |
| Other | 4,332 |
| **TOTAL:** | **22,589** |

2000: 19,939
2001: 22,310
2002: 22,589

## DISCIPLINE
| | |
|---|---|
| Audit & Accountancy | 58% |
| Tax | 22% |
| Consulting | 5% |
| Corporate finance | 4% |
| Insolvency | 4% |
| Other | 6% |

## REGIONS
99 countries / 576 offices

| | % | € millions | US$ millions |
|---|---|---|---|
| Africa & Middle East | 2.1 | 55.6 | 59.6 |
| Americas | 49.3 | 1,293.8 | 1,386.1 |
| Asia Pacific | 5.7 | 159.4 | 136.8 |
| Europe | 42.9 | 1,047.0 | 1,017.4 |

Confidential

# MEMBER FIRM AGREEMENT

### BETWEEN
### BDO INTERNATIONAL B.V.

### AND
### BDO UNITED STATES OF AMERICA

**Plaintiffs' Exh. No.   1487**
**Filed: January 16  A.D. 2007**
**Case No. 04-14009 CA 31**
**Harvey Ruvin, Clerk of Courts**

October 2001 Version incorporating the amendments agreed by the
BDO Council on 7 October 2001.

© BDO International B.V., 2001

Confidential

BV 01935



EXHIBIT

E

## MEMBER FIRM AGREEMENT

THIS AGREEMENT is made on 7 October, 2001.

BETWEEN:

1.  BDO International B.V. a company incorporated under the laws of the Netherlands whose principal office is at Groen van Prinstererlaan 114, NL - 1181 TW Amstelveen, the Netherlands (postal address: PO Box 71730, NL – 1008 DE Amsterdam, the Netherlands) ("BDO BV"); and

2.  a)  THE PERSONS who at present carry on business as Partners under the Domestic Name BDO Seidman, LLP which expression shall be deemed to include all the Partners of the said firm from time to time, and whose principal office is at 330 Madison Avenue, New York, NY 10017-5001, United States of America; and

    b)  BDO Healthcare Group, LLC;
    c)  BDO Human Capital Search, LLC;
    d)  BDO Investments, LLC;
    e)  BDO Seidman Management, Inc.;
    f)  BDO Seidman Solutions Provider, LLC; and
    g)  BDO Solutions, LLC;
    companies incorporated under the laws of the United States of America whose registered offices are at 330 Madison Avenue, New York, NY 10017-5001, United States of America;

    together hereinafter referred to as the "Member Firm".

**Confidential**

ISA 02.024/199.5.1

BV 01936

00-1

WHEREAS:

A. BDO BV is entitled by licence and other authority from the Foundation to grant the right to use the International Name and the BDO Acronym to firms or companies of repute throughout the world providing Professional Services.

B. BDO BV has granted, and proposes to continue to grant, the right to use the International Name and the BDO Acronym to firms or companies providing Professional Services in various jurisdictions on terms and conditions which are the same in all material respects in each case as the terms and conditions set out in this Agreement, to the intent that all such firms should enjoy mutual benefits accordingly.

C. The Member Firm renders Professional Services in the Territory and wishes to enter into this Agreement with BDO BV in order to obtain the right to use the International Name and the BDO Acronym together with the Other Member Firms, to refer or receive referrals of work and to obtain other services provided by BDO BV in relation thereto, on the terms and conditions set out below.

0-1

Confidential

BV 01937

NOW IT IS HEREBY AGREED as follows:

<u>Definitions and Interpretation</u>

1.1. In this Agreement, unless the context otherwise requires, the following expressions shall have the meanings as shown below:

<u>"BDO Acronym"</u>
the letters BDO displayed in the manner notified to the Member Firm from time to time by BDO BV and any logo or other means of presenting or displaying the International Name which may from time to time be notified to the Member Firm by BDO BV together with the Intellectual Property associated therewith;

<u>"BDO Software"</u>
the software programmes made available from time to time by BDO BV to the Member Firm including upgrades or enhancements, if any and any user documentation related thereto;

<u>"BDO Technical Manuals"</u>
manuals, guidelines or instructions from time to time issued by BDO BV and approved by the Policy Board - whether in printed or electronic form, or in any other format now known or to be created in the future, and in particular as used on the Internet, video and CD-rom formats - which lay down accounting, auditing, investigation and other standards and practices to be adhered to by the Member Firm and Other Member Firms;

<u>"Chief Executive Officer"</u>
the Chief Executive Officer (Directeur van de vennootschap) of BDO BV;

<u>"Cost Memorandum"</u>
the document approved at a meeting of the Council entitled the Cost Memorandum (including any revision of such document and any other document changing or replacing it from time to time in whole or in part) which sets out the basis on which BDO BV may make claims on the Member Firm and Other Member Firms for contribution to BDO BV's expenditure;

<u>"Council"</u>
the Council of Management (het Bestuur) of the Foundation;

<u>"Domestic Names"</u>
the names, other than the International Name, which the Member Firm uses in dealings with third parties;

<u>"Forum"</u>
the Forum of Firms established within the International Federation of Accountants;

<u>"Foundation"</u>
Stichting BDO;

<u>"Intellectual Property"</u>
any copyright, trade mark, service mark, logo, domain name, design right, registered design, database rights, know-how, get-up and all other intellectual property rights of a similar or corresponding character whether or not registered together with any goodwill associated therewith or any use or representation thereof and all applications and rights to apply for, or for the protection of, any of the foregoing;

1-1

**"International Firm"**
the meaning set out in clause 3.13 of this Agreement;

**"International Name"**
the name "BDO International" together with the Intellectual Property associated therewith;

**"Inward Referred Work"**
"an engagement, assignment or instruction to provide Professional Services to or for a client (including an introduction to a client) obtained by the Member Firm, either directly or indirectly, as a result of an action of a present or former Other Member Firm in another territory or where such action has had an influence in obtaining the engagement, assignment or client. Once initial Inward Referred Work has been performed for a client the provision of all further Professional Services derived from or related to the client shall be regarded as Inward Referred Work. (It is the intention of the parties hereto that this definition of Inward Referred Work is to be interpreted in the light of, and consistently with the Referral Guidelines as issued by BDO BV from time to time)".

**"Local Work"**
all Professional Services performed by the Member Firm with the exception of Inward Referred Work;

**"Other Member Firm"**
any partnership or firm or association, whether incorporated or otherwise, or other entity from time to time (other than the Member Firm) which has the right to use the International Name, the BDO Acronym, the BDO Technical Manuals and the BDO Software by virtue of being party to an agreement with BDO BV;

**"Outward Referred work":**
Professional Services performed by any Other Member Firm for a client:
a) initially introduced to that Other Member Firm by the Member Firm; or
b) where the parent company of the client is audited by the Member Firm.

**"Partner"**
each person who is a partner of the Member Firm, or in the case of a Member Firm which is a corporation, any person who is for the time being a director and/or a shareholder of the corporation or a person in accordance with whose instructions the corporation is accustomed to act or any person who holds a similar position in case the Member Firm is neither a partnership nor corporation;

**"Policy Board"**
the board of directors (Raad van Bestuur) of BDO BV.

**"Professional Services"**
accounting, auditing, tax, management consultancy, insolvency and corporate recovery, forensic and litigation support, corporate finance, trust management services, investment and corporate secretarial and management services, *legal and mediation services* and all other services coming within the practice of public accountancy *from time to time* (or any one or more of such services, as the case may be);

**"Referral Guidelines"**
the instructions issued from time to time by BDO BV which lay down the rules and practices to be adhered to by the Member Firm and the Other Member Firms with regard to the handling of Inward Referred Work and Outward Referred Work.

1-2

**Confidential**

BV 01939

"Restricted Information"
any information which is disclosed to the Member Firm by BDO BV or an Other Member
Firm pursuant to or in connection with this Agreement (whether orally or in writing or in
electronic form and whether or not such information is expressly stated to be confidential or
marked as such) including the BDO Technical Manuals, the BDO Software    **REDACTED**

**REDACTED**

"Subsidiaries"
All legal persons, partnerships, joint ventures and companies which:
a. are directly or indirectly controlled by the Member Firm (which includes entities which
   are accustomed to act in accordance with instructions from the Member Firm), whether on
   the basis of equity participation or an agreement or otherwise; and
b. are performing activities within the field of Professional Services; and
c. are using, or which the Member Firm intends should be using, the BDO Acronym.

"Territory"
the state or localities listed in Schedule 1 hereto;

"Transnational Audits"
audits of financial statements which are or may be used across national borders; this will
include all companies with listed equity or debt and other major public interest entities such
as banks and other financial institutions.

"Tribunal"
the three Council members appointed to arbitrate disputes arising out of or in connection
with this Agreement in accordance with clause 26.

1.2. a. A reference to a Schedule, clause or sub-clause is to a Schedule, clause or sub-clause of
        this Agreement;

     b. The clause headings are for convenience only and do not affect interpretation;

     c. Unless the context otherwise requires:

        i.   words in the singular include the plural and vice versa
        ii.  words importing any gender include all genders; and
        iii. a reference to a person includes reference to a partnership, to a body corporate and to
             an unincorporated body of persons.

1-3

**Confidential**                                        **BV 01940**

Commencement and Term

2.  This Agreement shall commence with effect from the date of execution and shall continue, subject to the terms of this Agreement, until terminated by either party in accordance with the terms of clause 16.

**Confidential**

**BV 01941**

Object of the licence

3.1 Subject to the terms of this Agreement BDO BV hereby grants to the Member Firm an exclusive and non-transferable licence in the Territory to use the International Name, the BDO Acronym, the BDO Technical Manuals and the BDO Software in connection with Professional Services performed by the Member Firm.

3.2 The Member Firm shall use the International Name as its sole business name (to the exclusion of any other name, style or logo) in relation to all Inward Referred Work performed by the Member Firm unless otherwise agreed in writing by the Chief Executive Officer in exceptional circumstances provided that where and for so long as such use would be prohibited by the laws or regulations binding on the Member Firm in the Territory, the Member Firm shall use all reasonable endeavours to commence such use as soon as possible.

3.3 The Member Firm shall use the BDO Acronym in conjunction with and always preceding its Domestic Name in relation to Local Work, provided that where and for so long as such use would be prohibited by the laws or regulations binding on the Member Firm in the Territory, the Member Firm shall use all reasonable endeavours to commence such use as soon as possible.

3.4 All use and display of the International Name and the BDO Acronym (whether in conjunction with the Domestic Name or otherwise howsoever) shall be:
   a. applied consistently to all relevant correspondence, invoices, publications, business cards, signage and publicity material whether in printed form or electronic form, or in any other format now known or to be created in the future, and in particular as used on the Internet, video and CD-rom formats;
   b. in a form and specification approved by BDO BV from time to time in its absolute discretion;
   c. prohibited by any entity, including Subsidiaries, unless and until that entity or Subsidiary shall have entered into an agreement pursuant to clause 15.1 of this Agreement;
   d. only for the purposes permitted under clauses 3.2 and 3.3 respectively and in accordance with standards of use imposed by BDO BV from time to time.

3.5 Save as permitted in accordance with the terms of this Agreement, the Member Firm agrees not to use any marks or logos other than the BDO Acronym and/or the International Name.

3.6 The Member Firm shall use the BDO Technical Manuals in relation to all Inward Referred Work and Transnational Audits undertaken by the Member Firm. The Member Firm's licence to use the BDO Technical Manuals shall be subject to compliance by the Member Firm with the terms of clause 9 of the Agreement.

3.7 The licence herein to use the BDO Software is granted by BDO BV on the basis that:
   a. the Member Firm shall be responsible for installation of the BDO Software.
   b. the licence to use the BDO Software is subject to any additional terms of use notified to the Member Firm by BDO BV from time to time, including any requirements relating to proprietary notices in respect of copies of the BDO Software made by the Member Firm.
   c. the licence to use the BDO Software is for the benefit of the Member Firm only and does not permit use of the BDO Software by a third party. The Member Firm shall not be entitled to use the BDO Software for any purpose other than that specified in this licence.
   d. the following restrictions shall apply to this licence to use the BDO Software:
      i. the Member Firm may make copies of the BDO Software provided that the number of copies made is reasonable for use for the permitted purpose and that the copies are

Confidential

BV 01942

3-1

used by the Member Firm's Partners and employees only and that any proprietary notices on the BDO Software supplied are displayed on each additional copy made;

ii. use of the BDO Software is permitted only on computers controlled by the Member Firm in a multi-user environment and/or on a single stand alone computer;

iii. the Member Firm shall ensure that it does not modify, translate, reverse engineer, decompile or disassemble the BDO Software or create any derivative work based on the BDO Software; and

iv. the Member Firm shall ensure that it does not copy the BDO Software except as permitted in this Agreement and does not rent, lease, transfer or otherwise deal with rights to the BDO Software.

e. the Member Firm acknowledges that all Intellectual Property, title, ownership and user rights in the BDO Software are the property of either BDO BV or its licensors and that this licence does not confer any such rights on the Member Firm, save as expressed in this clause 3.7.

f. the Member Firm shall be responsible for payment for and for obtaining any licences to use any relevant third party software for the performance of Professional Services. The Member Firm acknowledges that the licence, to which this clause 3.7 refers, relates only to the BDO Software.

g. BDO BV provides the BDO Software to the Member Firm "as is" and BDO BV does not provide any warranty including warranties relating to performance or functionality of the BDO Software to the Member Firm. BDO BV does not warrant that operation of the BDO Software will be error-free. Any implied warranties or conditions of title, non-infringement, merchantability, quality, suitability, fitness for purpose (whether or not BDO BV knows, has reason to know or is otherwise aware of any such purpose) howsoever arising are hereby excluded.

h. under no circumstances shall BDO BV be liable to the Member Firm in contract, tort or otherwise for any loss or damage including indirect or consequential or special damages (including any loss of profit, lost business, loss of data, anticipated savings) howsoever arising including whether by virtue of this licence or the Member Firm's use of BDO Software. BDO BV does not exclude liability for personal injury or death arising from BDO BV's negligence.

# REDACTED

j. The licence to use any or all of the BDO Software may be terminated:
   (a) by BDO BV on three months prior written notice; or
   (b) in the same circumstances as this Agreement may be terminated under clause 16.

3.8 Without prejudice to the generality of the provisions of clause 3.4 the Member Firm, at the request of BDO BV, shall supply to BDO BV within fourteen days a copy of its notepaper, letterheads, calling cards, publications or any other similar documentation - whether in printed or electronic form, or in any other format now known or to be created in the future, and in particular as used on the Internet, video, CD-rom formats and all other items in whatever format - containing or referring to the International Name or the BDO Acronym. The Member Firm agrees that BDO BV may at any time be permitted to inspect the said documentation to investigate compliance with the terms of the Agreement provided that BDO BV shall give reasonable written notice of its intention to carry out such inspection. If BDO BV, acting in its absolute discretion, shall at any time request in writing (giving its reasons) that the Member Firm shall alter or amend or cease to use and withdraw the said documentation prior to or following the use, distribution or publication of the same, the Member Firm shall forthwith comply with the said request in all respects.

3-2



Confidential

BV 01943